# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS,
815 Black Lives Matter Plaza NW,
Washington, DC 20006.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
AFL-CIO,
80 F Street NW,
Washington, D.C. 20001,

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO,
1625 L Street, NW,
Washington, D.C. 20036,

SERVICE EMPLOYEES
INTERNATIONAL UNION, AFL-CIO,
1800 Massachusetts Ave. NW, Washington,
DC 20036,                                          Case No. 25-cv-239

COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 3rd Street, NW, 6th Floor
Washington, DC 20001,

ECONOMIC POLICY INSTITUTE
1225 I St NW, #600
Washington, DC 20005

                    *Plaintiffs*,

                      *vs.*

DEPARTMENT OF LABOR
200 Constitution Ave., NW,
Washington, DC 20210

VINCE MICONE, in his official capacity
as Acting Secretary, Department of Labor
200 Constitution Ave., NW,

Washington, DC 20210

U.S. DIGITAL SERVICE (U.S. DOGE
SERVICE)
736 Jackson Pl NW,
Washington, DC 20503

U.S. DOGE SERVICE TEMPORARY
ORGANIZATION
736 Jackson Pl NW,
Washington, DC 20503

*Defendants*.

---

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, accompanying brief, and attached declarations, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further **ORDERED** that

Defendant Department of Labor is **ENJOINED** from granting DOGE-affiliated personnel access to Department of Labor systems or information, except as consistent with all applicable law, or otherwise allowing DOGE-affiliated personnel to take action in excess of statutory authority; further,

Defendant Department of Labor is **ENJOINED** from taking any adverse personnel action against any employee who refuses to provide DOGE-affiliated personnel with unlawful access to Department of Labor systems or information; further

All Defendants are **ENJOINED** from providing any person with non-public Department of Labor information or access to such systems or information regarding his or her business interests or direct competitors to his or her business interests; and

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order regarding whether any DOGE-affiliated personnel have access to

any Department of Labor systems, including which personnel have access to which systems, to be submitted every two weeks thereafter for 12 weeks, confirming compliance with this order.

**SO ORDERED**.


Dated:  February _____, 2025          _____
Time:                                 THE HON. _____
                                            UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

DEPARTMENT OF LABOR
200 Constitution Ave., NW,
Washington, DC 20210

VINCE MICONE, in his official capacity as Acting Secretary, Department of Labor
200 Constitution Ave., NW,
Washington, DC 20210

U.S. DIGITAL SERVICE (U.S. DOGE SERVICE)
736 Jackson Pl NW,
Washington, DC 20503

U.S. DOGE SERVICE TEMPORARY ORGANIZATION
736 Jackson Pl NW,
Washington, DC 20503

U.S. Attorney's Office for D.C.
c/o Civil Process Clerk
601 D Street, NW,
Washington, DC 20530

Office of the Attorney General
c/o U.S. Attorney General
950 Pennsylvania Avenue, NW,
Washington, DC 20530

Mark B. Samburg (D.C. Bar No. 1018533)
Aman T. George (D.C. Bar No. 1028446)
Benjamin Seel (D.C. Bar No. 1035286)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Somil B. Trivedi (D.C. Bar No. 1617967)
Skye L. Perryman (D.C. Bar No. 984573)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
msamburg@ democracyforward.org
ageorge@democracyforward.org
bseel@democracyforward.org

rhomer@democracyforward.org
rthurston@democracyforward.org
strivedi@democracyforward.org
sperryman@democracyforward.org

 *motion to appear *pro hac vice* forthcoming