UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>　　Defendants. | Civil Action No. 25-339 (JDB) |

**ORDER**

Earlier today, Plaintiffs, a coalition of labor unions, filed a complaint seeking declaratory and immediate injunctive relief preventing the Department of Labor ("DOL") from sharing data with the Department of Government Efficiency ("DOGE"), a "creation of executive order" that has indicated its intent to demand access to internal DOL records. See Complaint [ECF No. 1] ¶ 125. Plaintiffs filed a motion for a temporary restraining order ("TRO") to that effect. Mot. for TRO [ECF Nos. 2, 3]. This evening, Defendants represented to the Court that DOL will not allow DOGE access to any DOL data until after this Court rules on the TRO motion on Friday. On the basis of that representation, the Court will reserve its decision on the TRO until after it holds a hearing on the motion on Friday. Accordingly, it is hereby

**ORDERED** that a hearing on [2] [3] Plaintiffs' motion for temporary restraining order is set for Friday, February 7, 2025, at 2:30 p.m., in Courtroom 30, with a public call in line available at: 833-990-9400, meeting ID: 367524674; and it is further

**ORDERED** that Defendants shall file any papers on the motion by not later than close of business on Thursday, February 6, 2025.

**SO ORDERED.**

1

/s/
JOHN D. BATES
United States District Judge

Dated: February 5, 2025