Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR AND
CONGRESS OF INDUSTRIAL ORGANIZATIONS et al

       Plaintiff

vs.

DEPARTMENT OF LABOR et al

       Defendant

Civil No.    25-339    (JDB)

Category    D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __2/5/2025__ from __Judge Trevor N. McFadden__ to __Judge John D. Bates__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:    Judge Trevor N. McFadden    & Courtroom Deputy
     Judge John D. Bates    & Courtroom Deputy
Liaison, Calendar and Case Management Committee