AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AFL-CIO et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00339-JDB |
| Department of Labor, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Department of Labor, et al.

Date: 02/05/2025

*Attorney's signature*

Benjamin S. Kurland
*Printed name and bar number*

Trial Attorney (D.C. Bar Reg. No. 1617521)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW Washigtnon, D.C. 20005
*Address*

ben.kurland@usdoj.gov
*E-mail address*

(202) 598-7755
*Telephone number*

(202) 616-8460
*FAX number*