# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00339 |

## NOTICE OF APPEARANCE

Please take notice that Michael J. Gerardi will appear in this action as counsel for Defendants.

Dated: February 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MICHAEL J. GERARDI
Deputy Branch Director,
Federal Programs Branch

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel (DC Bar # 1017949)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
 (202) 616-0680
michael.j.gerardi@usdoj.gov

*Counsel for Defendants*