IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>  Plaintiffs,<br><br>      v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>  Defendants. | Case No 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

## DECLARATION OF ADAM RAMADA

1. My name is Adam Ramada.

2. I am currently employed at the United States DOGE Service ("USDS"), formerly known as the United States Digital Service. The following is based on my personal knowledge or information provided to me in the course of performing my duties.

3. Since its creation by President Obama in 2014, the United States Digital Service has worked with agencies across the Executive Branch to, among other things, improve the federal government's information technology and data organization systems.

4. On January 20, 2025, President Trump issued Executive Order 14,158, redesignating the United States Digital Service as the United States DOGE Service. The E.O. directs the USDS to adhere to rigorous data protection standards and comply with all relevant laws when accessing unclassified agency records, software systems, and IT systems.

5. In my capacity as an employee of the USDS, I have been detailed to the Department of Labor to, among other things, assist the Department of Labor with improving its information technology and data organization systems and in obtaining accurate and complete data to inform policy decisions. Including myself, three USDS employees are currently detailed to the Department of Labor.

6. USDS employees detailed to the Department of Labor are required to be familiar with the legal rules governing access to Department of Labor data systems and are required to comply with those rules.

7. While serving as detailees in the Department of Labor, USDS employees report to the Acting Secretary of Labor and her designees and are required to act in accordance with the directions and guidance of the Department's senior leaders—like any other employees of the Department of Labor.

8. To the extent USDS-Department of Labor detailees wish to share information garnered during their work duties within the Executive Branch, they are required to comply with all applicable laws and regulations.

9. Finally, like any other government employees—and as employees of the USDS have done since that entity's creation in 2014—USDS employees are required to abide by all applicable federal rules and regulations regarding data privacy, record retention, and other topics.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this sixth day of February.

/S/ Adam A Ramada
Adam A Ramada