UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Case No 1:25-cv-00339-JDB <br><br> Judge John D. Bates |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on Plaintiffs' Motion for a Temporary Restraining Order. ECF No. 3. Based on reasoning articulated in Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Temporary Retraining Order, ECF No. 16, the Court will deny Plaintiffs' Motion.

It is **SO ORDERED**.

DATED this __ day of February, 2025.

                                                                     _____
                                                                     Hon. John D. Bates
                                                                     United States District Judge