UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>DEPARTMENT OF LABOR, et al.<br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

**MOTION FOR ADMISSION OF SKYE L. PERRYMAN *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Plaintiff moves for the pro hac vice admission of attorney Skye L. Perryman as counsel for Plaintiff in the above-titled action. This motion is supported by the Declaration of Skye L. Perryman, filed herewith.

Ms. Perryman is admitted to practice law with the bars of Texas, the District of Columbia, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States. As set forth in Ms. Perryman's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a pro hac vice admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

This motion is supported and signed by Mark B. Samburg, an active and sponsoring

member of the Bar of this Court.

Dated: February 10, 2025               Respectfully submitted,

/s/ Mark B. Samburg
Mark B. Samburg (D.C. Bar No. 1018533)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org

*Counsel for Plaintiffs*