### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

*American Federation of Labor and Congress of Industrial Organizations, et al.*

        *Plaintiffs*

                              *vs.*                      Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*

        *Defendants*

---

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-C, Plaintiffs' Motion for a Temporary Restraining Order, Order, Reassignment of Civil Case, and Appearance of Counsel

SERVE TO: Department of Labor

SERVICE ADDRESS: 200 Constitution Avenue, NW, Washington, DC 20210

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to the Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210 on 02/07/2025 via Federal Express Two-Day, Signature Required Upon Receipt. Tracking Number: 771949751670.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>02/11/2025</u>

---

                                             *Carrie Hollingshed*

                           *Client Ref Number: AFL-CIO v. DOL*
                                            *Job #:12668918*