UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
                **Plaintiffs**

                        *vs.*                Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
                **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-C, Plaintiffs' Motion for a Temporary Restraining Order, Order, Reassignment of Civil Case, and Appearance of Counsel

SERVE TO: U.S. Digital Service

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Digital Service, 736 Jackson Place, NW, Washington, DC 20503 on 02/07/2025 via Federal Express Two-Day, Signature Required Upon Receipt. Tracking Number: 771949649450.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

*Executed on* <u>02/11/2025</u>

*Carrie Hollingshed*

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12669008*