UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
         **Plaintiffs**

            *vs.*           Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
         **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-C, Plaintiffs' Motion for a Temporary Restraining Order, Order, Reassignment of Civil Case, and Appearance of Counsel

SERVE TO: Department of Labor, Vince Micone, in his official capacity as Acting Secretary of Labor, U.S. Digital Service, and Department of Goverment Efficiency c/o U.S. Attorney General

SERVICE ADDRESS: Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Department of Labor, Vince Micone, in his official capacity as Acting Secretary of Labor, U.S. Digital Service, and Department of Government Efficiency c/o U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 02/07/2025 via Federal Express, Two-Day Shipping, Signature Required Upon Receipt, Tracking Number: 771949625626.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>02/10/2025</u>

*Carrie Hollingshed*

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12668978*