UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
     **Plaintiffs**

        *vs.*       Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
     **Defendants**

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, Exhibits A-C, Plaintiffs' Motion for a Temporary Restraining Order, Order, Reassignment of Civil Case, and Appearance of Counsel

SERVE TO: Vince Micone, in his official capacity as Acting Secretary of Labor

SERVICE ADDRESS: Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Vince Micone, in his official capacity as Acting Secretary of Labor, Department of Labor, 200 Constitution Avenue, NW, Washington, DC 20210 on 02/07/2025 via Federal Express Two-Day, Signature Required Upon Receipt. Tracking Number: 771949580936.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/11/2025

*(signature)*

Carrie Hollingshed

Client Ref Number: AFL-CIO v. DOL
Job #:12669088

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050