UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A RENEWED TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on Plaintiffs' Renewed Motion for a Temporary Restraining Order. Based on reasoning articulated in Plaintiffs' Memorandum in Support of its Motion for a Renewed Temporary Restraining Order, the Court will **GRANT** Plaintiffs' Motion.

It is **SO ORDERED**.

DATED this ___ day of February, 2025.

_____
Hon. John D. Bates
United States District Judge