# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFL-CIO, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF LABOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00339-JDB

### DECLARATION OF BRIAN HANNON

I, Brian Hannon declare as follows:

1. I am Utility Workers Union of America Local 369 Safety Chair (retired) I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at my union.

2. My union is UWUA Local 369, a local affiliate of the AFL-CIO.

3. In 2022 I participated in an investigation into a fatality at Eversource underground vault TNV 675A at Bowdoin St, Boston, MA

4. On or about July 12, 2022, employees were exposed to arc flash and arc blast hazards, where the employer did not ensure each exposed employee was provided with clothing for an estimated arc rating greater than or equal to the heat energy they were exposed to.

5. During OSHA's investigation into this incident, I sat in on interviews with our members at that workplace and helped guide them in providing information to OSHA that would

help OSHA understand the working conditions at the facility.

6. Altogether, TWO of our members provided statements to OSHA in connection with this investigation. In each case, OSHA assured our members of the confidentiality of their statements, and that their statements would not be shared with their employer.

7. This promise of confidentiality was extremely important to our members, as they know that their employer would likely retaliate against them if the employer was aware of the evidence they shared of unsafe working conditions. If the identity of these members is released in association with this investigation, they will be at risk of retaliation from their employer.

8. When these members filed their complaint, they only intended their statements to be used for the purposes of resolving that workplace safety investigation. They did not expect or intend for it to be used for any other purpose.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 09th, 2025.

*Brian L. Hannon*

Brian Hannon