# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFL-CIO, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-339 (JDB) |
| DEPARTMENT OF LABOR, *et al*, | |
| *Defendants*. | |

**DECLARATION OF ARIEL NESS**

I, Ariel Ness declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Federation of Government Employees ("AFGE") and reside in the State of South Dakota.

3. I am a federal employee. I work at the Department of Veterans Affairs.

4. I suffered a workplace injury while employed by the federal government.

5. AFGE assisted me with my workers compensation claim filed under the Federal Employees Compensation Act ("FECA").

6. Filing my FECA claim required filling out and filing a CA-1 form with the Department of Labor.

1

7. My CA-1 form included my name, social security number, date of birth, home address, medical information, information about my injury, and other personal information. I was required to provide additional medical information, including medical records, after filing my initial claim.

8. By filing the CA-1 I also understood that I authorized the Department of Labor's Workers' Compensation Program to obtain additional personal information from my medical providers.

9. I understood and expected that the information I provided on my CA-1, and any other information the Department of Labor obtained to review my claim, was confidential.

10. I am concerned about unauthorized individuals, including those associated with DOGE, accessing my sensitive private information.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 9, 2025, in Dell Rapids, SD



Ariel Ness