# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al*, <br><br> *Defendants*. | Civil Action No. 25-339 (JDB) |

### DECLARATION OF █████

I, █████ declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Federation of Government Employees ("AFGE") and I also represent AFGE members as part of my role with my AFGE affiliate.

3. I am a retired federal employee and union president representative for other federal employees at my federal worksite.

4. AFGE assisted me submitted OSHA complaints for myself and other federal employees at my worksite.

5. The OSHA claims I filed on my behalf and on behalf of other federal employees required providing my name and employer information.

1

6. I instructed OSHA not to reveal my name to my employer.

7. I understood and expected that the identifying information on my OSHA complaint was confidential.

8. I am concerned about unauthorized individuals, including those associated with DOGE, accessing my OSHA complaint and my identifying information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025      

2