# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339-JDB |

### DECLARATION OF HEATHER ANNE PFRIMMER, SEIU

I, Heather Anne Pfrimmer declare as follows:

1. I am the Deputy Director of the Healthcare Division at the Service Employees International Union ("SEIU"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at SEIU.

2. SEIU represents approximately two million members in healthcare, the public sector, and property services. SEIU has over 150 affiliates across the United States, Canada, and Puerto Rico. Our work is guided by our vision for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin, where all families and communities can thrive, and where we leave a better and more equitable world for generations to come. SEIU 2024 Constitution and Bylaws, SEIU Mission Statement, 5, attached hereto as Exhibit A. This vision for a just society includes

one where working people have access to healthcare, particularly retirees and individuals who are Medicare beneficiaries.

3. SEIU represents approximately one million members who work in the healthcare industry, including in health systems and nursing homes, and who provide in-home care for elderly and disabled individuals. Our members include doctors, nurses, interns and residents, home care and nursing home workers, lab technicians, environmental service workers, dietary aides and certified nursing assistants, all of whom work on the frontlines of care in our communities.

4. A critical part of SEIU's mission is our advocacy for broad access to healthcare, including advocacy in support of government programs such as the Medicare and Medicaid programs. For over 20 years, SEIU has led healthcare advocacy efforts in cities, states, and the federal government. SEIU members have drafted and delivered petitions to Congress, made millions of calls to Congress, hosted town halls with elected officials, and submitted tens of thousands of comments to regulatory agencies including the Department of Health and Human Services ("HHS") and its sub-agencies. Specifically, SEIU leaders and members have engaged in advocacy in support of healthcare access in the following areas: passage of the Affordable Care Act ("ACA"); increased access to services funded by Medicaid, including advocating for increased coverage for adults under the ACA's Medicaid expansion provisions; expansion of Medicare coverage to include vision and dental care, long-term care benefits, and lowering the eligibility age; Medicare Advantage program reform efforts; prescription drug reform; expanded Medicaid funding and workforce standards for Medicaid Home- and Community-Based Services programs; and improved staffing regulations in acute

care and nursing home facilities.

5. The privacy and confidentiality of Medicare beneficiaries' data is an important component of SEIU's healthcare advocacy efforts. SEIU's healthcare members put their patients, clients and residents first, and patient care is their top priority. Privacy is an essential component of our members' ability to access quality healthcare and see improved health outcomes, which is central to SEIU's mission. We believe that all healthcare decisions should be between the healthcare provider and the patient. HHS's decision to recklessly grant access to its databases, which contain personal information and medical billing information, puts this fundamental tenet of healthcare at risk and jeopardizes the welfare of our members' patients.

6. SEIU's membership includes Medicare beneficiaries. SEIU estimates that we have approximately 197,000 members who are over 65 years old and are assumed to be Medicare beneficiaries. This is approximately 10% of SEIU's total membership.

7. Maintaining the confidentiality of personal health information of SEIU members who are Medicare beneficiaries is important to SEIU. Our members, many of whom are both healthcare workers and Medicare beneficiaries, place a high value on the privacy of their personal healthcare information and have an expectation that it will be maintained in a confidential manner. They understand that medical privacy is the cornerstone of quality patient care, which leads to improved health outcomes and a high quality of life for our members and working people.

8. HHS maintains extensive datasets with personal identifying information ("PII") and personal health information ("PHI") of Medicare beneficiaries, including SEIU members,

containing: social security numbers, medical diagnosis codes, and procedure codes in connection with healthcare services for which claims have been submitted. It is extremely concerning that this kind of private and confidential information of our members could be disclosed to the Department of Government Efficiency ("DOGE") employees.

9. HHS' failure to safeguard the personal and health information of our members may chill them from having candid discussions with their providers, which will result in less effective and informed care, including preventive care. That will, in turn, undermine SEIU's efforts to secure quality healthcare for our members.

10. SEIU members also include approximately 500,000 members who provide in-home care services funded by the Medicaid program. Those members have personally identifiable information in HHS systems of records related to their participation in state Medicaid programs as individual providers, including their name, date of birth and their national provider identifier.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2025, in Washington, DC.

*/s/ Heather Anne Pfrimmer*
Heather Anne Pfrimmer

# EXHIBIT A



# SEIU 2024 Constitution and Bylaws

AS ADOPTED at the 2024 Convention



Service Employees International Union, SOC, CLC

## PREAMBLE

As almost every improvement in the condition of working people has been accomplished by the efforts of organized labor and as the welfare of wage, salary, and professional workers can best be protected and advanced by their united action in one International Union, we have organized the Service Employees International Union and have adopted the following Constitution:

## SEIU MISSION STATEMENT

SEIU's vision is for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin, where all families and communities can thrive, and where we leave a better and more equitable world for generations to come.

*Vision for a Just Society*

This union's mission is to build the power to win Unions for All and end poverty wages forever. It takes all of us. Because when we say Unions for All, that's just what we mean—nobody left out or left behind. We will write new rules so that all workers—of every race, from every place—can organize across employers, industries, sectors, and geographies, not just worksite by worksite. This sectoral approach will give SEIU members more power to raise standards in our industries and communities, bargain better contracts, and win our fights for immigration, climate, healthcare, and racial justice.

We know there's only one way forward, together, with millions of us united in unions to voice our demands. Our work has dignity. Our lives have value. And we have hope. We're using that hope to fuel our fight to win Unions for All, no matter where we work, no matter where we live.

In every breakroom, at every bargaining table, in community forums and at the corner store, in our schools, our hospitals, our houses of worship, on social media and video meetings, at every door we knock, and at the ballot boxes where we cast our votes as demands for change, we will make a full-throated demand for Unions for All. Together in this union, we will build power and win for and with one another to create a brand new labor movement, write new rules, and make sure future generations can live free, just, hope-filled lives.