# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

### **DECLARATION OF** ███████████ **, SEIU MEMBER**

███████████, declare as follows:

1. I am a member of the Service Employees International Union ("SEIU") and an active participant in SEIU's Union of Southern Service Workers ("USSW") campaign. I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge.

2. I have been employed as a server by Waffle House since February 2024. I work forty to seventy hours per week. My base hourly wage rate is $3.00 per hour. I normally work the second shift from 2:00pm to 9:00pm, but due to short staffing, I am often asked to stay and work the third shift. The tips I earn vary from shift to shift and do not provide enough money for me to support myself. I struggle to pay my bills and to save enough money to pay for housing. I am currently living in a motel which I am barely able to afford on the wages I am paid by Waffle House. For these reasons, I am hoping to become a cook at Waffle House, so that I can earn a higher hourly wage and not have to

1

rely on customer tips.

3. Shortly after I became employed at Waffle House, my co-workers asked me to join the USSW campaign which is advocating for higher wages, safer working conditions and fair treatment for Waffle House workers. I support these goals and winning these improvements from Waffle House would make a huge difference in my life and my personal finances.

4. Through my participation in the USSW campaign, I learned about my rights as a tipped employee under the Fair Labor Standards Act ("FLSA"), including the fact that Waffle House was required to pay me the minimum wage when I performed job duties unrelated to my job as a server. I estimate that I spend an average of three hours per seven hour shift performing job duties that are unrelated to my job as a server and do not produce tips. For example, I am usually the only server who works the second shift, and I am expected to do all of the dishwashing and cleaning during the entire shift. There were some shifts when very few customers came into the restaurant where I spent five hours cleaning the restaurant, and I was still paid an hourly rate of $3.00 for those hours.

5. If Waffle House paid me the wages I am owed under the law, it would be a significant amount of money for me. I may be able to afford more permanent housing. This motivated me to file a wage theft complaint with the Department of Labor ("DOL").

6. On September 19, 2024, SEIU filed a wage theft complaint with the Department of Labor on my behalf. I reviewed the complaint prepared by SEIU and my identity was included in the complaint. After reviewing the complaint, I signed the complaint electronically.

7. I would not have been able to file the September 19 wage theft complaint without SEIU's assistance. I provided detailed information and evidence to SEIU in support of the complaint. Without SEIU's help, I would not have known what kind of evidence is needed to prove a wage theft complaint or how to file the complaint. Prior to the filing of the September 19 complaint, I had never filed a wage theft complaint. I did not have the resources to find and hire a lawyer to help me prepare or file a complaint.

8. At the time the September 19 wage theft complaint was filed, I was assured by SEIU that the information I provided regarding my wage theft allegations, including my identity, would be kept confidential by the DOL. I was told that if the DOL pursued my claim, the DOL would ask my permission before revealing my name to Waffle House. I am afraid that if Waffle House finds out I filed a complaint against the company, they will retaliate against me. I fear that I could be fired or that I would lose the opportunity to get a cook position at Waffle House. If the DOL is willing to pursue my complaint and help me recover the wages I am owed, I would consider giving the DOL permission to reveal my name to Waffle House. But at this time, I do not know if DOL will pursue my complaint and I do not want Waffle House to know that I filed a complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025, in ▮▮▮▮▮▮ Georgia.

/s/ ▮▮▮▮▮▮▮▮▮▮▮▮▮

3