# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>DEPARTMENT OF LABOR, *et al.*, <br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

## DECLARATION OF LANETA DICKERSON, SEIU MEMBER

I, Laneta Dickerson, declare as follows:

1. I am a member of the Service Employees International Union Texas ("SEIU TX") an affiliate of the Service Employees International Union ("SEIU"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge.

2. I have been a member of SEIU TX since 2021. I am currently employed by an airline contractor at the George Bush Intercontinental Airport in Houston, Texas where I work as a wheelchair attendant. In my work as a wheelchair attendant, I assist disabled and elderly passengers who need help getting on and off airplanes and traveling through the airport. I am active in my union and serve as a union representative which means my co-workers come to me for help regarding union matters.

3. My two minor children currently receive their primary healthcare coverage through

Medicaid, and have received care through Medicaid since they were born. Both my children have serious health conditions that require lifesaving care which is provided through Medicaid. I would be unable to provide my children with the care they need without Medicaid coverage.

4. It is my understanding that Defendants have decided to give access to my personal information and/or my children's personal information to the Department of Government Efficiency ("DOGE") and/or individuals associated with DOGE.

5. I have not consented to, and I do not consent to, giving DOGE and/or individuals associated with the DOGE access to my personal information or the personal information of my children stored in HHS' systems or records.

6. The privacy of my personal information and my children's personal information is very important to me. Because my children are Medicaid beneficiaries, HHS necessarily has personal information about me and my children. I have trusted the government to maintain the privacy of my family's information and to only use my information for lawful purposes. I am angry and upset by the prospect that the government may violate my privacy and disclose my family's personal information to third parties, such as the DOGE, without my consent.

7. As a mother, the confidentiality of my children's personal information is a critical issue to me. It is my job to protect my children and I do not consent to anyone who is not their doctor or involved in providing or facilitating their care to have access to any of their personal information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2025, in Spring, TX.

                                                      /s/ *Laneta Dickerson*
                                                      Laneta Dickerson