# EXHIBIT R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

**DECLARATION OF ELISEO MEDINA, SEIU MEMBER AND FORMER SECRETARY-TREASURER**

I, Eliseo Medina declare as follows:

1. I am a member of the Service Employees International Union ("SEIU"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge.

2. I have been a member of SEIU since 1986. Prior to my retirement, I worked as a union organizer and elected officer of SEIU for 27 years, including Executive Vice President from 1996 to 2010, and Secretary-Treasurer of SEIU from 2010 to 2013. Over the years, I also participated in many actions organized by SEIU to advocate for increased access to healthcare.

3. My participation in SEIU's healthcare advocacy was informed by my work organizing and negotiating with workers on this issue. While organizing employees of Catholic Healthcare West, a big issue was access to affordable healthcare. When I worked at SEIU Local 102, we organized paramedics. A motivating issue for that workforce was to

make sure they had adequate healthcare. In SEIU's historic home care organizing campaign, I negotiated with the Governor of California for a 60-cent basic contribution on behalf of home care providers. Additionally, I founded Mi Familia Vota, an organization that works alongside SEIU to educate, organize, and mobilize the Latino community around various policy priorities. Access to healthcare has been a big issue from the beginning as nearly everyone had problems with healthcare access and was either uninsured or underinsured. We viewed the Affordable Care Act as a victory for all the work we had been doing to expand access to quality, affordable healthcare.

4. I currently receive my primary healthcare coverage through Medicare, and have received care through Medicare for 11 years, since my retirement in 2013. Through Medicare, I have coverage for doctors' visits and any hospitalization. For example, I recently had eye surgery and that was primarily covered by Medicare.

5. It is my understanding that Defendants have decided to give access to my personal information to the Department of Government Efficiency ("DOGE") and/or individuals associated with DOGE.

6. I have not consented to, and I do not consent to, giving DOGE and/or individuals associated with the DOGE access to my personal information stored in HHS' systems or records. It was my understanding that that was confidential and would not be available except for the provision of healthcare benefits.

7. The privacy of my personal information is very important to me. Because I am a Medicare beneficiary, HHS necessarily has personal information about me. I have trusted the government to maintain the privacy of my information and to only use my

information for lawful purposes. It was my understanding that my private information was going to be protected when I applied for Medicare. To feel comfortable having candid conversations with providers during medical appointments, I need to have confidence that my personal and health information will be kept confidential at every step in the process. I am extremely concerned that HHS may violate my privacy and disclose my personal information to third parties, such as the DOGE, without my consent and for undisclosed purposes. I am extremely concerned about what that means for me and for my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, in Los Angeles, California.

*/s/ Eliseo Medina*
Eliseo Medina