# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339-JDB |

**DECLARATION OF GENEVIEVE SANFORD, RETIRED SEIU MEMBER AND SEIU HEALTHCARE 1199NW FORMER EXECUTIVE BOARD MEMBER**

I, Genevieve Sanford, declare as follows:

1. I am a retired member of the Service Employees International Union ("SEIU") Healthcare 1199NW. I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge.

2. I am a former member of the Executive Board of SEIU Healthcare 1199NW, Washington state's largest union of healthcare workers, which also represents healthcare workers in Montana. Before my retirement, I was a member of the SEIU Healthcare 1199NW for more then ten years and served on the Union's Executive Board. Our Union has a long history of fighting to raise standards in the healthcare sector—from worker standards to access to quality, affordable healthcare for all. Over the years, I led and advocated on behalf of our members and patients for increased access to quality, affordable healthcare, including speaking with my elected officials about the importance of the Medicaid and

Medicare program, advocating for the Affordable Care Act, and supporting improvements of health care benefits at the workplace.

3. Prior to my retirement, I was a Diagnostic Medical Sonographer and worker in the Ultrasound department at the University of Washington Northwest Hospital in Seattle, Washington. Part of my responsibilities included safeguarding patient information while they were receiving health care.

4. I currently receive my primary healthcare coverage through Medicare, and have received care through Medicare since September 2024. Through Medicare, I am currently on the Advantage Plan, which doesn't require me to pay monthly premiums but I worry about my claims being rejected and services that aren't covered.

5. It is my understanding that Defendants have decided to give access to my personal information to the Department of Government Efficiency ("DOGE") and/or individuals associated with DOGE.

6. I have not consented to, and I do not consent to, giving DOGE and/or individuals associated with DOGE access to my personal information stored in HHS' systems or records.

7. The privacy of my personal information is very important to me. Because I am a Medicare beneficiary, HHS necessarily has personal information about me. I have trusted the government to maintain the privacy of my information and to only use my information for lawful purposes. To feel comfortable having candid conversations with healthcare providers during medical appointments, I need to have confidence that my

personal and health information will be kept confidential at every step in the process. I am disturbed by the prospect that the government may violate my privacy and disclose my personal information to third parties, such as DOGE, without my consent. I am concerned that they might make judgments about me or others based on our healthcare conditions or my information might be sold.

8. I know after working in hospitals for decades that the confidentiality of a patient's medical information is the cornerstone of patient care and is something that I took very seriously in all my years as a healthcare worker. We all took it very seriously. I would never say a patient's full name in front of others, or say what kind of exam that I was doing for the patient. If patients do not believe that their medical information will be confidential, they will be reluctant to speak openly with their medical providers about any health concerns or issues they may be having. It would be impossible to provide high quality patient care under these circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, in Kirkland, Washington.

*/s/ Genevieve Sanford*
Genevieve Sanford