# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339-JDB |

### DECLARATION OF DIANE SOSNE, SEIU MEMBER AND SEIU HEALTHCARE 1199NW PRESIDENT EMERITUS

I, Diane Sosne, declare as follows:

1. I am a member of the Service Employees International Union ("SEIU"). I submit this declaration in support of Plaintiffs' application for a temporary restraining order in this matter. The statements made in this declaration are based on my personal knowledge.

2. I am the President Emeritus of SEIU Healthcare 1199NW, Washington's largest union of nurses and healthcare workers. I spent 39 years as the union's president. SEIU Healthcare 1199NW has a long history of fighting to raise standards in the healthcare sector—from worker standards to access to quality, affordable healthcare for all. Over the years, I led and advocated on behalf of our members and patients for increased access to quality, affordable healthcare, including leading the Union's legislative agenda at the state-level expanding access to care and supporting Medicare and Medicaid programs that provide insurance for our patients. Patient privacy is part of the Union's commitment to quality care, and since we, as healthcare workers, are obligated under Health Insurance

Portability and Accountability Act, the quality of care includes our commitment to ensuring patient confidentiality.

3. I have been a Registered Nurse (RN) for more than 50 years, and I have a Master of Nursing (MN). In my work as a Registered Nurse, I provided care to some of our community's most vulnerable as a psychiatric nurse.

4. I currently receive my primary healthcare coverage through Medicare, and have received care through Medicare since January 2025. Through Medicare, I receive access to comprehensive health care coverage.

5. It is my understanding that Defendants have decided to give access to my personal information to the Department of Government Efficiency ("DOGE") and/or individuals associated with DOGE.  It is my understanding that at least some of these individuals are not government employees but rather people from the private sector who may not be bound by government standards.

6. I have not consented to, and I do not consent to, giving DOGE and/or individuals associated with the DOGE access to my personal information stored in HHS' systems or records.

7. The privacy of my personal information is vital to me. Because I am a Medicare beneficiary, HHS necessarily has personal and highly confidential information about me. I have trusted the government to maintain the privacy of my information and to only use my information for lawful purposes.  I have relied on the knowledge that my health information is protected by the privacy protections in HIPAA in order to have candid

conversations with my providers. I need to have confidence that my personal and health information will be kept confidential at every step in the process. I am extremely concerned by the prospect that the government may violate my privacy and disclose my personal information to third parties, such as the DOGE, without my consent.

8. As a healthcare provider, the confidentiality of a patient's medical information is the cornerstone of our patient care delivery system. As a RN, I am legally bound by the obligation to keep my patients information confidential, an obligation I have taken very seriously in all my years as a health care provider. If patients do not believe that their medical information will be confidential, they will be reluctant to speak honestly with their medical providers about any health concerns or issues they may be having. It would be impossible to provide high quality and cost effective patient care under these circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025, in Phoenix, Arizona.

                                                             */s/ Diane Sosne*  
                                                             Diane Sosne