# EXHIBIT Z

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br>*Plaintiffs,* <br><br>v. <br><br>DEPARTMENT OF LABOR, *et. al.,* <br><br>*Defendants.* | Case No. 1:25-cv-00339-JDB |

**DECLARATION OF** ▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇, PA-C, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. This declaration is based on my personal knowledge, information, and belief. I submit this declaration in support of Plaintiffs' Renewed Motion for a Temporary Restraining Order.

2. I am a board-certified physician assistant (PA) in ▇▇▇▇▇▇ California. I have been a PA since 2012. I currently work at the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ where I have been employed for nearly ten years.

3. I work in urology, where I consult on urologic complaints, such as kidney stones and bladder issues, and assist in the operating room. I see all types of patients, across all backgrounds, age groups, socioeconomic status, race, and gender. My relationships with these patients span anywhere from a single appointment to long-term management of patients' treatment over many years.

4. I have been a dues-paying member of United Nurses Associations of California/Union of Health Care Professionals (UNAC/UHCP) as part of the ▮▮▮▮▮▮▮▮ Registered Nurses Healthcare Professionals Affiliate since 2018, when I served as a steward. In 2021, I became an officer, and I currently serve as the Clinic President for the ▮▮▮▮▮▮▮▮. UNAC/UHCP is affiliated with the American Federation of State, County, and Municipal Employees (AFSCME).

5. UNAC/UHCP represents more than 40,000 registered nurses and health care professionals in the state of California. My union works for fair wages, terms and conditions of employment, and health and safety protections, which in turn, allows me and my colleagues to practice medicine more effectively by providing higher-quality care.

6. A critical part of UNAC/UHCP's mission is access to equitable health care and universal coverage, because as care providers, we have seen the consequences of delayed treatment. As part of this mission, UNAC/UHCP has advocated for the expansion of Medicare coverage and increased access to services funded under Medicaid.

7. The privacy and confidentiality of Medicare beneficiaries' data is an important component of UNAC/UHCP's healthcare advocacy efforts. Privacy is an essential component of our patients' ability to access quality healthcare and see improved health outcomes, which is central to UNAC/UHCP's mission as a coalition of health care providers who work towards higher-quality and safer care in our communities.

8. Every day at work I receive a large amount of private information from my patients. Anything a patient tells me during the course of a visit, including private health information, medical conditions, contact information, and demographic information, are entered into my office's electronic medical records system. Medical conditions range from benign but sensitive conditions such as sexually transmitted diseases and the contacts from which they were

contracted, or erectile dysfunction, to deeply impactful and transformative diagnoses such as cancer. Much of this information is protected under federal law. I receive annual training centered on the import and regulatory requirements surrounding patient privacy.

9. I hold the privacy of my patients to a high standard. In order to ensure no private information is shared beyond a patients' medical team, my office has automatic systems within the electronic medical records system that controls who has access to patient charts and triggers an investigation when access is attempted by someone outside the ordinary course of care. Additionally, it is a frequent practice at my office to shred any piece of paper that may have patient information on it. All of these protocols are to ensure that our patients' privacy is held to the standard required under the federal law and the expectations of the patients themselves.

10. The medical center at which I work frequently submits information, much of it private information protected under federal law, to the Department of Health and Human Services (HHS). Most frequently, this occurs through submissions to the Centers for Medicare and Medicaid Services for insurance reimbursements. These reimbursement submissions may include a patient's identifying information, such as their name, date of birth, and contact information, as well as their medical history, their medications, their diagnoses, and the treatments they have received.

11. It is my firm belief that it is the basic responsibility of every healthcare professional to ensure that patients' most private information—often things that are not shared with anyone besides their doctors—are kept private. Patients have an expectation that the information they tell me will be kept confidential.

12. The assurance that my patients' information will be kept confidential is critical in the effectiveness of my care. Patients come to me with the expectation of privacy and trust, and if

that trust is broken by allowing their confidential information to be shared beyond their medical team, they are less likely to come and seek care for their conditions. When patients do not have trust in their providers, they may be afraid to come to the medical office and be open and honest with the people tasked with keeping them healthy. This will undoubtably result in, for some people, a delay in care, which could cause the progression of disease up to and including death.

13. If DOGE has access to the sensitive information that patients share with me, and we must report to HHS, it would be very damaging to my practice, because patients would be less willing to share important details about their health or be unwilling to come to the office at all.

14. I also understand that my personal information, including my name and contact details, is transmitted to HHS as part of the reimbursement process for services I provide to patients. I would feel more comfortable in my practice with the knowledge that my personal information remains protected.

Executed on February 11, 2025



_____

█████████, PA-C