# EXHIBIT AA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, *Plaintiffs,* v. DEPARTMENT OF LABOR, *et. al.*, *Defendants.* | Case No. 1:25-cv-00339-JDB |

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮, PA-C, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. This declaration is based on my personal knowledge, information, and belief. I submit this declaration in support of Plaintiffs' Renewed Motion for a Temporary Restraining Order.

2. I have been a board-certified physician assistant (PA) for over twenty years. I currently practice internal medicine with a subspecialty in endocrinology at Kaiser Permanente Fontana Medical Center and have been employed at Kaiser since 2016.

3. I have been a dues paying member of United Nurses Associations of California/Union of Health Care Professionals (UNAC/UHCP) for about seven years. I initially became involved as a steward, and nearly two years ago I began working as a floating staff representative with the union, representing new Physician Assistant members in Northern California. UNAC/UHCP is affiliated with the American Federation of State, County, and Municipal Employees (AFSCME).

4. UNAC/UHCP represents more than 40,000 registered nurses and health care professionals in the state of California who work on the frontlines of care in our communities. A

critical part of UNAC/UHCP's mission is access to equitable health care and universal coverage, because as care providers, we have seen the consequences of delayed diagnosis and treatment. As part of this mission, UNAC/UHCP has advocated for the expansion of Medicare coverage and increased access to services funded under Medicaid.

5. The privacy and confidentiality of Medicare beneficiaries' data is an important component of UNAC/UHCP's healthcare advocacy efforts. Privacy is an essential component of our patients' ability to access quality healthcare and see improved health outcomes, which is central to UNAC/UHCP's mission as a coalition of health care providers who work towards higher-quality and safer care in our communities.

6. As a PA in endocrinology, I typically see patients who have thyroid disorders and diabetes. I also frequently see patients who are in the process of receiving gender-affirming care. I typically have long-term relationships with my patients, as their treatment generally requires significant follow-up care.

7. It is routine, and very important, in my practice to receive private information about my patients. Patients frequently share with me everything from their home address, telephone number, and medical record numbers, to their complete health history, medications, and lab results, which I note in our computerized charting system. Essentially, my patient's entire experience with healthcare is captured within their charts.

8. A significant amount of this private information is health information protected under federal law. I take this charge to maintain privacy very seriously in my practice as a PA. We receive annual training which covers the confidentiality of medical records. My office shreds all paper documents to ensure no confidential patient information escapes. We all work very hard to ensure the privacy and trust of our patients.

9. It is my understanding that the office at which I work routinely submits confidential patient information to the Department of Health and Human Services (HHS). My office frequently submits information, including identifying information and private health information, to the Centers for Medicare and Medicaid Services (CMS) for insurance reimbursement purposes.

10. Patients come to my office with the assumption that everything we discuss will be kept confidential. This understanding is essential to the patient-provider relationship; without this level of trust, I may not receive the critical information I need to diagnose and treat effectively. If a patient does not come in to the office with the expectation of privacy, they may not be open about their medical history or symptoms they are having. This makes it difficult, if not impossible, to properly care for my patients.

11. The critical nature of confidentiality is especially true regarding my patients receiving gender-affirming care. This is often an extremely sensitive subject, and many patients may be afraid to seek necessary healthcare if they knew their information would not remain confidential.

12. If DOGE has access to the sensitive personal and health information submitted to HHS, it will have a significant impact on my ability to effectively care for my patients. It will weaken the relationship of trust I have built with my patients and make it extremely difficult to practice medicine to the best of my ability.

13. In addition, I understand that, as a provider, some of my personal information is also stored in HHS records related to reimbursement requests for my services. I am also concerned about unauthorized access to records containing billing records with my name and other personal information, particularly because some of those records would indicate that I provide care, such as gender-affirming care, that is the subject of significant scrutiny and is often badly

mischaracterized, including by some who are now in the Federal Government. I would feel more comfortable providing this care if I had assurances that the personal information disclosed in connection with the reimbursement process remains protected.

Executed on February 11, 2025

**Signature:** ▮▮▮▮▮▮▮▮▮▮
**Email:** ▮▮▮▮▮▮▮▮▮▮