AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AFL-CIO et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-339 |
| DOL et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
American Federation of Labor and Congress of Industrial Organizations; American Federation of Government Employees, AFL-CIO; Service Employees International Union, AFL-CIO; American Federation of State, County, and Municipal Employees, AFL-CIO; Communications Workers of America, AFL-CIO; Economic Policy Institute; Virginia Poverty Law Center; Economic Action Maryland Fund; American Federation of Teachers .

Date:    02/14/2025

/s/ Skye L. Perryman
*Attorney's signature*

Skye L. Perryman (No. 984573)
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

*Address*

sperryman@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*