UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
                    **Plaintiffs**

                    *vs.*                    Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
                    **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, and Plaintiff's Motion for a Renewed Temporary Restraining Order

SERVE TO: Consumer Financial Protection Bureau

SERVICE ADDRESS: 1700 G Street, NW, Washington, DC 20552

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to the Consumer Financial Protection Bureau, 1700 G Street, NW, Washington, DC 20552 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772067348332.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/13/2025

*(signature)*

Carrie Hollingshed

Client Ref Number: AFL-CIO v. DOL
Job #:12705955

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050