UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*

    **Plaintiffs**

      *vs.*      **Case No.: 1:25-cv-00339-JDB**

*Department of Labor, et al.*

    **Defendants**

## *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Civil Cover Sheet, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, and Plaintiff's Motion for a Renewed Temporary Restraining Order*

*SERVE TO: Department of Health and Human Services; Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services; Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director, Consumer Financial Protection Bureau c/o Civil Process Clerk, U.S. Attorney's Office for D.C.*

*SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Department of Health and Human Services; Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services; Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director, Consumer Financial Protection Bureau c/o Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772067239596.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>02/14/2025</u>*

*Carrie Hollingshed*

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12705889*