UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
          *Plaintiffs*

                                                *vs.*                    **Case No.: 1:25-cv-00339-JDB**

*Department of Labor, et al.*
          **Defendants**

## *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, and Plaintiff's Motion for a Renewed Temporary Restraining Order

SERVE TO: Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services

SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772067417781.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/13/2025

*Carrie Hollingshed*

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12706074*

Case 1:25-cv-00339-JDB   Document 37   Filed 02/16/25   Page 2 of 2