UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
                **Plaintiffs**

*vs.*        Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
                **Defendants**

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, and Plaintiff's Motion for a Renewed Temporary Restraining Order

SERVE TO: Department of Health and Human Services

SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC 20201 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772067537992.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/14/2025

*[signature]*

Carrie Hollingshed

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12706098*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050