UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Federation of Labor and Congress of Industrial Organizations, et al.*
        *Plaintiffs*

*vs.*     Case No.: 1:25-cv-00339-JDB

*Department of Labor, et al.*
        *Defendants*

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, and Plaintiff's Motion for a Renewed Temporary Restraining Order

SERVE TO: Department of Health and Human Services; Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services; Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director, Consumer Financial Protection Bureau c/o U.S. Attorney General

SERVICE ADDRESS: Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Department of Health and Human Services; Dorothy A. Fink, in her official capacity as Acting Secretary, Department of Health and Human Services; Consumer Financial Protection Bureau; Russell Vought, in his official capacity as Acting Director, Consumer Financial Protection Bureau c/o U.S. Attorney General, Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772067294236.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/14/2025

*Carrie Hollingshed*

*Client Ref Number: AFL-CIO v. DOL*
*Job #:12705916*