# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR EXPEDITED DISCOVERY**

This matter comes before the Court on Plaintiffs' Motion for Expedited Discovery. Based on the reasoning and points of authority contained therein, the Court will **GRANT** Plaintiffs' Motion.

It is **SO ORDERED**.

DATED this ___ day of February, 2025.

_____
Hon. John D. Bates
United States District Judge