IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), Benjamin Seel, respectfully notices the withdrawal of his appearance as counsel to Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 27, 2025

Respectfully submitted,

*/s/ Benjamin Seel*
Benjamin Seel (D.C. Bar No. 1035286)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
bseel@democracyforward.org

*Counsel for* Plaintiffs