UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>　　Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. ECF No. 49. Based on reasoning articulated in the Memorandum Of Law In Support Of Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint, ECF No. 49-1, the Court **GRANTS** Defendants' motion.

It is **SO ORDERED**.

DATED this ___ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge