IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>DEPARTMENT OF LABOR et al.,<br><br>　　Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

　　Defendants—the U.S. Department of Labor, Secretary of Labor Lori Chavez-DeRemer, the Department of Health and Human Service, HHS Secretary Robert F. Kennedy, Jr., the Consumer Financial Protection Bureau, Acting CFPB Director Rusell Vought, the U.S. Digital Service (U.S. DOGE Service), and U.S. DOGE Service Temporary Organization—move the Court to reconsider its prior ruling authorizing written discovery, pursuant to Federal Rule of Civil Procedure 54(b), and issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) to halt or delay all or part of the discovery ordered in this matter prior to the Court's ruling on Defendants' Motion to Dismiss. ECF No. 49. This Motion is based on material changes in the factual circumstances on which the Court based its Order granting in part and denying in part Plaintiffs' Motion for Expedited Discovery. ECF No. 48. Defendants have conferred with Plaintiffs' counsel as required by Local Rule 7(m), and the motion is opposed. A proposed order is attached.

| | |
|---|---|
| Dates: March 11, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division |
| | MARCIA BERMAN<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch |
| | */s/Michael J. Gerardi*<br>Michael J. Gerardi<br>Senior Trial Counsel (DC Bar No. 1017949)<br>Benjamin S. Kurland<br>Trial Attorney (D.C. Bar No. 1617521)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 616-0680<br>Fax: (202) 616-8460<br>E-mail: Michael.J.Gerardi@usdoj.gov |
| | *Counsel for Defendants* |