IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br> v. <br> DEPARTMENT OF LABOR et al., <br><br> Defendants. | Case No. 1:25-cv-00339-JDB <br><br> Judge John D. Bates |

## DECLARATION OF RICKY J. KRYGER

I, Deputy Chief Information Officer for the U.S. Department of Labor, Ricky J. Kryger, being of lawful age, state the following:

1. I am the Deputy Chief Information Officer (Deputy CIO) for the Office of the Chief Information Officer (OCIO) for the United States Department of Labor (DOL) located in Washington, DC, and am responsible for Department-wide planning, implementation, modernization, cybersecurity, and operational information technology (IT) functions that support defined DOL mission responsibilities.

2. The information set forth in this declaration is based upon my personal knowledge, including knowledge acquired by me through the performance of my official duties and from information contained in business records of DOL.

3. On January 20, 2025, Executive Order 14158 titled *Establishing and Implementing the President's "Department of Government Efficiency"* (DOGE EO) was signed establishing the Department of Government Efficiency to implement the President's Department of Government Efficiency (DOGE) Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.

4. On February 5, there was an initial meeting at DOL with employees from The United States DOGE Service (USDS), including Adam Ramada. During the meeting, it was my understanding that the intention was to bring these individuals on as detailees.

5. Approximately 45 minutes after the meeting ended, I was advised to halt onboarding activities, and all onboarding activities for these individuals were suspended. Ultimately, they were never granted access to DOL electronic information systems.

6. Subsequently, neither Mr. Ramada nor any of the other individuals from USDS who attended the initial meeting on February 5 were brought on board at DOL in any capacity, and no other individuals were onboarded as detailees from USDS. Instead, other individuals have now been brought onboard as employees of DOL and appointed as Policy Advisors in the Office of the Secretary to help implement the DOGE EO.

7. DOL is unaware of any plans to onboard detailed employees from USDS in the future to work on DOGE EO projects.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on this 11th day of March, 2025

Ricky J. Kryger
Deputy Chief Information Officer
Office of the Chief Information Officer
U.S. Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210