# ATTACHMENT A TO RICE DECLARATION

# FILED UNDER SEAL