IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et. al.*<br><br>*Defendants*. | Case No. 1:25-cv-00339 |

## DECLARATION OF ADAM MARTINEZ

1. My name is Adam Martinez. I am currently employed at the Bureau of Consumer Financial Protection (CFPB) serving as the Chief Operating Officer (COO) and Acting Chief Human Capital Officer. I started serving as the COO on February 20, 2023 and have been with the federal government for 25 years. I currently report to the Acting Director of the CFPB. The following is based on my personal knowledge or information provided to me in the course of performing my duties.

2. The CFPB was authorized by the Dodd-Frank Wall Street Reform and Consumer Protection Act with responsibility for consumer protection in the financial sector.

3. On January 20, 2025, President Trump issued an executive order establishing the United State DOGE Service (USDS) to, among other things, modernize government technology and software to increase efficiency and productivity. The executive order mandates that USDS follow rigorous data protection standards and comply with all relevant laws when accessing unclassified agency records, software systems, and IT systems. It likewise directs agencies to ensure USDS has full access to all unclassified agency records and software and IT systems.

4. In my previous declaration submitted in this case, I noted that there were six employees at the CFPB helping to advance the executive order's initiatives, only one of whom was on detail from USDS. As of March 5, 2025, that USDS detail was converted to a direct hire by the CFPB (while also remaining a USDS employee). A true and correct copy of that employee's Appointment Affidavit (i.e., oath of office) is attached as Exhibit A.

5. As a detailee, this individual was granted access to the CFPB's email, human capital, travel, procurement, finance, and similar systems. This individual, however, was not

granted access to the CFPB's systems for consumer complaints or Home Mortgage Disclosure Act data. Nor did the individual access these systems.

6. As of today, there are no USDS detailees to the CFPB. I am not aware of any plans to onboard new detailed employees in the future to work on DOGE projects.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 10th day of March.

Adam Martinez