# EXHIBIT A TO MARTINEZ DECLARATION

# FILED UNDER SEAL