**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. 1:25-cv-00339-JDB |
| Plaintiffs, | Judge John D. Bates |
| v. | |
| DEPARTMENT OF LABOR, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
RECONSIDERATION**

This matter comes before the Court on Defendants' Motion for Reconsideration.  ECF

No. 51.  Based on reasoning articulated in Defendants' Memorandum of Law in Support of

Defendants' Motion for a Protective Order, ECF No. 51-1, the Court **GRANTS** Defendants'

motion and orders as follows:

It is **SO ORDERED**.

DATED this __ day of _____, 2025.

_____

Hon. John D. Bates

United States District Judge

1