# EXHIBIT C

Docusign Envelope ID: DEZ63BA3-4DE9-4B05-8FCF-379EB8EA8F92

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

J. DOE 1-26,

*Plaintiffs*

v.

ELON MUSK, in his official capacity, UNITED STATES DOGE SERVICE, *and* the DEPARTMENT OF GOVERNMENT EFFICIENCY,

*Defendants*

**Case No. 25 8:25-cv-00462-TDC**

## DECLARATION OF J. DOE 2

I, J. Doe 2, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1.      I am a plaintiff in this litigation, identified as "J. Doe 2" in the complaint.[1]

2.      I am an employee at the United States Agency for International Development ("USAID") and have been with the agency for over 10 years.

3.      My main duties include technological responsibilities related to cybersecurity and privacy. My position involves extensive interaction with USAID's information technology ("IT") infrastructure, including its data security systems.

4.      On January 30, 2025, I  was working from the USAID office when I was told to provide systems access to individuals from DOGE.

5.      I conducted research and determined that the individuals from DOGE who were trying to get access to these crucial systems have a  history of issues with data misuse. I was alarmed and

---

[1] A Motion to Proceed Under Pseudonyms is pending with the Court.

000227

Docusign Envelope ID: D5763BA3-4DE9-4B05-8FCF-379EB8EA8F92

raised this issue with my supervisors, indicating that the DOGE personnel should not obtain access.

6.      However, I thereafter discovered that the DOGE personnel had already been given access. Furthermore, the DOGE personnel were given *root access* to USAID systems, the highest level of access one can obtain and which allows a person to take over a system. This includes the ability to modify, add, delete data, and create user accounts.

7.      On Feb 1, 2025, DOGE personnel who did not have a security clearance, used their administrative rights to grant themselves access to restricted areas requiring security clearance. It is unclear what the DOGE personnel did with that access.

8.      DOGE personnel have also taken over delegate rights to every USAID mailbox. With this they have the ability to see every email, delete, and send email on behalf of every user within USAID.  I am also aware that there is rapid preparation to tear down the USAID network to create a condition where USAID employees will not have access to any facilities nor computing environment.

9.      All of the classified systems in multiple USAID buildings have been dismantled and are not available to use.  If there is information that is being shared with USAID on critical issues occurring around the world of a classified nature, which may only be accessed by USAID staff through the classified systems inside of the USAID systems, that access no longer exists because the IT infrastructure and access no longer exists.

10.      On February 4, 2025, I was put on administrative leave and lost all access to USAID systems.

000228

Docusign Envelope ID: DE763BA3-4DE9-4B05-8FCF-379EB8EA8F92

11.     On February 10, 2025, I was allowed back into the USAID system, apparently pursuant

to a temporary restraining order in a separate lawsuit between different parties. I currently have

access to my USAID email, but other USAID systems have been taken offline.

12.     I understand that the DOGE personnel have administrative privileges into all the USAID

systems and tools and that DOGE personnel took information out of the agency and sent it

elsewhere.

13.     DOGE's actions have caused me emotional injury, as I am aware of the extent of

confidential information that has been breached by DOGE, including confidential information of

USAID personnel, and the privacy laws broken.

14.     Since Defendants began dismantling USAID, there has been a more than two-fold

increase in the total number of security incidents flagged by our IT tools. This includes both

incidents related to outside attacks and incidents related to internal use of sensitive data (e.g.

individuals within USAID downloading materials that contain sensitive information, like social

security numbers, which is flagged even when an individual is downloading their own

information). This has overwhelmed the IT team responsible for responding to these incidents.

Previously, the IT team could keep up with the incident response on essentially a daily basis but

can no longer do so. This is a security issue in and of itself as the IT team is stretched thin and

therefore cannot focus as much attention as needed on actually threatening incidents.

15.     I understand that the USAID buildings/floors within buildings have been given to other

agencies for other purposes, including allowing the breaking down of offices and cubicles.

USAID staff and contractors who worked in the USAID buildings are not allowed inside, even to

obtain personal belongings. Before I was no longer allowed in the USAID building I worked in, I

Docusign Envelope ID: DEZ63BA3-4DE9-4B05-8FCF-379EB8EA8F92

kept in my office photographs, awards, coins collected over the years, and other keepsakes. I no longer have access to these items.

16.    My fellow USAID staff and I are locked out of our offices, and we were told to stay away from all USAID locations.  While we have been away, the leases were allowed to expire as they sought other Agencies to occupy the buildings. I am aware that the headquarters location at the Ronald Reagan Building. 1300 Pennsylvania Ave. has been turned over to the Department of Homeland Security/ Customs and Border Protection. The building that I worked from, 500 D Street SW, is actively being shopped out to other Agencies. This is happening with no communications to employees other than that the buildings are closed until further notice.

17.    Our regular activities are not being performed as the usual processes are not being followed and there is complete uncertainty about the path forward.  No one knows who holds certain roles and how to advance through most processes as many of the leaders are not in their formal roles and most people are fearful of making any decisions.  It is clear that the focus is on the total dismantling of the Agency and not its core functions, not the support functions that are codified by statute.  This includes FITARA, FISMA, the Privacy Act, Section 508 of the Americans with Disabilities Act, E-Government Act of 2002, Government Performance and Results Act, the Paperwork Reduction Act and many more. The best description of the current environment is very tense and paralyzing.

Docusign Envelope ID: DE763BA3-4DE9-4B05-8FCF-379EB8EA8F92

18.     I hereby declare under penalty of perjury that the foregoing is true and correct.

**Executed on the 18th day of February, 2025.**

                                                                    **J. Doe 2**


                                                          ┌─ Signed by:
                                                          │ J. Doe 2
                                                          └─ BADF4EA39FCF449...
                                                          **Signature**

000231

5