AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Am. Fed. of Labor and Cong. of Indus. Orgs. et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:25-cv-339 (JDB) |
| Department of Labor et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                             .

Date:    03/17/2025

/s/ Andrew M. Bernie
*Attorney's signature*

Andrew M. Bernie (D.C. Bar No. 995376)
*Printed name and bar number*

1100 L Street NW
Washington, DC 20005

*Address*

andrew.m.bernie@usdoj.gov
*E-mail address*

(202) 353-7203
*Telephone number*

*FAX number*