AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AFL-CIO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/18/2025

/s/ Glenn Schlactus
*Attorney's signature*

Glenn Schlactus (D. DC ID #475950)
*Printed name and bar number*

Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
*Address*

gschlactus@relmanlaw.com
*E-mail address*

(202) 728-1888
*Telephone number*

(202) 728-0848
*FAX number*