# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00339 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Glenn Schlactus, an active member of the bar of the U.S. District Court for the District of Columbia, hereby moves the court to admit Alexa Milton, pro hac vice to appear and participate as counsel in this case for Plaintiffs.

Movant represents that Alexa Milton is admitted to and an active member in good standing of the bars of the District of Maryland, the Eastern District of Wisconsin, the Central District of Illinois, the Eleventh Circuit Court of Appeals, the District of Columbia, and Maryland. This Motion is accompanied by the required $100.00 fee and declaration signed by the applicant.

Dated: March 18, 2025

Respectfully submitted,

/s/ Glenn Schlactus
Glenn Schlactus (D.C. Bar No. 475950)
Relman Colfax PLLC
1225 19th Street N.W., Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
gschlactus@relmanlaw.com