IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF LABOR et al.,<br><br>Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

NOTICE OF FILING OF DOCUMENTS
PURSUANT TO COURT'S MARCH 17 ORDER

Pursuant to the Court's March 17 Order, ECF No. 62, Defendants hereby file the redacted SF-61s that are the subject of that order.[1]

Dated: March 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Andrew M. Bernie
Andrew M. Bernie
Trial Attorney

---

[1] As to two of the three documents, Defendants have redacted the signing official's position, because this information is likely revelatory of the identities this Court held could be redacted.

                                        U.S. Department of Justice  
                                        Civil Division,  
                                        Federal Programs Branch  
                                        1100 L Street, NW  
                                        Washington, D.C. 20005  
                                        (202) 353-7203  
                                        andrew.m.bernie@usdoj.gov  
                                        *Attorneys for Defendant*