# APPOINTMENT AFFIDAVITS

__Expert / Consultant__
(Position to which Appointed)

__3/4/25__
(Date Appointed)

__Dept. of HHS__
(Department or Agency)

__Office of the Secretary__
(Bureau or Division)

_____
(Place of Employment)

I, __Amy Gleason__, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_[signature]_
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this __4__ day of __March__, __2025__

at __Washington__ __DC__
    (City)

(SEAL)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

__Supervisory HR Specialist__
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable