AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| AFL-CIO, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/19/2025

/s/ Alexa Milton
*Attorney's signature*

Alexa Milton (DC Bar ID #155380)
*Printed name and bar number*

Relman Colfax PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
*Address*

amilton@relmanlaw.com
*E-mail address*

(202) 728-1888
*Telephone number*

(202) 728-0848
*FAX number*