IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF COMMERCE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

**NOTICE OF APPEARANCE**

Please take notice that Bradley P. Humphreys, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: March 19, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

        */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel (DC Bar No. 988057)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*