UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, *et al.*, | |
| *Defendants*. | |

**SEALED NOTICE OF NEW EVIDENCE**

Plaintiffs respectfully notify this Court of a sworn declaration by Amy Gleason, the publicly identified Acting Director of Defendant United States DOGE Service, filed yesterday in another case in this district. *Citizens for Responsibility and Ethics in Washington v. U.S. DOGE Service*, 1:25-cv-00511 (D.D.C., Mar. 14, 2025), ECF No. 20-2. Ms. Gleason's declaration was publicly filed and is available on the Court's docket in that matter. A copy of the declaration is attached as Exhibit A.

Among other things, Ms. Gleason's declaration attests: (1) that she "joined USDS on December 30, 2024;" Ex. A, ¶ 2; (2) that she is at present "a full-time government employee at USDS;" *id.* ¶ 3; (3) serving "as the Acting Administrator of USDS;" *id.* ¶ 2; (4) where she "oversee[s] all of USDS's employees and detailees *to* USDS from other agencies." *Id.* ¶ 4 (emphasis added). Ms. Gleason's SF-61 (currently subject to Defendants' motion to file under seal) for her role at Defendant Department of Health and Human Services, ECF No. 52-1, indicates that she has been employed by Defendant HHS since March 4, 2025.

FILED UNDER SEAL

It is difficult to reconcile these two documents: for at least the past two work weeks, either Ms. Gleason has been holding two jobs in the federal government—at least one of which she describes explicitly as "full-time"—or one of the documents is inaccurate or at least incomplete. This tension makes clear the public's interest in disclosure of Ms. Gleason's SF-61, which was submitted as evidence of her employment status in this case at bar and is different from her public, voluntary declaration in another matter.

As Plaintiffs argued in their Sealed Opposition to Defendants' motion to file documents under seal, there is a strong public interest in understanding the precise nature of DOGE employment relationships across the government. The details of Ms. Gleason's simultaneous roles as the purported full-time head of a government entity (DOGE) and a subordinate employee of at least one other government agency (HHS) are of particular interest in allowing the public to understand "what [the] government is up to." *DOJ v. Reporters Comm. For Freedom of Press*, 489 U.S. 749, 773 (1989). The public—to say nothing of the plaintiffs adverse to Defendant U.S. DOGE Service in the matter in which the declaration was filed—also have a strong interest in understanding potentially conflicting statements being made by or about Ms. Gleason, a senior United States government official.

The declaration therefore provides support for concluding that there is need for public access to Ms. Gleason's SF-61,[1] and that the government should therefore not be permitted to file it under seal or with redactions of information concerning Ms. Gleason.

---

[1] As far as Plaintiffs are aware, the declaration is also the first public acknowledgment by Ms. Gleason and the first acknowledgment by the government in litigation that Ms. Gleason is the Acting DOGE Administrator. This acknowledgment makes Defendants' arguments that the disclosure of her SF-61 *in this case* will expose Ms. Gleason to additional threat or harassment even more speculative than it was when Plaintiffs filed their Sealed Opposition.

Dated: March 15, 2025

Respectfully submitted,

*/s/ Mark B. Samburg*
Mark B. Samburg (D.C. Bar No. 1018533)
Aman T. George (D.C. Bar No. 1028446)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Somil B. Trivedi (D.C. Bar No. 1617967)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
strivedi@democracyforward.org
sperryman@democracyforward.org
*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org

FILED UNDER SEAL

*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Steven K. Ury* (D.C. Bar 1643947)
SERVICE EMPLOYEES
INTERNATIONAL UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees International Union*

Matthew Holder**
COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org

* Motion for admission forthcoming
** Motion for admission *pro hac vice* forthcoming