UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. Department of Labor et al.,<br><br>*Defendants*. | Case No. 1:25-cv-339-JDB |

### MOTION FOR ADMISSION OF MATTHEW GERALD HOLDER *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of attorney Matthew Gerald Holder as counsel for Plaintiff Communication Workers of America in the above-titled action. This motion is supported by the Declaration of Matthew Gerald Holder, filed herewith.

Mr. Holder is admitted to practice law with the bar of Texas. As set forth in Mr. Holder's declaration, he is admitted and an active member in good standing with the Texas state bar of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Columbia.

This motion is supported and signed by Aman George, an active and sponsoring member of the Bar of this Court.

Dated: March 20, 2025	Respectfully submitted,

*/s/ Aman T. George*

Mark B. Samburg (D.C. Bar No. 1018533)
Aman T. George (D.C. Bar No. 1028446)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Somil B. Trivedi (D.C. Bar No. 1617967)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
strivedi@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)
Alexa Milton (D.C. Bar No. 155380)
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com
*Counsel for Plaintiffs*