# EXHIBIT C

**From:** Elez, Marko
**To:** Kryger, Rick J - OASAM OCIO; Moghaddassi, Aram M; Collins, Miles B
**Cc:** Keen, Stanley - SOL
**Subject:** Re: Privacy Training Requirement
**Date:** Wednesday, February 19, 2025 1:42:22 PM

Confirmed, completed

Get Outlook for iOS

---

**From:** Kryger, Rick J - OASAM OCIO [PII]
**Sent:** Wednesday, February 19, 2025 12:46:04 PM
**To:** Elez, Marko [PII]; Moghaddassi, Aram M [PII]; Collins, Miles B [PII]
**Cc:** Keen, Stanley - SOL [PII]
**Subject:** Privacy Training Requirement

Attached is the privacy training created by the OCIO (DOL) Privacy office and reviewed/cleared by SOL.

Marko, Aram, Miles, please read/review and send me an e-mail confirming that you have completed this training. If you have any questions, please let me know.

Thanks,
    Rick