# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., | Case No. 1:25-cv-00339-JDB |
| Plaintiffs, | Judge John D. Bates |
| v. | |
| DEPARTMENT OF LABOR, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion to Compel Discovery. ECF No. 73. Based on reasoning articulated in Defendants' Opposition to Plaintiffs' Motion to Compel, ECF No. 74, the Court hereby **DENIES** Plaintiffs' motion.

It is **SO ORDERED**.


DATED this __ day of _____, 2025.        _____

Hon. John D. Bates
United States District Judge