IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR et al., <br><br> Defendants. | Case No. 1:25-cv-00339-JDB <br><br> Judge John D. Bates |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants in the above-captioned matter respectfully submit this notice to alert the Court to the United States Court of Appeals for the Fourth Circuit's recent decision in *American Federation of Teachers, et al v. Bessent, et al.*, No. 25-1282 (4th Cir.) granting the government's motion to stay a preliminary injunction issued by the district court. The order is attached hereto. *See also Am. Fed'n of Tchrs. v. Bessent,* No. 25-1282, 2025 WL 1023638 (4th Cir. Apr. 7, 2025) (the "Order").

*American Federation of Teachers* involves essentially identical claims to those asserted by Plaintiffs in this case—*i.e.*, that agency DOGE Team employees should not have access to agency data systems. *See* Order at 7. The district court had granted a preliminary injunction on March 24, 2025. *See Am. Fed'n of Tchrs. v. Bessent*, No. CV DLB-25-0430, 2025 WL 895326 (D. Md. Mar. 24, 2025).

In the Order, the majority of the three-judge panel held that Defendants are likely to succeed on the question of standing due to lack of concrete injury resulting from the agency defendants granting DOGE Team members access to agency informational systems. Order at 3–6; 9–12. Additionally, Judge Richardson, with Judge Agee concurring, also held that Defendants made compelling arguments on four additional threshold issues: final agency action; APA cause of action (*i.e.*, whether the Privacy Act's damages provision qualifies as an "adequate remedy" preventing review under the APA); Privacy Act violation; and irreparable injury. Order at 12–16. As the Court is aware, these issues are directly related to Defendants' pending Motion to Dismiss. *See* ECF No. 49-1 at 13–18 (no standing due to lack of concrete injury); 21–25 (final agency action); 25–28 (adequate remedy); 28–30 (Privacy Act).

Finally, at the request of Judge King, the full court considered the panel's decision for initial hearing *en banc* and voted 8-7 to deny the request. Order at 1–2; 17.

              Respectfully submitted,

              YAAKOV M. ROTH
              Acting Assistant Attorney General
              Civil Division

              MARCIA BERMAN
              Assistant Branch Director
              Civil Division, Federal Programs Branch

              /s/ Benjamin S. Kurland
              Benjamin S. Kurland (D.C. Bar No. 1617521)
              Andrew M. Bernie (D.C. Bar No. 995376)
              Trial Attorneys
              Bradley P. Humphreys (D.C. Bar No. 988057)
              Senior Trial Counsel
              Trial Attorney
              United States Department of Justice
              Civil Division, Federal Programs Branch
              1100 L Street, NW

Washington, DC 20005
Telephone: (202) 598-7755
Ben.Kurland@usdoj.gov

*Counsel for Defendants*