## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, et al., *Plaintiffs*, vs. U.S. Department of Labor, et al., *Defendants*. | Case No. 1:25-cv-339-JDB |

**CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Plaintiffs, with Defendants' consent, respectfully request an amendment to the briefing schedule on Plaintiffs' forthcoming motion for a preliminary injunction. ECF No. 75. Under the schedule proposed herein, briefing will be complete one week later than currently scheduled.

This Court's March 31 Order (ECF No. 75) set new deadlines in connection with its adjudication of Plaintiffs' March 29 motion to compel (ECF No. 73). Good cause exists to modify those deadlines pursuant to Fed. R. Civ. P. 16(b)(4).

First, scheduling conflicts and Defendants' additional document production prevented the four Rule 30(b)(6) depositions permitted by the Court from being held until April 7 and April 8, the last day of the discovery period. The current April 15 deadline for Plaintiffs' preliminary injunction motion is only one week later. Despite expediting the process, Plaintiffs have not yet even received final transcripts for all of the depositions.

Second, the Court's order sets Plaintiffs' deadline for a reply brief in support of its preliminary injunction motion two business days before Plaintiffs' Counsel have a dispositive brief due in another matter.

1

Third, the extra days requested for Plaintiffs to file their motion supports a corresponding increase of a few days to the time afforded to Defendants to file their opposition after Plaintiffs' initial filing.

Given these tightly-sequenced deadlines and the short timelines between the completion of discovery and Plaintiffs' forthcoming PI motion, Plaintiffs conferred with Defendants about a proposed extension of the PI briefing schedule, and submit the following proposal with Defendants' consent. Plaintiffs respectfully request that the forthcoming PI briefing schedule be amended as follows:

- Plaintiffs will file a motion for a preliminary injunction on April 18, 2025 (currently due on April 15, 2025).

- Defendants will file their opposition to Plaintiffs' motion on April 29, 2025 (currently April 22, 2025).

- Plaintiffs will file their reply in support of a preliminary injunction on May 2, 2025 (currently April 25, 2025).

Dated: April 10, 2025

Respectfully submitted,

/s/ Aman T. George

Aman T. George (D.C. Bar No. 1028446)
Mark B. Samburg (D.C. Bar No. 1018533)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Somil B. Trivedi (D.C. Bar. No. 1617967)
Skye L. Perryman (D.C. Bar No. 984573)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
strivedi@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)
Alexa Milton (D.C. Bar No. 155380)
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com
*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org

*Counsel for American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Steven K. Ury (D.C. Bar 1643947)**
SERVICE EMPLOYEES INTERNATIONAL UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees International Union*

Matthew Holder*
COMMUNICATION WORKERS OF AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org

* Admitted *pro hac vice*
**Admission pending

4