UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    Defendants. | Civil Action No. 25-339 (JDB) |

### ORDER

Upon consideration of [49] defendants' motion to dismiss plaintiffs' first amended complaint, and the entire record herein, for the reasons set forth in the memorandum opinion issued on this day, it is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that:

- Counts Two, Three, and Four are **DISMISSED** to the extent they allege violations of the Federal Information Security Modernization Act;

- Counts Two, Three, and Four are **DISMISSED** to the extent they allege violations of the Administrative Procedure Act's notice-and-comment requirement;

- Count Two is **DISMISSED** to the extent it alleges violations of either the Confidential Information Protection and Statistical Efficiency Act of 2002 or 5 U.S.C. § 2302(b)(9)(D);

- Count Four is **DISMISSED** to the extent it alleges a violation of the Health Insurance Portability and Accountability Act;

- Count Five is **DISMISSED** in full; and

- Defendants' motion to dismiss is **DENIED** with respect to remainder of the amended complaint.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 16, 2025