UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFL-CIO, et al.,

        *Plaintiffs*,

        *vs.*

U.S. Department of Labor, et al.,

        *Defendants*.

Case No. 1:25-cv-339-JDB

### DECLARATION OF ZOILA E. HINSON

I, Zoila E. Hinson, hereby declare as follows:

A.     I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

B.     I am counsel for Plaintiffs in the above-captioned case. I am admitted to the bar of the District of Columbia (Bar No. 1766625) and admitted *pro hac vice* for this matter.

C.     I submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

1. Exhibit 1 is a true and correct copy of Executive Order 14158 titled "Establishing and Implementing the President's 'Department of Government Efficiency'" issued on January 20, 2025.

2. Exhibit 2 is a true and correct copy of excerpts of the deposition of Kendall Lindemann, 30(b)(6) Representative of the United States DOGE Service ("DOGE"), taken on April 7, 2025.

3. Exhibit 3 is a true and correct copy of Defendants' Objections & Responses to Plaintiffs' Requests for Expedited Discovery, Including Supplemental Responses, dated April 4, 2025.

4. Exhibit 4 is a true and correct copy of excerpts of the deposition of Garey Rice, 30(b)(6) Representative of the Department of Health and Human Services ("HHS"), taken on April 8, 2025.

5. Exhibit 5 is a true and correct copy of Executive Order 14222 titled "Implementing the President's 'Department of Government Efficiency' Cost Efficiency Initiative" issued on February 26, 2025.

6. Exhibit 6 is a true and correct copy of Executive Order 14243 titled "Stopping Waste, Fraud, and Abuse by Eliminating Information Silos" issued on March 20, 2025.

7. Exhibit 7 is a true and correct copy of excerpts of the deposition of Ricky Kryger, 30(b)(6) Representative of the Department of Labor ("DOL"), taken on April 8, 2025.

8. Exhibit 8 is a true and correct copy of Aram Moghaddassi's DOL User Agreement, which is undated. Exhibit 8 was produced in the course of discovery as 25CV339_DOL00194.

9. Exhibit 9 is a true and correct copy of Marko Elez's DOL User Agreement dated March 25, 2025. Exhibit 9 was produced in the course of discovery as 25CV339_DOL00104.

10. Exhibit 10 is a true and correct copy of Ricky Kryger's declaration dated February 13, 2025. Exhibit 10 was previously filed in this matter as ECF 31-1.

11. Exhibit 11 is a true and correct copy of Marko Elez's Request to Access DOL Information Systems dated February 25, 2025. Exhibit 11 was produced in the course of discovery as 25CV339_DOL00022-DOL00025.

12. Exhibit 12 is a true and correct copy of a chart prepared by Jennifer Wendel, 30(b)(6) Representative of HHS, in preparation for her April 8, 2025 deposition.

13. Exhibit 13 is a true and correct copy of excerpts of the deposition of Jennifer Wendel, 30(b)(6) Representative of HHS, taken on April 8, 2025.

14. Exhibit 14 is a true and correct copy of a document entered as Exhibit 9 at the deposition of Jennifer Wendel, 30(b)(6) Representative of HHS, taken on April 8, 2025.

15. Exhibit 15 is a true and correct copy of a declaration prepared and signed by Michele Evermore, a former Senior Advisor at DOL, dated April 18, 2025.

16. Exhibit 16 is a true and correct copy of a declaration prepared and signed by Colin Sullivan, a member of American Federation of State, County, and Municipal Employees, AFL-CIO ("AFSCME"), dated April 17, 2025.

17. Exhibit 17 is a true and correct copy of a declaration prepared and signed by Tammy Fry, a member of the American Federation of Teachers ("AFT"), dated April 17, 2025.

18. Exhibit 18 is a true and correct copy of a declaration prepared and signed by Jessica Reese, a member of the Communication Workers of America ("CWA"), dated April 17, 2025.

19. Exhibit 19 is a true and correct copy of a declaration prepared and signed by Natasha Danielle Duckett, a member of the Service Employees International Union ("SEIU"), dated April 18, 2025.

20. Exhibit 20 is a true and correct copy of a declaration prepared and signed by Patrick Welsh, a retiree member of CWA, dated April 16, 2025.

21. Exhibit 21 is a true and correct copy of a declaration prepared and signed by Donna Mae Smith, a retiree member of the United Nurses Association of California/United Health Care Professional (UNAC/UHCP), dated April 16, 2025.

22. Exhibit 22 is a true and correct copy of a declaration prepared and signed by William Wetmore, a member of the American Federation of Government Employees, dated April 18, 2025.

23. Exhibit 23 is a true and correct copy of a declaration prepared and signed by David Gray, a retiree member of AFT, dated April 16, 2025.

24. Exhibit 24 is a true and correct copy of a declaration prepared and signed by Daniel McNeil, the General Counsel for AFT, dated April 16, 2025.

25. Exhibit 25 is a true and correct copy of a declaration prepared and signed by Katie Coakley Harrison, the Director of Data & Analytics at AFSCME, dated April 17, 2025.

26. Exhibit 26 is a true and correct copy of a declaration prepared and signed by Alex Van Schaick, Counsel at CWA, dated April 18, 2025.

27. Exhibit 27 is a true and correct copy of a declaration prepared and signed by Heather Anne Pfrimmer, Deputy Director of the Healthcare Division at the Services Employees International Union ("SEIU"), dated February 11, 2025. Exhibit 27 was previously filed in this matter as ECF 29-15.

28. Exhibit 30 a true and correct copy of the assignment agreement between DOGE and the Centers for Medicare & Medicaid Services ("CMS"). Exhibit 30 was produced in the course of discovery as 25CV339_HHS00028-HHS00031.

29. Exhibit 31 a true and correct copy of the assignment agreement between DOGE and HHS. Exhibit 31 was produced in the course of discovery as 25CV339-HHS00032-HHS00035.

30. Exhibit 32 is a true and correct copy of a non-reimbursable detail base agreement between the General Services Administration ("GSA") and HHS concerning the temporary detail of Edward Coristine from the Office of the Administrator at GSA to HHS. Exhibit 32 was produced in the course of discovery as 25CV339-HHS00036-HHS00039.

31. Exhibit 33 is a true and correct copy of a non-reimbursable detail base agreement between GSA and HHS concerning the temporary detail of Kyle Schutt from the Office of the Administrator at GSA to the Administration for Children and Families at HHS. Exhibit 33 was produced in the course of discovery as 25CV339-HHS00071-HHS00074.

32. Exhibit 34 is a true and correct copy of Executive Order 14210 titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative," issued February 11, 2025.

33. Exhibit 35 is a true and correct copy of Executive Order 14218 titled "Ending Taxpayer Subsidization of Open Borders," issued February 19, 2025.

34. Exhibit 36 is a true and correct copy of Executive Order 14219 titled "Ensuring Lawful Governance and Implementing the President's 'Department of Government Efficiency' Deregulatory Initiative," issued February 19, 2025.

35. Exhibit 37 is a true and correct copy of Executive Order 14248 titled "Preserving and Protecting the Integrity of American Elections," issued March 25, 2025.

36. Exhibit 38 is a true and correct copy of a declaration prepared and signed by Louis Nucci, a retiree member of CWA, dated April 18, 2025.

37. Exhibit 39 is a true and correct copy of a declaration prepared and signed by Elena Medina Neuman, Associate General Counsel of SEIU, dated April 18, 2025.

38. Exhibit 40 is a true and correct copy of a declaration prepared and signed by Wendy Weiner, the Director of the Property Services Division at SEIU, dated April 18, 2025.

D. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON:

April 18, 2025

> Respectfully submitted,
>
> <u>/s/ Zoila E. Hinson</u>
> Zoila E. Hinson (D.C. Bar No. 1766625)*
> RELMAN COLFAX PLLC
> 1225 19th St. NW, Suite 600
> Washington, DC 20036
> Telephone: (202) 728-1888
> zhinson@relmanlaw.com
>
> *Counsel for Plaintiffs*
>
> * Admitted *pro hac vice*