# EXHIBIT 8

U.S. Department of Labor
Office of the Assistant Secretary for Administration and Management
Office of the Chief Information Officer

User Agreement

Last Name: **Moghaddassi**   First Name: **Aram**   Middle Initial: **M**

Office Address: **200 Constitution Ave NW**

City: **Washington**   State: **DC**   Zip Code: **20210**

As a user of the U.S. Department of Labor's (DOL) information systems, I understand that I am personally responsible for my use and any misuse associated with my user account and passwords.

I have read the Computer Security Training for New DOL Users and understand and acknowledge that I must comply with the requirements set forth therein.

I further understand and agree that by accessing a U.S. Government information system and signing this form, I must comply with the requirements set forth in the DOL User Rules of Behavior and other pertinent policies for information systems.

Please check the boxes below:

☐ I have read and understand that I must comply with the requirements set forth in the *Computer Security Training for New DOL Users*.

☐ I understand and agree that by accessing a U.S. Government information system that I must comply with the requirements set forth in the *DOL User Rules of Behavior*.

Signature: _____   Date: _____

Printed Name: _____   Phone: _____

**Important:  Please provide the signed User Agreement to your supervisor or Contracting Officer's Representative (COR).**

Version: January 2023