# EXHIBIT 9

# U.S. Department of Labor
## Office of the Assistant Secretary for Administration and Management
## Office of the Chief Information Officer

## User Agreement

Last Name: **Elez**     First Name: **Marko**     Middle Initial: _____

Office Address: **200 Constitution Ave. NW**

City: **Washington**     State: **DC**     Zip Code: **20210**

As a user of the U.S. Department of Labor's (DOL) information systems, I understand that I am personally responsible for my use and any misuse associated with my user account and passwords.

I have read the Computer Security Training for New DOL Users and understand and acknowledge that I must comply with the requirements set forth therein.

I further understand and agree that by accessing a U.S. Government information system and signing this form, I must comply with the requirements set forth in the DOL User Rules of Behavior and other pertinent policies for information systems.

Please check the boxes below:

☐ I have read and understand that I must comply with the requirements set forth in the *Computer Security Training for New DOL Users*.

☐ I understand and agree that by accessing a U.S. Government information system that I must comply with the requirements set forth in the *DOL User Rules of Behavior*.

Signature: **MARKO ELEZ** Digitally signed by MARKO ELEZ Date: 2025.03.25 17:08:33 -04'00'     Date: **3/25/25**

Printed Name: **Marko Elez**     Phone: _____

**Important: Please provide the signed User Agreement to your supervisor or Contracting Officer's Representative (COR).**

Version: January 2023