# EXHIBIT 11

 **REQUEST TO ACCESS DOL INFORMATION SYSTEMS**

## A. REQUEST FOR SYSTEM INFORMATION AND NATURE OF ACCESS (<u>COMPLETED BY REQUESTOR</u>) (ATTACH ADDITIONAL PAGES IF NECESSARY)

Requestor Name/Office: Marko Elez

Name of System: DOL US Access

System Owner (if not OCIO): Timothy Deane (OASAM\SC)

DOL Agency/Subdivision that is the primary business user of the system:
OASAM\SC

DOL Point of Contact (DOL POC):

Name: Rick Kryger                          Title: Deputy CIO

Phone: ▉▉▉▉▉▉                              Email: ▉▉▉▉▉▉▉▉

Type of Access Requested (e.g., user accounts, regular data transfers, other):

Full read-only access to DOL US Access records and, specifically, account status (enabled/disabled).

Name(s)/Title(s)/Organization(s) of All Other Personnel Requestor Will Grant Permission (aka "permittees") to Access the System and/or Information, Data, or Documents from the System or otherwise provide data obtained from the system (use extra pages if necessary):

_____          _____
_____          _____
_____          _____
_____          _____

Requestor Signature:

MARKO ELEZ Digitally signed by MARKO ELEZ
Date: 2025.02.25 13:24:02 -05'00'
_____          Date: _____   Time: _____

1

**B.** RESTRICTIONS AND SENSITIVE INFORMATION REQUIREMENTS -- COMPLETED BY DOL'S OFFICE OF THE CHIEF INFORMATION OFFICER (OCIO), OFFICE OF THE SOLICITOR (SOL), AND/OR THE PRIMARY BUSINESS USER (DOL AGENCY) OF THE SYSTEM

The Requestor and users are notified that this specific IT system is believed to contain the following sensitive information that raises specific legal and other concerns if accessed or disclosed, including, but not limited to:

US Access contains the following confidential, private, and/or sensitive information to include personal identifiable information (PII) to include names, birth dates, and social security numbers.

The individual data kept in this system qualifies as particular matters involving specific parties, and therefore are matters subject to the recusal requirements in 18 U.S.C. § 208 and 5 C.F.R. § 2635.502 for any applicable financial or personal conflicts of the user.

*[POSSIBLE EXAMPLES (Not part of the form): personal identifiable information (PII), financial records, medical records, employee records, confidential contracts, national security data, criminal records, 6(e) grand jury information, intellectual property, tax information, sensitive legal correspondence, privileged or confidential court filings, internal investigations, security clearance information, trade secrets, court records, surveillance data, law enforcement reports, personnel files of government officials, Social Security records, foreign diplomacy records, government budget data, audit reports, risk management reports, public health data, emergency response plans, data from public assistance programs, military records, public safety data, confidential grant applications, confidential employee applications, public procurement data, sole source data, education records, employee benefit information, sensitive communications, criminal intelligence data, cybersecurity incident data, social services records, international trade data, consumer protection data, veteran's records, bankruptcy records, public health concerns, confidential investigative filings, conflict of interest information, bids and proposals, vendor financial records, supplier pricing information, supplier negotiations, internal procurement strategy, evaluation criteria, confidential request for proposal documents, government needs assessments, vendor due diligence records, contractor performance data, non-disclosure agreements (NDAs), confidential supplier documents, fraud investigations, security clearance information, performance reviews]*

Additional forms that Requestor must review and sign before access will be granted access—for example, non-disclosure agreements (NDAs), Rules of Behavior (ROB):

Read and sign the USAccess Role Holder Rules of Behavior. Complete the USAccess Role Holder Privilege form.

My signature certifies that I worked closely with DOL OCIO, Office of the Solicitor, and the Agency that is the primary Business User to identify, to the best of our abilities, the sensitivities of the IT system data and any other forms necessary to access the system.

Requestor's DOL Supervisor's Signature

**Jihun Han**    Digitally signed by Jihun Han
Date: 2025.02.25 14:04:58 -05'00'

Date: _____    Time: _____

2

**25CV339_DOL00023**

## C. REQUESTOR CERTIFICATIONS AND SIGNATURE

I hereby certify that my request includes the following:

- My access is only for a legitimate, necessary, and official work purpose, and for purposes of DOL agency operations and IT modernization.
- I understand that this request is limited to read only access. I understand that requests for any other type of access are subject to separate review and approval.
- I have the appropriate background checks and security clearances to access this system.
- I will not knowingly take any measures that create cybersecurity risks to DOL systems or that manipulate or alter data, and will promptly cease access and notify the DOL System POC identified above if I become aware of such risks or effects.
- My access will be conducted in compliance with all relevant federal security, ethics, and confidentiality laws, regulations, and policies.
- No user will allow data, information, or documents from DOL information systems to be placed in non-DOL information systems without the approval of DOL OCIO.
- I will not knowingly take any measures that compromise system or user operation and performance and will promptly cease access and notify the DOL System POC and the DOL POC if I become aware of such issues.
- I will not install, modify, or use software or hardware in or with DOL systems or equipment without receiving authorization from DOL's CIO.
- I will not knowingly take actions that undermine DOL's responsibilities under governing statutes or directives, including FISMA, FITARA, the Privacy Act, the Trade Secrets Act, the Procurement Integrity Act, the Federal Acquisition Regulation, the Department's Acquisition Regulation (DOLAR), or any other authorities implicating government-held information.
- Data and information that I access or copy remains the property of DOL.
- I will comply with the requirements of the Privacy Act for information that DOL stores in Privacy Act covered systems of records, including, if necessary, working with DOL to ensure that it published or amends Systems of Records Notices when needed to account for my work.
- I will, to the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.
- When no longer needed for official purposes, copied data and information will be erased or destroyed. I will securely maintain and properly dispose of sensitive data in accordance with directions of DOL and USDS.
- All persons who I allow to access the system and/or information, data, and documents, or copies of these, from the system, will complete necessary Non-Disclosure Agreements, Rules of Behavior, or other required administrative forms or certifications required for information systems access prior to access.
- Access for me or my permittees will be revoked upon the termination of my, or my permittees', employment or detail, if the terms of this agreement are violated, or other misuse is detected.

My signature certifies the accuracy and completeness of the information submitted, acknowledges that I understand the security and other concerns related to this information system, and acknowledges that I and my permittees understand and will abide by the Requestor Certifications.

**Signature of the Requestor:**

MARKO ELEZ  Digitally signed by MARKO ELEZ
Date: 2025.02.25 13:24:48 -05'00'

**Date:** 2/19/2025     **Time:** _____

My signature certifies that I have, to the best of my ability, explained the terms of this agreement to the Requester and answered any of their questions, including questions about information provided in Block B.

**Signature of Requestor's DOL Supervisor:**

Jihun Han   Digitally signed by Jihun Han
Date: 2025.02.25 14:05:08 -05'00'

**Date:** _____     **Time:** _____

3

**25CV339_DOL00024**

I certify that I am a representative of the agency that is the primary business owner or user of this IT system or process, that I have accurately stated the restrictions and sensitive information requirements for this information system, and that, subject to compliance with those restrictions and requirements, I concur with DOL granting access to the Requestor to access this system:

**Signature of Agency Representative, or OCIO System Owner:**

RICKY KRYGER Digitally signed by RICKY KRYGER
Date: 2025.02.25 13:30:50 -05'00'

Date: _____    Time: _____

---

### D.  FINAL CERTIFICATIONS AND APPROVALS

The following signatures should be obtained in the order listed.

**My signature below certifies that, to the best of my knowledge, the Requestor has met the requirements for access to this IT system or process:**

**Signature of Office of Chief Information Officer:**

RICKY KRYGER Digitally signed by RICKY KRYGER
Date: 2025.02.25 13:33:40 -05'00'

Date: _____    Time: _____

**My signature below certifies that the Office of the Solicitor has reviewed and has no legal objections to the approval of this request for access to this IT system or process:**

**Signature of Office of the Solicitor:**

STANLEY KEEN Digitally signed by STANLEY KEEN
Date: 2025.02.25 14:25:00 -05'00'

Date: _____    Time: _____

**My signature below certifies to the best of my knowledge, the Requestor meets the requirements for access to this IT system or process based on the representations above, that I approve the requested access, and that I direct the OCIO to grant the Requestor access as described above:**

**Signature of the Assistant Secretary for Administration and Management (ASAM):**

TROY FINNEGAN Digitally signed by TROY FINNEGAN
Date: 2025.02.26 17:06:47 -05'00'

Date: _____    Time: _____

**My signature below certified that, based on the approval of DOL's ASAM, I provided the Requestor with access to this IT system:**

**Signature of the Chief Information Officer:**

RICKY KRYGER Digitally signed by RICKY KRYGER
Date: 2025.03.04 17:23:49 -05'00'

Date: _____    Time: _____

25CV339_DOL00025