# EXHIBIT 12

| CurrentUII | InvestmentTitle | InvestmentDescription | PII/PHI | Access Requirements | Who was granted access |
|---|---|---|---|---|---|
| | Centers for Medicare and Medicaid Services (CMS) Acquisition Lifecycle M | The purpose of CALM system is to facilitate better collaboration between the CMS program offices that need to procure items or services, and the contracting offices that support them. Enable the workforce to execute contracting activities efficiently and strategically. CALM is a platform that is designed to support all the acquisition lifecycle for CMS. | Vendor name, address, phone number, Taxpayer Identification Number (TIN), Employer Identification Number (EIN), and Data Universal Numbering System (DUNS) numbers, CMS user ID, and email address | Designated contractors and non-contractors assigned to the System Administrators security group can access each users CMS User ID. All contractors designated as System Administrators are required to have this role to assist in maintaining the system and completing other job functions. New System Administrators must be approved by the Business Owner prior to being granted the System Administrators security group. | Amy Gleason<br>Luke Farritor<br>Edward Coristine<br>Marko Elez<br>Aram Moghaddassi<br>Conor Fennessy (deactivated)<br>Jeremy Lewin (deactivated)<br>Rachel Riley |
| 009-000001 | CMS Healthcare Integrated General Ledger Accounting System (HIGLAS) | The Healthcare Integrated General Ledger Accounting System (HIGLAS) is the integrated accounting system that standardizes and centralizes federal financial functions for all CMS programs. HIGLAS supports: Medicare Fee for Service, Medicare Secondary Payer, Federal Facilitated Marketplace, Administrative Program Accounting, including: Medicare & Children's Health Insurance Program Grants, Part C Managed Care, Part D Prescription Drug, Innovation Payment Contractor, Federal Payroll, Contracts, Grants, and Travel. | SSN, Name, Date of Birth, Email Address, Phone Numbers, Mailing Address, Financial Account Information, Taxpayer ID, Health Insurance Claim (HIC) number, Employee Identification Numbers (EIN), and Salary | Based on user group assignments, users are granted read, write, and execute privileges to specific assigned data elements. Additionally, two-factor authentication and encryption provide technical controls. Account access is monitored and logged. | Luke Farritor<br>Edward Coristine<br>Marko Elez<br>Aram Moghaddassi |
| 009-000439 | CMS Integrated Data Repository Cloud (IDRC) | The Integrated Data Repository (IDR) is a cornerstone to the Agency's data environment. The rationale for this integrated repository was to transition from a claims-centric data warehouse orientation to a multi-view data warehouse orientation that is capable of integrating data on beneficiaries, providers, health plans, claims, drug data, etc. This integration of data enables analytic reporting by providing users with the ability to analyze data in place rather than relying on voluminous extracts of raw data. The platforms chosen provide database scalability to meet current and expanding volumes of CMS data and transitions CMS from a stove-piped, disparate set of databases to a highly integrated data environment for the enterprise. | SSN, Name, Date of Birth, Email Address, Phone Numbers, Mailing Address, Medical Records Number, Medical Notes, Health Insurance Claim Number (HICN), Unique Physician Identification Number (UPIN), Race, Sex, Diagnosis Codes, Procedure Codes, User Credentials | Account management mechanisms to identify account types (i.e., individual, group, and system); establish conditions for group membership; and assign associated authorizations. Individuals with access to PII are granted access based on the assigned duty and intended use of the IDR and PII in the IDR. The least privilege standard is utilized for all access to the IDR system. Access Control Lists are used to filter access and control access based on an individual's assigned duties. | Luke Farritor<br>Edward Coristine<br>Marko Elez<br>Aram Moghaddassi<br>Zach Terrell |
| 009-000001 | NIH ES Electronic Research Administration (eRA) | eRA is an electronic processing system supporting life-cycle management of NIH and other agency extramural research grants. eRA is in the operations and maintenance phase. | SSN, Name, Date of Birth, Email Address, Mailing Address, Phone Numbers, Education Records, Disability, Persistent Digital Identifiers, Disadvantaged Background, User Credentials, Current Position, Affiliated Organization, Sex, Demographic Information, Professional Performance and Credential History, Service Payback Obligation, Financial Data, Employment Data | Access is strictly limited according to the principle of least privilege, which means giving a user only those privileges which are essential to that user's work. eRA has implemented role-based access controls which limits administration and functional user privileges. Role based access has been implemented across eRA. Privacy and Security controls ensure proper protection of information by allowing users only access to the minimum amount of PII necessary to perform their job. | Luke Farritor<br>Conor Fennessy (never accessed)<br>Jeremy Lewin (never accessed) |



| ID | System | Description | PII Types | Access Controls | Users |
|---|---|---|---|---|---|
| 009-00000? | NIH ES NIH Business System (NBS) | The NBS is a comprehensive enterprise resource planning system that meets the NIH's unique needs as the world's largest biomedical research agency. It is composed of COTS and GOTS that cover everything from standard financial management, acquisitions, and property, to agency-specific needs such as Centralized Animal Procurement System (CAPS), Fellowship Payment System (FPS), Patient Travel Module (PTM), P-Card, and NIH Cashier System (NCS). | SSN, Name, Email Address, Phone Numbers, Financial Account Information, Employment Status, Taxpayer ID, Employee ID | Specific procedures in place to limit access of PII are based on the following: Access control mechanisms, Separation of duties analysis. User provisioning protocols. System administrator access is limited to functional subject matter experts (SMEs). NBS utilizes role-based access control to control access to PII. NBS increased security protections by implementing additional data masking for PII in the system in 2022. | Luke Farritor<br>Conor Fennessy (deactivated)<br>Rachel Riley |
| 009-000373 | OS ASA OHR Enterprise Human Capital Management (EHCM) Investment | The Enterprise Human Capital Management (EHCM) System was upgraded to Peoplesoft 9.2 in May 2019 with the goal of increased personalization to provide greater accuracy, enhanced access to information, and a time-saving streamlined navigation for core HR functions related to: Payroll, Benefits, Onboarding, Recruitment, Performance. | Social Security Number, Name, Email Address, Phone numbers, Certificates, Education Records, Military Status, Date of Birth, Photographic Identifiers, Mailing Address, Financial Account Information, Employment Status, User Credentials | Access is restricted using an authorization process. Only privileged users with administrative rights can access PII. Access rights are determined by need-to-know basis when the user requests access. An annual recertification process is conducted to make sure user roles have not changed. | Luke Farritor (admin) *read only<br>Zach Terrell<br>Rachel Riley (read only) |
| 009-00000? | OS ASA PSC Payment Management System (PMS) | The Payment Management System (PMS) is a web based system that electronically transmits Federal grant funds to grantees. PMS provides real time account information to grantee and Federal agencies. | Social Security Number (limited - used as TIN), Name, Email Address, Phone numbers, Taxpayer ID, Mailing Address, Financial Account Information, User Credentials | Based on the sensitivity of the PII in PMS, security measures are employed in granting access to the system. Users are granted access to screens containing PII only if they have 1) need to use that information as part of their official duties, and; 2) have received a security level VI clearance or higher. This applies to contractors as well and is enforced by HHS security and privacy protection policies. Grantees are provided access to their own information and do no have the ability to access other grantee information. PMS employees segregated access and least privileges for Granting Agency users, Grantees, PMS accountants (Federal staff) and PMS application developers (direct contractors) as well as PMS Help Desk personnel. *Operations and Maintenance (O&M) stage. PMS access has segregated access and least privileges for Granting Agency users, Grantees, PMS accountants (Federal staff) and PMS application developers (direct contractors) non-direct contractors (PMS Help Desk) are used for Password resets and general PMS information. | Luke Farritor (admin)<br>Zach Terrell<br>Rachel Riley |
| 009-00000? | OS ASFR GrantSolutions | The OS GrantSolutions supports the entire grants management operations life-cycle for many OPDIV/STAFFDIVs within HHS and many outside agencies, such as DOT and SSA. | Taxpayer ID, User Credentials, Email Address, Mailing Address, Name, Phone Numbers, Employer Identification Number (EIN) | System and Database administrators have heightened access privileges. GrantSolutions (GS) end users working for HHS who have Grants Management Officer (GMO) roles in the application have been authorized to have heightened access privileges. These users do not have the ability to modify grant recipient PII stored in the system. Privileged infrastructure and database administrative user activities are logged in Splunk for analysis and investigation purposes as needed. Only Oracle DBAs can access and modify PII data in the GS Ecosystem and only with a pre-authorized and Federally approved Data Change ticket. Role based access controls that enforce 'least privilege' access levels to DBA administrators, restrict access to PII to a small group of Level 5 background checked and trained DBA staff. Access privileges are assigned on a need to know basis and follow the principle of least privilege. | Luke Farritor<br>Zach Terrell<br>Conor Fennessy<br>Jeremy Lewin<br>Rachel Riley<br>Aram Moghaddassi |
| 009-000004 | OS ASFR HHS Consolidated Acquisition Solution | This investment provides for the operations/application support services, hosting operations, software, hardware and government staff to support Compusearch PRISM enabling critical contract writing capabilities for seven of HHS' Operating Divisions. Note: HCAS is an acquisitions system. Users are processing awards and requisitions, not directly or specifically reviewing or accessing PII. PII information happens to appear and is captured in the contracts being processed. | Social Security Number, Name, Email Address, Phone numbers, Education Records, Taxpayer ID, Mailing Address, Financial Account Information, Legal Documents, User Credentials | Only privileged users with administrative rights can access PII. Access rights are determined on a need-to-know basis when the users request HCAS access. Access is restricted using an authorization process. Only privileged users with administrative rights can access PII. Access rights are determined on a need to know basis when the users request access. A bi-annual recertification process is conducted to make sure user roles have not changed. | Luke Farritor<br>Conor Fennessy<br>Rachel Riley |

| ID | System | Description | Data Elements | Access Controls | Users |
|---|---|---|---|---|---|
| 009-00000 | ACF Expanded Federal Parent Locator Service FPLS comprises four systems critical to child support: 1) **National Directory of New Hires**, a database of employment data; 2) **Federal Case Registry** of Child Support Orders, a database of child support cases and orders; 3) **Debtor File**, which helps states collect delinquent child support; 4) **Child Support Portal**, which provides a secure gateway to FPLS web applications. | The Federal Parent Locator Service (FPLS) serves the national child support program by helping states provide services to approximately 12.7 million children each year. In FY23, FPLS helped collect $29.6 billion, including $3.6 billion in federal collections. The Office of Child Support Enforcement, which oversees the national program, uses FPLS to increase collections by facilitating communication and data sharing with partners. FPLS assists these partners - employers, financial institutions, insurers, and other federal agencies - to access data and fight fraud, waste, and abuse across government benefit programs. | National Directory of New Hires (2025 Draft): SSN, Date of Birth, Name, Mailing Address, Military Status, Employment Status | National Directory of New Hires (2025 Draft): All system users who access PII are specifically authorized based on their roles and responsibilities within the system. For example, administrators, developers, and contractors are only granted access to the information they need to perform their job duties. State users are authorized by their respective state agencies to access PII as required for fulfilling child support services or other relevant functions. Proper administrative procedures, such as background checks, and security measures, such as Role Based Access Controls (RBAC), are in place to ensure that the individuals with access to PII are vetted and have followed all required policies and procedures and have taken all required training.<br>• Implement RBAC for each user, ensuring they can only access the data necessary for their specific job duties.<br>• Configure system permissions to limit access based on the user's role and ensure they cannot access information outside their scope of responsibility.<br>Once all previous steps are completed (role determination, background check, RBAC configuration, policy agreement, and training), the user can be granted access to the system containing PII.<br>The principle of Least Privilege is maintained RBAC: To enforce the principle of Least Privilege, the system employs RBAC, which restricts user access to PII based on their job roles. | Marko Elez (deactivated) Aram Moghaddassi (deactivated) |
| | Integrated Contracts Expert (ICE) system at CDC | The Integrated Contracts Expert (ICE) system provides, to the Centers for Disease Control and Prevention (CDC) through the Office of Financial Resources (OFR), a system for managing the full procurement cycle from procurement request to closing out a contract for all types of procurements. | Social Security Number, Name, Email Address, Employer ID number (EIN) | Each user account is assigned certain roles with a defined set of privileges to ensure overall system integrity. Access is limited to OFR personnel who have a need to access the system based on their roles. Role Based Access Controls with least privilege methods limit the amount of information the user can see to perform their duties. | Luke Farritor |
| | Acquisition Performance and Execution (APEX) system at CDC | The OFR Appian Platform (OAP) consists of 2 systems, the Acquisition Performance and EXecution (APEX) System and the Resource Management System (RMS), a system for managing the full procurement cycle from procurement request to closing out a contract for all types of procurements. | Social Security Number, Name, Email Address, Employment Status, Employer Identification Number | Each user account is assigned certain roles with a defined set of privileges to ensure overall system integrity. Access is limited to OFR personnel who have a need to access the system based on their roles in support of system development and maintenance for the purpose of changes or bug fixes. The roles and privileges assigned to a particular user are predetermined depending on the user's function. Role Based Access Controls with least privilege methods limit the amount of information the user can see to perform their duties. | Luke Farritor |

| System | Description | Data Elements | Access Controls | Users |
|---|---|---|---|---|
| Grants.gov | Grants.gov is managed by the Department of Health and Human Services (HHS). Grants.gov is an E-Government initiative operating under the governance of the Office of Management and Budget (OMB). Under the President's Management Agenda, the office was chartered to deliver a system that provides a centralized location for grant seekers to find and apply for federal funding. Grants.gov has deployed two government-wide grant functions: FIND and APPLY. The FIND feature allows Federal agencies to post funding opportunities on Grants.gov where potential applicants can search for and view grant opportunities. Grants.gov system houses information on over 1,000 grants for 26 federal grant making agencies. Information provided for each grant is as follows: Funding opportunity number and title, posted, created, and close dates, estimated total program funding etc. No authentication or login is required to access and use this feature. The APPLY option allows agencies to post their grant application packages on Grants.gov, and submit them online through Grants.gov. In order to post funding opportunities or apply for grants (as an individual or as an organization), users are required to register with the site. When registering as an individual it means the applicant is submitting the grant applications on their own behalf, not representing an organization, institution, or government. To do so registration information is required to create a Grants.gov account, such as: email; phone number; address; secret question/answer; user name; and password. Users create their own secret questions and answers, there is no preset list. When registering as an Organization it means the applicant will contribute to or submit an application on behalf of the group, such as a state government, nonprofit organization, or a private business. To do so registration information is required, such as: email; user name; phone number; secret question/answer; password; and a Data Universal Numbering System (DUNS) Number. DUNS Number is a unique nine character identification number provided by the commercial company Dun & Bradstreet (D&B). | Social Security Number, Taxpayer ID, User Credentials, Email Address, Education Records, Mailing Address, Name, Phone Numbers, Financial Account Info, Others - Chart No., TIN, DUNS, Provider License # | The program regularly completes a review (every 60 days) of the list of administrators and developers that have access to PII to determine if they still need access. As a result of these reviews, the number of resources with access to PII has been reduced. Access is now limited to four members of the Operations and Maintenance (O&M) team. These resources still require access as they provide Tier two and Tier three help desk support to users. Access privileges are removed immediately when personnel changes occur. A system of access levels is implemented. Privileges are assigned on a need to know basis. | Luke Farritor (admin) Conor Fennessy |
| Unaccompanied Alien Children (UAC) ACF **Unaccompanied Children Portal** | The Unaccompanied Children (UC) Portal is a system of record for the Office of Refugee Resettlement (ORR) under the Administration for Children and Families (ACF), which tracks the data life cycle of unaccompanied minors who were apprehended at the nation's border by Customs and Border Patrol (CBP), and assigned to ORR for custody. The UC Portal manages all medical (mental and dental health included), educational, and sponsorship information for UC in ORR custody. It also supports interaction with other stakeholders including the Department of Homeland Security (DHS), Veteran's Affairs (VA), and Point Comfort Underwriters (PCUs), and meets the reporting needs of higher ACF management. UC Portal also shares pertinent information with the Government Publishing Office (GPO) for the purpose of generating Verification of Release cards for discharged unaccompanied children. | Manages a large amount of information, including personal information, medical notes, educational information, and sponsorship information. There are four major groups of individuals: 1. UCs – information includes: Name, DoB, A#, Photographs, Biometrics, Medical Notes, Country of Birth, Education Information, Progress Reports 2. Sponsors – information includes: Name, DoB, SSN, Email Address, Driver's License Number, Passport Number, Phone Number(s), Mailing Address, Financial Account Information, Employment status and income information, Legal Documents, Marital Status, Gender, Country of Residency 3. Sponsor's Household – information includes: Names, DoBs, Gender, Age, and Relationship to UC 4. System Users – Name, Email Address, Phone Number, Fax Number, Mailing Address, Username, Password, and Role/Privileges | General system users, consisting of employees and direct and indirect contractors that work in the ORR UC program, have access to PII in read-only mode across the system in order to fulfill their job duties. There are roles which can be assigned to general system users that grant write-access to specific programs with an approved project officer request. Only system administrators have the ability to assign and modify access privileges for system users. Project Officers also determine which individuals are granted system administrator access. In addition to controlling user roles, system administrators have write-access to all PII for the purpose of troubleshooting and data entry; however, corrections to data must be approved by the ORR Program Manager first. All system users have read access to PII across the UC Portal while access to modify PII is restricted based on the role assigned to each user. The roles are configured by program so that if a system user only works with one program, he/she will receive the role that allows access to UC PII within that program only. But if the system user works on three programs, for example, they will be assigned three different roles to match each program they work on. Only system administrators have the ability to assign and remove roles from a system user's account and that action requires an approval from the user's project officer. | Kyle Schutt |

| Component / System | Description | PII Collected | Access Controls | Personnel |
|---|---|---|---|---|
| Component: Financial Business Intelligence System (FBIS)<br>Name of ATO Boundary: Unified Financial Management System (UFMS) Portfolio | Financial Business Intelligence System (FBIS) is a system within the OFSPO Boundary. FBIS is a non-transactional business intelligence and analytics tool that delivers interactive dashboards, ad hoc querying capability, and enterprise financial reporting. FBIS obtains its data from Unified Financial Management System (UFMS), Operating Division (OpDiv) provided flat files that feed into Consolidated Financial Reporting System (CFRS), Hyperion extracts from U S Food and Drug Administration (FDA) (budgeting system) and National Institute of Health Business System (NBS). In addition, Division of Systems Operations and Maintenance (DSOM) provides FBIS operation and maintenance services for software applications hosted at Oracle Cloud Infrastructure (OCI) by Oracle facilities. | Social Security Number, Taxpayer ID, Email Address, Mailing Address, Name, Phone Numbers, Financial Account Info, Others - Chart No., TIN, DUNS, Provider License # | FBIS users are granted system access based upon their organizational roles and the need to know. Files accessed are audited periodically to ensure data maintained by FBIS is protected. Auditing these files ensure that no noticeable anomalies or erroneous postings exist. Due to the complexity of the FBIS system, auditing is performed based on the needs of the Program supported. All requests to establish new accounts or modify the privileges of an existing account are approved by an Approving Official. Each user is responsible for reviewing their user accounts and perform annual recertification and validation of user roles. Access rights are determined by need to know basis when the user requests access. Established and rigorous access control/approval process are in place, and access to PII is limited using role-based access rights in FBIS. | Conor Fennessy (deactivated)<br>Zach Terrell<br>Rachel Riley |
| Business Intelligence Information System-Cloud (BIIS-C) | The Business Intelligence Information System-Cloud (BIIS-C) is a consolidated enterprise reporting and analytics system that collects, tracks, routes, maintains, and reports personnel, pay, attendance/leave, and other information relating to all HHS employees. BIIS-C is used by HHS staff to access the following systems: Enterprise Human Resources and Personnel System (EHRP), Time and Attendance (ITAS), Recruitment Enterprise Workflow Information Tracking System (EWITS), Defense Finance and Accounting Services, (DFAS), Learning Management System (LMS) data. BIIS-C is used to access the following types of information: Human Resources (HR), Budget, Workmen's Compensation, Payroll, Time and Attendance, and Equal Employment Opportunity (EEO) Information. Information from the source systems is loaded into BIIS via recurring automated loads of data files sent to BIIS-C from the Various source systems. | Social Security Number, Mother Maiden Name, User Credentials, Email Address, Date of Birth, Mailing Address, Name, Phone Numbers, Military Status, Employment Status, Financial Account Info | Access is restricted using an authorization process. Only privileged users with administrative rights and users with authorized need to access PII can access this information. Access rights are determined by need to know basis when the user requests access. An annual recertification is in process to make sure user roles have not changed. | Rachel Riley |
| HRSA Electronic Handbooks | The Health Resources and Services Administration (HRSA) Electronic Handbooks has become the Agency's means for accomplishing its mission of improving access to health care through grants and cooperative agreements to state and local government, health care providers and health professions training programs. The Handbooks have allowed for a standardization of many of HRSA's business processes. It is the automation of data collection from grantees and the respective review of that information by program and other officials. | Name, E-Mail Address, Phone numbers, Taxpayer ID, Mailing Address, User Credentials, Others - Fax Number | The users (administrators, developers, and contractors) are vetted through the HRSA background investigation process. Once they have been cleared through the process, they are then permitted to access PII as needed to support their job functions.<br>The EHBs is role based and users can only access data based on their business or job needs. | Zach Terrel<br>Jeremy Lewin<br>Conor Fennessy |

| System | Description | Data Elements | Access Controls | Owner |
|---|---|---|---|---|
| Unified Financial Management Systems (UFMS) | The Unified Financial Management Systems (UFMS) environment offers the Department a platform for effectively processing and tracking its financial and accounting transactions with UFMS at its core. UFMS will allow HHS financial management leaders to share resources, leverage, and reuse solutions, develop common accounting and data standards and collaborate on decisions and challenges that are common across the agency. | Social Security Number, Taxpayer ID, Email Address, Mailing Address, Name, Phone Numbers, Financial Account Info, Other - Free text Field - HHSID | UFMS users are granted system access based upon their organizational roles and the need to know. All requests to establish new accounts or modify the privileges of an existing account are approved by an Approving Official. Each user is responsible for reviewing their user accounts and perform annual recertification and validation of user roles. The UFMS Program enforces the review of audit records for indications of inappropriate or unusual activity. The assignment of roles and rules are verified via the implementation of industry recommended Access and Audit and Accountability family of controls. Access rights are determined by need to know basis when the user requests access. Monthly recertification process is conducted to make sure user roles have not changed. UFMS specific systems policies are also followed. | Zach Terrell<br>Rachel Riley |
| NIH Workforce Analytics Workbench (WAW) | The Workforce Analytics Workbench (WAW) was developed by the Office of Human Resources (OHR) Workforce Support and Development Division (WSDD) to provide users with an interactive and customizable dashboard that highlights National Institutes of Health (NIH) workforce data, including demographics, accessions and separations, and retirement analyses for full-time-equivalents (FTEs). The dashboard allows NIH's Institutes, Centers, and Offices (ICOs) to leverage these metrics to monitor workforce trends and provide insightful information to support strategic planning. | NIH Workforce Insights - FTE counts, HR actions, etc. | Cybersecurity Training; Rules of Behavior; Physical PIV card requirement; | Rachel Riley |