# EXHIBIT 14

1. Payment Management System
2. GrantSolutions
3. Healthcare Integrated General Ledger Accounting System (HIGLAS)
4. HHS Consolidated Acquisition System (HCAS)
5. CMS Acquisition Lifecycle Modernization system (CALM)
6. Integrated Data Repository (IDR)
7. NIH grants management system (eRA)
8. Enterprise Human Capital Management System (EHCM)
9. Integrated Contracts Expert (ICE)
10. Acquisition Performance and Execution (APEX)
11. NIH Business System EBS and PRISM
12. Grants.gov
13. National Directory of New Hires (NDNH)
14. Unaccompanied Alien Children Portal
15. Health Resources and Services Administration's (HRSA's) Electronic Handbooks
16. Financial Business Intelligence System (FBIS)
17. HHS Unified Financial Management System (UFMS) application
18. Business Intelligence Information System

