# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFL-CIO, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF LABOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00339

## DECLARATION OF COLIN SULLIVAN

I, Colin Sullivan, declare as follows:

1. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter.

3. I am a member of the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME), Council 93, Local 1701, Taunton Library Employees. I have been a member of AFSCME Local 1701 since December 2022.

4. I am currently employed by the City of Taunton, Massachusetts at the Taunton Public Library as a Librarian. I have been employed by the Taunton Public Library since December 2022.

5. As a member of AFSCME Local 1701, I am very active in my union advocating for library workers in Taunton, including serving as steward for my bargaining unit.

6. Prior to joining the Taunton Public Library in December of 2022, I was employed as a music teacher and administrator at a private performing arts academy. Due to the COVID-19 pandemic, I was laid off from the performing arts academy that eventually closed. As a result, I applied for unemployment insurance through the Massachusetts Department of Unemployment Insurance and was granted benefits. I received unemployment benefits through January 2022, and the effective end date of my benefits was June 24, 2022.

7. It is my understanding that Defendants have decided to give access to my personal information from my application for unemployment insurance that is now stored at the U.S. Department of Labor to the Department of Government Efficiency (DOGE).

8. I have not consented to, nor do I consent to, giving DOGE or any individual associated or working with DOGE access to my sensitive personal information stored in DOL systems or records. I expected the government to protect my personal information when I applied for unemployment insurance. I find it highly offensive that my personal information has been shared with DOGE without my consent.

9. I am deeply concerned that my personal information was illegally shared with DOGE because of the lack of transparency and oversight within DOGE. I am concerned that my information is being accessed and misused by individuals who are not trained civil servants within the DOL at the direction of Elon Musk whose status within DOGE and the government is dubious and unclear.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025, in Taunton, Massachusetts.

Colin Sullivan