# EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339 |

**DECLARATION OF TAMMY FRY**

I, Tammy Fry, declare as follows:

1. My name is Tammy Fry. I live in Portland, Oregon. I am a member of the American Federation of Teachers (AFT). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a member of AFT.

2. I work as a Library Media Assistant at Sato Elementary in the Beaverton School District. As part of my job, I teach numerous library classes, circulate hundreds of our library books to students daily, work with district librarians to curate our book collection, and sort, shelve, organize, and repair the books in our collection. I do my work to ensure that students have the skills and resources to develop a lifelong love of reading.

3. I am a member of my union, the Oregon School Employees Association (OSEA), AFT Local 6732. OSEA is a member-driven union of more than 24,000 education

professionals across Oregon, with members who work in public schools, Head Start programs, education service districts, community colleges, parks, and libraries.

4. I filed a claim for unemployment insurance benefits in May, 2024.

5. When filing for my unemployment insurance benefits, I provided sensitive personal information to the Oregon Employment Department (OED), including my birth date, Social Security number, employment history, wage information, phone number, address, and bank account information.

6. It is my understanding that due to a Department of Labor (DOL) audit of unemployment insurance claims, some or all of the private personal information I submitted to OED is stored in a database maintained by the DOL.

7. I understand that people associated with the Department of Government Efficiency (DOGE) have accessed sensitive at federal agencies including the DOL.

8. When applying for unemployment benefits, I believed that my personal information would be stored securely and only used for legitimate purposes. I did not and would not authorize DOGE to access my personal information, and I find it extremely offensive for DOGE to access my private information.

9. Based on reports I have seen in the media, I am particularly concerned that if DOGE is permitted to have unauthorized access to this sensitive personal data, they will manipulate or misrepresent the data to make false or misleading claims to further their political agenda.

10. I am also very worried that the security of my data will be compromised. My understanding is that DOGE has not had proper training on the data systems they are accessing and attempting to access. I fear that if any of my personal information

contained in these systems falls into the hands of third parties, I may be at heightened risk of being targeted for identity theft or scams.

11. These anxieties will continue unless DOGE is prevented from improperly accessing sensitive data.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 17, 2025, in Portland, Oregon

*[signature: Tammy Fry]*

_____

Tammy Fry