# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339 |

### DECLARATION OF JESSICA REESE

I, Jessica Reese, declare as follows:

1. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter.

3. I work as a Replacement Operator at GE Appliances and have been a member of the Communication Workers of America (CWA) since November 2020.

4. In 2022, I was subject to a temporary lay-off. During that temporary lay-off, I applied for and ultimately received unemployment insurance.

5. In my application, I was required to provide extremely personal information, including my Social Security number, address, and employment history. I submitted this information because it was necessary to apply for the unemployment insurance to which I was entitled and because I needed the help. When I submitted my personal information, I

relied on assurances from the government that it would keep my information safe and confidential.

6. It is my understanding that my personal information is now stored at the Department of Labor (DOL) and that DOL has decided to give access to my personal information to people associated with the U.S. Department of Government Efficiency (DOGE).

7. I have not consented to, nor do I consent to, giving DOGE or anyone associated with or working with DOGE access to my sensitive personal information stored in DOL systems or records.

8. I submitted my information with the trust that I can share information with the government and that that information is going to be kept safe. As a result of the disclosures of information from unemployment insurance records that DOL has made to DOGE, I no longer think that's true. I'm very upset that my data has been shared and angry that my trust has been broken.

9. It's a big deal to have your personal information shared and I am very worried that this information will be used to steal my identity or further violate my privacy.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025, in Louisville, Kentucky.

*Jessica Reese*
Jessica Reese