# EXHIBIT 19

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AFL-CIO, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF LABOR, *et al.,*

*Defendants*.

Case No. 1:25-cv-00339

## <u>DECLARATION OF NATASHA DANIELLE DUCKETT</u>

I, Natasha Danielle Duckett, declare as follows:

1.  I am a part-time lecturer in the sociology department at California State University ("CSU"), Sacramento and a member of the California Faculty Association, SEIU Local 1983. I have been in this position and a member of the union for 11 years. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge.

2.  As a part-time lecturer, my position is contingent on budget and student enrollment. This means that I am unemployed between semesters including most summers. Every six or seven summers, I have the opportunity to teach a course. Most summers, when I do not have the opportunity to teach a course, I file for unemployment insurance with the California Employment Development Department ("EDD"). I have filed for unemployment insurance the past two summers.

3.  The sociology department at CSU Sacramento has 22 tenure-line faculty members and 15 part-time lecturers. I believe that 13 of the 15 lecturers also have a gap in the summer and anyone who relies solely on teaching for their income would be eligible for unemployment insurance over the summer.

4.  Eighty-three percent of the lecturers on campus are part-time. There are hundreds of us in total.

5.  Every summer that I am not teaching, including the past two summers, I file an application for unemployment insurance as soon as my spring contract ends. There is a processing gap of two to three weeks before I can begin collecting my benefits which means for each eleven-week summer break I can usually collect eight or nine weeks of benefits.

6.  The online application is lengthy and takes about forty-five minutes to complete. As part of the application, I have to provide a significant amount of personally identifiable information including my full legal name, home address, phone number, email address, social security number, employer ID number, hours worked per week, a breakdown of my wages in the preceding eight quarters, and the name and contact information for my immediate supervisor.

7.  Throughout the summer I also have to either submit online or keep track of my weekly efforts to find employment.

8.  My unemployment insurance benefits are paid to an EDD debit card which I have set up to transfer into my checking account. I pay both state and federal taxes on my

unemployment insurance payments so I know the federal government has at least some of the information I submit as well.

9. In the past, I was never enthusiastic about having to submit all of this personally identifiable information but I understood that it was necessary for the state to provide my benefits and for the proper taxes to be withheld. I also knew that this information would only be accessible to EDD and the federal government.

10. When DOGE was announced I became concerned because Elon Musk and the people working for him were complete government outsiders. They were not elected and, from what I understood, were not government employees. As I heard and learned of DOGE accessing agencies' data systems, I found what was happening to be deeply troubling. These individuals had no business having access to our information.

11. By late January, I had contacted my parents and asked them to save and print out their social security records. I also saved and printed out both my student loan records and my social security payment records. I have also looked into putting locks onto my credit so that I will get a notification if anyone pulls anything on my credit. I plan on doing this for myself and for my young children in the next few weeks.

12. In the past, I received a notification from the hospital that my children's data was involved in a data breach. Now, all of our data is essentially involved in a data breach.

13. I am very concerned that my personal data is now unsecured and I don't know how it can get re-secured. I am concerned about identity theft. I am concerned that my data is now on personal servers and could be copied over and shared anywhere. I am concerned that

14. It is deeply troubling to me that DOGE has access to my own and others' personal data, and we don't know what they are doing or what they will do with it. My concerns are exacerbated by the fact that the federal government appears to be targeting perceived opponents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18th, in Sacramento, CA.


Natasha Danielle Duckett