# EXHIBIT 20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFL-CIO, *et al.*,

*Plaintiffs*,

v.

DEPARTMENT OF LABOR, *et al.*,

*Defendants*.

Case No. 1:25-cv-00339

### DECLARATION OF PATRICK WELSH

I, Patrick Welsh, declare as follows:

1. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I am a retiree member of the Communication Workers of America (CWA) and the District 1 Retired Members Council President. I have been a member of CWA since May 4, 1970.

3. I have received my primary healthcare coverage through Medicare since May 2014. Through Medicare, I am able to access the critical care I need to maintain a healthy lifestyle.

4. When I enrolled in Medicare, I relied on the government's assurances that the Department of Health and Human Services (HHS) would keep all of my personal medical information and other personally identifiable information confidential.

5. It is my understanding that HHS has decided to give access to my personal medical information and personally identifiable information stored at HHS to people working with the Department of Government Efficiency (DOGE).

6. I have not consented to, nor do I consent to, giving DOGE or any individual associated or working with DOGE access to my sensitive health and personal information stored in HHS systems or records. I find it highly offensive that my sensitive information has been shared with DOGE.

7. Maintaining the privacy of my sensitive health and personal information is very important to me. My private health information is my business and the business of the healthcare provider of my choice. It is not the business of DOGE and I am frustrated and angry that my information has been shared with DOGE.

8. I am concerned that this information can be misused by DOGE or disclosed by DOGE to private individuals or businesses looking to monetize this information. I am also worried that DOGE's accessing this information makes it more likely that my information will be stolen or misused by outside parties.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2025, in New Rochelle, New York.

*Patrick Welsh*

Patrick Welsh