# EXHIBIT 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00339 |

### DECLARATION OF WILLIAM WETMORE

I, William Wetmore, declare as follows:

1. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter.

3. I am a member of the American Federation of Government Employees.

4. I have received Medicare since 2012.

5. It is my understanding that Defendants have decided to give access to my personal medical information stored at the Department of Health and Human Services (HHS) though my participation in Medicare to the people associated with the U.S. Department of Government Efficiency (DOGE).

6. I have not consented to, nor do I consent to, giving DOGE or any individual associated or working with DOGE access to my sensitive health and personal information stored in HHS systems or records. I find it highly offensive that my sensitive information has been shared with DOGE.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025, in Altoona, Iowa.

William Wetmore

4-18-25