# EXHIBIT 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFL-CIO, *et al.*,

*Plaintiffs,*

v.

DEPARTMENT OF LABOR, *et al.*,

*Defendants.*

Case No. 1:25-cv-00339

**DECLARATION OF DAVID GRAY**

I, David Gray, declare as follows:

1. My name is David Gray. I live in Oklahoma City, Oklahoma. I am a retired member of the American Federation of Teachers (AFT) and have been with the union for nearly forty years. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my experience as a retired member of AFT.

2. My background is in building and construction. I joined AFT when I worked in a maintenance department. Before I was a member of AFT, I was a member of other unions. I come from a union family and have been in unions for most of my life.

3. I was voted president of my AFT local in 1988 and served in that role until 2024. I also served as a national vice president of AFT from 1992 until 2024. In these roles, I helped members file complaints and organize against harms in their workplaces. I

also chaired a few AFT committees, including the Constitutional Convention Committee and the Members' Trust Committee.

4. I am enrolled in Medicare. To apply for this program and receive benefits from it I have shared various types of personal information with the federal government, including my name, bank account information, birth date, and Social Security number.

5. When I applied for Medicare, I provided this information to an intake person at my local social security office. I was told that it was going to be extremely confidential—that only specific, qualified people would have access to it. I shared this information to receive the benefits that I am entitled to and expected my information to remain private.

6. It's my understanding that, because I am enrolled in Medicare, the Centers for Medicare and Medicaid Services (CMS) also has private medical information about me. I expected and was reassured that all my medical information would remain confidential.

7. I understand that people from the Department of Government Efficiency (DOGE) have accessed information at various federal agencies, including information at the Department of Health and Human Services and CMS, and are attempting to access more. I do not want these people to have access to my data, including my personal medical information. It's personal and private. They should not have access to this information unless I provide it to them. I have not.

8. I am most concerned that these people—intentionally or not—will manipulate the data I have on file or expose the data to third party scammers. These people do not

have proper training on the government systems they are trying to access. I cannot be sure that they will not mess the systems up. I worry that they will mess with the medical benefits that I rely on for my healthcare.

9. My anxiety is at an all-time high because of the threats to my personal information and my benefits that come from DOGE access to sensitive information that I have provided to the government. I will remain anxious until people from DOGE are stopped.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 16, 2025, in Baltimore, Maryland

_____
David Gray