# EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00339 |

### DECLARATION OF DANIEL MCNEIL

I, Daniel McNeil, declare as follows:

1. My name is Daniel McNeil. I am the General Counsel for the American Federation of Teachers (AFT). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at AFT.

2. AFT is a national labor organization and unincorporated association headquartered in Washington, D.C., and which represents over 1.8 million members who are employed as pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; higher education professional staff and faculty; federal, state, and local government employees; and nurses and other healthcare professionals.

3. AFT's purpose is to promote fairness, democracy, economic opportunity, and high-quality public education, healthcare, and public services for students, their families, and

communities their members serve. AFT does so by ensuring its members receive fair pay and benefits for their critical work, and by fighting for safe working conditions that also benefit students, patients and all those who use public services. Economic and retirement security is at the core of AFT's mission.

4. The AFT has approximately 490,000 members who are retired. Active members are members of the AFT retiree division as soon as their local union changes their status from "working" to "retired, active" in their reports to the AFT. Retirees are organized in more than 100 chartered AFT retiree chapters nationwide. Each chapter is able to send a delegate to the biennial AFT Convention where delegates from all AFT locals debate and vote on resolutions that set the policies and priorities of the AFT. Many of these retiree AFT members are eligible for and are enrolled in Medicare.

5. Numerous AFT members also benefit from the economic security provided by unemployment insurance ("UI"), either because they have filed for UI benefits in the past or will file for benefits in the future should they become subject to a layoff. Certain classes of AFT membership are particularly likely to receive UI benefits. For instance, of AFT's roughly 300,000 higher education members, approximately 85,000 are contingent faculty. Due to the employment practices of colleges and universities, many of these contingent faculty members do not have reasonable assurances of continuing employment for the following term and are thus eligible for much needed UI benefits in between academic semesters. The AFT also has more than 370,000 members who make up the paraprofessional and school-related personnel (PSRP) division. Many of these members are fighting for job security and full-time hours due to the nature of the 10-month school

year. And in states like Oregon, many AFT PSRP members become eligible to receive UI benefits over the summer.

6. AFT has long worked to improve the lives of its members, including to strengthen programs such as Medicare and UI. AFT has passed resolutions, for example, expressing AFT's commitment to fighting to maintain Medicare benefits, to create a uniform drug benefit within Medicare, to allow Medicare to negotiate for better drug prices, and to permanently expand eligibility for UI benefits. AFT, with and through its state and local affiliates, has also engaged in advocacy at the state level to expand eligibility for PSRP and contingent faculty during breaks in the academic calendar.

7. AFT has also worked for many years to protect its members' private information including by advocating for privacy in the workplace and against electronic surveillance. For instance, AFT has passed resolutions urging the government to enact legislation allowing internet users the choice to opt out of data collection, regulation to enhance individual control over personal data, and regulation to prevent the commercialization of private data.

8. AFT also advocates for the enforcement of government regulations that protect its members' personal data in the context of AI. Among other things, AFT has passed a resolution advocating for the de-identification of healthcare data used in AI validation and the policies that ensure that any AI used in healthcare complies with HIPAA.

9. Stated differently, as part of AFT's mission and purpose of supporting educators who interface with the federal government, AFT advocates for the protection and safeguarding by various federal agencies and departments of AFT members' personal data. For

example, AFT has been working with an external organization to train leaders and members to secure and protect data.

10. I am aware of and have identified individual AFT members who participate in Medicare, administered by the Centers for Medicare & Medicaid Services (CMS), housed within the Department of Health and Human Services (DHHS).

11. I am aware that the sensitive information of these and other AFT members is contained in DHHS record systems, including Social Security numbers, bank account information, and sensitive health information.

12. I am aware of and have identified individual AFT members who have filed for UI benefits within the past three years.

13. Upon information and belief, due to a Department of Labor (DOL) audit of UI claims, sensitive information of these and other AFT members is likely contained in DOL record systems, including Social Security numbers, date of birth, phone numbers, email addresses, physical addresses, and recent employment history.

14. I am aware that personnel from the Department of Government Efficiency (DOGE) have accessed sensitive information at DOL and DHHS, including private health records and UI records.

15. I am not aware of any AFT member who has requested or authorized DOGE or its representatives to access their personal data or who has consented to the use of this data for any purposes previously disclosed by DOL or DHHS.

16. AFT has heard from many members who are personally concerned about DOGE's access to the private personal and financial information that they have provided to federal agencies.

17. Improper disclosure of this information to DOGE increases the risk of access by external actors, doxxing, identity theft, invasion of personal privacy, and financial crimes against AFT members. Introducing these sensitive personal databases into artificial intelligence—as DOGE has done in other government systems—enhances these risks.

18. These risks will continue until DOGE personnel are prohibited from accessing DHHS and DOL record systems without proper training and safety measures.

19. Further, AFT offers free identity theft protection coverage for all active and retiree members through its member benefits program. Given the amount of outreach we have received from members and the severity of their concerns, a data breach resulting from DOGE's access to information maintained by DOL and DHHS and member concerns about breaches is likely to result in an increase in costs to the AFT to maintain this program, as members will use this tool with more frequency and the union will encourage them to do so.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 16, 2025, in Washington, D.C.

*Daniel McNeil*
Daniel McNeil