# EXHIBIT 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF KATIE COAKLEY HARRISON**

I, Katie Coakley Harrison, declare as follows:

1. My name is Katie Coakley Harrison. I am the Director of Data & Analytics at the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at AFSCME.

2. AFSCME is a national labor union and unincorporated association headquartered in Washington, DC. It is the largest trade union of public employees in the United States, with 1.4 million members organized into approximately 3,400 local unions, 58 councils, and 250 state and local subchapters of retiree members across 46 states, the District of Columbia, and Puerto Rico. Its members work in hundreds of different occupations,

including health care workers, custodians, food workers, corrections officers, and home healthcare workers.

3. AFSCME works to promote the welfare of members and provide a voice in the determination in the terms and conditions of employment. AFSCME does so by fighting to ensure its members receive fair pay and benefits, healthcare, economic security, retirement security, high quality public services, and full participation in the democratic process.

4. Of AFSCME's membership, approximately 200,000 are retired public service workers who continue to remain members of AFSCME, participate in its governance, and advocate for fairness, equality, and income security for retired Americans. Many of these retiree AFSCME members are eligible for and enrolled in Medicare.

5. For many years, AFSCME has worked to improve the lives of its members by working to strengthen social insurance programs including Medicare and unemployment insurance. For instance, AFSCME members have protested against cuts to Medicare and AFSCME has called on Congress to enhance Medicare benefits. AFSCME has long opposed the privatization of Medicare and has passed a resolution against Medicare privatization and in support of proposals to strengthen the unemployment insurance trust. During the first Trump administration, AFSCME filed a lawsuit to block regulations that would have allowed for the privatization of the unemployment insurance system.

6. In addition, Shelby Meyenburg, an AFSCME member, recently testified before the U.S. House of Representatives Ways and Means Subcommittee on Work and Welfare about preventing fraud in the unemployment insurance system during the COVID-19 pandemic. Among other things, he testified about his experience being laid off in the spring of 2022

and ultimately receiving unemployment insurance himself. His testimony is available at https://waysandmeans.house.gov/wp-content/uploads/2025/01/Meyenburg-Testimony.pdf.

7. AFSCME has also long worked to protect its members' private information. For example, AFSCME has passed resolutions in opposition to employer attempts to compromise worker rights to privacy by demanding worker passwords, "likes", and log-ins to social media sites and to the use of AI in a manner that increases worker surveillance. AFSCME local unions have also fought attempts to expand the amount of personally identifiable information on public sector employees that is subject to public disclosure.

8. In addition, many of AFSCME's local unions have bargained with employers to ensure member privacy, including limiting the ability of employers to surveille workers and prohibiting employers from accessing employees' private social media accounts or retaliating against them for not providing private social media content.

9. In addition to its general attempts to protect members' private data, AFSCME has specifically worked to protect the data of individuals who have received unemployment insurance. When the Washington State Auditor's Office announced in 2021 that its third-party vendor had suffered a data breach, the AFSCME local union reached out to its members to inform them that the personally identifiable information of anyone who filed an unemployment claim throughout most of 2020 may have been compromised.

10. I am aware of AFSCME members who participate in Medicare, which is administered by the Centers for Medicare and Medicaid Services (CMS), housed within the Department of Health and Human Services (HHS).

11. I am aware that the sensitive information of these and other AFSCME members is contained in HHS record systems, including Social Security numbers and sensitive health information as a result of their participation in Medicare.

12. It is my understanding that unemployment insurance records have been made available to the Department of Labor (DOL). Sensitive information of these and other AFSCME members likely contained in these UI records and other DOL record systems, including Social Security numbers, date of birth, phone numbers, email addresses, physical addresses, and recent employment history.

13. I am aware that personnel from the Department of Government Efficiency (DOGE) have accessed sensitive information at DOL and DHHS, including private health records and UI records.

14. I am not aware of any AFSCME member who has requested or authorized DOGE or its representatives to access their personal data or who has consented to the use of this data for any purposes previously disclosed by DOL or DHHS.

15. AFSCME has heard from many members who are personally concerned about DOGE's access to the private personal and financial information that they have provided to federal agencies.

16. The injury AFSCME members have suffered as a result of the release of sensitive data to DOGE is compounded by the related increase in risk that this information will be stolen or misused by outside parties who can now gain access to less-protected data. As soon as uncredentialed DOGE personnel accessed this data, it was compromised, making AFSCME members easier targets for identity thefts and other scams.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 17, 2025, in Washington, D.C.

*Katherine Coakley HArrison*

Katie Coakley Harrison