# EXHIBIT 26

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFL-CIO, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00339 |
| DEPARTMENT OF LABOR, *et al.*, | |
| *Defendants*. | |

### DECLARATION OF ALEX VAN SCHAICK

I, John Alexander "Alex" van Schaick, declare as follows:

1. My name is Alex van Schaick. I am a Counsel at Communications Workers of America ("CWA" or "the Union"). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at CWA.

2. CWA is an international labor union, headquartered in Washington, D.C., with hundreds of thousands of members in a broad range of industries, including telecommunications, cable, information technology, airline, manufacturing, print and broadcast news media, customer service, education, public service, and health care, among others.

3. CWA works to improve the conditions of workers and to advance their interests by advocating for legislation that benefits them, negotiating fair contracts, minimizing

member exposure to hazardous working conditions and related injuries, and fighting for policies and laws that promote investment in good quality, union jobs.

4. Over 60,000 of CWA's members are retired workers who remain CWA members. Through CWA's Retired Members Council, retiree members monitor company pension and health care policies, track national legislation affecting CWA retired members, and monitor legislation at the local, state, and federal level to advance their goals and interests.

5. CWA has long worked to improve the lives of its retiree members by working to strengthen Medicare, unemployment insurance, and other social insurance programs. For example, CWA has mobilized against cuts to the privatization of Medicare and staged rallies to raise awareness about proposed cuts to Medicare. CWA has also supported legislation that would allow striking workers to obtain unemployment insurance.

6. CWA also works to protect the private information of its members. For example, CWA has advocated to hold Facebook accountable for its privacy breaches; bargained to include privacy protections in its agreements, including limits on the use of web cameras when call center workers work from home; educated its members about their privacy rights at work; and advocated for policies to provide privacy protections to internet users.

7. I am aware of CWA members who participate in Medicare, which is administered by the Centers for Medicare and Medicaid Services (CMS), housed within the Department of Health and Human Services (HHS). These include many of CWA's retiree members.

8. I am aware that the sensitive information of these and other CWA members is contained in HHS record systems, including Social Security numbers and sensitive health information as a result of their participation in Medicare.

9. I am aware of CWA members who have filed for unemployment insurance (UI) benefits within the past three years.

10. I am aware that the sensitive information of these and other CWA members is contained in DOL record systems, including Social Security numbers and bank account information, because they have filed for UI.

11. I am aware that personnel from the Department of Government Efficiency (DOGE) have accessed sensitive information at DOL and HHS, including private health records and UI records.

12. I am not aware of any CWA member who has requested or authorized DOGE or its representatives to access their personal data or who has consented to the use of this data for any purposes previously disclosed by DOL or HHS.

13. The member data shared with DOGE at DOL and HHS is highly sensitive. CWA members were injured by the release of their data to DOGE personnel as soon as those personnel gained access to it. That injury continues and will persist until DOGE access is halted.

14. The continuing injury to CWA members by the release of sensitive data to DOGE is compounded by the related increase in risk that this information will be stolen or misused by outside parties who can now gain access to less-protected data. As soon as uncredentialed DOGE personnel accessed this data, it was compromised, making CWA members easier targets for scam and identity theft.

15. If DOGE is accessing this data for the purpose of identifying "waste" and "fraud," it may also mean that CWA members have had essential benefits incorrectly or inadvertently

      disclosed, as DOGE personnel are not equipped to understand the complex systems at

      DOL and HHS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2025, in Washington, D.C.

                                                              Alex van Schaick