# EXHIBIT 31



## Executive Office of the President
## U.S. DOGE Service

## Assignment Agreement
## Health and Human Services (HHS)

**PARTIES**

This agreement documents the assignment of a team of employees from the U.S. DOGE Service (USDS) to the Health and Human Services.

**PURPOSE OF AGREEMENT**

USDS is assigning employees to HHS on a temporary basis in accordance with the President's Executive Order "Establishing and Implementing the President's Department of Government Efficiency" dated January 20, 2025.

In accordance with this order, Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. USDS shall adhere to rigorous data protection standards.

Upon execution of this agreement, all assigned USDS employees should be appropriately onboarded to HHS systems to facilitate access to necessary systems and records.

HHS shall provide all necessary identification to allow access and communications, to include badges, phones, e-mail account, computers, network access, and permissions for assignees to complete work for HHS. This access includes enabling the team to access and store documents related to their work for HHS on HHS's network and/or hardware. For each assignee, this includes a laptop computer or ThinClient that connects to the HHS IT network and a HHS email address. HHS shall provide this access within one business day of the written request.

**AUTHORITY**

USDS is assigning employees to HHS on a temporary basis pursuant to the Presidents Executive Order and in furtherance of the purposes of appropriations available to USDS to carry out projects "for the furtherance of integrated, efficient, secure, and effective uses of information technology in the Federal Government," Division E, Consolidated Appropriations Act, 2023 (Public Law 117-328), as continued by Public Law 118-15 and H.R. 6363 as signed by the President; section 4010, and any applicable interagency agreement. USDS and HHS mutually agree that this arrangement is the most expeditious way of executing on the President's order and furthering the purpose of the appropriation and any applicable interagency agreement with respect to the work at HHS.

**PERIOD OF AGREEMENT**

The terms and conditions described are effective from January 20, 2025 through July 4, 2026. The parties may extend this agreement through a signed addendum.

1

25CV339_HHS00032

**SCOPE OF WORK**
USDS will collaborate with the HHS's designee on the placement of the assignees at HHS. The USDS Administrator reserves the right to shift and re-allocate resources based on USDS's overall highest priority digital service needs. USDS will discuss projects and the overall engagement with HHS on an as needed basis.

USDS Assignees Will:
- Report to and be supervised by the HHS Administrator or her designee when performing work under this Agreement at HHS facilities and on HHS systems. USDS assignees shall, however, report to and be supervised by their USDS supervisor when at USDS facilities and on USDS systems, even when performing work within the scope of the Agreement. In all circumstances, USDS assignees will comply with all rules, regulations, and restrictions of the supervising agency.
- Work on software modernization initiatives to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems.
- Promote inter-operability between agency networks and systems, ensure data integrity, and facilitate responsible data collection and synchronization.
- Use software engineering, modern architecture and system design, product and team leadership, delivery focus, and/or executive leadership expertise to champion the use of modern technology development and management approaches.
- Not knowingly take any actions that undermine HHS's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, the Federal Acquisition Regulation, and the Trade Secrets Act;
- Not knowingly take any measures that create cybersecurity risks to HHS systems; or
- Not knowingly access HHS systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including HHS records management and information security requirements.
- Not access, or attempt to access, classified information without proper security clearance.
- Access CMS data, information, and systems for only legitimate purposes, including but not limited to IT modernization, the facilitation of CMS operations, and the improvement of Government efficiency.
- Comply with the requirements of the Privacy Act for information that CMS collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.
- Destroy or erase copied CMS data or information when no longer needed for official purposes.
- To the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.

HHS will:
- Ascertain and mitigate any conflicts of interest or confidentiality protocols during the assignment.
- Provide technical and operational support to the assignees for all CFBP activities related to this assignment.
- Cover travel or training expenses required to achieve assignment objectives specific to HHS's mission (unless otherwise negotiated between USDS and HHS).
- Maintain records for the team, including all project-related documents that must be maintained pursuant to the Federal Records Act and HHS policy.
- For any HHS documents provided to the USDS team, clearly mark any material that contains legally protected information.
- Create a process by which HHS will: (1) review any final project-related documents created by the assignees that may contain legally protected information, and (2) inform the assignees of any information in those documents that HHS considers legally protected.

**25CV339_HHS00033**

- Promptly notify and coordinate with the USDS Office of General Counsel if the assignees' work in this matter becomes the subject of a request for information (such as under the Freedom of Information Act or by the media) or any oversight inquiries from, for example, a Congressional committee, any federal Office of Inspector General, or the Government Accountability Office (GAO).

**CONTACT INFORMATION**

| HHS POC | | USDS POC | |
|---------|---|----------|---|
| NAME | ██████████ | NAME | ████████ |
| | ████████████ ██████████ ████████ | | ██████████████ ████████ ████████████ |
| EMAIL | █████████████████████ | EMAIL | ████████████████████ |
| PHONE | ████████ | PHONE | ██████████ |

3

25CV339_HHS00034

**SIGNATURES**

Authorization of the agreement:

SCOTT W. ROWELL -S    Digitally signed by SCOTT W. ROWELL -S
Date: 2025.02.10 15:02:19 -05'00'
_____          _____
Scott W. Rowell HHS                         Date
Deputy Chief of Staff -
Operations
Health and Human Services

/s/ Steven Davis                            2/11/2025
_____          _____
Steven Davis (USDS Approver)                Date
Special Advisor
US DOGE Service
Executive Office of the President

25CV339_HHS00035