# EXHIBIT 33

## Memorandum of Understanding for Detail between GSA and HHS

### Non-Reimbursable Detail
### Base Agreement

The General Services Administration hereby enters into an agreement for the temporary detail of Kyle Schutt from the Office of the Administrator at the General Services Administration (GSA) to the Administration for Children and Families, U.S. Department of Health & Human Services (HHS). This detail shall be made in accordance with the provisions set forth herein.

1. PURPOSE

This Memorandum of Understanding (MOU) outlines the agreement for Kyle Schutt to participate in a detail to HHS for the purpose of assisting HHS in complying with the President's Executive Order, "Establishing and Implementing the President's Department of Government Efficiency" dated January 20, 2025.

2. SCOPE OF WORK/ASSIGNMENT

Kyle Schutt is a Special Government Employee and will be detailed from his/her present position as a Advisor with the Office of the Administrator at the General Services Administration to a set of duties with HHS.

   A. Duties and Responsibilities of the Detailee

   The Detailee's duties and responsibilities at HHS will include supporting the leadership team with the assessment and enhancement of internal processes and operational procedures, specifically, focusing on identifying inefficiencies and areas for improvement and ensuring that the administrative and programmatic functions align with the best practices for effectiveness and accountability. The Detailee will help assist HHS with their data tracking around the unaccompanied minors program.

   B. Goals of the Detail Assignment:

   The purpose of this role is to provide HHS with experienced engineering assistance by contributing specialized skills across various agency projects. The Detailee will contribute to HHS tasks as assigned. The incumbent will work with Agency leadership and leadership across the Government to achieve these objectives.

   C. Controls over Work

   The Detailee will report to the Office of the Assistant Secretary for the Administration for Children and Families for the duration of this assignment.

   The Supervisor of Kyle Schutt will be the Acting Assistant Secretary at the Administration for Children and Families.

3. DURATION, EXTENSION, AND TERMINATION OF ASSIGNMENT

A. This assignment is for work not to exceed 130 days in a 365 day period (excluding federal holidays) from the Detailee's start date with GSA. Upon execution of the MOU, HHS will begin the security clearance process, and the Detailee will receive a start date once clearance is received.

B. This agreement may be amended, extended, or terminated by mutual written and signed consent of both parties, with reasonable notice to the Detailee. The desire for such activity by either GSA or HHS shall be declared in writing at least one month (30 calendar days) in advance of the effective date for such action, unless good cause exists for immediate termination.

C. An extension must be documented as a written and signed amendment to this agreement and personnel action, as appropriate.

D. At the conclusion of the detail, the Detailee will return to the position of record with GSA.

E. The work week and hours of duty will be determined by HHS, subject to applicable Federal regulations.

5. LEGAL AUTHORITY

The Economy Act, 31 U.S.C. §§ 1535 - 1536.

6. REIMBURSEMENT PROVISIONS:

The Detailee is working for GSA under a gratuitous services agreement. As a result, GSA is not incurring any costs and HHS will not be required to provide any reimbursement.

7. RULES, REGULATIONS, AND POLICIES:

A. The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, and limitations on political activity (18 U.S.C. §§ 203, 205, 207, and 208, 5 C.F.R. Parts 2635, and 5 U.S.C. §§ 7321 – 7326, 5 C.F.R. Part 733, and 5 C.F.R. Part 734). For details in excess of 30 calendar days, Detailee will be subject to any supplemental agency regulations of the agency to which he/she is detailed rather than to GSA's supplemental regulations.

B. Consistent with the implementing regulations of 5 C.F.R. part 2634, the Detailee should continue to file his/her required financial disclosure reports with GSA while on a detail.

C. GSA is responsible for ensuring that the Detailee receives required ethics training.

D. The Federal Tort Claims Act and any other Federal tort liability statutes shall apply to the Detailee.

E. The rules and policies that govern the internal operation and management of HHS are applicable to the Detailee.

F. Records Schedule. The Detailee agrees to preserve information worked on for the HHS in accordance with the Federal Records Act, HHS Records Schedule.

G. Unauthorized disclosure of information. The Detailee will not disclose nonpublic information to outside parties without prior approval from HHS. If the Detailee improperly discloses non-public information, the GSA agrees to pursue appropriate steps. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. These definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

H. Should travel be required in the performance of official duties during the detail, the Detailee will be reimbursed in accordance with the Federal Travel Regulations. Any costs associated with travel directed by HHS shall be paid by HHS .

## 8. ETHICS

The Detailee continues to be subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, and limitations on political activity (including 18 U.S.C. §§ 203, 205, 207, and 208, and 5 C.F.R. Parts 2635, and 5 U.S.C. §§ 7321 – 7326, 5 C.F.R. Part 733, and 5 C.F.R. Part 734).

For details in excess of 30 calendar days, the Detailee will be subject to any of HHS's applicable supplemental agency regulations rather than to any supplemental agency regulations of his or her employing agency. HHS will provide any necessary ethics training or guidance related to its supplemental agency regulations.

GSA will ensure that HHS's ethics officials are routinely provided with access to relevant information in the Detailee's financial disclosure report (if required to file).  GSA ethics officials may also need to facilitate coordination with HHS's  ethics officials to appropriately advise the Detailee of his or her ethics requirements.

GSA will continue to provide the Detailee with required ethics training.

## 9. SECURITY CLEARANCE:

The commencement of the detail is contingent upon the Detailee's successful adjudication and receipt of any necessary security clearances and other pre-employment screening required by HHS. If the Detailee is unable to obtain the required level of access prior to the detail or her access is suspended or revoked for any reason during the detail, HHS retains the right to immediately terminate the detail. GSA is not obligated to provide a replacement.

## 10. LOCATION OF WORK ASSIGNMENT:

The Detailee's work location shall be the   *200 Independence Ave SW, Washington, DC 20201*

11. CONTACTS:

| | |
|---|---|
| Gaining Supervisor: | Acting Assistant Secretary at the Administration for Children and Families. |

Home Agency Supervisor: Stephen Ehikian, Acting Administrator, GSA

12. SIGNATURES:

_____    3/14/2025
Ryan H. Leppert                               _____
White House Liaison                           Date
U.S. General Services Administration


_____    _____
NAME:                                         Date
TITLE:
U.S. Department of Health & Human Services