# EXHIBIT 38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00339 |

## DECLARATION OF LOUIS NUCCI

I, Louis Nucci, declare as follows:

1. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter.

3. Before my retirement last year, I worked as a Senior Telecommunications Technician and I have been a member of the Communication Workers of America since 2008. I am currently a member of the 1101 Retired Members Council, which works to protect the rights and interest of CWA retiree members.

4. I enrolled in Medicare Advantage in January 2023. In July 2024, when I retired, I began using Medicare Advantage as my primary healthcare.

5. In order to apply for Medicare, I shared various types of personal information with the government, including my name, Social Security number, bank account information, and

birth date. When I enrolled in Medicare, I relied on the federal government to keep my personal information private and confidential.

6. It's my understanding that the Centers for Medicare and Medicaid Services (CMS) at the Department of Health and Human Services (HHS) has private medical information about me because I am enrolled in Medicare. I expected and was told that all my medical information would remain confidential.

7. I understand that people associated with the U.S. Department of Government Efficiency (DOGE) have accessed private information about Medicare recipients at CMS and HHS. I have not and do not consent for anyone associated with DOGE to have access to my private information, including my private medical information.

8. I am concerned that my private information is not protected as it should be. I don't want people to have access to my private information if they are going to try to harm me and am worried about people with access to my private information using it for scams.

9. Getting access to my Social Security number would open up everything in my life. If someone were to access my Social Security number, they could gain access to my investments, my bank accounts, and my Social Security payments. I am upset that DOGE has accessed this information and worried about what they are going to do with it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Huntington, New York on April 18, 2025

_____
Louis Nucci