# EXHIBIT 40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00339-JDB |

**DECLARATION OF WENDY WEINER, SEIU**

I, Wendy Weiner declare as follows:

1. I am the Director of the Property Services Division at the Service Employees International Union ("SEIU"). I submit this declaration in support of Plaintiffs' application for a motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at SEIU.

2. SEIU represents approximately two million members in healthcare, the public sector, and property services. SEIU has over 150 affiliates across the United States, Canada, and Puerto Rico. Our work is guided by our vision for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin, where all families and communities can thrive, and where we leave a better and more equitable world for generations to come.

3. SEIU represents approximately 380,000 members who work in the property services

industry, including in commercial office buildings, arenas and other event centers, airports, K-12 public schools, and colleges and universities. Our members work as janitors, security guards, doormen, airplane cabin cleaners, wheelchair attendants, and food service workers.

4. Thousands of our members work in seasonal industries where they experience periods of regular unemployment. For example, SEIU members who work in food service in college dining halls and secondary school cafeterias are laid off during the summer, and apply for unemployment insurance to cover these periods. Likewise, building cleaners and security guards who work in sports arenas are generally laid off during the off-season, and apply for unemployment insurance.

5. Unemployment insurance (UI) is a critical part of the safety net that helps ensure economic stability for all of our members. SEIU has engaged in advocacy efforts to preserve and expand UI coverage for its members and all working people. At the federal level, SEIU has signed on in support of legislation to modernize the UI system, the Unemployment Insurance Modernization and Recession Readiness Act. At the state and local level, during the COVID pandemic, SEIU engaged in advocacy to expand eligibility for unemployment insurance (including suspension of waiting periods and job search requirements). More recently, in Minnesota, SEIU Local 284 engaged in an extensive campaign to win eligibility for unemployment insurance for K-12 school support workers who do not work in the summer. In Illinois, SEIU Local 73 is currently engaged in a similar campaign on behalf of their school support members. Finally, SEIU locals in Washington State are advocating for union members' eligibility for UI benefits while on strike.

6. When our members apply for unemployment insurance, they trust that the personal financial information they provide as part of that process will be maintained in a confidential manner. It is extremely concerning that this kind of private and confidential information of our members could be disclosed to the Department of Government Efficiency ("DOGE") employees. This unauthorized data exposure could lead to our members being at risk for identity theft or financial crimes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2025, in Washington, DC.

                                                               /s/ Wendy Weiner
                                                                Wendy Weiner