UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, et al., <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> U.S. Department of Labor, et al., <br><br> *Defendants*. | Case No. 1:25-cv-339-JDB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

This matter comes before the Court on Plaintiffs' Motion for a Preliminary Injunction. Based on reasoning articulated in Plaintiffs' Memorandum in Support of its Motion for a Preliminary Injunction, the Court will **GRANT** Plaintiffs' Motion.

It is hereby **ORDERED** that:

- The U.S. Department of Labor ("DOL); Secretary of Labor Lori Chavez-DeRemer; the U.S. Department of Health and Human Services ("HHS"); Secretary of Health and Human Services Robert F. Kennedy, Jr.; and their officers, agents, servants, employees, and attorneys are ENJOINED from:
    - providing or allowing DOGE Affiliates access to Sensitive Systems in those agencies' custody and/or control; and
    - disclosing personally identifiable information ("PII") or protected health information ("PHI") to DOGE Affiliates, other than the PII or PHI of said DOGE Affiliates.

1

- Defendants DOL; Secretary of Labor Lori Chavez-DeRemer; HHS; Secretary of Health and Human Services Robert F. Kennedy, Jr.; the U.S. DOGE Service ("USDS"); U.S. DOGE Service Temporary Organization ("USDS TO"); USDS Administrator Amy Gleason; and their officers, agents, servants, employees, and attorneys are DIRECTED to take all affirmative steps necessary to:
    - prevent DOGE Affiliates from accessing any HHS or DOL Sensitive Systems or the records contained therein;
    - delete any copies of records pertaining to HHS or DOL Sensitive Systems made by or at the direction of DOGE Affiliates, including any new records or databases created using those records, and ensure the deletion of any copies of such records disclosed to or shared with other individuals; and
    - remove any software installed by DOGE Affiliates on HHS or DOL agency systems and prevent DOGE Affiliates from installing any software on HHS or DOL agency systems.
- Defendants HHS, DOL, USDS, and USDS TO are hereby ORDERED to file a status report with this Court by _____, 2025, documenting the actions they have taken to comply with this Order and certifying compliance with this Order.

Terms in this Order are defined as follows:

- DOGE Affiliates means (1) any current or former employee of, including detailees from or to, USDS or the USDS Temporary Organization, or (2) any current or former member of a "DOGE Team" established at any federal agency.

2

- <u>Sensitive Systems</u> means any system of records containing Personally Identifiable Information or Personal Health Information.

DATED this _____ day of _____, 2025.

_____<br>
Hon. John D. Bates<br>
United States District Judge