## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF LABOR *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00339-JDB<br><br><br>Judge John D. Bates |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

Defendants respectfully move for an extension of time to answer Plaintiffs' amended complaint.

Plaintiffs filed their initial complaint in this action on February 5, 2025, and service was completed on February 11. Plaintiffs filed an amended complaint on February 11. Defendants moved to dismiss, and, on April 16, the Court granted in part and denied in part Defendants' motion. ECF No. 79. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer as to Plaintiffs' remaining claims is due April 30. Defendants ask that the Court extend Defendants' answer deadline by thirty days, such that Defendants' answer would be due May 30.

Good cause exists for this request. Litigation of this case has been active and extremely time consuming in the relatively brief period since Plaintiffs filed their initial complaint. Plaintiffs have moved twice for a temporary restraining order, and, following expedited discovery—including document production and 30(b)(6) depositions—briefing on Plaintiffs' motion for

preliminary injunction is currently underway.  Defendants also moved to dismiss, and while that motion eliminated several of Plaintiffs' claims, responding to Plaintiffs' 279-paragraph amended complaint will require significant time and coordination.  Counsel for Defendants, moreover, have several other upcoming litigation deadlines that will require their attention.

Plaintiffs will not be prejudiced by the requested extension.  As noted, the parties are currently briefing Plaintiffs' third request for injunctive relief, and Plaintiffs have already had the opportunity for factual development through expedited discovery.

Accordingly, Defendants respectfully ask for an extension until May 30 to answer Plaintiffs' amended complaint.  Counsel for Defendants contacted counsel for Plaintiffs regarding this motion, and Plaintiffs do not oppose the requested relief.

Dated: April 25, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
Senior Trial Counsel
BENJAMIN S. KURLAND
ANDREW M. BERNIE
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0878
bradley.humphreys@usdoj.gov

*Counsel for Defendants*

2