IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Case No. 1:25-cv-00339-JDB <br><br> Judge John D. Bates |

**DECLARATION OF JENNIFER WENDEL**

I, Jennifer Wendel, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Information Officer for the United States Department of Health & Human Services ("HHS").

2. In this capacity, I am responsible for providing leadership and oversight of the information technology ("IT") systems and security activities for HHS. I lead HHS's efforts in developing and implementing IT policies, managing high priority projects, and planning strategic IT investments.

3. The statements contained herein are based on my personal knowledge or upon information provided to me in my official capacity.

4. Before a new user is granted access to the Centers for Medicare and Medicaid Services ("CMS") systems, they must complete computer-based training ("CBT"). This CBT is generalized training for CMS's systems and is not specific to any particular CMS system, including CMS's Integrated Data Repository ("IDR").

5. Thus, the statement in HHS's response to Interrogatory No. 1 that Luke Farritor completed "IDR computer-based training" was inaccurate. Mr. Farritor simply completed the required CBT for access to CMS's systems.

6. In addition, following my deposition in this case, the system owner for the CMS systems confirmed that the other individuals granted access to CMS's systems listed in

      HHS's response to Interrogatory No. 1 also completed the required CBT prior to being granted access to CMS's systems.

7. Thus, while HHS's response to Interrogatory No. 1 only listed Luke Farritor as having completed CBT in connection with access to IDR (which as noted above was inaccurately referred to as "IDR computer-based training" rather than CMS computer-based training), upon further investigation I have confirmed that HHS's response was incomplete to the extent it omitted that Edward Coristine, Marko Elez, Aram Moghaddassi, and Zach Terrell completed the required CMS CBT prior to being granted access to IDR.

8. In addition, I have confirmed that security-based training specific to HIGLAS is not required before access is granted to this system. While a security briefing is available to users, and they may choose to complete it, it is entirely optional and not required for access to HIGLAS.

9. Thus, while Luke Farritor completed the optional security briefing for HIGLAS, it was not required for Aram Moghadassi to complete that briefing before access to HIGLAS was granted to him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025

                                                    Jennifer Wendel
                                                    Chief Information Officer
                                                    U.S. Dept. of Health & Human Services