UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS, *et al.*,
,
    Plaintiff,

    v.

DEPARTMENT OF LABOR, *et al.*,
    Defendants.

Case No. 1:25-cv-00339-JDB

Judge John D. Bates

**DECLARATION OF ANDREW M. BERNIE**

I, ANDREW M. BERNIE, declare as follows:

1. I am a trial attorney with the Department of Justice and represent Defendants in this action. I make this declaration based on my personal knowledge and through consultation with my colleagues at the Department of Justice.

2. Attached as Exhibit A to this declaration is a true and correct copy of the transcript of the deposition of Garey Rice, 30(b)(6) Representative of the Department of Health and Human Services (HHS), taken on April 8, 2025.

3. Attached as Exhibit B to this declaration is a true and correct copy of the transcript of the deposition of Jennifer Wendel, 30(b)(6) Representative of HHS, taken on April 8, 2025.

4. Attached as Exhibit C to this declaration is a true and correct copy of excerpts of the deposition of Ricky Kryger, 30(b)(6) Representative of the Department of Labor, taken on April 8, 2025.

5. Attached as Exhibit D to this declaration is a true and correct copy of email correspondence counsel for Defendants in this action attempted to send to counsel for Plaintiffs in this action, sent on April 9, 2025. Counsel for Defendants learned for the first time this afternoon

that this email was not received by counsel for Plaintiffs due to an oversight by counsel for Defendants. Specifically, counsel for Plaintiffs did not receive this email, due to the size of the attached supplemental production. Government counsel had received a bounceback email but, due to a rule established on his email, he did not see the bounceback email until today when he specifically checked the folder where it was automatically filed.

6. Attached as Exhibit E to this declaration is a true and correct copy of the transcript of the deposition of Kendall Lindemann, 30(b)(6) Representative of the United States DOGE Service, taken on April 7, 2025.

7. Attached as Exhibit F to this declaration is a true and correct copy of a document counsel for Defendants attempted to produce to Plaintiffs on April 9, 2025. This document was not received by counsel for Plaintiffs due to the oversight discussed above.

8. Attached as Exhibit G to this declaration is a true and correct copy of documents produced to Plaintiffs on April 9, 2025. These documents were not received by counsel for Plaintiffs due to the oversight discussed above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2025                    Respectfully submitted,

                                         /s/ Andrew M. Bernie

                                         Andrew M. Bernie