# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------x

AFL-CIO, et al.,          :

      plaintiffs,   :

v.                        :   CASE NO.

DEPARTMENT OF LABOR,      :   1:25-cv-00339-JDB

et al.,                   :

     Defendant.    :

------------------------x


30(b)(6) Deposition of

DEPARTMENT OF HEALTH AND HUMAN SERVICES

through GAREY RICE

Tuesday, April 8, 2025

1:46 p.m.


BEFORE: Cassandra E. Ellis, RMR, RDR, CRR,

RSA, CA-CSR 14448, WA-CCR, HI-CSR


Job No.: 10519

19173c2b-8370-4ccc-b770-46fbda9e23d5

1           The 30(b)(6) Deposition of

2    DEPARTMENT OF HEALTH AND HUMAN SERVICES

3    through GAREY RICE, taken before CASSANDRA

4    E. ELLIS, Registered Professional Reporter,

5    Registered Merit Reporter, Registered

6    Diplomate Reporter, Certified Realtime

7    Reporter, Realtime Systems Administrator;

8    California Certified Shorthand Reporter;

9    Washington State Certified Court Reporter;

10   Hawaii Certified Shorthand Reporter; Notary

11   Public, held in Washington, D.C., on

12   Tuesday, April 8, 2025, commencing at 1:46

13   p.m. and concluding at 2:53 p.m.

14

15

16

17

18

19

20

21

22

23

24

25

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 3

```
 1              A P P E A R A N C E S

 2       ON BEHALF OF THE PLAINTIFFS:
              ZOILA E. HINSON, PRO HAC VICE
 3            ALEXA MILTON, PRO HAC VICE
              RELMAN COLFAX PLLC
 4            1225 19th Street, Northwest
              Suite 600
 5            Washington, D.C.  20036
              (202) 728-1888
 6            Zhinson@relmanlaw.com
              Amilton@relmanlaw.com
 7

 8       ON BEHALF OF THE PLAINTIFFS:
              AMAN T GEORGE, ESQUIRE
 9            MARK B. SAMBURG, ESQUIRE
              DEMOCRACY FORWARD FOUNDATION
10            P.O. Box 34553
              Washington, D.C.  20043
11            (202) 448-9090
              Ageorge@democracyforward.org
12            Msamburg@democracyforward.org

13

14

         ON BEHALF OF THE DEFENDANT:
15            BRADLEY P. HUMPHREYS, ESQUIRE
              BENJAMIN S. KURLAND, ESQUIRE
16            ANDREW BERNIE, ESQUIRE
              US DEPARTMENT OF JUSTICE
17            1100 L Street, Northwest
              Washington, D.C.  20005
18            (202) 305-0878
              Bradley.humphreys@usdoj.gov
19

20

21

22

23

24

25
```

Page 4

1                INDEX TO EXAMINATION

2    30(b)(6) Deposition of

3    DEPARTMENT OF HEALTH AND HUMAN SERVICES

4    through GAREY RICE

5    EXAMINATION                          PAGE

6        By Ms. Hinson                    7

7

8                   INDEXED PAGES

9                                         PAGE

10   GAREY RICE, sworn                    7

11   REPORTER CERTIFICATE                 48

12   INSTRUCTIONS TO WITNESS (none)

13   DECLARATION UNDER PENALTY OF PERJURY    47

14   ERRATA SHEET                         49

15

16              INFORMATION REQUESTED

17                    None

18

19       WITNESS INSTRUCTED NOT TO ANSWER

20                    None

21

22

23

24

25

Page 5

```
 1           INDEX TO PLAINTIFFS EXHIBITS

 2                  GAREY RICE

 3              Tuesday, April 8, 2025

 4  MARKED           DESCRIPTION           PAGE

 5  Exhibit 1  Plaintiffs' Notice of Rule   12

 6        30(b)(6) Deposition of

 7        Department of Health and Human

 8        Services

 9  Exhibit 2  Declaration of Garey Rice    15

10        Filed 02/13/25

11  Exhibit 3  Declaration of Garey Rice    17

12        Filed 03/11/25

13  Exhibit 4  U.S. DOGE Service            22

14        Assignment Agreement Bates

15        Stamped 25CV339_HHS00028-031

16  Exhibit 5U.S. DOGE Service Assignment   22

17        Agreement Bates Stamped

18        25CV339_HHS00032-035

19  Exhibit 6  Withdrawn                    34

20  Exhibit 7  Defendants' Objections       36

21        And Responses to Plaintiffs'

22        Requests For Expedited

23        Discovery, Including Supplemental

24        Responses

25
```

Page 6

1              P R O C E E D I N G S

2              30(b)(6) Deposition of

3    DEPARTMENT OF HEALTH AND HUMAN SERVICES

4                through GAREY RICE

5    having been sworn, testified as follows:

6                   EXAMINATION

7    BY MS. HINSON:

8         Q     Mr. Rice, can you state and

9    spell your name, for the record, please?

10        A     My name is Garey Rice, spelled

11   G-a-r-e-y, last name R-i-c-e.

12        Q     And do you understand that

13   today you are testifying on behalf of the

14   Department of Labor about topics listed

15   in the deposition notice?

16        A     Department of Labor?

17        Q     Sorry, Department of Health and

18   Human Services.

19              Apologies, it's been a long

20   day.

21        A     HHS.

22        Q     Yeah.  So I've got a couple of

23   ground rules to hopefully make things go

24   as smoothly as possible today.

25              First, please continue to give

Page 7

1    verbal answers instead of shaking or

2    nodding your head, that just makes it

3    easier for the court reporter to get a

4    clear transcript; can you do that?

5        A    Yes.

6        Q    It's important we don't speak

7    over each other.  So I will try to let

8    you finish and if you can try and let me

9    finish that would be great; can you do

10   that?

11       A    Yes.

12       Q    Are you represented by counsel

13   today?

14       A    My HHS counsel.

15       Q    And DOJ, as well?

16       A    Yes.

17       Q    Your counsel might object to a

18   question, that's fine, he's making an

19   objection for the record, but unless he

20   specifically instructs you not to answer

21   you should just go ahead and answer; can

22   we agree to that?

23       A    Yes.

24       Q    And if at any time you need a

25   break, just let me know.  I ask, though,

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 8

1    if you do want to take a break, you just

2    answer any question that's pending at the

3    time you ask for it; can we agree to

4    that?

5         A    Yes.

6         Q    If you don't understand a

7    question, just let me know and I'll try

8    to rephrase it, but if you don't let me

9    know I'm going to assume that means you

10   understand it; is that fair?

11        A    Yes.

12        Q    Along the same lines, if at any

13   point during the deposition you remember

14   that you forgot to say something earlier

15   or you want to give a more complete

16   answer, please just let me know and we

17   can put it on the record, so not a

18   problem, but please just let me know;

19   does that work?

20        A    Yes.

21        Q    Do you understand that you're

22   testifying under penalty of perjury

23   today?

24        A    Yes.

25        Q    Any reason that you cannot give

19173c2b-8370-4ccc-b770-46fbda9e23d5

1    complete and truthful testimony today?

2        A    No.

3        Q    Did you speak to anyone in

4    preparation for your deposition today?

5        A    Yes.

6        Q    And who was that?

7        A    My attorneys.

8        Q    Did you speak to anyone besides

9    your attorney?

10       A    No.

11       Q    Did you review anything to

12   prepare for this deposition?

13       A    Yes.

14       Q    And did you bring any documents

15   with you today?

16       A    The only document I brought was

17   the -- the actual response to the

18   Court -- the supplemental response to

19   the, I guess, the plaintiff's --

20       Q    Interrogatories?

21       A    Yes -- interrogatories, that is

22   it.

23       Q    And are you familiar with this

24   lawsuit?

25       A    Yes.

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 10

1        Q     And without revealing any

2    communications you may have had with your

3    attorneys, what do you know about this

4    lawsuit?

5        A     Basically what I read in the

6    documents, the concern is basically

7    understanding what the DOGE role at HHS

8    was for the work that we're doing there

9    for government efficiencies.

10       Q     I wanted to just, like,

11   identify a couple of terms that I'm going

12   to use today.

13             First, if I refer to DOGE I'm

14   talking about the US DOGE Service and the

15   USDS Temporary Organization,

16   collectively; does that work?

17       A     Yes.

18       Q     And when I'm talking about the

19   DOGE team affiliates, that's people hired

20   by or detailed to HHS since January 19th,

21   2025; does that work?

22       A     Yes.

23       Q     And I'm sorry, that's not even

24   complete.

25             Since January 19th, 2025 to

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 11

1    work as part of the DOGE team; is that

2    clear?

3         A    Yes.

4         Q    Okay.  Great.

5              MS. HINSON:  Can we mark

6         this as Exhibit 1.

7              (Exhibit No. 1 was marked

8         for identification.)

9    BY MS. HINSON:

10        Q    All right.  So you've just been

11   handed what's been marked as Exhibit 1,

12   which is the deposition notice for

13   today's deposition.

14             And do you want to look at page

15   5 of that?  And are you prepared to

16   testify about topic two, except for

17   access to and use of HHS sensitive

18   systems?

19        A    Yes.

20        Q    Great.

21             So we spoke a moment ago about

22   the DOGE team affiliates, and I'm just

23   going to read a list of names to make

24   sure we're talking about the same people,

25   those are Amy Gleason, Brad Smith, Luke

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 12

1       Farritor, Edward Coristine, Marko Elez,

2       Kyle Schutt, Conor Fennessy, Zach

3       Terrell, Rachel Riley, and Jeremy Lewin;

4       are you familiar with those names?

5            A     Yes.

6            Q     And given the -- based on the

7       definition I gave earlier, are those

8       people all DOGE team affiliates?

9            A     Yes.

10           Q     Since January 19, 2025, has

11      anyone else worked at DOL as an

12      employee -- or, gosh, sorry -- HHS as an

13      employee or detailee while simultaneously

14      being employed at DOGE?

15           A     So simultaneously employed?

16           Q     At DOGE?

17           A     -- at DOGE?  So what I'm saying

18      is that a lot of those employees are

19      detailed from other agencies to HHS.

20           Q     Mm-hmm?

21           A     So not necessarily employees of

22      DOGE.

23                 So I know, like, Amy Gleason

24      and Brad Smith are dual appointees at

25      DOGE and HHS.

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 13

1        Q     So aside from the people that I

2     already listed, is there anyone else

3     working at HHS who's also employed at

4     DOGE?

5        A     No.

6        Q     And aside from the people I

7     listed, is there anyone who's been

8     detailed to DOGE while simultaneously

9     working or being detailed to HHS?

10       A     No.

11       Q     And aside from the people I

12    listed, is there anyone else whose worked

13    on the DOGE team while simultaneously

14    being employed by another federal agency?

15       A     So that's where I -- I think I

16    need to understand what you mean,

17    employed by another agency.

18              So, like -- like, Luke and a

19    lot of the names that you gave are

20    employed by other agencies that are

21    detailed to HHS.

22       Q     Mm-hmm.

23       A     So I'm not sure I'm tracking

24    what you mean when you say simultaneously

25    employed by the DOGE, so -- the DOGE

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 14

1    affiliated HHS?

2        Q    So what I'm trying to ask is

3    just setting aside the people that I

4    already named, is there anyone else who

5    was employed at another agency and either

6    has been detailed to or is employed by

7    HHS?

8        A    No.

9        Q    Okay.  And since January 19th,

10   2025, has anyone, besides the people I

11   already listed, been hired at HHS to work

12   on the DOGE team?

13       A    No.

14            MS. HINSON:  Can I have this

15       marked as exhibits 2.

16            (Exhibit No. 2 was marked

17       for identification.)

18   BY MS. HINSON:

19       Q    So you've been handed what's

20   been labeled Exhibit 2, and this is your

21   declaration filed in this case on

22   February 13th; do you recognize this?

23       A    Yes.

24       Q    Okay.  And if you look at

25   paragraph five, it says:  I understand

19173c2b-8370-4ccc-b770-46fbda9e23d5

1    that at least one USDS employee and one

2    employee from another federal agency have

3    been detailed to HHS within the last

4    three weeks in furtherance of the EO.

5              Who are these two people you

6    identified here?

7        A    So this is in reference to Brad

8    Smith and Luke Farritor.

9        Q    And was Brad Smith the USDS

10   employee?

11       A    Yes.

12       Q    And so Luke Farritor was the

13   one detailed from another federal agency?

14       A    Yes.

15       Q    And then, in the next sentence,

16   it says:  I'm aware of at least one HHS

17   employee not detailed from another agency

18   is also involved in implementing the

19   president's EO; who is that?

20       A    That was Amy Gleason.

21       Q    When did Amy Gleason begin

22   working at HHS?

23       A    Amy's worked at HHS for awhile,

24   she -- before the start of the

25   administration, I don't know the exact

Page 16

1    dates she started.  I knew she was with

2    CMS under the US digital services.

3         Q    Okay.  And was she employed by

4    HHS or was she detailed to HHS?

5         A    Detailed -- employed.

6              MS. HINSON:  Okay.  Can this

7         be Exhibit 3.

8              (Exhibit No. 3 was marked

9         for identification.)

10   BY MS. HINSON:

11        Q    Okay.  So this is your

12   declaration filed in this case, and on

13   March 11th, 2025, can you look at

14   paragraph seven, and it references to

15   another USDS employee who is detailed for

16   the Centers for Medicare/Medicaid

17   services in furtherance of the EO in the

18   same February 2025 timeframe; who is

19   that?

20        A    That was Amy.

21        Q    All right.  This is also Amy?

22        A    Yes.

23        Q    Okay.  We spoke a few minutes

24   ago about the fact that there are people

25   who are employed at or detailed to HHS

1    while being employed by or detailed to

2    other federal agencies; right?

3         A     (Nodding.)

4         Q     Is that a yes?

5         A     Yes.

6         Q     Okay.  Is it the normal

7    practice of HHS to have employees who are

8    also detailed to other federal agencies?

9         A     Yes.  HHS details -- received

10   details in and details people out to

11   other agencies for all kinds of

12   cost-cutting work across the government.

13        Q     When HHS does that -- let me

14   rephrase -- when HHS details an employee

15   to another federal agency do they

16   typically continue to work at HHS while

17   being detailed?

18        A     The -- the temp- -- depends on

19   the terms of the detail.  I mean,

20   sometimes, if it's cost-cutting work,

21   it's necessary for them to stay in tune

22   with what they do at HHS while they're at

23   another department, so -- so the answer

24   is, is it just depends on the nature of

25   the agreement.

1       Q     Okay.  And is it the normal

2   practice for HHS to have employees from

3   other federal agencies detailed at HHS

4   who are performing work for both agencies

5   at the same time?

6       A     Yes, it happens.

7       Q     Okay.  What policies typically

8   govern those relationships?

9       A     So the policies that permit the

10   detail in between agencies, generally, so

11   it just depends, basically, on need and,

12   again, like, were there cost-cutting

13   activities.  It's just general

14   collaboration that we typically do

15   details for.

16       Q     In a normal course, how do

17   you -- how does HHS coordinate work with

18   the other agency that someone is being

19   detailed from or to?

20       A     Yeah.

21           MR. HUMPHREYS:  Objection,

22       foundation.

23           THE WITNESS:  So I could

24       answer?

25   ///

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 19

1    BY MS. HINSON:

2         Q     You can answer.

3               MR. HUMPHREYS:  You can

4         answer.  I'll tell you if you

5         can't.

6         A     Okay.  Okay.  So it's a

7    collaboration, so depending upon what is

8    needed, you know, generally there's an

9    agreement that comes out, and there's

10   some description of what will or will not

11   be done, what the need is that we're

12   trying to solve by hiring generally what

13   is, you know, some kind of a specialist

14   that we have at HHS, or if it's something

15   that we do where we have these kind of

16   cost-cutting things where we're

17   collaborating for a joint goal for the

18   overall good of the government.

19               I -- it just really depends on

20   what the need is at the time, how those

21   ground rules are laid, and it's generally

22   a collaborative process.

23         Q     Okay.  Why did HHS decide to

24   enter into these cross-detailing

25   arrangements with respect to the DOGE

Page 20

1    team affiliates?

2        A    I -- I think the -- the point

3    was to kind of create the government

4    efficiencies that we're looking for as

5    part of the executive orders that have

6    established DOGE.

7            So there were some expertise

8    that was recommended and HHS accepted

9    those experts to help us perform these

10   tasks.

11       Q    And who made that

12   recommendation?

13       A    I think Brad Smith made most of

14   the recommendations, that I'm aware of.

15       Q    And did he recommend that he be

16   detailed to HHS?

17           MR. HUMPHREYS:  Objection as

18       to scope, but you can answer.

19       A    I -- I think so, yes.

20       Q    Who decided -- who at HHS made

21   the decision to enter into these

22   arrangements?

23       A    Scott Rowell is the deputy

24   chief of staff for operations.

25       Q    And why did he decide to enter

Page 21

1    into these arrangements?

2         A    As it was a collaboration to

3    make sure that we met the goals and the

4    requirements of the executive order, so

5    we were kind of building our scope and --

6    and team to get the accomplishments that

7    we wanted to get to meet the requirements

8    of the EO, executive order.

9              I said EO which is just a

10   jargon for executive order, sorry.

11             MS. HINSON:  Okay.  Are we

12        on 4 and 5?

13             (Exhibit No's. 4 and 5 were

14        marked for identification.)

15   BY MS. HINSON:

16        Q    Okay.  So you've been handed

17   two documents which have been labeled

18   Exhibits 4 and 5, one starts at HHS28,

19   and the other starts at HHS32, and

20   they're both labeled or titled:

21   Assignment Agreement Centers For Medicare

22   and Medicaid Services From the Executive

23   Offices of -- Executive Office of the

24   President US DOGE Service; right?

25             First, who are these agreements

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 22

1   for?

2          MR. HUMPHREYS:  I'm sorry, I

3       may have missed what you said, but

4       there's a difference in the title,

5       one's HHS and one's CMS.

6          MS. HINSON:  Thank you, that

7       was actually going to be one of my

8       questions.

9       A    So the one for CMS, I believe,

10   is for Amy Gleason.

11      Q    Mm-hmm.

12      A    And the one for HHS probably

13   should be Brad.

14      Q    Do you know if, aside from the

15   differences, the one is the CMS and one

16   is to HHS, do you know if these

17   agreements are the same?

18      A    I'd have to read them to verify

19   that.

20      Q    Oh, yeah, you don't need to do

21   that, I just wasn't sure if you maybe

22   knew.

23      A    I mean, they -- it looks like a

24   standard agreement, so there may be

25   nuances within them that, you know, that

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 23

1    could change based on the two different

2    organization's requirements, but it looks

3    like a standard agreement.

4        Q    Okay.  If you look at Exhibit

5    4, on page HHS29, under USDS assignee, as

6    well, the first bullet point, it says:

7    Report to and be supervised by the CMS

8    administrator or her designee when

9    performing work under this agreement at

10   CMS facilities and on CMS systems.

11           USDS assignees shall,

12   however, report to and be supervised

13   by their USDS supervisor when at USDS

14   facilities and on USDS systems, even

15   when performing work within the scope

16   of the agreement.

17           Do you read this to mean

18   that when Ms. Gleason is working at

19   USDS or at DOGE, on DOGE systems, but

20   doing CMS work, she is supervised by

21   her DOGE supervisor?

22           MR. HUMPHREYS:  Objection to

23       form.

24       A    I mean, not necessarily.  I

25   mean, when she's at USDS and working on

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 24

1    USDS systems, and doing USDS work, that's

2    fine, but she can be at another location

3    and work on CMS work.

4        Q    Right.  So this agreement says

5    that she supervised by the USDS

6    supervisor when at USDS facilities and on

7    USDS systems, right, even when performing

8    work within the scope of the agreement,

9    and work -- is work within the scope of

10   the agreement work for CMS?

11       A    I mean -- I mean, I would say

12   work would be CMS work in concert with,

13   you know, the DOGE team goals to help us

14   support the executive orders.

15       Q    So this agreement creates the

16   possibility that she can be doing CMS

17   work that's supervised by DOGE; correct?

18            MR. HUMPHREYS:  Objection to

19       form.

20       A    I -- I mean, I wouldn't say it

21   would be supervised by -- I -- I see

22   where you're going with this, but the

23   interpretation is, that I would say CMS

24   work is CMS work.

25            I mean, the way I would read it

Page 25

1    is the -- when she's reporting to the US

2    supervisor, USDS supervisor, when at USDS

3    facilities, I mean, she could be working

4    on CMS work for CMS supervision at the

5    USDS facilities, if that's just where she

6    is, it doesn't mean she's being

7    supervised by them.

8        Q    Doesn't the agreement say that

9    USDS assignment shall be supervised by

10   the USDS facility supervisors when at

11   USDS and on USDS systems?

12           MR. HUMPHREYS:  Objection.

13           Go ahead.

14           Selective quotation, I

15       guess.

16           MS. HINSON:  I can -- I'm

17       happy to read the whole sentence.

18           MR. HUMPHREYS:  Sure.

19       A    I mean, it does say that, but

20   if she's working -- it also says that end

21   on USDS systems, if she's working on a

22   CMS computer then I would say that she's

23   working on CMS work.

24       Q    Okay.  What if she's on a USDS

25   system and working on CMS work, is she

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 26

1      then supervised by her US CMS supervisor?

2              MR. HUMPHREYS:  Objection to

3          form.

4          A      I mean, I would -- I still kind

5      of feel like CMS work is CMS work.

6          Q      I guess I don't understand what

7      you mean when you say that.

8          A      Well, as an employee of CMS,

9      she's working on that work wherever she's

10     doing it is a CMS product.

11         Q      Mm-hmm.

12         A      Okay.  So I mean, you know, to

13     say that the supervisors they're

14     supervising what she's doing if she's

15     doing something for CMS, I mean, it's

16     like, you know, we all do things that

17     involve other organizations and the

18     government.

19              So in my job I work on things

20     for FDA, and then I'm -- FDA and NIH and

21     CDC, but it doesn't mean that I'm under

22     their supervision.

23              So I guess that's why I'm

24     saying it's like it's a very literally

25     interpretation.  It's not, you know, I

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 27

1    wouldn't necessarily say that the

2    supervisor, you know, the USDS supervisor

3    is standing there telling me what to do

4    for CMS.

5         Q    Okay.  Just so I'm clear, your

6    interpretation of the language that says:

7    USDS assignees shall, however, report to

8    and be supervised by their USDS

9    supervisor when at USDS facilities and on

10   USDS systems, even when performing work

11   within the scope of the agreement, is

12   that when Ms. Gleason is at USDS

13   facilities and on USDS systems performing

14   work within the scope of the agreement

15   she'll be supervised by CMS?

16            MR. HUMPHREYS:  Objection to

17       form.

18       A    I mean, if she's working for

19   CMS I would say she's under their

20   supervision.  She should be taking the

21   direction from the CMS team.

22       Q    Okay.  What does it mean to be

23   on a USDS system versus a CMS system?

24       A    To me, the CMS system would be

25   the systems owned and operated by CMS,

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 28

1    where she's using her CMS access and

2    computers to work there, and similarly

3    for USDS.

4         Q    Okay.  If you look a little

5    further down, it says:  CMS will, and the

6    first bullet point is:  Ascertain and

7    mitigate any conflicts of interest or

8    confidentiality protocols during the

9    assignment; do you see that?

10        A    I do.

11        Q    And if you look on -- on the

12   Exhibit 5, at 33, has the same language;

13   correct?

14        A    Yes.

15        Q    Did CMS or HHS identify any

16   conflicts of interest with respect to

17   Ms. Gleason or Mr. Smith?

18             MR. HUMPHREYS:  Objection to

19        scope.

20             You can answer if you know.

21        A    No.

22        Q    And what would HHS consider a

23   relevant conflict of interest under the

24   agreement?

25             MR. HUMPHREYS:  Same

Page 29

1          objection.

2          A     I mean, it's hard for me to

3     speculate, you know, what a conflict of

4     interest would be, I mean, we're working

5     on, you know, collaboration for the DOGE

6     executive order.

7               So I'm not sure, like, I mean,

8     what you mean by a conflict of interest.

9     I mean, I'm --

10         Q     Well, I -- I'm actually just

11    wondering what the agency meant by

12    conflicts of interest when, you know, it

13    entered into this agreement.

14         A     I mean, I think the conflict of

15    interest, if something came up and the

16    employee was telling us they were going

17    to do something that would not be in the

18    benefit of HHS for, you know, the

19    executive orders, then I think that would

20    be something that we would bring up and

21    we would discuss and mitigate, so if it's

22    something that we disagreed with.

23         Q     If an employee or detailee were

24    doing something to present the executive

25    orders, themselves, and HHS disagreed

Page 30

1      with it, would HHS consider that a

2      conflict of interest?

3              MR. HUMPHREYS:  Objection,

4          vague.

5      BY MS. HINSON:

6          Q      You can answer.

7          A      Yes.

8          Q      I want to switch gears a little

9      bit to talk about training, and

10     specifically about -- let me -- two

11     systems, the health care integrated

12     general ledger accounting system and the

13     integrated data repository.

14             What is the integrated data

15     repository?

16             MR. HUMPHREYS:  Oh --

17             MS. HINSON:  I'm trying to

18         ask about training for them.

19             MR. HUMPHREYS:  Yeah, give

20         us a second.  Do you want to go

21         off the record for a second?

22             MS. HINSON:  Yeah, fine.

23             (Discussion held off the

24         record.)

25     ///

Page 31

1    BY MS. HINSON:

2        Q     What is the integrated data

3    repository or IDR?

4        A     So I'm familiar with the system

5    name, but I don't really know what it

6    does.

7        Q     Okay.  Do you know what HIGLAS?

8        A     That's the basic accounting

9    system that CMS uses.

10       Q     Okay.  What training does a new

11   user for IDR receive, typically?

12       A     So they would -- would go

13   through the basic training for rules of

14   behavior, cyber security.  They would

15   have basic training for, you know, how to

16   use the system, and they would also, you

17   know, probably have special training for

18   those two systems for the information

19   that's in them, because they're HIGLAS,

20   in particular financial systems.

21            We do a little higher level

22   training for some of that, because the

23   information that's in them is a little

24   more sensitive than just, like, network

25   access.

Page 32

1      Q     What kind of training do you do

2    for HIGLAS?

3      A     Well, like I said, I mean,

4    there would be systems training that

5    would happen, you know, how to use the

6    system, be familiar with the system, all

7    that kind of stuff.

8              There would be, like, a rules

9    of behavior that just basically outlined

10   what you -- you know, when you get access

11   to the system what you can and cannot do

12   and how you should use it as a government

13   employee, that kind of stuff.

14             Cyber training is pretty

15   standard with all systems and stuff like

16   that.

17     Q     Is there typically

18   documentation for the training with IDR?

19     A     Yes.

20     Q     And is there typically

21   documented training for HIGLAS?

22     A     Yes.

23     Q     If someone received training

24   for IDR and HIGLAS is there some reason

25   there wouldn't be documentation of it?

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 33

1          A      No.

2                 MS. HINSON:  So you can take

3          a look at -- actually -- okay.  I

4          think we're at Exhibit 6.

5                 (Exhibit No. 6 was marked

6          for identification.)

7    BY MS. HINSON:

8          Q      Okay.  So you've been handed

9    exhibit -- I think it's Exhibit 6, and

10   it's the defendant's objection and

11   responses to the plaintiff's requests for

12   discovery including supplemental

13   responses.

14                And can you take a look at

15   page 8, please.  So the responses,

16   here, says that, among other things,

17   Mr. Farritor received a security

18   briefing for HIGLAS and completed IDR

19   computer-based training; do you see

20   that, about the middle of the page?

21         A      Where are we at, down here?

22         Q      The second paragraph, before it

23   says -- I'm sorry, I think we're on the

24   wrong page.  It's page 8.

25         A      I've got page 8.

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 34

```
 1      Q    Did I hand you the wrong one?
 2   Oh, you know what, I have the old one
 3   here.
 4           MS. MILTON:  You just took
 5      his.
 6           MS. HINSON:  I took your
 7      copy but, yeah, I think that's the
 8      wrong -- I'm realizing I think
 9      that's the wrong one.  My
10      apologies.
11           Oh, these are not the
12      supplementals, these are the
13      originals.
14           MS. MILTON:  Oh.
15           MS. HINSON:  Okay.
16           MS. MILTON:  He had them.
17      He had a copy that he reviewed it.
18           MS. HINSON:  Yes.
19      Apologies.
20           Can we make this an exhibit,
21      are you guys okay with that?
22           MR. HUMPHREYS:  Yeah.
23           MS. HINSON:  Yeah?  And can
24      you make it, actually, Exhibit 7,
25      again, in that case?  You can just
```

Page 35

1          totally set that one aside.

2          Sorry, guys.

3               MR. HUMPHREYS:  No problem.

4               MR. BERNIE:  No problem.

5               (Exhibit No. 7 was marked

6          for identification.)

7     BY MS. HINSON:

8          Q    All right.  So we're talking

9     about Exhibit 7, which is actually the

10    supplemental responses.

11         A    Page 8?

12         Q    Yes, go to page 8, please.

13         A    What was the --

14         Q    Sure.

15              Do you see where it says that

16    Mr. Farritor completed a security

17    briefing for HIGLAS and completed IDR

18    computer-based training?

19         A    Which paragraph?

20         Q    Sure.  It's, I think, right in

21    there.

22         A    I'm just reading, it says:

23    Mr. Farritor acknowledged rules of

24    behavior for general users, the rules of

25    behavior for privileged users, security

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 36

1      briefing for HIGLAS, and completed IDR

2      computer-based training, that's what

3      you're talking about?

4           Q     Yes.

5           A     Okay.  Yes.

6           Q     Then, if you look at page 12,

7      they're talking about Mr. Moghaddassi in

8      here, and it says that he was granted

9      permission to access IDR and HIGLAS, and

10     that he did access IDR and HIGLAS, but if

11     you look at the training he completed, it

12     doesn't include that security training

13     for HIGLAS or the IDR computer-based

14     training.

15          A     Users, yeah, security, yes, I

16     see that.

17          Q     Okay.  So does that mean that

18     Mr. Moghaddassi did not complete a

19     security briefing for HIGLAS or IDR

20     computer-based training?

21          A     Yes, that's what it says.

22          Q     Okay.  Does a user typically

23     have to complete those trainings before

24     accessing HIGLAS and IDR?

25          A     I can't say definitively on

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 37

1    that, because I'm not a user of those

2    systems, but that's CMS so I know those

3    are, like, the general trainings are the

4    rules of behavior, the -- the privilege

5    rules of cyber security, that kind of

6    stuff.  I don't know why there were --

7    the other trainings weren't done by him.

8        Q    I guess I think I'm asking a

9    slightly different question, which is

10   just, in the normal course is a user

11   permitted to access IDR without going

12   through the IDR computer-based training?

13           MR. HUMPHREYS:  Objection as

14       to scope.  You can answer if you

15       know.

16       A    I don't know.

17       Q    And in the normal course is a

18   user of -- or would a user of HIGLAS

19   permitted to access HIGLAS without doing

20   the security briefing?

21           MR. HUMPHREYS:  Same

22       objection.

23       A    I don't know.

24           MS. HINSON:  Okay.  Can we

25       take a break?

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 38

1          MR. HUMPHREYS:  Sure.  Okay.

2          (Recess.)

3    BY MS. HINSON:

4     Q     First of all, I did want to fix

5    something from earlier.  I had read out a

6    list of DOGE team affiliates, and I

7    believe I missed someone, Aram

8    Moghaddassi, yes?

9     A     That was, like, I paused when

10   you said it, it seemed like I was trying

11   to keep up with when you read it, it felt

12   like something was wrong, I knew the

13   names you read were right, but I couldn't

14   think who the other one was, yes.

15    Q     Does it change -- does

16   including him on the list of DOGE

17   affiliates change any of your answers?

18    A     No.

19    Q     We also spoke a few minutes ago

20   about HHS's assessing conflicts of

21   interest for Ms. Gleason and Mr. Smith;

22   do you remember that?

23    A     Yes.

24    Q     Did HHS do anything to assess

25   conflicts of interest for Mr. Gleason --

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 39

1    or Ms. Gleason?

2            MR. HUMPHREYS:  Objection as

3        to scope, but can you answer.

4        A    No.

5        Q    And did HHS do anything to

6    assess conflicts of interest for

7    Mr. Smith?

8            MR. HUMPHREYS:  Same

9        objection.

10       A    No.  I'd just like to amplify

11   that I mean per my knowledge, no conflict

12   came up, so there was nothing to, you

13   know, deal with, so --

14       Q    How would -- how do conflicts

15   typically come up?

16       A    I mean, I -- I would say that

17   if there was a conflict somebody would

18   have a disagreement and we would sit down

19   and talk about it, a conflict of interest

20   based on, you know, what they were doing

21   with the work, you know?

22           So if they ask us to do

23   something that wasn't part of the DOGE

24   agreement or something that would be a

25   conflict.

Page 40

1       Q      So your understanding of

2    conflict of interest is that it would be

3    a disagreement about the work within the

4    scope of the DOGE executive order?

5              MR. HUMPHREYS:  Objection as

6         to scope.

7       A      Yeah, that's the way I took the

8    context of the question.

9       Q      Did HHS do anything to assess

10   whether there -- whether Ms. Gleason or

11   Mr. Smith had a financial interest that

12   could be in conflict with the agency?

13             MR. HUMPHREYS:  Same

14        objection.

15      A      When they're employed as part

16   of the employment agreement they have to

17   provide ethics clearances, and that's --

18   so ethics document on-board, so long as

19   that's on-boarding of any employee.

20      Q      And is that self-reporting?

21             MR. HUMPHREYS:  Same

22        objection.

23      A      Yes.

24      Q      With -- regarding Mr. Smith, I

25   believe you testified earlier that he had

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 41

1        recommended that he be detailed to HHS;

2        is that correct?

3            A     Yes.

4            Q     Okay.  In what capacity did he

5        make that recommendation?

6                  MR. HUMPHREYS:  Objection as

7            to scope.

8                  You can answer if you know.

9            A     Just working with HHS full time

10       that it made sense that he be detailed.

11           Q     And I think I'm asking

12       something a little bit different.

13                 When Mr. Smith made that

14       recommendation to HHS, what role was he

15       acting in?

16                 MR. HUMPHREYS:  Objection to

17           scope, but go ahead.

18           A     He was acting as the HHS DOGE

19       lead for HHS, lead to HHS.

20           Q     Lead to HHS from DOGE?

21           A     Yes.

22           Q     All right.  Has Mr. Smith

23       continued to make recommendations in his

24       capacity as a DOGE employee and since he

25       has been detailed to HHS?

Page 42

1        A     The recommendations that he

2    makes I interpret as his role as an HHS

3    detail.  He's making recommendations to

4    HHS based on the work that we do, you

5    know, his role with USDS, because he's in

6    this dual appointment thing, that's -- I

7    don't have any visibility into what he

8    does with USDS.

9        Q     How can you tell whether he's

10   making a recommendation in his USDS

11   capacity versus his HHS capacity?

12       A     So I -- I don't know what his

13   functions are at USDS.  All I can tell

14   you is he's making recommendations about

15   the contracts activities, grants, things

16   that we do at HHS to create efficiencies

17   that we have within HHS.

18       Q     So is it that you understand

19   him to be acting in his capacity of HHS

20   because he's making recommendations about

21   HHS?

22       A     Yes, he's -- yes.

23       Q     Okay.  Is there any other

24   reason you understand him to be working

25   in his capacity as an HHS employee when

19173c2b-8370-4ccc-b770-46fbda9e23d5

1    he's making recommendations to HHS?

2        A    Say that -- say that again?

3    I'm sorry, that was a bit of a tongue

4    twister.

5        Q    Yeah, fair enough.

6             I'm trying to ask if that's the

7    only reason you understand him to be

8    acting in his HHS capacity versus his

9    DOGE capacity?

10            MR. HUMPHREYS:  Objection as

11       to form.

12       A    That's the only reason I have

13   to believe that, yes.

14       Q    Okay.  Was Mr. Smith the HHS

15   DOGE team lead before he was detailed to

16   HHS?

17       A    Yes.

18       Q    Is he the HHS DOGE team lead

19   now?

20       A    Yes.

21       Q    Has his -- has his

22   responsibilities functionally changed

23   since he was detailed to HHS?

24       A    No.

25            MS. HINSON:  All right.  I

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 44

1        think that's it.

2              MR. HUMPHREYS:  Great.

3              Give us two minutes to talk

4        to him.

5              MS. HINSON:  Sure.

6              MR. HUMPHREYS:  Maybe five.

7              (Recess.)

8              MR. HUMPHREYS:  Back on the

9        record.

10       A    I just wanted to clarify that

11       Brad Smith was detailed to HHS at the

12       start of the administration, so when he

13       came to work for Mr. Rowell, on the 21st

14       he introduced me to Brad that he was

15       going to be, you know, our DOGE team lead

16       here at HHS, and that's when I started

17       working with him, so not that he was a

18       DOGE employee at HHS but he was our HHS

19       DOGE lead.

20       Q    So had he -- when you say the

21       21st, is that the 21st of what month?

22       A    January.  Sorry.

23       Q    And had he already been

24       detailed to HHS on the 21st of January?

25       A    Yes.  Yes.

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 45

```
 1        Q      Do you know if he was detailed

 2    on the 20th of January?

 3        A      I don't know, he -- if it was

 4    the 20th or the 21st.

 5        Q      Okay.  Are you able to make any

 6    functional distinction between his work

 7    as a -- actually, I think, never mind.

 8              MS. HINSON:  Okay.  Thank

 9    you.

10              THE WITNESS:  Okay.

11              MR. HUMPHREYS:  Thanks a lot

12    3.

13              MR. KURLAND:  Now you're

14    done.

15              (Signature having not been

16    waived, the deposition of GAREY

17    RICE was concluded at 2:53 p.m.)

18

19

20

21

22

23

24

25
```

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 46

1              ACKNOWLEDGMENT OF DEPONENT

2

3          I, GAREY RICE, do hereby

4     acknowledge that I have read and examined

5     the foregoing testimony, and the same is a

6     true, correct and complete transcription of

7     the testimony given by me and any

8     corrections appear on the attached Errata

9     sheet signed by me.

10

11     _____    _____

12          (DATE)                    (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

19173c2b-8370-4ccc-b770-46fbda9e23d5

Page 47

1          CERTIFICATE OF SHORTHAND REPORTER

2          I, Cassandra E. Ellis, Registered

3     Professional Reporter, Registered Merit

4     Reporter, Registered Diplomate Reporter,

5     California Certified Shorthand Reporter, the

6     officer before whom the foregoing

7     proceedings were taken, do hereby certify

8     that the foregoing transcript is a true and

9     correct record of the proceedings; that said

10    proceedings were taken by me

11    stenographically and thereafter reduced to

12    typewriting under my supervision; and that I

13    am neither counsel for, related to, nor

14    employed by any of the parties to this case

15    and have no interest, financial or

16    otherwise, in its outcome.

17                IN WITNESS WHEREOF, I have

18    hereunto set my hand this 10th day of April

19    2025.

20

21

22    _____

23    Cassandra E. Ellis, CA, HI-CSR, WA-CCR, RMR,

24    RDR, CRR, Realtime Systems Administrator

25

Page 48

```
 1            E R R A T A   S H E E T

 2       IN RE:  AFL-CIO, et al., v. DEPARTMENT

 3    OF LABOR, et al.

 4    RETURN BY: _____

 5    PAGE     LINE      CORRECTION AND REASON

 6    _____    _____     _____

 7    _____    _____     _____

 8    _____    _____     _____

 9    _____    _____     _____

10    _____    _____     _____

11    _____    _____     _____

12    _____    _____     _____

13    _____    _____     _____

14    _____    _____     _____

15    _____    _____     _____

16    _____    _____     _____

17    _____    _____     _____

18    _____    _____     _____

19    _____    _____     _____

20    _____    _____     _____

21    _____    _____     _____

22    _____    _____     _____

23

24    _____     _____

25       (DATE)                   (SIGNATURE)
```

1    E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  AFL-CIO, et al., v. DEPARTMENT

3    OF LABOR, et al.

4    RETURN BY:  _____

5    PAGE    LINE    CORRECTION AND REASON

6    _____   _____   _____

7    _____   _____   _____

8    _____   _____   _____

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23

24   _____   _____

25      (DATE)                (SIGNATURE)

**A**

**able** 45:5
**accepted** 20:8
**access** 11:17 28:1
  31:25 32:10 36:9
  36:10 37:11,19
**accessing** 36:24
**accomplishments**
  21:6
**accounting** 30:12
  31:8
**acknowledge** 46:4
**acknowledged**
  35:23
**ACKNOWLED...**
  46:1
**acting** 41:15,18
  42:19 43:8
**activities** 18:13
  42:15
**actual** 9:17
**administration**
  15:25 44:12
**administrator** 2:7
  23:8 47:24
**affiliated** 14:1
**affiliates** 10:19
  11:22 12:8 20:1
  38:6,17
**AFL-CIO** 1:4 48:2
  49:2
**agencies** 12:19
  13:20 17:2,8,11
  18:3,4,10
**agency** 13:14,17
  14:5 15:2,13,17
  17:15 18:18 29:11
  40:12
**Ageorge@democ...**
  3:11
**ago** 11:21 16:24
  38:19
**agree** 7:22 8:3
**agreement** 5:14,17
  17:25 19:9 21:21
  22:24 23:3,9,16

24:4,8,10,15 25:8
27:11,14 28:24
29:13 39:24 40:16
**agreements** 21:25
  22:17
**ahead** 7:21 25:13
  41:17
**al** 1:4,8 48:2,3 49:2
  49:3
**ALEXA** 3:3
**AMAN** 3:8
**Amilton@relma...**
  3:6
**amplify** 39:10
**Amy** 11:25 12:23
  15:20,21 16:20,21
  22:10
**Amy's** 15:23
**ANDREW** 3:16
**answer** 4:19 7:20
  7:21 8:2,16 17:23
  18:24 19:2,4
  20:18 28:20 30:6
  37:14 39:3 41:8
**answers** 7:1 38:17
**apologies** 6:19
  34:10,19
**appear** 46:8
**appointees** 12:24
**appointment** 42:6
**April** 1:16 2:12 5:3
  47:18
**Aram** 38:7
**arrangements**
  19:25 20:22 21:1
**Ascertain** 28:6
**aside** 13:1,6,11
  14:3 22:14 35:1
**asking** 37:8 41:11
**assess** 38:24 39:6
  40:9
**assessing** 38:20
**assignee** 23:5
**assignees** 23:11
  27:7
**assignment** 5:14,16
  21:21 25:9 28:9

**assume** 8:9
**attached** 46:8
**attorney** 9:9
**attorneys** 9:7 10:3
**aware** 15:16 20:14
**awhile** 15:23

**B**

**B** 3:9
**Back** 44:8
**based** 12:6 23:1
  39:20 42:4
**basic** 31:8,13,15
**basically** 10:5,6
  18:11 32:9
**Bates** 5:14,17
**behalf** 3:2,8,14
  6:13
**behavior** 31:14
  32:9 35:24,25
  37:4
**believe** 22:9 38:7
  40:25 43:13
**benefit** 29:18
**BENJAMIN** 3:15
**BERNIE** 3:16 35:4
**bit** 30:9 41:12 43:3
**Box** 3:10
**Brad** 11:25 12:24
  15:7,9 20:13
  22:13 44:11,14
**BRADLEY** 3:15
**Bradley.humphr...**
  3:18
**break** 7:25 8:1
  37:25
**briefing** 33:18
  35:17 36:1,19
  37:20
**bring** 9:14 29:20
**brought** 9:16
**building** 21:5
**bullet** 23:6 28:6

**C**

**C** 3:1 6:1 49:1
**CA** 47:23

**CA-CSR** 1:22
**California** 2:8 47:5
**capacity** 41:4,24
  42:11,11,19,25
  43:8,9
**care** 30:11
**case** 1:6 14:21
  16:12 34:25 47:14
**Cassandra** 1:21 2:3
  47:2,23
**CDC** 26:21
**Centers** 16:16
  21:21
**CERTIFICATE**
  4:11 47:1
**Certified** 2:6,8,9,10
  47:5
**certify** 47:7
**change** 23:1 38:15
  38:17
**changed** 43:22
**chief** 20:24
**clarify** 44:10
**clear** 7:4 11:2 27:5
**clearances** 40:17
**CMS** 16:2 22:5,9
  22:15 23:7,10,10
  23:20 24:3,10,12
  24:16,23,24 25:4
  25:4,22,23,25
  26:1,5,5,8,10,15
  27:4,15,19,21,23
  27:24,25 28:1,5
  28:15 31:9 37:2
**COLFAX** 3:3
**collaborating**
  19:17
**collaboration**
  18:14 19:7 21:2
  29:5
**collaborative** 19:22
**collectively** 10:16
**COLUMBIA** 1:2
**come** 39:15
**comes** 19:9
**commencing** 2:12
**communications**

10:2
**complete** 8:15 9:1
  10:24 36:18,23
  46:6
**completed** 33:18
  35:16,17 36:1,11
**computer** 25:22
**computer-based**
  33:19 35:18 36:2
  36:13,20 37:12
**computers** 28:2
**concern** 10:6
**concert** 24:12
**concluded** 45:17
**concluding** 2:13
**confidentiality**
  28:8
**conflict** 28:23 29:3
  29:8,14 30:2
  39:11,17,19,25
  40:2,12
**conflicts** 28:7,16
  29:12 38:20,25
  39:6,14
**Conor** 12:2
**consider** 28:22 30:1
**context** 40:8
**continue** 6:25
  17:16
**continued** 41:23
**contracts** 42:15
**coordinate** 18:17
**copy** 34:7,17
**Coristine** 12:1
**correct** 24:17 28:13
  41:2 46:6 47:9
**CORRECTION**
  48:5 49:5
**corrections** 46:8
**cost-cutting** 17:12
  17:20 18:12 19:16
**counsel** 7:12,14,17
  47:13
**couple** 6:22 10:11
**course** 18:16 37:10
  37:17
**court** 1:1 2:9 7:3

9:18
**create** 20:3 42:16
**creates** 24:15
**cross-detailing**
  19:24
**CRR** 1:21 47:24
**cyber** 31:14 32:14
  37:5

**D**

**D** 6:1 49:1
**D.C** 2:11 3:5,10,17
**data** 30:13,14 31:2
**DATE** 46:12 48:25
  49:25
**dates** 16:1
**day** 6:20 47:18
**deal** 39:13
**decide** 19:23 20:25
**decided** 20:20
**decision** 20:21
**declaration** 4:13
  5:9,11 14:21
  16:12
**Defendant** 1:9 3:14
**defendant's** 33:10
**Defendants'** 5:20
**definition** 12:7
**definitively** 36:25
**DEMOCRACY**
  3:9
**department** 1:7,14
  2:2 3:16 4:3 5:7
  6:3,14,16,17
  17:23 48:2 49:2
**depending** 19:7
**depends** 17:18,24
  18:11 19:19
**DEPONENT** 46:1
**deposition** 1:13 2:1
  4:2 5:6 6:2,15
  8:13 9:4,12 11:12
  11:13 45:16
**deputy** 20:23
**description** 5:4
  19:10
**designee** 23:8

**detail** 17:19 18:10
  42:3
**detailed** 10:20
  12:19 13:8,9,21
  14:6 15:3,13,17
  16:4,5,15,25 17:1
  17:8,17 18:3,19
  20:16 41:1,10,25
  43:15,23 44:11,24
  45:1
**detailee** 12:13
  29:23
**details** 17:9,10,10
  17:14 18:15
**difference** 22:4
**differences** 22:15
**different** 23:1 37:9
  41:12
**digital** 16:2
**Diplomate** 2:6 47:4
**direction** 27:21
**disagreed** 29:22,25
**disagreement**
  39:18 40:3
**discovery** 5:23
  33:12
**discuss** 29:21
**Discussion** 30:23
**distinction** 45:6
**DISTRICT** 1:1,2
**document** 9:16
  40:18
**documentation**
  32:18,25
**documented** 32:21
**documents** 9:14
  10:6 21:17
**DOGE** 5:13,16
  10:7,13,14,19
  11:1,22 12:8,14
  12:16,17,22,25
  13:4,8,13,25,25
  14:12 19:25 20:6
  21:24 23:19,19,21
  24:13,17 29:5
  38:6,16 39:23
  40:4 41:18,20,24

43:9,15,18 44:15
  44:18,19
**doing** 10:8 23:20
  24:1,16 26:10,14
  26:15 29:24 37:19
  39:20
**DOJ** 7:15
**DOL** 12:11
**dual** 12:24 42:6

**E**

**E** 1:21 2:4 3:1,1,2
  6:1,1 47:2,23 48:1
  48:1,1 49:1,1,1,1
**earlier** 8:14 12:7
  38:5 40:25
**easier** 7:3
**Edward** 12:1
**efficiencies** 10:9
  20:4 42:16
**either** 14:5
**Elez** 12:1
**Ellis** 1:21 2:4 47:2
  47:23
**employed** 12:14,15
  13:3,14,17,20,25
  14:5,6 16:3,5,25
  17:1 40:15 47:14
**employee** 12:12,13
  15:1,2,10,17
  16:15 17:14 26:8
  29:16,23 32:13
  40:19 41:24 42:25
  44:18
**employees** 12:18,21
  17:7 18:2
**employment** 40:16
**enter** 19:24 20:21
  20:25
**entered** 29:13
**EO** 15:4,19 16:17
  21:8,9
**Errata** 4:14 46:8
**ESQUIRE** 3:8,9,15
  3:15,16
**established** 20:6
**et** 1:4,8 48:2,3 49:2

49:3
**ethics** 40:17,18
**exact** 15:25
**EXAMINATION**
  4:1,5 6:6
**examined** 46:4
**executive** 20:5 21:4
  21:8,10,22,23
  24:14 29:6,19,24
  40:4
**exhibit** 5:5,9,11,13
  5:16,19,20 11:6,7
  11:11 14:16,20
  16:7,8 21:13 23:4
  28:12 33:4,5,9,9
  34:20,24 35:5,9
**exhibits** 5:1 14:15
  21:18
**Expedited** 5:22
**expertise** 20:7
**experts** 20:9

**F**

**facilities** 23:10,14
  24:6 25:3,5 27:9
  27:13
**facility** 25:10
**fact** 16:24
**fair** 8:10 43:5
**familiar** 9:23 12:4
  31:4 32:6
**Farritor** 12:1 15:8
  15:12 33:17 35:16
  35:23
**FDA** 26:20,20
**February** 14:22
  16:18
**federal** 13:14 15:2
  15:13 17:2,8,15
  18:3
**feel** 26:5
**felt** 38:11
**Fennessy** 12:2
**filed** 5:10,12 14:21
  16:12
**financial** 31:20
  40:11 47:15

**fine** 7:18 24:2
  30:22
**finish** 7:8,9
**first** 6:25 10:13
  21:25 23:6 28:6
  38:4
**five** 14:25 44:6
**fix** 38:4
**follows** 6:5
**foregoing** 46:5 47:6
  47:8
**forgot** 8:14
**form** 23:23 24:19
  26:3 27:17 43:11
**FORWARD** 3:9
**foundation** 3:9
  18:22
**full** 41:9
**functional** 45:6
**functionally** 43:22
**functions** 42:13
**further** 28:5
**furtherance** 15:4
  16:17

**G**

**G** 6:1
**G-a-r-e-y** 6:11
**Garey** 1:15 2:3 4:4
  4:10 5:2,9,11 6:4
  6:10 45:16 46:3
**gears** 30:8
**general** 18:13
  30:12 35:24 37:3
**generally** 18:10
  19:8,12,21
**GEORGE** 3:8
**give** 6:25 8:15,25
  30:19 44:3
**given** 12:6 46:7
**Gleason** 11:25
  12:23 15:20,21
  22:10 23:18 27:12
  28:17 38:21,25
  39:1 40:10
**go** 6:23 7:21 25:13
  30:20 31:12 35:12

41:17
**goal** 19:17
**goals** 21:3 24:13
**going** 8:9 10:11
    11:23 22:7 24:22
    29:16 37:11 44:15
**good** 19:18
**gosh** 12:12
**govern** 18:8
**government** 10:9
    17:12 19:18 20:3
    26:18 32:12
**granted** 36:8
**grants** 42:15
**great** 7:9 11:4,20
    44:2
**ground** 6:23 19:21
**guess** 9:19 25:15
    26:6,23 37:8
**guys** 34:21 35:2

**H**

**H** 48:1 49:1
**HAC** 3:2,3
**hand** 34:1 47:18
**handed** 11:11
    14:19 21:16 33:8
**happen** 32:5
**happens** 18:6
**happy** 25:17
**hard** 29:2
**Hawaii** 2:10
**head** 7:2
**health** 1:14 2:2 4:3
    5:7 6:3,17 30:11
**held** 2:11 30:23
**help** 20:9 24:13
**hereunto** 47:18
**HHS** 6:21 7:14
    10:7,20 11:17
    12:12,19,25 13:3
    13:9,21 14:1,7,11
    15:3,16,22,23
    16:4,4,25 17:7,9
    17:13,14,16,22
    18:2,3,17 19:14
    19:23 20:8,16,20

22:5,12,16 28:15
    28:22 29:18,25
    30:1 38:24 39:5
    40:9 41:1,9,14,18
    41:19,19,20,25
    42:2,4,11,16,17
    42:19,21,25 43:1
    43:8,14,16,18,23
    44:11,16,18,18,24
**HHS's** 38:20
**HHS28** 21:18
**HHS29** 23:5
**HHS32** 21:19
**HI-CSR** 1:22 47:23
**higher** 31:21
**HIGLAS** 31:7,19
    32:2,21,24 33:18
    35:17 36:1,9,10
    36:13,19,24 37:18
    37:19
**Hinson** 3:2 4:6 6:7
    11:5,9 14:14,18
    16:6,10 19:1
    21:11,15 22:6
    25:16 30:5,17,22
    31:1 33:2,7 34:6
    34:15,18,23 35:7
    37:24 38:3 43:25
    44:5 45:8
**hired** 10:19 14:11
**hiring** 19:12
**hopefully** 6:23
**Human** 1:14 2:2
    4:3 5:7 6:3,18
**HUMPHREYS**
    3:15 18:21 19:3
    20:17 22:2 23:22
    24:18 25:12,18
    26:2 27:16 28:18
    28:25 30:3,16,19
    34:22 35:3 37:13
    37:21 38:1 39:2,8
    40:5,13,21 41:6
    41:16 43:10 44:2
    44:6,8 45:11

**I**

**identification** 11:8
    14:17 16:9 21:14
    33:6 35:6
**identified** 15:6
**identify** 10:11
    28:15
**IDR** 31:3,11 32:18
    32:24 33:18 35:17
    36:1,9,10,13,19
    36:24 37:11,12
**implementing**
    15:18
**important** 7:6
**include** 36:12
**including** 5:23
    33:12 38:16
**INDEX** 4:1 5:1
**INDEXED** 4:8
**information** 4:16
    31:18,23
**INSTRUCTED**
    4:19
**INSTRUCTIONS**
    4:12
**instructs** 7:20
**integrated** 30:11,13
    30:14 31:2
**interest** 28:7,16,23
    29:4,8,12,15 30:2
    38:21,25 39:6,19
    40:2,11 47:15
**interpret** 42:2
**interpretation**
    24:23 26:25 27:6
**interrogatories**
    9:20,21
**introduced** 44:14
**involve** 26:17
**involved** 15:18

**J**

**January** 10:20,25
    12:10 14:9 44:22
    44:24 45:2
**jargon** 21:10
**Jeremy** 12:3
**job** 1:25 26:19

**joint** 19:17
**JUSTICE** 3:16

**K**

**keep** 38:11
**kind** 19:13,15 20:3
    21:5 26:4 32:1,7
    32:13 37:5
**kinds** 17:11
**knew** 16:1 22:22
    38:12
**know** 7:25 8:7,9,16
    8:18 10:3 12:23
    15:25 19:8,13
    22:14,16,25 24:13
    26:12,16,25 27:2
    28:20 29:3,5,12
    29:18 31:5,7,15
    34:2 37:2,6,15,16
    37:23 39:13,20,21
    41:8 42:5,12
    44:15 45:1,3
**knowledge** 39:11
**KURLAND** 3:15
    45:13
**Kyle** 12:2

**L**

**L** 3:17
**labeled** 14:20 21:17
    21:20
**Labor** 1:7 6:14,16
    48:3 49:3
**laid** 19:21
**language** 27:6
    28:12
**lawsuit** 9:24 10:4
**lead** 41:19,19,20
    43:15,18 44:15,19
**ledger** 30:12
**level** 31:21
**Lewin** 12:3
**LINE** 48:5 49:5
**lines** 8:12
**list** 11:23 38:6,16
**listed** 6:14 13:2,7

13:12 14:11
**literally** 26:24
**little** 28:4 30:8
    31:21,23 41:12
**location** 24:2
**long** 6:19 40:18
**look** 11:14 14:24
    16:13 23:4 28:4
    28:11 33:3,14
    36:6,11
**looking** 20:4
**looks** 22:23 23:2
**lot** 12:18 13:19
    45:11
**Luke** 11:25 13:18
    15:8,12

**M**

**making** 7:18 42:3
    42:10,14,20 43:1
**March** 16:13
**mark** 3:9 11:5
**marked** 5:4 11:7,11
    14:15,16 16:8
    21:14 33:5 35:5
**Marko** 12:1
**mean** 13:16,24
    17:19 22:23 23:17
    23:24,25 24:11,11
    24:20,25 25:3,6
    25:19 26:4,7,12
    26:15,21 27:18,22
    29:2,4,7,8,9,14
    32:3 36:17 39:11
    39:16
**means** 8:9
**meant** 29:11
**Medicaid** 21:22
**Medicare** 21:21
**Medicare/Medic...**
    16:16
**meet** 21:7
**Merit** 2:5 47:3
**met** 21:3
**middle** 33:20
**MILTON** 3:3 34:4
    34:14,16

**mind** 45:7
**minutes** 16:23
  38:19 44:3
**missed** 22:3 38:7
**mitigate** 28:7 29:21
**Mm-hmm** 12:20
  13:22 22:11 26:11
**Moghaddassi** 36:7
  36:18 38:8
**moment** 11:21
**month** 44:21
**Msamburg@de...**
  3:12

### N

**N** 3:1 6:1 49:1,1
**name** 6:9,10,11
  31:5
**named** 14:4
**names** 11:23 12:4
  13:19 38:13
**nature** 17:24
**necessarily** 12:21
  23:24 27:1
**necessary** 17:21
**need** 7:24 13:16
  18:11 19:11,20
  22:20
**needed** 19:8
**neither** 47:13
**network** 31:24
**never** 45:7
**new** 31:10
**NIH** 26:20
**No's** 21:13
**nodding** 7:2 17:3
**normal** 17:6 18:1
  18:16 37:10,17
**Northwest** 3:4,17
**Notary** 2:10
**notice** 5:5 6:15
  11:12
**nuances** 22:25

### O

**O** 6:1 49:1
**object** 7:17

**objection** 7:19
  18:21 20:17 23:22
  24:18 25:12 26:2
  27:16 28:18 29:1
  30:3 33:10 37:13
  37:22 39:2,9 40:5
  40:14,22 41:6,16
  43:10
**Objections** 5:20
**Office** 21:23
**officer** 47:6
**Offices** 21:23
**Oh** 22:20 30:16
  34:2,11,14
**okay** 11:4 14:9,24
  16:3,6,11,23 17:6
  18:1,7 19:6,6,23
  21:11,16 23:4
  25:24 26:12 27:5
  27:22 28:4 31:7
  31:10 33:3,8
  34:15,21 36:5,17
  36:22 37:24 38:1
  41:4 42:23 43:14
  45:5,8,10
**old** 34:2
**on-board** 40:18
**on-boarding** 40:19
**one's** 22:5,5
**operated** 27:25
**operations** 20:24
**order** 21:4,8,10
  29:6 40:4
**orders** 20:5 24:14
  29:19,25
**Organization**
  10:15
**organization's** 23:2
**organizations**
  26:17
**originals** 34:13
**outcome** 47:16
**outlined** 32:9
**overall** 19:18
**owned** 27:25

### P

**P** 3:1,1,15 6:1
**p.m** 1:17 2:13,13
  45:17
**P.O** 3:10
**page** 4:5,9 5:4
  11:14 23:5 33:15
  33:20,24,24,25
  35:11,12 36:6
  48:5 49:5
**PAGES** 4:8
**paragraph** 14:25
  16:14 33:22 35:19
**part** 11:1 20:5
  39:23 40:15
**particular** 31:20
**parties** 47:14
**paused** 38:9
**penalty** 4:13 8:22
**pending** 8:2
**people** 10:19 11:24
  12:8 13:1,6,11
  14:3,10 15:5
  16:24 17:10
**perform** 20:9
**performing** 18:4
  23:9,15 24:7
  27:10,13
**perjury** 4:13 8:22
**permission** 36:9
**permit** 18:9
**permitted** 37:11,19
**plaintiff's** 9:19
  33:11
**plaintiffs** 1:5 3:2,8
  5:1
**Plaintiffs'** 5:5,21
**please** 6:9,25 8:16
  8:18 33:15 35:12
**PLLC** 3:3
**point** 8:13 20:2
  23:6 28:6
**policies** 18:7,9
**possibility** 24:16
**possible** 6:24
**practice** 17:7 18:2
**preparation** 9:4
**prepare** 9:12

**prepared** 11:15
**present** 29:24
**President** 21:24
**president's** 15:19
**pretty** 32:14
**privilege** 37:4
**privileged** 35:25
**PRO** 3:2,3
**probably** 22:12
  31:17
**problem** 8:18 35:3
  35:4
**proceedings** 47:7,9
  47:10
**process** 19:22
**product** 26:10
**Professional** 2:4
  47:3
**protocols** 28:8
**provide** 40:17
**Public** 2:11
**put** 8:17

### Q

**question** 7:18 8:2,7
  37:9 40:8
**questions** 22:8
**quotation** 25:14

### R

**R** 3:1 6:1 48:1,1
  49:1,1
**R-i-c-e** 6:11
**Rachel** 12:3
**RDR** 1:21 47:24
**read** 10:5 11:23
  22:18 23:17 24:25
  25:17 38:5,11,13
  46:4
**reading** 35:22
**realizing** 34:8
**really** 19:19 31:5
**Realtime** 2:6,7
  47:24
**reason** 8:25 32:24
  42:24 43:7,12
  48:5 49:5

**receive** 31:11
**received** 17:9 32:23
  33:17
**Recess** 38:2 44:7
**recognize** 14:22
**recommend** 20:15
**recommendation**
  20:12 41:5,14
  42:10
**recommendations**
  20:14 41:23 42:1
  42:3,14,20 43:1
**recommended** 20:8
  41:1
**record** 6:9 7:19
  8:17 30:21,24
  44:9 47:9
**reduced** 47:11
**refer** 10:13
**reference** 15:7
**references** 16:14
**regarding** 40:24
**Registered** 2:4,5,5
  47:2,3,4
**related** 47:13
**relationships** 18:8
**relevant** 28:23
**RELMAN** 3:3
**remember** 8:13
  38:22
**rephrase** 8:8 17:14
**report** 23:7,12 27:7
**reporter** 2:4,5,6,7,8
  2:9,10 4:11 7:3
  47:1,3,4,4,5
**reporting** 25:1
**repository** 30:13,15
  31:3
**represented** 7:12
**REQUESTED**
  4:16
**requests** 5:22 33:11
**requirements** 21:4
  21:7 23:2
**respect** 19:25 28:16
**response** 9:17,18
**responses** 5:21,24

33:11,13,15 35:10
**responsibilities**
43:22
**RETURN** 48:4
49:4
**revealing** 10:1
**review** 9:11
**reviewed** 34:17
**Rice** 1:15 2:3 4:4
4:10 5:2,9,11 6:4
6:8,10 45:17 46:3
**right** 11:10 16:21
17:2 21:24 24:4,7
35:8,20 38:13
41:22 43:25
**Riley** 12:3
**RMR** 1:21 47:23
**role** 10:7 41:14
42:2,5
**Rowell** 20:23 44:13
**RSA** 1:22
**Rule** 5:5
**rules** 6:23 19:21
31:13 32:8 35:23
35:24 37:4,5

**S**

**S** 3:1,15 6:1 48:1
49:1
**SAMBURG** 3:9
**saying** 12:17 26:24
**says** 14:25 15:16
23:6 24:4 25:20
27:6 28:5 33:16
33:23 35:15,22
36:8,21
**Schutt** 12:2
**scope** 20:18 21:5
23:15 24:8,9
27:11,14 28:19
37:14 39:3 40:4,6
41:7,17
**Scott** 20:23
**second** 30:20,21
33:22
**security** 31:14
33:17 35:16,25

36:12,15,19 37:5
37:20
**see** 24:21 28:9
33:19 35:15 36:16
**Selective** 25:14
**self-reporting**
40:20
**sense** 41:10
**sensitive** 11:17
31:24
**sentence** 15:15
25:17
**Service** 5:13,16
10:14 21:24
**services** 1:14 2:2
4:3 5:8 6:3,18
16:2,17 21:22
**set** 35:1 47:18
**setting** 14:3
**seven** 16:14
**shaking** 7:1
**she'll** 27:15
**sheet** 4:14 46:9
**Shorthand** 2:8,10
47:1,5
**Signature** 45:15
46:12 48:25 49:25
**signed** 46:9
**similarly** 28:2
**simultaneously**
12:13,15 13:8,13
13:24
**sit** 39:18
**slightly** 37:9
**Smith** 11:25 12:24
15:8,9 20:13
28:17 38:21 39:7
40:11,24 41:13,22
43:14 44:11
**smoothly** 6:24
**solve** 19:12
**somebody** 39:17
**sorry** 6:17 10:23
12:12 21:10 22:2
33:23 35:2 43:3
44:22
**speak** 7:6 9:3,8

**special** 31:17
**specialist** 19:13
**specifically** 7:20
30:10
**speculate** 29:3
**spell** 6:9
**spelled** 6:10
**spoke** 11:21 16:23
38:19
**staff** 20:24
**Stamped** 5:15,17
**standard** 22:24
23:3 32:15
**standing** 27:3
**start** 15:24 44:12
**started** 16:1 44:16
**starts** 21:18,19
**state** 2:9 6:8
**STATES** 1:1
**stay** 17:21
**stenographically**
47:11
**Street** 3:4,17
**stuff** 32:7,13,15
37:6
**Suite** 3:4
**supervised** 23:7,12
23:20 24:5,17,21
25:7,9 26:1 27:8
27:15
**supervising** 26:14
**supervision** 25:4
26:22 27:20 47:12
**supervisor** 23:13
23:21 24:6 25:2,2
26:1 27:2,2,9
**supervisors** 25:10
26:13
**supplemental** 5:23
9:18 33:12 35:10
**supplementals**
34:12
**support** 24:14
**sure** 11:24 13:23
21:3 22:21 25:18
29:7 35:14,20
38:1 44:5

**switch** 30:8
**sworn** 4:10 6:5
**system** 25:25 27:23
27:23,24 30:12
31:4,9,16 32:6,6
32:11
**systems** 2:7 11:18
23:10,14,19 24:1
24:7 25:11,21
27:10,13,25 30:11
31:18,20 32:4,15
37:2 47:24

**T**

**T** 3:8 48:1,1 49:1,1
49:1
**take** 8:1 33:2,14
37:25
**taken** 2:3 47:7,10
**talk** 30:9 39:19
44:3
**talking** 10:14,18
11:24 35:8 36:3,7
**tasks** 20:10
**team** 10:19 11:1,22
12:8 13:13 14:12
20:1 21:6 24:13
27:21 38:6 43:15
43:18 44:15
**tell** 19:4 42:9,13
**telling** 27:3 29:16
**temp-** 17:18
**Temporary** 10:15
**terms** 10:11 17:19
**Terrell** 12:3
**testified** 6:5 40:25
**testify** 11:16
**testifying** 6:13 8:22
**testimony** 9:1 46:5
46:7
**Thank** 22:6 45:8
**Thanks** 45:11
**thing** 42:6
**things** 6:23 19:16
26:16,19 33:16
42:15
**think** 13:15 20:2,13

20:19 29:14,19
33:4,9,23 34:7,8
35:20 37:8 38:14
41:11 44:1 45:7
**three** 15:4
**time** 7:24 8:3 18:5
19:20 41:9
**timeframe** 16:18
**title** 22:4
**titled** 21:20
**today** 6:13,24 7:13
8:23 9:1,4,15
10:12
**today's** 11:13
**tongue** 43:3
**topic** 11:16
**topics** 6:14
**totally** 35:1
**tracking** 13:23
**training** 30:9,18
31:10,13,15,17,22
32:1,4,14,18,21
32:23 33:19 35:18
36:2,11,12,14,20
37:12
**trainings** 36:23
37:3,7
**transcript** 7:4 47:8
**transcription** 46:6
**true** 46:6 47:8
**truthful** 9:1
**try** 7:7,8 8:7
**trying** 14:2 19:12
30:17 38:10 43:6
**Tuesday** 1:16 2:12
5:3
**tune** 17:21
**twister** 43:4
**two** 11:16 15:5
21:17 23:1 30:10
31:18 44:3
**typewriting** 47:12
**typically** 17:16
18:7,14 31:11
32:17,20 36:22
39:15

**U**

U 49:1
U.S 5:13
understand 6:12
  8:6,10,21 13:16
  14:25 26:6 42:18
  42:24 43:7
understanding
  10:7 40:1
UNITED 1:1
USDS 10:15 15:1,9
  16:15 23:5,11,13
  23:13,14,19,25
  24:1,1,5,6,7 25:2
  25:2,5,9,10,11,11
  25:21,24 27:2,7,8
  27:9,10,12,13,23
  28:3 42:5,8,10,13
use 10:12 11:17
  31:16 32:5,12
user 31:11 36:22
  37:1,10,18,18
users 35:24,25
  36:15
uses 31:9

**V**

v 1:6 48:2 49:2
vague 30:4
verbal 7:1
verify 22:18
versus 27:23 42:11
  43:8
VICE 3:2,3
visibility 42:7

**W**

WA-CCR 1:22
  47:23
waived 45:16
want 8:1,15 11:14
  30:8,20 38:4
wanted 10:10 21:7
  44:10
Washington 2:9,11
  3:5,10,17
wasn't 22:21 39:23

way 24:25 40:7
we're 10:8 11:24
  19:11,16 20:4
  29:4 33:4,23 35:8
weeks 15:4
weren't 37:7
WHEREOF 47:17
Withdrawn 5:19
WITNESS 4:12,19
  18:23 45:10 47:17
wondering 29:11
work 8:19 10:8,16
  10:21 11:1 14:11
  17:12,16,20 18:4
  18:17 23:9,15,20
  24:1,3,3,8,9,9,10
  24:12,12,17,24,24
  25:4,23,25 26:5,5
  26:9,19 27:10,14
  28:2 39:21 40:3
  42:4 44:13 45:6
worked 12:11
  13:12 15:23
working 13:3,9
  15:22 23:18,25
  25:3,20,21,23,25
  26:9 27:18 29:4
  41:9 42:24 44:17
wouldn't 24:20
  27:1 32:25
wrong 33:24 34:1,8
  34:9 38:12

**X**

x 1:3,10

**Y**

yeah 6:22 18:20
  22:20 30:19,22
  34:7,22,23 36:15
  40:7 43:5

**Z**

Zach 12:2
Zhinson@relma...
  3:6
ZOILA 3:2

**0**

02/13/25 5:10
03/11/25 5:12

**1**

1 5:5 11:6,7,11
1:25-cv-00339-J...
  1:7
1:46 1:17 2:12
10519 1:25
10th 47:18
1100 3:17
11th 16:13
12 5:5 36:6
1225 3:4
13th 14:22
14448 1:22
15 5:9
17 5:11
19 12:10
19th 3:4 10:20,25
  14:9

**2**

2 5:9 14:15,16,20
2:53 2:13 45:17
20005 3:17
20036 3:5
20043 3:10
202 3:5,11,18
2025 1:16 2:12 5:3
  10:21,25 12:10
  14:10 16:13,18
  47:19
20th 45:2,4
21st 44:13,21,21,24
  45:4
22 5:13,16
25CV339_HHS0...
  5:15
25CV339_HHS0...
  5:18

**3**

3 5:11 16:7,8 45:12
30(b)(6) 1:13 2:1
  4:2 5:6 6:2

**305-0878** 3:18
**33** 28:12
**34** 5:19
**34553** 3:10
**36** 5:20

**4**

4 5:13 21:12,13,18
  23:5
448-9090 3:11
47 4:13
48 4:11
49 4:14

**5**

5 11:15 21:12,13,18
  28:12
5U.S 5:16

**6**

6 5:19 33:4,5,9
600 3:4

**7**

7 4:6,10 5:20 34:24
  35:5,9
728-1888 3:5

**8**

8 1:16 2:12 5:3
  33:15,24,25 35:11
  35:12