# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-----------------------x

AFL-CIO, et al.,              :

        plaintiffs,    :

v.                            :   CASE NO.

DEPARTMENT OF LABOR,          :   1:25-cv-00339-JDB

et al.,                       :

        Defendant.     :

-----------------------x


30(b)(6) Deposition of

DEPARTMENT OF HEALTH AND HUMAN SERVICES

through JENNIFER WENDEL

Tuesday, April 8, 2025

1:46 p.m.


BEFORE: Cassandra E. Ellis, RMR, RDR, CRR,

RSA, CA-CSR 14448, WA-CCR, HI-CSR


Job No.: 10519

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

1              The 30(b)(6) Deposition of

2    DEPARTMENT OF HEALTH AND HUMAN SERVICES

3    through JENNIFER WENDEL, taken before

4    CASSANDRA E. ELLIS, Registered Professional

5    Reporter, Registered Merit Reporter,

6    Registered Diplomate Reporter, Certified

7    Realtime Reporter, Realtime Systems

8    Administrator; California Certified

9    Shorthand Reporter; Washington State

10   Certified Court Reporter; Hawaii Certified

11   Shorthand Reporter; Notary Public, held in

12   Washington, D.C., on Tuesday, April 8, 2025,

13   commencing at 2:58 p.m. and concluding at

14   4:12 p.m.

15

16

17

18

19

20

21

22

23

24

25

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

```
 1              A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFFS:
            ZOILA E. HINSON, PRO HAC VICE
 3          ALEXA MILTON, PRO HAC VICE
            RELMAN COLFAX PLLC
 4          1225 19th Street, Northwest
            Suite 600
 5          Washington, D.C.  20036
            (202) 728-1888
 6          Zhinson@relmanlaw.com
            Amilton@relmanlaw.com
 7

 8      ON BEHALF OF THE PLAINTIFFS:
            AMAN T GEORGE, ESQUIRE
 9          MARK B. SAMBURG, ESQUIRE
            DEMOCRACY FORWARD FOUNDATION
10          P.O. Box 34553
            Washington, D.C.  20043
11          (202) 448-9090
            Ageorge@democracyforward.org
12          Msamburg@democracyforward.org

13

14

        ON BEHALF OF THE DEFENDANT:
15          BRADLEY P. HUMPHREYS, ESQUIRE
            BENJAMIN S. KURLAND, ESQUIRE
16          ANDREW BERNIE, ESQUIRE
            US DEPARTMENT OF JUSTICE
17          1100 L Street, Northwest
            Washington, D.C.  20005
18          (202) 305-0878
            Bradley.humphreys@usdoj.gov
19

20

21

22

23

24

25
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 4

```
 1                INDEX TO EXAMINATION
 2   30(b)(6) Deposition of
 3   DEPARTMENT OF HEALTH AND HUMAN SERVICES
 4   through JENNIFER WENDEL
 5   EXAMINATION                        PAGE
 6        By Ms. Hinson                 6
 7        By Mr. Humphreys              50
 8
 9                  INDEXED PAGES
10                                      PAGE
11   JENNIFER WENDEL, sworn             6
12   REPORTER CERTIFICATE               54
13   INSTRUCTIONS TO WITNESS (none)
14   DECLARATION UNDER PENALTY OF PERJURY   53
15   ERRATA SHEET                       55
16
17             INFORMATION REQUESTED
18                  None
19
20        WITNESS INSTRUCTED NOT TO ANSWER
21                              PAGE
22                              43, 49
23
24
25
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 5

1          INDEX TO PLAINTIFFS EXHIBITS CONTINUED

2                    JENNIFER WENDELL

3                 Tuesday, April 8, 2025

4     MARKED              DESCRIPTION              PAGE

5     Exhibit 8   Table of Investments           9

6     Exhibit 9   List                           27

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 6

1              P R O C E E D I N G S

2              30(b)(6) Deposition of

3    DEPARTMENT OF HEALTH AND HUMAN SERVICES

4              through JENNIFER WENDEL

5    having been sworn, testified as follows:

6                     EXAMINATION

7    BY MS. HINSON:

8         Q      Good afternoon.

9         A      Good afternoon.

10        Q      Could you please state and

11   spell your name for the record?

12        A      Jennifer Wendel,

13   J-e-n-n-i-f-e-r, W-e-n-d-e-l.

14        Q      And do you understand that

15   today you are testifying on behalf of the

16   Department of Health and Human Services

17   about the topics listed in the deposition

18   notice?

19        A      Yes, I am.

20        Q      So I've got a few ground rules,

21   just to make the next hour or so of our

22   lives go as smoothly as possible.

23              First, please continue to

24   give a verbal answer instead of

25   shaking or nodding your head, so that

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 7

```
 1      the court reporter can get what we're
 2      saying; can you do that?
 3           A     Yes, I can.
 4           Q     And it's important that we
 5      don't speak over each other, so I will
 6      try to let you finish speaking before I
 7      ask another question, and can you let me
 8      try and finish speaking before you
 9      answer?
10           A     Yes.
11           Q     Great.
12                 Are you represented by counsel
13      today?
14           A     Department of Justice.
15           Q     Great.  So your counsel might
16      object to a question that I ask, that's
17      fine, he's making an objection for the
18      record, but unless he specifically
19      instructs you not to answer you should go
20      ahead and answer the question; can you do
21      that?
22           A     Yes.
23           Q     If at any time you need to take
24      a break, please just let me know.  All I
25      ask is that if you take a break you just
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 8

1    answer any question that's pending at

2    that time; can you do that?

3         A    Yes.

4         Q    If you don't understand a

5    question, just let me know and I'll try

6    to rephrase it, but if you don't tell me

7    I'm going to assume that you understand

8    the question as I've asked it; is that

9    fair?

10        A    Yes.

11        Q    Along the same lines, if at any

12   point in the deposition you remember

13   something that you forgot to say earlier

14   or you want to clarify any testimony from

15   earlier, that's fine, just let me know

16   and we can put it on the record, so

17   please just do let me know.

18        A    Yes.

19        Q    Do you understand that you're

20   testifying under penalty of perjury

21   today?

22        A    Yes.

23        Q    Is there any reason you cannot

24   give complete and truthful testimony

25   today?

1        A       No.

2        Q       Did you speak to anyone in

3    preparation of your deposition today?

4        A       Yes.

5        Q       And who was that?

6        A       The HHS OGC as well as DOJ OGC.

7        Q       Aside from your attorneys, did

8    you speak with anyone else in preparation

9    for your deposition today?

10       A       Yes, I spoke to some of the

11   system owners that are responsible for

12   the case, responsible for the systems.

13       Q       Great.  I was about to ask

14   about that.

15       A       Yes.

16            (Exhibit 8 was marked for

17        identification.)

18   BY MS. HINSON:

19       Q       Okay.  And I see you did bring

20   a document with you, which we have

21   labeled -- we have labeled Exhibit 8.

22            Thank you.

23            And are you familiar with this

24   lawsuit?

25       A       Yes.

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 10

1        Q     And without revealing to me
2   anything your counsel may have said to
3   you, what do you know about this lawsuit?
4        A     My understanding of this
5   lawsuit is that there is a question on
6   whether certain HHS employees on the DOGE
7   team should have been given access to
8   systems.
9        Q     I actually want to start with
10  Exhibit 8, which is this table that
11  you've brought with us today or for us
12  today.
13            Can you explain what this
14  is?
15       A     Yes, I put this table together,
16  which is a summary of all of the system
17  names with a description of the system as
18  well as the information that PII or the
19  PHI, that's in that system, also a
20  summary of the access requirements and
21  then who was granted access to those
22  systems.
23       Q     The far left column says:
24  Current UII?
25       A     That's the investment

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 11

1    identifier.

2        Q     What -- what does that mean?

3        A     An investment means that it's a

4    system that we track across the

5    department, and so this came from --

6    originally came from our database that we

7    track the systems, the first two columns.

8        Q     Okay.  Thank you.

9              And to the best of your

10   knowledge, is the information on this

11   table accurate?

12       A     Yes.

13       Q     Okay.  I wanted to ask

14   specifically about access to HIGLAS and

15   IDR, which HIGLAS is the health care

16   integrated general ledger accounting

17   system and IDR is the integrated data

18   repository; do you understand that?

19       A     Yes.

20       Q     In the normal course, is

21   someone granted access to IDR without

22   going through the IDR training?

23       A     No, they are normally granted

24   training for those systems.

25       Q     Okay.  And I guess, similar

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 12

1    question for HIGLAS, is in the normal

2    course is a user granted HIGLAS without

3    going through the HIGLAS security

4    briefing?

5         A    They go through the briefing.

6         Q    Okay.  Based on the

7    interrogatory responses that have been

8    given in this case, it appears that

9    Mr. Aram Moghaddassi was granted access

10   to these systems without going through

11   those trainings.

12              Should he have been granted

13   access without going through those

14   trainings?

15              MR. HUMPHREYS:  Objection as

16        to characterization and

17        foundation.

18   BY MS. HINSON:

19        Q    You can answer.

20        A    May I refer to the

21   interrogatory for --

22        Q    Sure.  If you look at page 12

23   of the interrogatory responses, which are

24   Exhibit 7.

25        A    Thank you.

Page 13

1        Q     And what it says is that just
2    that he has access to the systems and
3    then it says what training he received,
4    and it does not include the security
5    briefing or the IDR training.
6        A     No, the interrogatory does not.
7    I would have to verify if he received
8    that specific training.
9        Q     But if he didn't he should not
10   have received access to IDR and HIGLAS;
11   is that correct?
12            MR. HUMPHREYS:  Objection to
13        form.
14   BY MS. HINSON:
15       Q     You can answer.
16       A     He should have received the
17   training.
18       Q     I understand that.  I think I'm
19   asking something a little bit different.
20            If -- assuming
21   Mr. Moghaddassi did not receive the
22   training, should he have been granted
23   access to IDR or HIGLAS?
24       A     I would have to look at the
25   specific requirements of that training to

Page 14

1    find out if it would require -- what type

2    of access that had the training

3    specifications.  I do not know that.

4         Q    Sorry, can you just clarify

5    what kind of access had the training

6    specifications?

7         A    Right.  There's certain --

8    sometimes training is required for

9    specific access types, and I got to know

10   the specifications for IDR, I just don't

11   know those specific requirements.

12        Q    Okay.  Okay.  I want to switch

13   gears a little bit and ask about remote

14   access.  Have any -- actually, okay, when

15   I spoke to your colleague we established

16   eventually a list of people that we were

17   referring to as the DOGE team affiliates,

18   and I'm going to go over that again with

19   you, just so that we can talk about their

20   access to different systems and make sure

21   we're on the same page; does that work?

22        A    Yes.

23        Q    Okay.  So those people are Aram

24   Moghaddassi, Amy Gleason, Brad Smith,

25   Luke Farritor, Edward Coristine, Marko

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 15

1    Elez, Kyle Schutt, Conor Fennessy, Zach

2    Terrell, Rachel Riley and Jeremy Lewin,

3    okay?

4           So if I uses the term DOGE team

5    affiliates will you understand me to be

6    referring to those 11 people?

7        A    Based on what you just said,

8    yes.

9        Q    Great.  Have any of the DOGE

10   team affiliates set up remote access to

11   any HHS system?

12       A    Not to my knowledge.

13       Q    Have they requested remote

14   access to any HHS system?

15       A    They have not, to my knowledge.

16       Q    Have any of them set up a

17   backdoor to the system?

18       A    They have not.

19           MR. HUMPHREYS:  Objection,

20       vague.

21       A    To my knowledge, they have not.

22       Q    And what do you understand a

23   backdoor to a system to be?

24       A    A backdoor to the system would

25   mean that they would be going through

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 16

1    the -- the infrastructure of the system

2    to get to the data versus going through

3    the normal process that every user would

4    have an interface to.

5         Q    Does HHS monitor its systems to

6    determine if anyone has set up remote

7    access?

8         A    Yes.

9         Q    And does HHS monitor its

10   systems to determine if anyone has set up

11   a backdoor to the system?

12        A    Yes.

13        Q    Have any of the DOGE team

14   affiliates set up a file transfer system

15   at HHS?

16        A    No, for the data that's within

17   the system they have not, to -- to --

18   they have set up an API, which allows

19   information to go back and forth, and

20   that is also monitored.

21        Q    Okay.  When you say it allows

22   information to go back and forth, what

23   does that mean?

24        A    Right, so that's a system, so

25   that's the ability for -- and this is on

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 17

1    one of the systems, that is the ability,

2    based on the executive order, to

3    determine if a grant should be given, has

4    correct justification.

5             There's specific information

6    that is going from the PMS system up to

7    our cloud-based system, which is an

8    internal system for that tracking

9    purposes.

10   Q    Okay.  And why were they

11   permitted to set up that API?

12             MR. HUMPHREYS:  Objection.

13        Objection as to form.

14             Go ahead.

15   A    They were permitted based on

16   the executive order that they were

17   required to set up a system to track the

18   justification for grants.

19   Q    Just so I'm clear, is it your

20   understanding that the executive order

21   required them to set up the API?

22             MR. HUMPHREYS:  Objection,

23        vague, to clarify, which executive

24        order are you talking about?

25             MS. HINSON:  Sorry.

Page 18

1    BY MS. HINSON:

2         Q    Which executive order are we

3    discussing?

4         A    The -- I don't know the exact

5    name of it, but the executive order from

6    February.

7         Q    Is it the one establishing

8    DOGE -- is it the executive order that

9    establishes DOGE in the first place?

10        A    No.  There's three executive

11   orders, in the first place, that are

12   associated with system access.

13        Q    Okay.

14        A    This is the second one in

15   February.

16        Q    Okay.  And which I believe is

17   not the one establishing DOGE, and also

18   not the one about information silos; is

19   that correct?

20        A    I would have to see them just

21   to be certain.

22        Q    Okay.  Okay.

23             Was it your understanding from

24   this February executive order that CMS --

25   sorry -- HHS was required to let them --

Page 19

1      let the DOGE team affiliates set up this

2      API?

3                  MR. HUMPHREYS:  Objection as

4          to scope, but you can answer.

5          A      The executive order required

6      that HHS had the ability to track the

7      justifications and approval for all

8      grants and, based on that requirement,

9      the decision was made to set up that

10     access through an API.

11         Q      Were there any other reasons to

12     allow the DOGE team affiliates to set up

13     the API?

14         A      No.

15         Q      And who made the determination

16     to let them set up the API?

17         A      It was made through the chief

18     technology officer, Clark Minor.

19         Q      Have any of the DOGE team

20     affiliates set up any other type of file

21     transfer system?

22         A      No.

23         Q      What security -- with respect

24     to the API, that you've already

25     mentioned, what security measures have

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 20

1    been taken to ensure that the information

2    is only transferred in the manner it was

3    set up to do?

4             MR. HUMPHREYS:  Objection to

5        form.

6   BY MS. HINSON:

7        Q    You can answer.

8        A    All systems have security

9    measures for monitoring and tracking the

10    information -- the information and what

11    occurs in all of the systems.

12             So every system has an

13    authority to operate that has specific

14    controls around those systems, which then

15    monitor what happens in the system and

16    how the data is interacted or whether the

17    data leaves the system.

18        Q    And what is set up for this

19    API, in particular?

20        A    This -- it's still set up

21    through the -- it's set up to only go

22    into the HHS cloud environment, which is

23    part of our system that's within our

24    authority to operate, and we have

25    monitoring on that system to ensure that

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 21

1    data is not exfiltrated.

2         Q    Have any of the DOGE team,

3    aside from the API that we were just

4    discussing, have any of the DOGE team

5    affiliates copied any records in any HHS

6    system?

7              MR. HUMPHREYS:  Objection.

8         A    To my --

9              MR. HUMPHREYS:  Objection to

10       form.

11        A    To my knowledge, no.

12        Q    Have any HHS affiliates --

13   sorry.

14             Have -- try that again.

15             Aside from the API we were

16   just discussing, have any HHS -- DOGE

17   team affiliates at HHS shared any

18   records from any HHS system?

19             MR. HUMPHREYS:  Objection,

20       vague.

21        A    No.  To my knowledge, no.

22        Q    So if you look at the

23   interrogatory responses, at page -- at

24   page 6?

25        A    Excuse me.

Page 22

1        Q     It's about Ms. Gleason, it says

2    that she has not modified, comma, copied,

3    comma, shared, comma, or removed any

4    records --

5        A     That is correct.

6        Q     -- from a system of records to

7    which she is been granted access.

8              And then, at page 12, it

9    says that Mr. Moghaddassi has not,

10   quote, copied and shared with any

11   unauthorized users, unquote, records

12   to the system to which he was granted

13   access.

14       A     That is correct.

15       Q     Okay.  Do you note the

16   difference in between the way those two

17   responses are phrased?

18       A     Yes.

19       Q     Has -- do you know why they're

20   phrased differently?

21              MR. HUMPHREYS:  Objection,

22       form.

23   BY MS. HINSON:

24       Q     You can answer.

25       A     They're phrased differently in

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 23

1    the sense that there are multiples, there

2    are multiple people who would have

3    access, and they would be looking at data

4    and they would be sharing that

5    information between one another, but they

6    weren't taking that data and -- and

7    copying it and transferring it to another

8    system.

9        Q    Okay.  So has Mr. Moghaddassi

10   copied, in any context, data from an HHS

11   system?

12       A    No, he has not, to my

13   knowledge.

14       Q    Has he shared data from any HHS

15   system?

16       A    He has not.

17       Q    With anyone, including another

18   HHS employee?

19       A    Not to my knowledge.

20       Q    Okay.  Has -- when it says that

21   he has not copied and shared with any

22   unauthorized users, what does

23   unauthorized users mean in this context?

24       A    An unauthorized user would mean

25   somebody who does not have access to --

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 24

```
1    access to the systems.
2        Q    Okay.  Then I think I've got
3    similar questions, actually, for several
4    other people.
5             Has Luke Farritor copied any
6    records at HHS?
7        A    No, he has not.
8        Q    And has he shared any records
9    at HHS?
10       A    No, he has not, to my
11   knowledge.
12       Q    Have you asked Mr. Farritor if
13   he has copied or shared records at HHS?
14       A    I have not spoken to
15   Mr. Farritor about this.
16       Q    Okay.  And so what's your basis
17   for your assertion that he has not copied
18   or shared records at HHS?
19       A    I've spoken with the system
20   owners who reviewed the records.
21       Q    And what records are these?
22       A    The logs and the information
23   that's within the system that shows the
24   activity that occurred.
25       Q    Okay.  And similar question for
```

Page 25

1    Mr. Moghaddassi, what's your basis for

2    stating that he has not copied or shared

3    records at HHS?

4        A    I have spoken with the system

5    owners, to have them look at the records,

6    the activity logs, to determine if any of

7    that information was shared outside of

8    the system.

9        Q    And for Mister -- has

10   Mr. Coristine copied any records at HHS?

11       A    To my knowledge, no, he has

12   not.

13       Q    Has he shared any records at

14   HHS?

15       A    To my knowledge, no, he has

16   not.

17       Q    And again, what's your basis

18   for that?

19       A    My basis was speaking with the

20   system owners to ensure that the logging

21   activity indicated the data was not

22   shared.

23       Q    So Mr. Elez, Mr. Schutt,

24   Mr. Fennessy, Mr. Terrell, Ms. Riley and

25   Mr. Lewin all had similar phrasing in

Page 26

1    their interrogatory responses, that

2    referred to them, have any of them

3    copied, even within HHS, any HHS records?

4        A     No.

5              MR. HUMPHREYS:  Objection.

6              Objection, form.

7        A     To my knowledge, no, they have

8    not.

9        Q     Okay.  And have any of them

10   shared, even within HHS, any HHS records?

11       A     To my knowledge, they have not.

12       Q     Okay.  Have any of the DOGE

13   team affiliates removed any records from

14   any HHS system?

15       A     To my knowledge, they have not.

16       Q     And have any of the DOGE team

17   affiliates shown someone from outside of

18   HHS any records from sensitive system?

19             MR. HUMPHREYS:  Objection,

20       vague.

21   BY MS. HINSON:

22       Q     You can answer.

23       A     To my knowledge, they have not.

24       Q     The interrogatory responses at

25   11 say that Mr. Farritor's access to HHS,

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 27

1    which I believe stands for HHS

2    consolidated acquisition system, has been

3    deactivated; is that accurate?

4        A    Yes, it is.

5        Q    Why was it deactivated?

6        A    It was deactivated for the fact

7    that it was no longer needed -- no longer

8    needed access.

9        Q    Why had he needed access

10   before?

11       A    He needed access because under

12   the executive order HHS was required to

13   look at systems for waste, fraud and

14   abuse, and the systems -- with a system

15   that maintained contract information.

16       Q    And why did he no longer need

17   access to it?

18       A    My understanding is that he had

19   finished his initial analysis.

20           MS. HINSON:  Okay.  I'm

21       going to give you a -- what

22       exhibit are we on -- 9.  Can you

23       mark this as Exhibit 9.

24           (Exhibit No. 9 was marked

25       for identification.)

Page 28

1    BY MS. HINSON:

2        Q    Okay.  You've been handed a

3    sheet of paper, it's been marked as

4    Exhibit 9, this is just a list of all the

5    sensitive systems at HHS that were in

6    HHS's interrogatory responses, to the

7    best of my knowledge.

8              I put it together, so are there

9    any systems that are missing from this

10   list, as far as you recall?

11             MR. HUMPHREYS:  Feel free to

12        check, if you need to.

13   BY MS. HINSON:

14       Q    So looks like I might be

15   missing one.

16             MR. HUMPHREYS:  Yes.

17       A    The one that you are missing is

18   part of our EHR -- is part of our HR

19   systems.  Oh, excuse me, I'm sorry, no,

20   this is the workforce analysis work bench

21   system.

22       Q    Okay.

23       A    Part of NIH's HR systems.

24       Q    Okay.  And it's the last one on

25   your chart?

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 29

```
 1       A      That's correct.  That's
 2   correct.
 3       Q      Okay.  Thank you.  So in --
 4   aside from the 18 systems that I've
 5   listed here, and then also the workforce
 6   analytics bench system that you just
 7   pointed out, are there any other records
 8   with PHI or PII that any of the DOGE team
 9   affiliates have had access to?
10       A      Not to my knowledge.
11       Q      Okay.  Were the DOGE team
12   affiliates granted access to these
13   systems because of the executive orders
14   related to DOGE that the President has
15   issued?
16            MR. HUMPHREYS:  Objection to
17       the scope, but you can answer if
18       you know.
19       A      Yes, they were.
20       Q      And can you identify which
21   executive orders, to the best of your
22   ability?
23       A      There's three executive orders.
24       Q      Okay.
25       A      There was one on January 21st,
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 30

1      that established DOGE, then there was one

2      on -- in February, that was regarding the

3      payment managements about tracking

4      contracts and grants and of getting

5      approval, and then there was one in March

6      regarding data silos.

7          Q    Okay.  Were there any other

8      reasons a DOGE team affiliate was granted

9      access to one of these systems?

10             MR. HUMPHREYS:  Objection as

11         to scope.

12     BY MS. HINSON:

13         Q    You can answer.

14         A    Not to my -- no, they were all

15     involved in those executive order

16     requirements.

17         Q    And just so I'm clear, I

18     understand that they were, because of the

19     executive orders, were they only because

20     of the executive orders or were there

21     also other reasons?

22             MR. HUMPHREYS:  Same

23         objection.

24         A    My understanding is because

25     they were carrying out the work required

Page 31

1    in the executive order.

2         Q     Okay.  And only that?

3         A     To my knowledge, yes.

4         Q     Okay.  When HHS was deciding to

5    grant DOGE team affiliates access to

6    these systems did they -- or did HHS

7    engage in an individualized review of the

8    DOGE team affiliates' need for a specific

9    system?

10              MR. HUMPHREYS:  Objection as

11         to scope and form.

12         A     Each system was not

13    individually reviewed, holistically.  The

14    individuals were reviewed to ensure,

15    before they were given accounts, that

16    they had completed the cyber security

17    training as well as signed the rules of

18    behavior.

19              And then they were granted

20    access to the systems requested based on

21    the needs to perform their duties.

22         Q     When you say they were granted

23    access to the systems requested, did the

24    DOGE team affiliates make those requests?

25         A     They did.

Page 32

```
 1        Q     Okay.  Do you know how they
 2    chose which systems to access?
 3              MR. HUMPHREYS:  Objection as
 4        to scope.
 5              You can answer.
 6        A     I don't know necessarily how --
 7    how they -- how they made the
 8    determination, but when I looked at those
 9    lists of systems there's very -- there's
10    many things that are in common with
11    determining if there is fraud, waste or
12    abuse for HHS, and these systems meet
13    those requirements.
14        Q     Sorry, can you clarify, what
15    requirements did they meet?
16        A     They wouldn't -- they would
17    give information for them to determine if
18    there was waste, fraud and abuse on the
19    information that's retained in these
20    systems.
21        Q     And what kind of information
22    are you referring to?
23        A     For an example would be the
24    acquisition lifecycle system, the -- the
25    CMS com system that has information on
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 33

1    contracting.

2              And so, therefore, they were

3    looking at contracts to see if there was

4    any waste, fraud or abuse with the

5    contracts.

6              There are similar systems

7    regarding grants.

8    Q    And just so I'm clear, when you

9    said they would be looking at that for

10   waste, fraud or abuse, were you

11   specifically told that that's why they

12   were requesting access to that system or

13   is it your inference that that's why they

14   requested access to that system?

15   A    I had read the executive order,

16   so I knew that that's what they were

17   doing, and so it was my inference that

18   that was why they were making those

19   requests.

20             MS. HINSON:  Okay.  Can we

21        take a break?

22             MR. HUMPHREYS:  Okay.

23             (Recess.)

24   BY MS. HINSON:

25   Q    Okay.  Just a few more

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 34

1     questions.

2                MR. HUMPHREYS:  Oh, I'm

3          sorry, sorry, the witness would

4          like to make a short

5          clarification.

6                MS. HINSON:  Okay.

7     A     Yeah, I would like to clarify

8     that when I was speaking about sharing

9     data most of the access that we provided

10    to the DOGE team or that was provided was

11    for read only -- read only capabilities,

12    and any time access was given to somebody

13    for read only that -- there was no

14    ability to share that data or modify the

15    systems in any way, so I just wanted to

16    clarify that.

17    Q     Thank you.  Actually, to follow

18    up a little bit on -- on that, and some

19    of your testimony earlier, are the DOGE

20    team affiliates able to access HHS

21    records physically, outside of HHS?

22    A     I'm sorry, could you clarify

23    that?

24    Q     Sure.  Are DOGE team affiliates

25    able to take a laptop, physically, go

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 35

1    home and access HHS records on that

2    laptop?

3         A    Yes.

4         Q    So I think you testified

5    earlier that the DOGE team affiliates had

6    not shown people outside of HHS records

7    of HHS, is that an accurate description

8    of your testimony?

9         A    That they have not shared that

10   data, correct.

11        Q    Okay.  I think I wanted to ask

12   something slightly different, which

13   is have --

14        A    Okay.

15        Q    Do you know if the DOGE team

16   affiliates have literally just shown

17   someone, outside HHS, HHS records?

18             MR. HUMPHREYS:  Object as to

19        scope.

20        A    I do not know that.

21        Q    Okay.  Thank you.

22             Is it possible to access HHS

23   systems or HHS sensitive systems in a

24   manner that does not reveal a reviewable

25   log?

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 36

1         A      For these systems, no, there's

2     not an ability to not have a log.

3         Q      And that's true for all of the

4     19 systems that we identified earlier?

5         A      That is correct.

6         Q      Okay.  We talked a little bit

7     before about the need for DOGE team

8     affiliates to access these systems.

9              When a DOGE team affiliate

10    seeks access to a system are they

11    required to identify to someone the

12    particular reason they need to access the

13    system?

14        A      They speak with the system

15    owner to let them know why they're

16    requesting that, the system, in order to

17    get the access to the system.

18        Q      Does the system owner evaluate

19    whether that reason is valid or not?

20        A      Yes.

21        Q      And have -- has any system

22    owner denied a DOGE team affiliate access

23    to a system?

24        A      They have not.

25        Q      Okay.  What would be a reason

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 37

1    to deny a DOGE team affiliate access to

2    the system?

3              MR. HUMPHREYS:  Objection as

4        to scope.

5              You can answer.

6        A     I do not know.

7        Q     Okay.  Have the DOGE team

8    affiliates used AI as part of their work

9    at HHS with respect to the sensitive

10   systems -- with respect to the sensitive

11   systems?

12       A     To my knowledge, they have not.

13       Q     Okay.  Has HHS made any changes

14   to its practices about providing access

15   to records since January 19th, 2025?

16       A     No, they have not.

17       Q     Okay.  Are there other

18   employees at HHS whose requests for

19   access to sensitive systems is -- are

20   evaluated in the same manner as the DOGE

21   team affiliates?

22             MR. HUMPHREYS:  Objection as

23       to scope and form.

24       A     I'm not sure I'm following your

25   question.

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 38

1            Can you repeat that?

2       Q    Yeah, I guess my understanding

3    your testimony earlier is that the DOGE

4    team affiliates identify the need to

5    access the system and are able to choose

6    the systems to access; is that correct?

7       A    That is correct.

8       Q    Okay.  Is that true for all HHS

9    employees?

10           MR. HUMPHREYS:  Objection as

11       to scope.

12      A    No, it is not true, because

13   employees are brought in for different

14   reasons, in this case this team was

15   brought in to look across HHS at multiple

16   systems as compared to individuals who

17   are brought in potentially to work on

18   certain systems.

19           So they -- they -- their --

20   they may not be deemed access to any

21   system across HHS because they have

22   different employee -- employee-met

23   responsibilities.

24      Q    So is it fair to say that there

25   are different policies that apply to the

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 39

1    DOGE team affiliates with respect to

2    access to sensitive systems than those

3    that apply to other HHS employees?

4             MR. HUMPHREYS:  Objection as

5        to form.

6        A    I don't believe that there's

7    different policies.

8        Q    Okay.  Why not?

9        A    Because employees are brought

10   on and given access to the systems that

11   are part of their responsibilities.

12       Q    Mm-hmm.

13       A    Just like the DOGE team was

14   brought on and given access to the

15   systems that were part of their

16   responsibilities.

17            So the policy is the same, they

18   just have access to broad -- broader

19   amount of systems across the department.

20       Q    Are there any systems that the

21   DOGE team affiliates would not be granted

22   access to if they requested access?

23            MR. HUMPHREYS:  Objection as

24       to scope and speculative.

25       A    I do not know.

Page 40

1      Q     Can you identify any systems

2    that -- that they would be denied access

3    to?

4      A     They would -- yes, I can,

5    actually, because we have systems that

6    are at the classified level, and they

7    would not be granted access to those

8    systems because I do not believe they

9    have classified access.

10     Q     And aside from classified

11   systems, are there any systems at HHS

12   that the DOGE team affiliates would be

13   denied access to?

14          MR. HUMPHREYS:  Objection as

15      to scope.

16     A     I do not know.  There's over

17   1200 systems, so I can't say that for

18   certain.

19     Q     But you can't identify any

20   specific systems today?

21     A     No, I cannot.

22     Q     Okay.  Has anyone at HHS raised

23   concerns about violations of the law

24   regarding the DOGE team affiliates'

25   actions at HHS?

Page 41

1           MR. HUMPHREYS:  Objection as

2      to scope, and I'll instruct the

3      witness not to answer.

4           (Instruction)

5           MS. HINSON:  Can we take a

6      really short break?

7           (Recess.)

8           MS. HINSON:  Are we ready to

9      go back on?

10           MR. HUMPHREYS:  She would

11      like to make -- never mind, I'm

12      losing it.

13           MS. HINSON:  Okay.

14           THE WITNESS:  Okay.

15    BY MS. HINSON:

16      Q    Just a few more questions.

17           Do DOGE team affiliates make

18   requests for access to systems in

19   writing?

20      A    It's been through e-mails.

21      Q    Through e-mails?

22           So I take it there's not, like,

23   a formal form that they're filling out?

24      A    There is not.

25      Q    Has there been another position

Page 42

1     at HHS that HHS views as needing access

2     as broad as that given to the DOGE team

3     affiliates?

4              MR. HUMPHREYS:  Objection as

5        to scope and form.

6        A    Not to my knowledge.

7        Q    Okay.  I wanted to ask about a

8     couple of specific systems.

9              Why did -- it looks like, based

10    on your chart and based on the

11    interrogatory responses, I'm looking at

12    the third page on the top, that Mr. Elez

13    and Mr. Moghaddassi both had access to

14    the national directory of the new hires;

15    is that correct?

16       A    That is correct.

17       Q    Why did they need access to the

18    national directory of new hires?

19       A    In order to determine if there

20    was potential waste, fraud and abuse

21    within the system.

22       Q    Was there any specific reason

23    to think there was waste, fraud and abuse

24    in the system?

25       A    Well, this system --

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 43

1          MR. HUMPHREYS:  Objection as

2     to scope.

3          Excuse me.

4     A     This system documents child

5  support, and it's an entitlement system,

6  so they were looking at that system as an

7  entitlement system to see if the payments

8  led to any type of potential fraud, waste

9  or abuse.

10     Q     And what, specifically, were

11  they looking for?

12          MR. HUMPHREYS:  Objection as

13     to scope, and I'll instruct the

14     witness not to answer.

15          MS. HINSON:  Brad, it goes

16     to their use of the systems.

17          MR. HUMPHREYS:  Well, it

18     goes to their subjective intent in

19     the use of the systems, not how

20     they actually used them.

21              (Instruction)

22  BY MS. HINSON:

23     Q     Okay.  What was HHS's

24  understanding of why they needed access

25  to the national directory of new hires?

Page 44

1              MR. HUMPHREYS:  That's fine,

2       go ahead.

3       A     HHS's understanding is the fact

4    that this system tracks child support

5    payments and so, therefore, they were

6    looking to see if there were any fraud,

7    waste and abuse amongst the payments.

8       Q     What kind of fraud, waste and

9    abuse did HHS think might be in the

10   system?

11      A     I do not know.

12      Q     So why did HHS grant Mr. Elez

13   and Mr. Moghaddassi access to look for

14   waste, fraud and abuse?

15      A     Because the system is an

16   entitlement system that captures

17   financial data, and so they were looking

18   to see if it potentially would be a

19   system that had waste, fraud and abuse.

20      Q     First of all, what do you mean

21   by entitlement system?

22      A     An entitlement system is

23   a system -- some of the systems that

24   tracks if somebody is paid money, paid a

25   grant, right, so many of these systems

Page 45

1    are entitlement systems, which has

2    payments or tracks -- tracks funding

3    exchanges.

4        Q    So correct me if I'm wrong, but

5    my understanding of what you're saying is

6    there wasn't a specific reason that HHS

7    thought there were waste, fraud and abuse

8    in the system, but the fact that it was

9    an entitlement system meant that the DOGE

10   team affiliates would be permitted to

11   check it for waste, fraud and abuse; is

12   that right?

13            MR. HUMPHREYS:  Objection as

14       to form.

15       A    That is correct.

16       Q    And then I wanted to also ask

17   about the -- oh, yes, sorry, one more

18   question about that one.

19            On the chart, it says, I

20   think it's in the fourth column from

21   the left, which is the PII/PHI column

22   it says:  National directory of new

23   hires, and a bracket, 2025 draft,

24   close bracket.

25            And I guess I'm just -- what

Page 46

1    does the 2025 draft claim to mean?

2        A    This is information that I

3    pulled from the privacy impact

4    assessments, and so there was a draft

5    that we are finalizing that this is just

6    the document that I pulled the

7    information from.

8        Q    Does this -- does the

9    information in the national directory of

10   new hires change every year?

11       A    No, it does not.

12       Q    Okay.  Can you maybe explain to

13   me, I understand it's the -- the document

14   that you pulled the data from, but, like,

15   what is -- what does it mean to say, it's

16   a 2025 draft?

17       A    It's just -- it's in -- it's --

18   the draft hasn't been finalized yet.

19       Q    Okay.  Okay.  And then, on the

20   next page, it talks about the -- on

21   unaccompanied children, sorry,

22   unaccompanied alien children and

23   unaccompanied children portal, why -- and

24   I believe Mr. Schutt was granted access

25   to that; is that correct?

Page 47

1        A      That is correct.

2        Q      And why was he granted access

3    to that?

4        A      This one was -- he was granted

5    access for this to make the determination

6    that the system had any indication of

7    waste, fraud or abuse.

8        Q      Did HHS have any specific

9    reason to believe that the system

10    contained evidence of waste, fraud or

11    abuse?

12             MR. HUMPHREYS:  Objection to

13        form.

14        A      To my knowledge, they did not.

15        Q      And so why did they grant

16    Mr. Schutt access to the system to check

17    for waste, fraud or abuse?

18        A      Often it was a situation where

19    they looked at the system from an audit

20    perspective, to see if there was any

21    indications of the potential for waste,

22    fraud and abuse.

23        Q      And when you're saying from an

24    audit perspective was for the DOGE team

25    affiliates doing the audit?

Page 48

1        A      They were looking, yes, to see

2     if this potentially had the indication of

3     waste, fraud and abuse.

4        Q      What kind of waste, fraud and

5     abuse were they looking for?

6        A      For this one, just reading

7     through the information, give me one

8     minute.

9            This one has the employment

10    information and sponsor information, so

11    it has financial account information in

12    that system, so it does track financial

13    information in that system.

14       Q      And whose financial information

15    does it track?

16       A      Has for the sponsors from an

17    unaccompanied child.

18       Q      And can you explain how that

19    would help identify waste, fraud and

20    abuse from the government?

21            MR. HUMPHREYS:  Objection to

22       scope.

23       A      My understanding is they were

24    looking to see if the payments to the

25    sponsors were legal and legitimate.

Page 49

```
 1       Q     And they were basing that, in
 2   part, on the financial information of the
 3   sponsors?
 4           MR. HUMPHREYS:  Objection as
 5       to scope.
 6       A     That's correct.
 7       Q     Did Mr. Schutt find any
 8   indications of waste, fraud or abuse in
 9   the unaccompanied children portal?
10           MR. HUMPHREYS:  Objection as
11       to scope, instruct the witness not
12       to answer.
13               (Instruction)
14           MS. HINSON:  It goes
15       directly to the use of sensitive
16       systems.
17           MR. HUMPHREYS:  No, it goes
18       to his findings, not how he used
19       the system, and I think that's
20       how -- his individual findings, I
21       don't think that's within the
22       topic.
23           How he used the systems
24       would be what did he access, you
25       know, what did he look at, I don't
```

Page 50

1        see how that's within this general

2        topic of use.

3   BY MS. HINSON:

4        Q    Before granting Mr. Schutt

5    access to the unaccompanied children

6    portal was HHS aware of any indications

7    of waste, fraud or abuse within that

8    system?

9            MR. HUMPHREYS:  Objection as

10       to scope.

11           You can answer.

12       A    I do not know.

13           MS. HINSON:  Okay.  All

14       right.  That's all I have.

15           MR. HUMPHREYS:  Thank you.

16           I think we may have

17       redirect, but give us one minute.

18           We'll keep it quick.

19           MS. HINSON:  Okay.

20           (Recess.)

21               EXAMINATION

22   BY MR. HUMPHREYS:

23       Q    Do you recall testifying

24    earlier about remote access to HHS

25    systems?

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 51

1      A     Yes.

2      Q     Is remote access possible?

3      A     Remote access is possible using

4    an HHS laptop that they have a specific

5    user name and password and also a PIF

6    card to access those systems.

7           And it is also through a VPN on

8    the network into the -- even to the point

9    where if it's a CMS system they will have

10   use of a CMS laptop, and if it's an HHS

11   department system they would use an HHS

12   laptop.

13     Q     Are there any other

14   restrictions?

15     A     Has to be an HHS-issued

16   equipment.  You could not get to it, that

17   system, from outside our database without

18   using an HHS-issued computer.

19     Q     Thank you.

20           Do you recall, also, testifying

21   about the identification of waste, fraud

22   and abuse?

23     A     Yes, I do.

24     Q     How would one go about

25   identifying waste, fraud and abuse?

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 52

1       A       They would have to have access

2    to the system and then they would have to

3    look at that system for potential waste,

4    fraud and abuse to do an assessment of

5    the systems.

6            MR. HUMPHREYS:  That's all I

7        have.  I pass the witness.

8            MS. HINSON:  We're good,

9        thanks.

10            MR. HUMPHREYS:  Thanks.

11            (Signature having not been

12    waived, the deposition of Jennifer

13    Wendel was concluded at 4:12 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

1             ACKNOWLEDGMENT OF DEPONENT

2

3         I, JENNIFER WENDEL, do hereby

4   acknowledge that I have read and examined

5   the foregoing testimony, and the same is a

6   true, correct and complete transcription of

7   the testimony given by me and any

8   corrections appear on the attached Errata

9   sheet signed by me.

10

11   _____    _____

12         (DATE)                (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

Page 54

1          CERTIFICATE OF SHORTHAND REPORTER

2          I, Cassandra E. Ellis, Registered

3    Professional Reporter, Registered Merit

4    Reporter, Registered Diplomate Reporter,

5    California Certified Shorthand Reporter, the

6    officer before whom the foregoing

7    proceedings were taken, do hereby certify

8    that the foregoing transcript is a true and

9    correct record of the proceedings; that said

10   proceedings were taken by me

11   stenographically and thereafter reduced to

12   typewriting under my supervision; and that I

13   am neither counsel for, related to, nor

14   employed by any of the parties to this case

15   and have no interest, financial or

16   otherwise, in its outcome.

17               IN WITNESS WHEREOF, I have

18   hereunto set my hand this 10th day of April

19   2025.

20

21

22   _____

23   Cassandra E. Ellis, CA, HI-CSR, WA-CCR, RMR,

24   RDR, CRR, Realtime Systems Administrator

25

Page 55

```
 1              E R R A T A   S H E E T

 2        IN RE:  AFL-CIO, et al., v. DEPARTMENT

 3    OF LABOR, et al.

 4    RETURN BY: _____

 5    PAGE     LINE     CORRECTION AND REASON

 6    _____    _____    _____

 7    _____    _____    _____

 8    _____    _____    _____

 9    _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23

24    _____      _____

25       (DATE)                  (SIGNATURE)
```

```
1    E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  AFL-CIO, et al., v. DEPARTMENT

3    OF LABOR, et al.

4    RETURN BY: _____

5    PAGE     LINE      CORRECTION AND REASON

6    _____    _____     _____

7    _____    _____     _____

8    _____    _____     _____

9    _____    _____     _____

10   _____    _____     _____

11   _____    _____     _____

12   _____    _____     _____

13   _____    _____     _____

14   _____    _____     _____

15   _____    _____     _____

16   _____    _____     _____

17   _____    _____     _____

18   _____    _____     _____

19   _____    _____     _____

20   _____    _____     _____

21   _____    _____     _____

22   _____    _____     _____

23

24   _____   _____

25       (DATE)                 (SIGNATURE)
```

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

**A**

**ability** 16:25 17:1
19:6 29:22 34:14
36:2
**able** 34:20,25 38:5
**abuse** 27:14 32:12
32:18 33:4,10
42:20,23 43:9
44:7,9,14,19 45:7
45:11 47:7,11,17
47:22 48:3,5,20
49:8 50:7 51:22
51:25 52:4
**access** 10:7,20,21
11:14,21 12:9,13
13:2,10,23 14:2,5
14:9,14,20 15:10
15:14 16:7 18:12
19:10 22:7,13
23:3,25 24:1
26:25 27:8,9,11
27:17 29:9,12
30:9 31:5,20,23
32:2 33:12,14
34:9,12,20 35:1
35:22 36:8,10,12
36:17,22 37:1,14
37:19 38:5,6,20
39:2,10,14,18,22
39:22 40:2,7,9,13
41:18 42:1,13,17
43:24 44:13 46:24
47:2,5,16 49:24
50:5,24 51:2,3,6
52:1
**account** 48:11
**accounting** 11:16
**accounts** 31:15
**accurate** 11:11
27:3 35:7
**acknowledge** 53:4
**ACKNOWLED...**
53:1
**acquisition** 27:2
32:24
**actions** 40:25

**activity** 24:24 25:6
25:21
**Administrator** 2:8
54:24
**affiliate** 30:8 36:9
36:22 37:1
**affiliates** 14:17
15:5,10 16:14
19:1,12,20 21:5
21:12,17 26:13,17
29:9,12 31:5,24
34:20,24 35:5,16
36:8 37:8,21 38:4
39:1,21 40:12
41:17 42:3 45:10
47:25
**affiliates'** 31:8
40:24
**AFL-CIO** 1:4 55:2
56:2
**afternoon** 6:8,9
**Ageorge@democ...**
3:11
**ahead** 7:20 17:14
44:2
**AI** 37:8
**al** 1:4,8 55:2,3 56:2
56:3
**ALEXA** 3:3
**alien** 46:22
**allow** 19:12
**allows** 16:18,21
**AMAN** 3:8
**Amilton@relma...**
3:6
**amount** 39:19
**Amy** 14:24
**analysis** 27:19
28:20
**analytics** 29:6
**ANDREW** 3:16
**answer** 4:20 6:24
7:9,19,20 8:1
12:19 13:15 19:4
20:7 22:24 26:22
29:17 30:13 32:5
37:5 41:3 43:14

49:12 50:11
**API** 16:18 17:11,21
19:2,10,13,16,24
20:19 21:3,15
**appear** 53:8
**appears** 12:8
**apply** 38:25 39:3
**approval** 19:7 30:5
**April** 1:16 2:12 5:3
54:18
**Aram** 12:9 14:23
**aside** 9:7 21:3,15
29:4 40:10
**asked** 8:8 24:12
**asking** 13:19
**assertion** 24:17
**assessment** 52:4
**assessments** 46:4
**associated** 18:12
**assume** 8:7
**assuming** 13:20
**attached** 53:8
**attorneys** 9:7
**audit** 47:19,24,25
**authority** 20:13,24
**aware** 50:6

**B**

**B** 3:9
**back** 16:19,22 41:9
**backdoor** 15:17,23
15:24 16:11
**based** 12:6 15:7
17:2,15 19:8
31:20 42:9,10
**basing** 49:1
**basis** 24:16 25:1,17
25:19
**behalf** 3:2,8,14
6:15
**behavior** 31:18
**believe** 18:16 27:1
39:6 40:8 46:24
47:9
**bench** 28:20 29:6
**BENJAMIN** 3:15
**BERNIE** 3:16

**best** 11:9 28:7
29:21
**bit** 13:19 14:13
34:18 36:6
**Box** 3:10
**bracket** 45:23,24
**Brad** 14:24 43:15
**BRADLEY** 3:15
**Bradley.humphr...**
3:18
**break** 7:24,25
33:21 41:6
**briefing** 12:4,5
13:5
**bring** 9:19
**broad** 39:18 42:2
**broader** 39:18
**brought** 10:11
38:13,15,17 39:9
39:14

**C**

**C** 3:1 6:1 56:1
**CA** 54:23
**CA-CSR** 1:22
**California** 2:8 54:5
**capabilities** 34:11
**captures** 44:16
**card** 51:6
**care** 11:15
**carrying** 30:25
**case** 1:6 9:12 12:8
38:14 54:14
**Cassandra** 1:21 2:4
54:2,23
**certain** 10:6 14:7
18:21 38:18 40:18
**CERTIFICATE**
4:12 54:1
**Certified** 2:6,8,10
2:10 54:5
**certify** 54:7
**change** 46:10
**changes** 37:13
**characterization**
12:16
**chart** 28:25 42:10

45:19
**check** 28:12 45:11
47:16
**chief** 19:17
**child** 43:4 44:4
48:17
**children** 46:21,22
46:23 49:9 50:5
**choose** 38:5
**chose** 32:2
**claim** 46:1
**clarification** 34:5
**clarify** 8:14 14:4
17:23 32:14 34:7
34:16,22
**Clark** 19:18
**classified** 40:6,9,10
**clear** 17:19 30:17
33:8
**close** 45:24
**cloud** 20:22
**cloud-based** 17:7
**CMS** 18:24 32:25
51:9,10
**COLFAX** 3:3
**colleague** 14:15
**COLUMBIA** 1:2
**column** 10:23
45:20,21
**columns** 11:7
**com** 32:25
**comma** 22:2,3,3
**commencing** 2:13
**common** 32:10
**compared** 38:16
**complete** 8:24 53:6
**completed** 31:16
**computer** 51:18
**concerns** 40:23
**concluded** 52:13
**concluding** 2:13
**Conor** 15:1
**consolidated** 27:2
**contained** 47:10
**context** 23:10,23
**continue** 6:23
**CONTINUED** 5:1

contract 27:15
contracting 33:1
contracts 30:4 33:3
  33:5
controls 20:14
copied 21:5 22:2,10
  23:10,21 24:5,13
  24:17 25:2,10
  26:3
copying 23:7
Coristine 14:25
  25:10
correct 13:11 17:4
  18:19 22:5,14
  29:1,2 35:10 36:5
  38:6,7 42:15,16
  45:4,15 46:25
  47:1 49:6 53:6
  54:9
CORRECTION
  55:5 56:5
corrections 53:8
counsel 7:12,15
  10:2 54:13
couple 42:8
course 11:20 12:2
court 1:1 2:10 7:1
CRR 1:21 54:24
Current 10:24
cyber 31:16

              D
D 6:1 56:1
D.C 2:12 3:5,10,17
data 11:17 16:2,16
  20:16,17 21:1
  23:3,6,10,14
  25:21 30:6 34:9
  34:14 35:10 44:17
  46:14
database 11:6
  51:17
DATE 53:12 55:25
  56:25
day 54:18
deactivated 27:3,5
  27:6

deciding 31:4
decision 19:9
DECLARATION
  4:14
deemed 38:20
Defendant 1:9 3:14
DEMOCRACY
  3:9
denied 36:22 40:2
  40:13
deny 37:1
department 1:7,14
  2:2 3:16 4:3 6:3
  6:16 7:14 11:5
  39:19 51:11 55:2
  56:2
DEPONENT 53:1
deposition 1:13 2:1
  4:2 6:2,17 8:12
  9:3,9 52:12
description 5:4
  10:17 35:7
determination
  19:15 32:8 47:5
determine 16:6,10
  17:3 25:6 32:17
  42:19
determining 32:11
difference 22:16
different 13:19
  14:20 35:12 38:13
  38:22,25 39:7
differently 22:20
  22:25
Diplomate 2:6 54:4
directly 49:15
directory 42:14,18
  43:25 45:22 46:9
discussing 18:3
  21:4,16
DISTRICT 1:1,2
document 9:20
  46:6,13
documents 43:4
DOGE 10:6 14:17
  15:4,9 16:13 18:8
  18:9,17 19:1,12

19:19 21:2,4,16
  26:12,16 29:8,11
  29:14 30:1,8 31:5
  31:8,24 34:10,19
  34:24 35:5,15
  36:7,9,22 37:1,7
  37:20 38:3 39:1
  39:13,21 40:12,24
  41:17 42:2 45:9
  47:24
doing 33:17 47:25
DOJ 9:6
draft 45:23 46:1,4
  46:16,18
duties 31:21

              E
E 1:21 2:4 3:1,1,2
  6:1,1 54:2,23 55:1
  55:1,1 56:1,1,1,1
e-mails 41:20,21
earlier 8:13,15
  34:19 35:5 36:4
  38:3 50:24
Edward 14:25
EHR 28:18
Elez 15:1 25:23
  42:12 44:12
Ellis 1:21 2:4 54:2
  54:23
employed 54:14
employee 23:18
  38:22
employee-met
  38:22
employees 10:6
  37:18 38:9,13
  39:3,9
employment 48:9
engage 31:7
ensure 20:1,25
  25:20 31:14
entitlement 43:5,7
  44:16,21,22 45:1
  45:9
environment 20:22
equipment 51:16

Errata 4:15 53:8
ESQUIRE 3:8,9,15
  3:15,16
established 14:15
  30:1
establishes 18:9
establishing 18:7
  18:17
et 1:4,8 55:2,3 56:2
  56:3
evaluate 36:18
evaluated 37:20
eventually 14:16
evidence 47:10
exact 18:4
EXAMINATION
  4:1,5 6:6 50:21
examined 53:4
example 32:23
exchanges 45:3
excuse 21:25 28:19
  43:3
executive 17:2,16
  17:20,23 18:2,5,8
  18:10,24 19:5
  27:12 29:13,21,23
  30:15,19,20 31:1
  33:15
exfiltrated 21:1
exhibit 5:5,6 9:16
  9:21 10:10 12:24
  27:22,23,24 28:4
EXHIBITS 5:1
explain 10:13 46:12
  48:18

              F
fact 27:6 44:3 45:8
fair 8:9 38:24
familiar 9:23
far 10:23 28:10
Farritor 14:25 24:5
  24:12,15
Farritor's 26:25
February 18:6,15
  18:24 30:2
Feel 28:11

Fennessy 15:1
  25:24
file 16:14 19:20
filling 41:23
finalized 46:18
finalizing 46:5
financial 44:17
  48:11,12,14 49:2
  54:15
find 14:1 49:7
findings 49:18,20
fine 7:17 8:15 44:1
finish 7:6,8
finished 27:19
first 6:23 11:7 18:9
  18:11 44:20
follow 34:17
following 37:24
follows 6:5
foregoing 53:5 54:6
  54:8
forgot 8:13
form 13:13 17:13
  20:5 21:10 22:22
  26:6 31:11 37:23
  39:5 41:23 42:5
  45:14 47:13
formal 41:23
forth 16:19,22
FORWARD 3:9
foundation 3:9
  12:17
fourth 45:20
fraud 27:13 32:11
  32:18 33:4,10
  42:20,23 43:8
  44:6,8,14,19 45:7
  45:11 47:7,10,17
  47:22 48:3,4,19
  49:8 50:7 51:21
  51:25 52:4
free 28:11
funding 45:2

              G
G 6:1
gears 14:13

general 11:16 50:1
GEORGE 3:8
getting 30:4
give 6:24 8:24
  27:21 32:17 48:7
  50:17
given 10:7 12:8
  17:3 31:15 34:12
  39:10,14 42:2
  53:7
Gleason 14:24 22:1
go 6:22 7:19 12:5
  14:18 16:19,22
  17:14 20:21 34:25
  41:9 44:2 51:24
goes 43:15,18 49:14
  49:17
going 8:7 11:22
  12:3,10,13 14:18
  15:25 16:2 17:6
  27:21
good 6:8,9 52:8
government 48:20
grant 17:3 31:5
  44:12,25 47:15
granted 10:21
  11:21,23 12:2,9
  12:12 13:22 22:7
  22:12 29:12 30:8
  31:19,22 39:21
  40:7 46:24 47:2,4
granting 50:4
grants 17:18 19:8
  30:4 33:7
Great 7:11,15 9:13
  15:9
ground 6:20
guess 11:25 38:2
  45:25

                H
H 55:1 56:1
HAC 3:2,3
hand 54:18
handed 28:2
happens 20:15
Hawaii 2:10

head 6:25
health 1:14 2:2 4:3
  6:3,16 11:15
held 2:11
help 48:19
hereunto 54:18
HHS 9:6 10:6
  15:11,14 16:5,9
  16:15 18:25 19:6
  20:22 21:5,12,16
  21:17,18 23:10,14
  23:18 24:6,9,13
  24:18 25:3,10,14
  26:3,3,10,10,14
  26:18,25 27:1,12
  28:5 31:4,6 32:12
  34:20,21 35:1,6,7
  35:17,17,22,23
  37:9,13,18 38:8
  38:15,21 39:3
  40:11,22,25 42:1
  42:1 44:9,12 45:6
  47:8 50:6,24 51:4
  51:10,11
HHS's 28:6 43:23
  44:3
HHS-issued 51:15
  51:18
HI-CSR 1:22 54:23
HIGLAS 11:14,15
  12:1,2,3 13:10,23
Hinson 3:2 4:6 6:7
  9:18 12:18 13:14
  17:25 18:1 20:6
  22:23 26:21 27:20
  28:1,13 30:12
  33:20,24 34:6
  41:5,8,13,15
  43:15,22 49:14
  50:3,13,19 52:8
hires 42:14,18
  43:25 45:23 46:10
holistically 31:13
home 35:1
hour 6:21
HR 28:18,23
Human 1:14 2:2

4:3 6:3,16
Humphreys 3:15
  4:7 12:15 13:12
  15:19 17:12,22
  19:3 20:4 21:7,9
  21:19 22:21 26:5
  26:19 28:11,16
  29:16 30:10,22
  31:10 32:3 33:22
  34:2 35:18 37:3
  37:22 38:10 39:4
  39:23 40:14 41:1
  41:10 42:4 43:1
  43:12,17 44:1
  45:13 47:12 48:21
  49:4,10,17 50:9
  50:15,22 52:6,10

                I
identification 9:17
  27:25 51:21
identified 36:4
identifier 11:1
identify 29:20
  36:11 38:4 40:1
  40:19 48:19
identifying 51:25
IDR 11:15,17,21,22
  13:5,10,23 14:10
impact 46:3
important 7:4
include 13:4
including 23:17
INDEX 4:1 5:1
INDEXED 4:9
indicated 25:21
indication 47:6
  48:2
indications 47:21
  49:8 50:6
individual 49:20
individualized 31:7
individually 31:13
individuals 31:14
  38:16
inference 33:13,17
information 4:17

10:18 11:10 16:19
  16:22 17:5 18:18
  20:1,10,10 23:5
  24:22 25:7 27:15
  32:17,19,21,25
  46:2,7,9 48:7,10
  48:10,11,13,14
  49:2
infrastructure 16:1
initial 27:19
instruct 41:2 43:13
  49:11
INSTRUCTED
  4:20
Instruction 41:4
  43:21 49:13
INSTRUCTIONS
  4:13
instructs 7:19
integrated 11:16,17
intent 43:18
interacted 20:16
interest 54:15
interface 16:4
internal 17:8
interrogatory 12:7
  12:21,23 13:6
  21:23 26:1,24
  28:6 42:11
investment 10:25
  11:3
Investments 5:5
involved 30:15
issued 29:15

                J
J-e-n-n-i-f-e-r 6:13
January 29:25
  37:15
Jennifer 1:15 2:3
  4:4,11 5:2 6:4,12
  52:12 53:3
Jeremy 15:2
Job 1:25
Justice 3:16 7:14
justification 17:4
  17:18

justifications 19:7

                K
keep 50:18
kind 14:5 32:21
  44:8 48:4
knew 33:16
know 7:24 8:5,15
  8:17 10:3 14:3,9
  14:11 18:4 22:19
  29:18 32:1,6
  35:15,20 36:15
  37:6 39:25 40:16
  44:11 49:25 50:12
knowledge 11:10
  15:12,15,21 21:11
  21:21 23:13,19
  24:11 25:11,15
  26:7,11,15,23
  28:7 29:10 31:3
  37:12 42:6 47:14
KURLAND 3:15
Kyle 15:1

                L
L 3:17
labeled 9:21,21
LABOR 1:7 55:3
  56:3
laptop 34:25 35:2
  51:4,10,12
law 40:23
lawsuit 9:24 10:3,5
leaves 20:17
led 43:8
ledger 11:16
left 10:23 45:21
legal 48:25
legitimate 48:25
level 40:6
Lewin 15:2 25:25
lifecycle 32:24
LINE 55:5 56:5
lines 8:11
list 5:6 14:16 28:4
  28:10
listed 6:17 29:5

**lists** 32:9
**literally** 35:16
**little** 13:19 14:13
    34:18 36:6
**lives** 6:22
**log** 35:25 36:2
**logging** 25:20
**logs** 24:22 25:6
**longer** 27:7,7,16
**look** 12:22 13:24
    21:22 25:5 27:13
    38:15 44:13 49:25
    52:3
**looked** 32:8 47:19
**looking** 23:3 33:3,9
    42:11 43:6,11
    44:6,17 48:1,5,24
**looks** 28:14 42:9
**losing** 41:12
**Luke** 14:25 24:5

**M**
**maintained** 27:15
**making** 7:17 33:18
**managements** 30:3
**manner** 20:2 35:24
    37:20
**March** 30:5
**mark** 3:9 27:23
**marked** 5:4 9:16
    27:24 28:3
**Marko** 14:25
**mean** 11:2 15:25
    16:23 23:23,24
    44:20 46:1,15
**means** 11:3
**meant** 45:9
**measures** 19:25
    20:9
**meet** 32:12,15
**mentioned** 19:25
**Merit** 2:5 54:3
**MILTON** 3:3
**mind** 41:11
**Minor** 19:18
**minute** 48:8 50:17
**missing** 28:9,15,17

**Mister** 25:9
**Mm-hmm** 39:12
**modified** 22:2
**modify** 34:14
**Moghaddassi** 12:9
    13:21 14:24 22:9
    23:9 25:1 42:13
    44:13
**money** 44:24
**monitor** 16:5,9
    20:15
**monitored** 16:20
**monitoring** 20:9,25
**Msamburg@de...**
    3:12
**multiple** 23:2 38:15
**multiples** 23:1

**N**
**N** 3:1 6:1 56:1,1
**name** 6:11 18:5
    51:5
**names** 10:17
**national** 42:14,18
    43:25 45:22 46:9
**necessarily** 32:6
**need** 7:23 27:16
    28:12 31:8 36:7
    36:12 38:4 42:17
**needed** 27:7,8,9,11
    43:24
**needing** 42:1
**needs** 31:21
**neither** 54:13
**network** 51:8
**never** 41:11
**new** 42:14,18 43:25
    45:22 46:10
**NIH's** 28:23
**nodding** 6:25
**normal** 11:20 12:1
    16:3
**normally** 11:23
**Northwest** 3:4,17
**Notary** 2:11
**note** 22:15
**notice** 6:18

**O**
**O** 6:1 56:1
**object** 7:16 35:18
**objection** 7:17
    12:15 13:12 15:19
    17:12,13,22 19:3
    20:4 21:7,9,19
    22:21 26:5,6,19
    29:16 30:10,23
    31:10 32:3 37:3
    37:22 38:10 39:4
    39:23 40:14 41:1
    42:4 43:1,12
    45:13 47:12 48:21
    49:4,10 50:9
**occurred** 24:24
**occurs** 20:11
**officer** 19:18 54:6
**OGC** 9:6,6
**oh** 28:19 34:2 45:17
**okay** 9:19 11:8,13
    11:25 12:6 14:12
    14:12,14,23 15:3
    16:21 17:10 18:13
    18:16,22,22 22:15
    23:9,20 24:2,16
    24:25 26:9,12
    27:20 28:2,22,24
    29:3,11,24 30:7
    31:2,4 32:1 33:20
    33:22,25 34:6
    35:11,14,21 36:6
    36:25 37:7,13,17
    38:8 39:8 40:22
    41:13,14 42:7
    43:23 46:12,19,19
    50:13,19
**operate** 20:13,24
**order** 17:2,16,20,24
    18:2,5,8,24 19:5
    27:12 30:15 31:1
    33:15 36:16 42:19
**orders** 18:11 29:13
    29:21,23 30:19,20
**originally** 11:6
**outcome** 54:16

**outside** 25:7 26:17
    34:21 35:6,17
    51:17
**owner** 36:15,18,22
**owners** 9:11 24:20
    25:5,20

**P**
**P** 3:1,1,15 6:1
**p.m** 1:17 2:13,14
    52:13
**P.O** 3:10
**page** 4:5,10,21 5:4
    12:22 14:21 21:23
    21:24 22:8 42:12
    46:20 55:5 56:5
**PAGES** 4:9
**paid** 44:24,24
**paper** 28:3
**part** 20:23 28:18,18
    28:23 37:8 39:11
    39:15 49:2
**particular** 20:19
    36:12
**parties** 54:14
**pass** 52:7
**password** 51:5
**payment** 30:3
**payments** 43:7 44:5
    44:7 45:2 48:24
**penalty** 4:14 8:20
**pending** 8:1
**people** 14:16,23
    15:6 23:2 24:4
    35:6
**perform** 31:21
**perjury** 4:14 8:20
**permitted** 17:11,15
    45:10
**perspective** 47:20
    47:24
**PHI** 10:19 29:8
**phrased** 22:17,20
    22:25
**phrasing** 25:25
**physically** 34:21,25
**PIF** 51:5

**PII** 10:18 29:8
**PII/PHI** 45:21
**place** 18:9,11
**plaintiffs** 1:5 3:2,8
    5:1
**please** 6:10,23 7:24
    8:17
**PLLC** 3:3
**PMS** 17:6
**point** 8:12 51:8
**pointed** 29:7
**policies** 38:25 39:7
**policy** 39:17
**portal** 46:23 49:9
    50:6
**position** 41:25
**possible** 6:22 35:22
    51:2,3
**potential** 42:20
    43:8 47:21 52:3
**potentially** 38:17
    44:18 48:2
**practices** 37:14
**preparation** 9:3,8
**President** 29:14
**privacy** 46:3
**PRO** 3:2,3
**proceedings** 54:7,9
    54:10
**process** 16:3
**Professional** 2:4
    54:3
**provided** 34:9,10
**providing** 37:14
**Public** 2:11
**pulled** 46:3,6,14
**purposes** 17:9
**put** 8:16 10:15 28:8

**Q**
**question** 7:7,16,20
    8:1,5,8 10:5 12:1
    24:25 37:25 45:18
**questions** 24:3 34:1
    41:16
**quick** 50:18
**quote** 22:10

**R**

**R** 3:1 6:1 55:1,1
  56:1,1
**Rachel** 15:2
**raised** 40:22
**RDR** 1:21 54:24
**read** 33:15 34:11
  34:11,13 53:4
**reading** 48:6
**ready** 41:8
**really** 41:6
**Realtime** 2:7,7
  54:24
**reason** 8:23 36:12
  36:19,25 42:22
  45:6 47:9 55:5
  56:5
**reasons** 19:11 30:8
  30:21 38:14
**recall** 28:10 50:23
  51:20
**receive** 13:21
**received** 13:3,7,10
  13:16
**Recess** 33:23 41:7
  50:20
**record** 6:11 7:18
  8:16 54:9
**records** 21:5,18
  22:4,6,11 24:6,8
  24:13,18,20,21
  25:3,5,10,13 26:3
  26:10,13,18 29:7
  34:21 35:1,6,17
  37:15
**redirect** 50:17
**reduced** 54:11
**refer** 12:20
**referred** 26:2
**referring** 14:17
  15:6 32:22
**regarding** 30:2,6
  33:7 40:24
**Registered** 2:4,5,6
  54:2,3,4
**related** 29:14 54:13

**RELMAN** 3:3
**remember** 8:12
**remote** 14:13 15:10
  15:13 16:6 50:24
  51:2,3
**removed** 22:3
  26:13
**repeat** 38:1
**rephrase** 8:6
**reporter** 2:5,5,6,7,9
  2:10,11 4:12 7:1
  54:1,3,4,4,5
**repository** 11:18
**represented** 7:12
**requested** 4:17
  15:13 31:20,23
  33:14 39:22
**requesting** 33:12
  36:16
**requests** 31:24
  33:19 37:18 41:18
**require** 14:1
**required** 14:8
  17:17,21 18:25
  19:5 27:12 30:25
  36:11
**requirement** 19:8
**requirements**
  10:20 13:25 14:11
  30:16 32:13,15
**respect** 19:23 37:9
  37:10 39:1
**responses** 12:7,23
  21:23 22:17 26:1
  26:24 28:6 42:11
**responsibilities**
  38:23 39:11,16
**responsible** 9:11,12
**restrictions** 51:14
**retained** 32:19
**RETURN** 55:4
  56:4
**reveal** 35:24
**revealing** 10:1
**review** 31:7
**reviewable** 35:24
**reviewed** 24:20

  31:13,14
**right** 14:7 16:24
  44:25 45:12 50:14
**Riley** 15:2 25:24
**RMR** 1:21 54:23
**RSA** 1:22
**rules** 6:20 31:17

**S**

**S** 3:1,15 6:1 55:1
  56:1
**SAMBURG** 3:9
**saying** 7:2 45:5
  47:23
**says** 10:23 13:1,3
  22:1,9 23:20
  45:19,22
**Schutt** 15:1 25:23
  46:24 47:16 49:7
  50:4
**scope** 19:4 29:17
  30:11 31:11 32:4
  35:19 37:4,23
  38:11 39:24 40:15
  41:2 42:5 43:2,13
  48:22 49:5,11
  50:10
**second** 18:14
**security** 12:3 13:4
  19:23,25 20:8
  31:16
**see** 9:19 18:20 33:3
  43:7 44:6,18
  47:20 48:1,24
  50:1
**seeks** 36:10
**sense** 23:1
**sensitive** 26:18 28:5
  35:23 37:9,10,19
  39:2 49:15
**Services** 1:14 2:2
  4:3 6:3,16
**set** 15:10,16 16:6
  16:10,14,18 17:11
  17:17,21 19:1,9
  19:12,16,20 20:3
  20:18,20,21 54:18

**shaking** 6:25
**share** 34:14
**shared** 21:17 22:3
  22:10 23:14,21
  24:8,13,18 25:2,7
  25:13,22 26:10
  35:9
**sharing** 23:4 34:8
**sheet** 4:15 28:3
  53:9
**short** 34:4 41:6
**Shorthand** 2:9,11
  54:1,5
**shown** 26:17 35:6
  35:16
**shows** 24:23
**Signature** 52:11
  53:12 55:25 56:25
**signed** 31:17 53:9
**silos** 18:18 30:6
**similar** 11:25 24:3
  24:25 25:25 33:6
**situation** 47:18
**slightly** 35:12
**Smith** 14:24
**smoothly** 6:22
**somebody** 23:25
  34:12 44:24
**sorry** 14:4 17:25
  18:25 21:13 28:19
  32:14 34:3,3,22
  45:17 46:21
**speak** 7:5 9:2,8
  36:14
**speaking** 7:6,8
  25:19 34:8
**specific** 13:8,25
  14:9,11 17:5
  20:13 31:8 40:20
  42:8,22 45:6 47:8
  51:4
**specifically** 7:18
  11:14 33:11 43:10
**specifications** 14:3
  14:6,10
**speculative** 39:24
**spell** 6:11

**spoke** 9:10 14:15
**spoken** 24:14,19
  25:4
**sponsor** 48:10
**sponsors** 48:16,25
  49:3
**stands** 27:1
**start** 10:9
**state** 2:9 6:10
**STATES** 1:1
**stating** 25:2
**stenographically**
  54:11
**Street** 3:4,17
**subjective** 43:18
**Suite** 3:4
**summary** 10:16,20
**supervision** 54:12
**support** 43:5 44:4
**sure** 12:22 14:20
  34:24 37:24
**switch** 14:12
**sworn** 4:11 6:5
**system** 9:11 10:16
  10:17,19 11:4,17
  15:11,14,17,23,24
  16:1,11,14,17,24
  17:6,7,8,17 18:12
  19:21 20:12,15,17
  20:23,25 21:6,18
  22:6,12 23:8,11
  23:15 24:19,23
  25:4,8,20 26:14
  26:18 27:2,14
  28:21 29:6 31:9
  31:12 32:24,25
  33:12,14 36:10,13
  36:14,16,17,18,21
  36:23 37:2 38:5
  38:21 42:21,24,25
  43:4,5,6,7 44:4,10
  44:15,16,19,21,22
  44:23 45:8,9 47:6
  47:9,16,19 48:12
  48:13 49:19 50:8
  51:9,11,17 52:2,3
**systems** 2:7 9:12

10:8,22 11:7,24
12:10 13:2 14:20
16:5,10 17:1 20:8
20:11,14 24:1
27:13,14 28:5,9
28:19,23 29:4,13
30:9 31:6,20,23
32:2,9,12,20 33:6
34:15 35:23,23
36:1,4,8 37:10,11
37:19 38:6,16,18
39:2,10,15,19,20
40:1,5,8,11,11,17
40:20 41:18 42:8
43:16,19 44:23,25
45:1 49:16,23
50:25 51:6 52:5
54:24

**T**

**T** 3:8 55:1,1 56:1,1
  56:1
**table** 5:5 10:10,15
  11:11
**take** 7:23,25 33:21
  34:25 41:5,22
**taken** 2:3 20:1 54:7
  54:10
**talk** 14:19
**talked** 36:6
**talking** 17:24
**talks** 46:20
**team** 10:7 14:17
  15:4,10 16:13
  19:1,12,19 21:2,4
  21:17 26:13,16
  29:8,11 30:8 31:5
  31:8,24 34:10,20
  34:24 35:5,15
  36:7,9,22 37:1,7
  37:21 38:4,14
  39:1,13,21 40:12
  40:24 41:17 42:2
  45:10 47:24
**technology** 19:18
**tell** 8:6
**term** 15:4

**Terrell** 15:2 25:24
**testified** 6:5 35:4
**testifying** 6:15 8:20
  50:23 51:20
**testimony** 8:14,24
  34:19 35:8 38:3
  53:5,7
**Thank** 9:22 11:8
  12:25 29:3 34:17
  35:21 50:15 51:19
**thanks** 52:9,10
**things** 32:10
**think** 13:18 24:2
  35:4,11 42:23
  44:9 45:20 49:19
  49:21 50:16
**third** 42:12
**thought** 45:7
**three** 18:10 29:23
**time** 7:23 8:2 34:12
**today** 6:15 7:13
  8:21,25 9:3,9
  10:11,12 40:20
**told** 33:11
**top** 42:12
**topic** 49:22 50:2
**topics** 6:17
**track** 11:4,7 17:17
  19:6 48:12,15
**tracking** 17:8 20:9
  30:3
**tracks** 44:4,24 45:2
  45:2
**training** 11:22,24
  13:3,5,8,17,22,25
  14:2,5,8 31:17
**trainings** 12:11,14
**transcript** 54:8
**transcription** 53:6
**transfer** 16:14
  19:21
**transferred** 20:2
**transferring** 23:7
**true** 36:3 38:8,12
  53:6 54:8
**truthful** 8:24
**try** 7:6,8 8:5 21:14

**Tuesday** 1:16 2:12
  5:3
**two** 11:7 22:16
**type** 14:1 19:20
  43:8
**types** 14:9
**typewriting** 54:12

**U**

**U** 56:1
**UII** 10:24
**unaccompanied**
  46:21,22,23 48:17
  49:9 50:5
**unauthorized**
  22:11 23:22,23,24
**understand** 6:14
  8:4,7,19 11:18
  13:18 15:5,22
  30:18 46:13
**understanding**
  10:4 17:20 18:23
  27:18 30:24 38:2
  43:24 44:3 45:5
  48:23
**UNITED** 1:1
**unquote** 22:11
**use** 43:16,19 49:15
  50:2 51:10,11
**user** 12:2 16:3
  23:24 51:5
**users** 22:11 23:22
  23:23
**uses** 15:4

**V**

**v** 1:6 55:2 56:2
**vague** 15:20 17:23
  21:20 26:20
**valid** 36:19
**verbal** 6:24
**verify** 13:7
**versus** 16:2
**VICE** 3:2,3
**views** 42:1
**violations** 40:23
**VPN** 51:7

**W**

**W-e-n-d-e-l** 6:13
**WA-CCR** 1:22
  54:23
**waived** 52:12
**want** 8:14 10:9
  14:12
**wanted** 11:13 34:15
  35:11 42:7 45:16
**Washington** 2:9,12
  3:5,10,17
**wasn't** 45:6
**waste** 27:13 32:11
  32:18 33:4,10
  42:20,23 43:8
  44:7,8,14,19 45:7
  45:11 47:7,10,17
  47:21 48:3,4,19
  49:8 50:7 51:21
  51:25 52:3
**way** 22:16 34:15
**We'll** 50:18
**we're** 7:1 14:21
  52:8
**Wendel** 1:15 2:3
  4:4,11 6:4,12
  52:13 53:3
**WENDELL** 5:2
**weren't** 23:6
**WHEREOF** 54:17
**witness** 4:13,20
  34:3 41:3,14
  43:14 49:11 52:7
  54:17
**work** 14:21 28:20
  30:25 37:8 38:17
**workforce** 28:20
  29:5
**wouldn't** 32:16
**writing** 41:19
**wrong** 45:4

**X**

**x** 1:3,10

**Y**

**Yeah** 34:7 38:2

**year** 46:10

**Z**

**Zach** 15:1
**Zhinson@relma...**
  3:6
**ZOILA** 3:2

**0**

**1**

**1:25-cv-00339-J...**
  1:7
**1:46** 1:19
**10519** 1:25
**10th** 54:18
**11** 15:6 26:25
**1100** 3:17
**12** 12:22 22:8
**1200** 40:17
**1225** 3:4
**14448** 1:22
**18** 29:4
**19** 36:4
**19th** 3:4 37:15

**2**

**2:58** 2:13
**20005** 3:17
**20036** 3:5
**20043** 3:10
**202** 3:5,11,18
**2025** 1:16 2:12 5:3
  37:15 45:23 46:1
  46:16 54:19
**21st** 29:25
**27** 5:6

**3**

**30(b)(6)** 1:13 2:1
  4:2 6:2
**305-0878** 3:18
**34553** 3:10

**4**

**4:12** 2:14 52:13
**43** 4:22
**448-9090** 3:11

**49** 4:22

**5**

**50** 4:7
**53** 4:14
**54** 4:12
**55** 4:15

**6**

**6** 4:6,11 21:24
**600** 3:4

**7**

**7** 12:24
**728-1888** 3:5

**8**

**8** 1:16 2:12 5:3,5
9:16,21 10:10

**9**

**9** 5:5,6 27:22,23,24
28:4