# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-----------------------x

AFL-CIO, et al.,          :

          plaintiffs,     :

v.                        :   CASE NO.

DEPARTMENT OF LABOR,      :   1:25-cv-00339-JDB

et al.,                   :

          Defendant.      :

-----------------------x


30(b)(6) Deposition of

DEPARTMENT OF LABOR through

RICKY KRYGER

Tuesday, April 8, 2025

9:26 a.m.


BEFORE: Cassandra E. Ellis, RMR, RDR, CRR,

RSA, CA-CSR 14448, WA-CCR, HI-CSR


Job No.: 10519

b7697e3a-7f70-4490-af68-d89c44ceedd6

1          The 30(b)(6) Deposition of

2     DEPARTMENT OF LABOR through RICKY KRYGER,

3     taken before CASSANDRA E. ELLIS, Registered

4     Professional Reporter, Registered Merit

5     Reporter, Registered Diplomate Reporter,

6     Certified Realtime Reporter, Realtime

7     Systems Administrator; California Certified

8     Shorthand Reporter; Washington State

9     Certified Court Reporter; Hawaii Certified

10    Shorthand Reporter; Notary Public, held in

11    Washington, D.C., on Tuesday, April 8, 2025,

12    commencing at 9:26 a.m. and concluding at

13    12:14 p.m.

14

15

16

17

18

19

20

21

22

23

24

25

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 3

```
 1              A P P E A R A N C E S

 2       ON BEHALF OF THE PLAINTIFFS:
              ZOILA E. HINSON, PRO HAC VICE
 3            ALEXA MILTON, PRO HAC VICE
              RELMAN COLFAX PLLC
 4            1225 19th Street, Northwest
              Suite 600
 5            Washington, D.C.  20036
              (202) 728-1888
 6            Zhinson@relmanlaw.com
              Amilton@relmanlaw.com
 7

 8       ON BEHALF OF THE PLAINTIFFS:
              AMAN T GEORGE, ESQUIRE
 9            MARK B. SAMBURG, ESQUIRE
              DEMOCRACY FORWARD FOUNDATION
10            P.O. Box 34553
              Washington, D.C.  20043
11            (202) 448-9090
              Ageorge@democracyforward.org
12            Msamburg@democracyforward.org

13

14
         ON BEHALF OF THE DEFENDANT:
15            BRADLEY P. HUMPHREYS, ESQUIRE
              BENJAMIN S. KURLAND, ESQUIRE
16            ANDREW BERNIE, ESQUIRE
              US DEPARTMENT OF JUSTICE
17            1100 L Street, Northwest
              Washington, D.C.  20005
18            (202) 305-0878
              Bradley.humphreys@usdoj.gov
19

20
         ALSO PRESENT:  Joe Plick, DOL
21

22

23

24

25
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 4

1                    INDEX TO EXAMINATION

2    30(b)(6) Deposition of

3    DEPARTMENT OF LABOR through

4    RICKY KRYGER

5    EXAMINATION                              PAGE

6        By Ms. Hinson                        7

7

8                    INDEXED PAGES

9                                             PAGE

10   RICKY KRYGER, sworn                      7

11   REPORTER CERTIFICATE                     138

12   INSTRUCTIONS TO WITNESS (none)

13   DECLARATION UNDER PENALTY OF PERJURY     137

14   ERRATA SHEET                             139

15

16              INFORMATION REQUESTED

17                    None

18

19       WITNESS INSTRUCTED NOT TO ANSWER

20                    PAGES

21           4, 5, 120, 134, 136

22

23

24

25

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 5

1              INDEX TO PLAINTIFFS EXHIBITS

2                    RICKY KRYGER

3                Thursday, April 8, 2025

4    MARKED              DESCRIPTION              PAGE

5    Exhibit 1  Plaintiffs' Notice of Rule    13

6         30(b)(6) DEPOSITION OF Department

7         Of Labor

8    Exhibit 2  Declaration of Adam Ramada    16

9    Exhibit 3  Declaration of Ricky J.       19

10        Kryger

11   Exhibit 4  EPACS Operator Account        31

12        Request Bates Stamped

13        25CV339_DOL00001

14   Exhibit 5  Privileged User/System        31

15        Administrator Request Bates

16        Stamped 25CV339 DOL00028

17   Exhibit 6  Defendants' Objections and    46

18        Responses to Plaintiffs'

19        Requests For Expedited Discovery,

20        Including Supplemental Responses

21   Exhibit 7  Presidential Documents:       61

22        Executive Order 14243 of

23        March 20, 2025

24

25

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 6

1      INDEX TO PLAINTIFFS EXHIBITS CONTINUED

2                  RICKY KRYGER

3               Thursday, April 8, 2025

4    MARKED              DESCRIPTION            PAGE

5    Exhibit 8  Request to Access DOL        93

6         Information Systems Bates

7         Stamped 25CV339_DOL00022

8    Exhibit 9  U.S. Department of Labor     108

9         User Agreement Bates Stamped

10        25CV339_DOL00194

11   Exhibit 10  U.S. Department of Labor    108

12        User Agreement Bates Stamped

13        25CV339_DOL00104

14

15

16

17

18

19

20

21

22

23

24

25

b7697e3a-7f70-4490-af68-d89c44ceedd6

```
1              P R O C E E D I N G S
2              MR. HUMPHREYS:  Let me say
3         that defendants Mr. Kryger would
4         like to read ask sign.
5              MS. HINSON:  No problem.
6              MR. HUMPHREYS:  Thank you.
7    30(b)(6) Deposition of DEPARTMENT OF LABOR
8              Through RICKY KRYGER
9      having been sworn, testified as follows:
10                   EXAMINATION
11   BY MS. HINSON:
12        Q    Good morning.
13        A    Good morning.
14        Q    Thank you so much for joining
15   us this morning.
16             How are you?
17        A    Good.
18        Q    Can you state and spell your
19   name for the record?
20        A    It's -- my legal name is Ricky,
21   R-i-c-k-y, and last name is Kryger,
22   K-r-y-g-e-r, but I go by Rick.
23        Q    Thank you.
24             So I'm just going to start by
25   going over a few ground rules for today,
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 8

1    just to make sure we're on the same page,

2    things go as smoothly as they can.

3             Do you understand today that

4    you are testifying on behalf of the

5    Department of Labor about the topics

6    listed in the deposition notice?

7        A    Yes.

8        Q    In terms of those ground rules,

9    can you continue -- you're doing a great

10   job so far of giving verbal responses

11   instead of a nod or shake of the head,

12   and that's just so the court reporter can

13   get what we're saying; does that make

14   sense?

15       A    Yes.

16       Q    And it's important we don't

17   speak over each other, so I'm going to do

18   my best to let you finish, if you can do

19   your best to let me finish that would be

20   great; can you do that?

21       A    Yes.

22       Q    Wonderful.  Are you represented

23   by counsel today?

24       A    Yes.

25       Q    And who is that?

b7697e3a-7f70-4490-af68-d89c44ceedd6

1       A       The Department of Justice and

2       Department of Labor.

3       Q       So your counsel might object to

4       a question that I ask, that's okay, he's

5       making his objection for the record, but

6       unless he instructs you not to answer you

7       should go ahead and answer the question,

8       all right?

9       A       Yes.

10      Q       If at any time you need a

11      break, you can just let me know.  We're

12      going to take at least one break

13      throughout the morning, but if you do

14      want to take a break, just answer the

15      question, if I've asked a question before

16      we take a break; does that make sense?

17      A       Yes.

18      Q       If you don't understand a

19      question, can you please just let me know

20      and I'll do my best to rephrase it, but

21      if you don't ask me to rephrase it I'll

22      assume that understood it; does that

23      work?

24      A       Yes.

25      Q       And along the same lines, if at

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 10

1    any point you remember something you

2    forgot to say earlier or realize you

3    should have given a more complete answer,

4    please just let me know and we'll put it

5    on the record; is that okay?

6        A    Yes.

7        Q    All right.  Thank you.

8             Do you understand that

9    you're testifying under penalty of

10   perjury?

11       A    I do understand that.

12       Q    And is there any reason you

13   couldn't give full and complete testimony

14   today?

15       A    No.

16       Q    And truthful testimony today?

17       A    No reason.

18       Q    Did you speak to anyone in

19   preparation for your deposition today?

20       A    I spoke with Department of

21   Justice and Department of Labor counsel.

22       Q    Aside from counsel, did you

23   speak to anyone else?

24       A    No.

25       Q    And did you review anything to

Page 11

1    prepare for this deposition?

2         A    I reviewed my previous

3    submissions as well as, you know,

4    paperwork that's been provided as part of

5    this case.

6         Q    And that's the binder that's

7    we've got here in front of us?

8         A    Yes.

9         Q    Okay.  And are you familiar

10    with this lawsuit?

11         A    I am.

12         Q    Without revealing any

13    communications you may have had with your

14    counsel, what do you know about it?

15         A    My understanding is that it's

16    with regard to privacy act concerns,

17    primarily, and Department of Labor data.

18         Q    All right.  I'm just going to

19    go over a few terms to just try and save

20    us some time today.

21              The first I think should be

22    pretty obvious, if I say DOL will you

23    understand that to mean the Department

24    of Labor?

25         A    I do understand that.

Page 12

1        Q      And if I say HHS, do you

2    understand that to mean Department of

3    Health and Human Services?

4        A      Yes.

5        Q      Okay.  If I refer to DOGE that

6    will refer collectively to the US Digital

7    Service and the US Digital Service

8    Temporary Organization; does that work?

9        A      Yes.

10       Q      And the DOGE EO is the

11   executive -- is Executive Order 14158,

12   establishing and implementing the

13   President's Department of Government

14   Efficiency, all right?

15       A      Yes.

16       Q      All right.  Last one, the DOGE

17   team affiliates, that will be people

18   hired by or detailed to the agency since

19   January 19th, 2025 to work as part of the

20   DOGE team; understand?

21       A      Yes.

22       Q      All right.

23              Sorry, DOGE should be the US

24   DOGE Service and the US DOGE Service

25   Temporary Organization?

Page 13

1        A     Yes, I understand.

2        Q     Okay.  All right.

3              (Exhibit No. 1 was marked

4        for identification.)

5   BY MS. HINSON:

6        Q     All right.  I'm handing you

7    what has been marked as Exhibit 1.

8              MR. HUMPHREYS:  Thank you.

9              MS. HINSON:  Two copies for

10       you guys.

11             MR. HUMPHREYS:  Great.

12   BY MS. HINSON:

13       Q     That is the deposition notice

14    for this deposition, have you seen this

15    before?

16       A     Yes, I have seen this --

17    this -- this is the latest one, just want

18    to -- I don't know if it's changed or --

19    this is -- what's the date on this?  I

20    don't see a date.

21       Q     It's from over the weekend.

22       A     Oh, over the weekend.

23       Q     The topics haven't changed

24    since the original.

25       A     So this is from the same as

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 14

1    like, a week or two weeks ago?

2        Q    Yes.

3        A    Okay.  I have seen it.

4        Q    And do you understand that

5    you're testifying on behalf of DOL to

6    provide information known by the

7    department about the topics in this

8    notice?

9        A    I understand that.

10       Q    Great.  And are you prepared to

11   testify about those topics?

12       A    I am.

13       Q    Wonderful.  Okay.

14            You can set that aside.

15       A    Okay.

16       Q    So it's my understanding, from

17   reviewing DOL's interrogatory responses,

18   that the DOGE team affiliates at DOL are

19   Marko Elez, Aram Moghaddassi and Miles

20   Collins; is that correct?

21       A    Yes, that's correct.

22       Q    Since January 19th, 2025, has

23   anyone else worked at DOL, as an employee

24   or a detailee, while simultaneously being

25   employed at DOGE?

b7697e3a-7f70-4490-af68-d89c44ceedd6

1      A     No.

2      Q     And since January 19th, 2025,

3   has anyone else been detailed to DOGE

4   whilst simultaneously being employed

5   or -- employed by or detailed to DOL?

6      A     No.

7      Q     Since January 19th, 2025, has

8   anyone else worked as an employee or

9   detailee on the DOGE team while

10   simultaneously being employed by another

11   federal agency?

12      A     So simultaneously -- can you

13   read that back to me again?

14      Q     Sure.

15            So has anyone worked on the DOL

16   DOGE team while being simultaneously

17   employed by another federal agency?

18      A     No.

19      Q     And since January 19th, 2025,

20   has anyone else been hired by DOL to work

21   on the DOGE team?

22      A     No.

23      Q     Okay.  So it's just the three

24   people that I identified earlier?

25      A     Yes.

1        Q     All right.  Great.

2              MS. HINSON:  Can you mark

3        this as Exhibit 2?

4              (Exhibit No. 2 was marked

5    for identification.)

6    BY MS. HINSON:

7        Q     All right.  I'm handing you a

8    document that's been marked as Exhibit 2,

9    it's a declaration by Adam Ramada, that

10   was filed in this case on February 6th of

11   this year; have you seen this before?

12       A     Yes, I have seen this.

13       Q     So if you look at -- okay.  If

14   you look at paragraph five, Mr. Ramada

15   stated:  Including myself, three USDS

16   employees are currently detailed at the

17   Department of Labor; do you see that?

18       A     Yes.

19       Q     Okay.  So for my understanding,

20   were they detailed to the Department of

21   Labor?

22       A     Not -- not -- no, they weren't,

23   because they're -- as far as I know,

24   their detail never actually started.

25       Q     All right.  And what --

1       A       So --

2       Q       Sorry, go ahead.

3       A       So this is February 5th is when

4    this --

5       Q       February 6th.

6       A       Yes, it's a -- so Mr. Ramada I

7    believe planned to start a detail, but

8    that detail then never actually started

9    due to, I guess, activities related to

10   this case.

11      Q       When you say that Mr. Ramada

12   planned to start a detail, who made the

13   decision that he would start the detail?

14      A       I don't know who made that

15   decision to start the detail.

16      Q       Mm-hmm.

17      A       But he never actually started

18   that detail.

19      Q       Okay.  And who made the

20   decision to call it off?

21      A       I believe his -- it never

22   started, because, again, there were

23   activities related to this court case on

24   February 5th, if I recall.

25      Q       What was the original purpose

Page 18

1    of the detail?

2        A    In concert with the President's

3    executive order to examine department for

4    fraud, waste and abuse.

5        Q    And was the decision for them

6    to be detailed to DOL documented

7    anywhere?

8        A    I -- I don't have that

9    information on the details, so I don't --

10   I do not know that answer.

11       Q    Who were the other three USCS

12   employees who were going to be detailed

13   to DOL?

14       A    I don't have that information

15   with me.  Again, they never actually

16   started that detail.  So...

17       Q    I'm going to just read a few

18   names and if you recognize them as one of

19   the people who were detailed can you let

20   me know?

21            Sam Beyda, B-e-y-d-a?

22       A    That name sounds familiar.  I

23   believe that's correct.

24       Q    Okay.  Derek Guysler

25   (phonetic)?

Page 19

1        A      That name is not familiar to

2    me.

3        Q      Okay.  Guatier Cole Killian

4    (phonetic)?

5        A      I -- I don't recall that name,

6    it's -- again, this would have been back

7    on February 5th, and now further

8    discussions or interactions regarding

9    those individuals occurred, it's been two

10   months, at least.

11       Q      John Wick?

12       A      That name is not ringing a

13   bell.

14            MS. HINSON:  Okay.  Okay.

15       Thanks.  You can put that aside.

16       Two?  And can you mark this as

17       Exhibit 3.

18            (Exhibit No. 3 was marked

19   for identification.)

20   BY MS. HINSON:

21       Q      My colleague pointed it out

22   that it's Jordan Wick, not John Wick.

23            Do you recognize the name

24   Jordan Wick?

25       A      Again, it's not sounding

Page 20

1    familiar.

2        Q      Thanks.

3        A      It's been a couple months.

4        Q      I obviously maybe, like all of

5    us, need to get a little more sleep.

6              MR. HUMPHREYS:  Or just like

7        the movie.

8              MS. HINSON:  I've never seen

9        the movie.  I feel disappointed.

10   BY MS. HINSON:

11       Q      I'm handing you what's been

12   marked as Exhibit 3, and this is a

13   declaration by Ricky Kryger, that's you,

14   filed in this case on February 13th; do

15   you recognize this?

16       A      Yes.

17       Q      Can you look at paragraph 13.

18             Okay.  It says:  As of this

19   date there's one relevant worker who is

20   now a DOL employee working solely on

21   budget review.

22             Who were you referring to in

23   this paragraph?

24       A      This was Marko Elez.

25       Q      And was he, at this point, a

Page 21

1      detailee -- or sorry -- was he, at some

2      point, a detailee to DOL?

3          A      No.

4          Q      Okay.  And do you remember when

5      he retired at DOL?

6          A      I believe it was February 12th.

7          Q      Okay.  What has his role been

8      at DOL since February 12th?

9          A      He -- he has been reviewing

10     financial records and acquisition

11     information, expenditures of the

12     Department of Labor, grant information,

13     you know, procurement-type information,

14     accounting system data.

15         Q      And what has he been doing with

16     that information?

17         A      He has been reviewing it for

18     expenditures of the department that don't

19     necessarily align with the -- with the

20     executive orders issued by the President

21     or that could be considered fraud, waste

22     or abuse.

23         Q      And who makes the determination

24     of whether the expenditures are fraud,

25     waste or abuse or don't align with the

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 22

1     executive order of the President?

2              MR. HUMPHREYS:  Object on

3         the basis of scope and instruct

4         the witness not to answer that

5         just to get more into his

6         activities and not the access to

7         the data.

8              MS. HINSON:  It has to do

9         with the role and responsibilities

10        working at DOL, topic two.

11             MR. HUMPHREYS:  That is

12        fair, apologies.

13             THE WITNESS:  Can you repeat

14        the question, please?

15             MS. HINSON:  Sure.

16    BY MS. HINSON:

17        Q    So you said that Mr. Elez's

18    responsibilities included reviewing

19    expenditures for fraud, waste and abuse

20    or whether they were in line with the

21    DOGE DOL; is that right?

22        A    I said with the President's

23    policies and other executive orders.

24        Q    Okay.

25        A    There's multiple executive

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 23

```
 1      orders that relate to the President's

 2      policies and fraud, waste and abuse.

 3          Q     Okay.  Thank you.

 4                When he does that review,

 5      does he make the decision of

 6      whether -- or the determination of

 7      whether the expenditures align with

 8      the President's executive orders or

 9      constitute fraud, waste or abuse?

10          A     He makes recommendations, I

11      don't believe he makes decisions.

12          Q     Okay.  And who do those

13      recommendations go to?

14          A     His supervisors, the chief of

15      staff and the office of the secretary, so

16      I believe it goes there, it -- it could

17      be also in consultation with other

18      departments' executives that are

19      responsible for different program areas.

20          Q     Are his recommendations

21      typically followed?

22          A     I -- I can't speak to that,

23      because the number of recommendations

24      he's made and how many of those were, you

25      know, acted upon.
```

Page 24

1        Q      What has his title been at DOL?

2        A      He is a policy advisor.

3        Q      Okay.  What does that mean?

4        A      Okay.  Policy advisor is

5    someone who interprets policies, such as

6    executive orders, and examines other data

7    and information and actions to determine

8    whether they're in alignment with

9    departmental or presidential policies and

10   orders.

11       Q      And is this a title that

12   existed at DOL on January 19th, 2025?

13       A      Yes.

14       Q      It's my understanding that

15   Mr. Elez is also detailed to HHS; is that

16   right?

17       A      Yes.

18       Q      Okay.  To your knowledge, has

19   Mr. Elez been employed by any other

20   federal agencies since January 19th,

21   2025?

22       A      He is also employed by the US

23   DOGE Service.

24       Q      And has he been detailed to any

25   other federal agencies since January

Page 25

1    19th, 2025?

2        A    Again, I think it's a Social

3    Security Administration, and the -- was

4    it ICE or -- I think it's one of the HHS

5    agencies.  I don't know if that was

6    probably in one of these documents, but

7    at least one other agency is my

8    understanding.  I don't know if that was

9    in here.

10           MR. HUMPHREYS:  I'll object

11        as to scope, it goes beyond the

12        policies, procedures and protocols

13        pertaining to detailing, but he

14        can answer.

15    BY MS. HINSON:

16        Q    I could be wrong, but I don't

17    think there's a complete list in the

18    interrogatory responses.

19        A    Okay.  I think it's not -- so,

20    again, I think it's -- so HHS, Social

21    Security Administration, and I believe it

22    was ICE, which is Immigration Customs

23    Enforcement, is that --

24        Q    Yeah.

25        A    Okay.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 26

1        Q     Was he at any point or since
2    January 19th, 2025, has he been detailed
3    to or employed by Treasury?
4              MR. HUMPHREYS:  Objection
5        beyond the scope.
6              You can answer if you know.
7        A     I -- Treasury?  I believe the
8    answer is -- so since January 20th,
9    you're saying?
10       Q     Mm-hmm.
11       A     Not while he's been at the
12   Department of Labor or employed by the
13   Department of Labor am I aware of that
14   being the case, since January 20th,
15   that's prior to his Department of Labor
16   employment, so I don't have information
17   on that.
18       Q     Fair enough.
19             How did Mr. Elez's
20   employment at DOL come about?
21       A     So how did he become employed
22   at the Department of Labor?
23       Q     Yeah.
24       A     I don't have the specifics
25   behind that, it came through the Office

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 27

```
 1      of the Secretary.  He was on-boarding,

 2      which is fairly common for -- for

 3      political appointees coming in under

 4      schedule C, it's a common practice that

 5      it comes through -- so we don't have

 6      information as to how an individual may

 7      have reached that point for that type of

 8      appointment.

 9          Q     Before January 20th of this

10      year, had the Department of Labor

11      previously had employees who are

12      concurrently employed by or detailed to

13      other federal agencies?

14          A     I'm not aware of that happening

15      but, again, I'm not involved in every

16      personnel action that happens at the

17      Department of Labor.

18          Q     Does DOL have policies

19      governing this type of concurrent

20      employment, across multiple agencies, at

21      the same time?

22          A     The Department of Labor would

23      follow any federal government-wide

24      policies and procedures with regard to

25      dual employment.
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 28

1           My understanding is there are

2     some exceptions, but I'm not an expert in

3     the employments area, so I can't answer

4     that in any more detail.

5       Q     Just so I'm clear:  Are you

6     aware of federal government-wide policies

7     governing concurrent employment across

8     agencies?

9       A     I've read some on it, I

10    don't -- again, I'm not an expert on it.

11    My understanding is there are some

12    exceptions.  I don't know the details of

13    those exceptions.

14      Q     I guess I'm trying to

15    understand, are you aware that policies

16    exist?

17           MR. HUMPHREYS:  I'll object

18       as to scope.  I think the question

19       is that policy at the agency, but

20       he can answer if you knows.

21           THE WITNESS:  So policies?

22    BY MS. HINSON:

23      Q     So are -- to your knowledge,

24    are there federal government-wide

25    policies that govern concurrent

Page 29

1    employment?

2        A    My understanding is there are

3    policies or regulations related to that,

4    but I'm not an expert in them.

5        Q    And to your knowledge, are

6    there any policies at the Department of

7    Labor governing concurrent employment

8    across multiple agencies?

9        A    No.

10       Q    Okay.  Are there any policies

11   at the Department of Labor governing

12   concurrent detailing across multiple

13   agencies, to the extent that's different

14   than concurrent employment?

15       A    No, I'm not aware of any

16   policies.

17       Q    How did this arrangement of

18   concurrent employment come about?

19            MR. HUMPHREYS:  Objection as

20       to scope.

21            You can answer.

22       A    Okay.  Again, I don't have the

23   details on that, it's not unusual --

24   we're not involved in the pre-employment

25   discussions or activities for any

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 30

```
1      schedule C employee, so I don't have the

2      information as to how this particular

3      employment came about.

4           Q     I think a moment ago you said

5      that Mr. Elez reported to the chief of

6      staff and the office of the secretary; is

7      that right?

8           A     That's correct.

9           Q     Okay.  And who is that?

10          A     Jihun, and -- Jihun Han, I have

11     that in here somewhere.  Yes, Jihun Han,

12     J-i-h-u-n, last name Han, H-a-n.

13          Q     Sorry, what's the page number

14     of the document you're looking at?

15          A     I am looking at a request to

16     access DOL information systems, and

17     actually I happen to be looking at the

18     one for Miles Collins, but it's the same

19     supervisor.  I don't know --

20               MR. HUMPHREYS:  Here.

21               MS. HINSON:  Sorry, can you

22          mark these as 4 and 5.

23          A     -- 282.

24               MS. HINSON:  Okay.  Thank

25          you.
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

1              (Exhibit No's. 4 and 5 were

2         marked for identification.)

3    BY MS. HINSON:

4         Q     So I'm giving you two

5    documents, the first is marked as Exhibit

6    4, it starts at DOL 1?

7         A     Mm-hmm.

8         Q     And the second is marked as

9    Exhibit 5, it starts at DOL 28.

10             So this Exhibit 4, it appears

11   to be an operator account request for

12   EPACS, and if you look where it says --

13   it's operator signature Marko Elez, and

14   then supervisor signature and it's you;

15   right?

16        A     (Nodding.)

17        Q     And then, if you look at

18   Exhibit 5, it's a privilege user, slash,

19   system administrator request for Marko

20   Elez, and it says:  Federal supervisor's

21   name Troy Finnegan.

22             First of all, who is Troy

23   Finnegan

24        A     Troy Finnegan is the former

25   assistant -- assistant secretary for

Page 32

1      administration and management.

2          Q     And did he, at any point,

3      supervise Mr. Elez?

4          A     He did, for a short period of

5      time.  I -- I don't remember the exact

6      timeline, but it was a point where then

7      the supervision shifted to Mr. Han in the

8      secretary's office.

9          Q     Do you know why it shifted?

10         A     The -- they felt that the --

11     that the work was best supervised and

12     operated out of the secretary's office

13     rather than a subordinate agency of the

14     office of the assistant secretary for

15     administration management.

16         Q     Do you know why they felt that

17     way?

18         A     It's a department-wide

19     activity, kind of it meets the authority

20     of the secretary's office to -- to

21     operate in the best manner.

22         Q     And who made that decision?

23         A     I know that Mr. Finnegan was

24     involved in that discussion, I can't --

25     maybe the acting secretary -- maybe

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 33

1    Acting Secretary Vince Micone, at the

2    time, was the ultimate decisionmaker.

3         Q     And then, have you ever

4    supervised Mr. Elez?

5         A     I have never supervised him.

6         Q     All right.  Do you know why you

7    signed this Exhibit 4 as a supervisor?

8         A     Yes, so I -- I signed that so I

9    believe, again, this is a period of time

10   when Mr. Finnegan was the supervisor, I

11   signed in that area, to -- to -- just for

12   administrative ease in the process.

13             We had another form, which is

14   also in the binder, where Mr. Finnegan

15   also did sign or the assistant secretary

16   for administration management signed, so

17   that kind of covered that requirement.

18             So to have the form, for the

19   record, I signed in that area for

20   administrative burden to alleviate that

21   from the -- from the assistant secretary

22   for administration management.

23        Q     Is it the normal practice at

24   DOL for you to sign an access form or, I

25   should say, an account -- an operator

Page 34

1    account request for someone that you're

2    not supervising?

3        A    Yeah, it's not a normal

4    practice, but I do have the authority

5    overall DOL systems, so I used my

6    authority in this case to ease the

7    administrative burden on upper-level

8    agency management.

9        Q    I'd like to switch gears

10   slightly to talk about Mr. Moghaddassi.

11            He's employed directly at DOL;

12   right?

13       A    Yes.

14       Q    Okay.  What has his role been

15   at DOL since January 19th, 2025?

16       A    His role has also been to, you

17   know, review the department's practices

18   or compliance with executive orders, as

19   well as to review data and information

20   for fraud, waste and abuse.

21       Q    Is there any functional

22   difference between his role and

23   Mr. Elez's role?

24       A    I'm not aware of any functional

25   difference between those two.  They --

b7697e3a-7f70-4490-af68-d89c44ceedd6

1      they perform the same types of duties.

2          Q      And have his

3      responsibilities -- responsibilities

4      changed at all since he started at the

5      Department of Labor?

6          A      No.

7          Q      Am I right that he's detailed

8      to HHS?

9               MR. HUMPHREYS:  Objection to

10         scope.

11              You can answer if you know.

12         A      I don't -- unless I've

13     submitted here, I don't have, off the top

14     of my head, if he's been detailed to

15     other agencies.

16              My understanding is he has been

17     detailed to other agencies.  I don't know

18     what the list of that is.

19         Q      Are you aware of any other

20     agencies he's been detailed to?

21              MR. HUMPHREYS:  Same

22         objection.

23     BY MS. HINSON:

24         Q      You can answer.

25         A      Again, I don't have the list of

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 36

1    agencies, you know, off the top of my

2    head, that he's been detailed to.

3        Q    Do you know how the decision

4    was made to hire any of the DOGE team

5    affiliates?

6            MR. HUMPHREYS:  Objection to

7        scope.

8            You can answer if you know.

9        A    Again, just like other schedule

10   C hires at the Department of Labor,

11   whether in this administration or past

12   administrations, I don't -- I don't know

13   how they reach those decisions to hire

14   those individuals.

15       Q    Given that it's not -- well,

16   let me take a step back.

17           I believe you testified

18   earlier that it's not the normal

19   practice of DOL to have employees who

20   are employed or detailed across

21   multiple federal agencies; is that

22   accurate?

23           MR. HUMPHREYS:  Objection to

24       form.

25   ///

 1    BY MS. HINSON:

 2         Q    You can answer.

 3         A    Sorry, restate that, please.

 4         Q    Sure.  Did you testify earlier

 5    that it's not the normal practice of DOL

 6    to have employees or detailees who are

 7    simultaneously employed across multiple

 8    federal agencies?

 9         A    I'm not aware of that being a

10    normal practice, no.

11         Q    Okay.  Why did DOL decide to do

12    that in this case?

13              MR. HUMPHREYS:  Objection as

14         to scope.

15              You can answer.

16         A    Again, I can't speak to the

17    employment decisions, you know, for this

18    schedule -- for these schedule C

19    employees or any other schedule C

20    employees of how hiring decisions were

21    made.

22         Q    What is the authority of the

23    DOGE team affiliates to direct DOL

24    employees?

25         A    Sorry, repeat, what was that

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 38

1    again?

2        Q     What is the authority of the

3    DOGE team affiliates to give direction to

4    other DOL employees?

5            MR. HUMPHREYS:  Objection,

6        foundation.

7        A     They might -- they do not have

8    any authority to give direction.

9        Q     Okay.  So they -- I think

10   it's -- how do they relate to other DOL

11   employees?

12       A     Can you clarify?

13       Q     Sure.

14            So you know there -- if there

15   is a disagreement between one of the DOGE

16   team affiliates and a DOL employee about

17   something that's within the scope of the

18   DOGE team's work, how does that conflict

19   get resolved?

20       A     It would be escalated through

21   normal management channels, possibly all

22   the way up to the secretary's office.

23       Q     And when you say normal

24   management channels, who would that be

25   to?

Page 39

1        A     So supervisory channels of the

2     individual or the dispute resides with --

3     discuss it with their supervisor, and so

4     on and so forth, potentially up to the

5     office of the secretary.

6        Q     And has that happened?

7        A     It has not happened.

8        Q     How do the DOGE team affiliates

9     coordinate their work with DOGE?

10       A     So --

11             MR. HUMPHREYS:  Objection,

12        foundation.

13             Sorry, go ahead.

14             THE WITNESS:  Okay.

15       A     So the -- the DOGE team

16    affiliates report to the chief of staff

17    in the office of the secretary.  I do not

18    know of any other coordination with, I

19    guess, DOGE, as we defined at the

20    beginning of this deposition.

21       Q     Do you know a coordination with

22    anyone else, outside of DOL?

23       A     I -- I don't know of any other

24    coordination and in my discussions with

25    the DOGE team affiliates they say they

Page 40

1      take their instructions from the chief of

2      staff, the secretary's office or deputy

3      secretary, potentially, since they work

4      in the secretary's office.

5          Q    Do they take any direction

6      directly from DOGE?

7               MR. HUMPHREYS:  Objection as

8          to scope.

9          A    I have not heard of any

10     direction being taken from outside of the

11     Department of Labor.

12         Q    Does DOGE have -- recognizing

13     that you said they didn't have taken

14     direction from the Department of Labor,

15     does DOGE have the authority to direct

16     them whether or not it's been exercised?

17              MR. HUMPHREYS:  Objection as

18         to scope, but go ahead.

19         A    No, as far as I'm aware.

20         Q    Are there any written policies

21     documenting the authority of the DOGE

22     team affiliates to direct or not direct

23     DOL employees?

24         A    So there are executive orders,

25     which speaks to their work, which

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 41

1      obviously serves as an instruction or a

2      guide for Department of Labor employees

3      to -- to -- to work with those staff.

4      There's no other policies in place.

5          Q    So when you're saying there are

6      instructions to DOL employees to work

7      with the DOGE affiliates, DOGE team

8      affiliates, what does that -- what does

9      that mean, in practice?

10         A    Did I say the word

11     instructions?  Okay.

12         Q    I guess I -- I -- I thought so,

13     but --

14         A    So the executive orders, you

15     know, are -- are clear on -- you know, in

16     the establishment of the -- the internal

17     DOGE teams, within agencies or referred

18     to as DOGE affiliates, here, to work

19     within the agency to identify fraud,

20     waste and abuse, and to make

21     recommendations on those findings or -- I

22     think there's also related executive

23     orders that have been issued on -- I

24     don't recall the exact number -- but on

25     data silos and reviewing data to assist

1    in finding fraud, waste and abuse by

2    presidential -- those working under the

3    President's authority or working within

4    agencies that are part of those executive

5    orders.

6        Q    Does DOL interpret those

7    executive orders and other directions to

8    mean that it should take the

9    recommendations of the DOGE team

10   affiliates?

11           MR. HUMPHREYS:  Objection as

12       to scope.

13           You can answer.

14   A    No.

15   Q    What does it take them to mean?

16   A    It takes the -- so the

17   executive orders are to identify fraud,

18   waste and abuse through -- through using

19   data and information and internal

20   discussions, and to make recommendations

21   to the appropriate personnel, such as

22   those chief of staff or others in the

23   office of the secretary or it could be

24   other executives in the Department of

25   Labor, where fraud, waste and --

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 43

1    potential fraud, waste and abuse has been

2    identified and to, you know, just try and

3    stop those activities.

4        Q    So let's say you have a DOGE

5    team affiliate who says that I think X is

6    fraud, waste or abuse, and you have

7    another Department of Labor employee who

8    thinks, no, this is actually really

9    necessary for agency function, what --

10   what happens to make the decision as to

11   what to do with that particular function?

12       A    So normal escalation

13   management, escalation channels will be

14   used, as I described earlier, to reach a

15   final decision.

16       Q    What's involved in making that

17   final decision?

18            MR. HUMPHREYS:  Objection as

19       to scope.

20       A    So information from both sides

21   would be considered, like in any

22   difference of opinion.  So both -- after

23   both sides being considered potential

24   risks or impact, then the -- depending on

25   how far it's had to escalate, if it's

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 44

1    escalated to the office of the secretary

2    then the chief of staff or deputy

3    secretary will make a final decision on

4    what to do.

5        Q     What authority do Department of

6    Labor employees have to direct the DOGE

7    team affiliates?

8        A     Certainly the chief of staff

9    has the authority to direct their

10   activities or the deputy secretary has

11   the authority to direct their activities,

12   but nobody else would have that authority

13   to direct their work.

14       Q     And, sorry, you said chief of

15   staff and who else?

16       A     Deputy secretary.

17       Q     All right.

18       A     And the secretary of labor, of

19   course.

20       Q     Okay.  And have the chief of

21   staff, secretary or deputy secretary, in

22   fact, directed their activities at DOL?

23            MR. HUMPHREYS:  Objection as

24       to scope.

25   ///

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 45

1    BY MS. HINSON:

2        Q    You can answer.

3        A    Yes.

4        Q    Have they directed them to

5    examine any particular function for

6    fraud, waste and abuse?

7            MR. HUMPHREYS:  Objection as

8        to scope, but I'll instruct the

9        witness not to answer.

10            (Instruction)

11            MS. HINSON:  I think it goes

12        to both the role and

13        responsibilities at the agency,

14        you know, the policies, protocols,

15        and procedures pertaining to their

16        employment.

17            MR. HUMPHREYS:  I disagree.

18        You're asking about a specific

19        instance in which the secretary

20        has directed on -- you know, on

21        any topic a DOGE employee, which

22        goes beyond control and

23        responsibilities or authority.

24            MS. HINSON:  Well, I mean,

25        it was direction with respect to

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 46

1        their role and responsibilities.

2              MR. HUMPHREYS:  I don't see

3        how that goes to role or

4        responsibilities, at all.  It's

5        the action of the secretary

6        whether he's directed an

7        employee -- she, excuse me --

8        to -- to take a specific action,

9        that's beyond role and

10       responsibilities.

11             MS. HINSON:  All right.  We

12       can come back to it later.

13             All right.  I'd like to

14       switch gears a little bit.

15             Can you give me 12?  To talk

16       a little bit about sensitive

17       systems and systems of records.

18             (Exhibit No. 6 was marked

19       for identification.)

20             MS. HINSON:  Can you -- can

21       you mark this as Exhibit 6,

22       please.

23             MR. HUMPHREYS:  Can I have

24       one?

25             Thank you.

Page 47

```
 1   BY MS. HINSON:

 2        Q     All right.  I'm handing you

 3   what's been marked as Exhibit 6, which

 4   are the defendant's objections and

 5   responses -- responses to plaintiff's

 6   requests for exhibit discovery, including

 7   supplemental responses, which were

 8   served, I believe, on April 4th.  Yeah.

 9             Have you seen this before?

10        A     You said this was April 4th?

11        Q     Yes.

12        A     No, I don't believe I've seen

13   this.

14        Q     Okay.  If you look to --

15   actually, it doesn't have a page number

16   on it, but it's the second to last piece

17   of paper.

18        A     The second to last piece of

19   paper?

20        Q     Yeah.  No, yeah, there it is.

21   Okay.

22             So this says their application

23   of interrogatory answers, and it's signed

24   by you on April 4th; is that right?

25        A     Yes.
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 48

1        Q      So does that refresh your
2    recollection as to whether you've seen
3    these before?
4        A      Are you asking whether I've
5    seen my submission or this whole -- the
6    whole document?
7        Q      Okay.  Well, let me -- I will
8    rephrase, then.
9               Have you reviewed the
10   Department of Labor responses to these
11   interrogatories?
12       A      No.  No, I don't believe I've
13   seen it.  Oh, wait, so, again, my
14   signature was related to my part of this
15   response.  I think there's other people's
16   responses in this document.
17               MR. HUMPHREYS:  I may be
18          able to clear it up.
19               I think you looked at a
20          document that only pertained
21          yours, and reviewed them for the
22          verification, and we compiled them
23          into this document.
24               So I can represent to you
25          that the part that identifies

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 49

1         responses to the Department of

2         Labor are the ones you look at

3         before.

4    BY MS. HINSON:

5         Q     Yeah?

6         A     Okay.

7              MR. HUMPHREYS:  Okay.

8         A     Yes, I did not review the

9    health and Human Services and any other,

10   right.

11             So I only was signing it as it

12   relates to the Department of Labor's part

13   of this document.

14        Q     And did you review Department

15   of Labor responses on April 4th, 2025?

16        A     Yes.

17        Q     And did you sign as to the

18   accuracy of those responses?

19        A     Yes.

20        Q     And so if you could look at

21   pages 17 through 19, so basically this --

22   these are the responses with respect to

23   Mr. Elez, Mr. Moghaddassi and

24   Mr. Collins, and they list some systems

25   that they were granted access to.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 50

1            And in an attempt to sort of
2     talk about all of these at the same
3     time, I'm going to essentially read
4     them, and I believe we'll cover all of
5     them.  So I just want to make sure
6     that we're on the same page as about
7     what the systems, collectively, they
8     had access to.
9            All right.  US access, DOL,
10    Homeland Security Presidential
11    Directive 12, enterprise physical
12    access control system; DOL directory
13    resource administrator; unemployment
14    insurance data and related records; HR
15    Connect; new core financial management
16    system; payment management system; and
17    office of job core electronic
18    information system.
19            Did I miss anything that's
20    listed in these interrogatory
21    responses?
22       A    So the information here is
23    sensitive systems, so you're not missing
24    anything with regard to that.
25       Q    Okay.  And to be clear, I was

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 51

1      literally just asking is there anything

2      listed here that I didn't read out loud.

3      I'm just trying to accurately represent

4      what was sent in interrogatory responses.

5                  Have any DOGE team been

6      granted access to any other records

7      pertains to PII or PHI since January

8      19th, 2025?

9                  MR. HUMPHREYS:  Objection,

10          that's beyond the scope, to the

11          extent it goes beyond sensitive

12          systems.

13                  MS. HINSON:  I believe

14          sensitive systems is defined to

15          mean systems with PHI and PII, by

16          the judge's order.

17                  THE WITNESS:  No.

18  BY MS. HINSON:

19      Q    Okay.  In the normal course at

20      the Department of Labor how does an

21      individual gain access to a sensitive

22      system of records?

23      A    The process can vary from

24      system to system, but it always begins

25      with an access request, but there's

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 52

1    usually an access -- special access form

2    for each system, that has to be

3    completed, goes through an approval

4    process prior to access being

5    provisioned.

6        Q     Okay.  You said usually, can

7    you gain access to a system without

8    submitting a request?

9        A     It's possible.  Well, I mean,

10    you have to submit a request, you know,

11    to -- I guess the question is, is there a

12    form completed for each request or what's

13    the question?  Just clarify your

14    question.

15        Q     Sure.

16            So I think you said that

17    usually you would submit a request?

18        A     Mm-hmm.

19        Q     And so I was just trying to

20    understand were there circumstances where

21    you can gain access without submitting a

22    request?

23        A     Certainly in, you know, within

24    IT operations, that may occur to, you

25    know, resolve or fix issues happening

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 53

1      with systems, or has IT staff on board,

2      that are going to be maintaining those

3      systems, they may not go through the

4      full, like, you know, account document

5      process.

6          Q      So you could tell me if I'm

7      getting this right:  FDL you could gain

8      access to a sensitive system without

9      submitting a request for IT operations;

10     right?

11         A      Yes.

12         Q      Are there any other reasons you

13     could be able to gain access to a

14     sensitive system without submitting a

15     request?

16         A      For normal user, no.

17         Q      And is this -- when you say:

18     "Normal users," is that normal user

19     versus IT?

20         A      Yes, a user versus an IT, which

21     is a system administrator.

22         Q      And is it possible to gain

23     access to individual records with PII, so

24     not the whole system, just the individual

25     records, without submitting a request?

Page 54

1              MR. HUMPHREYS:  Objection,

2        vague.

3              THE WITNESS:  Can you

4        clarify what that means?

5              MS. HINSON:  Yeah.

6   BY MS. HINSON:

7        Q     I guess I'm trying to

8    understand if it's possible to get -- not

9    like I'm getting access to an entire

10   system, but somehow just gain access to

11   individual records by sharing them in

12   some other way that doesn't involve

13   access to the entire system?

14        A     So within the system, access

15   might be contained, right, to only view

16   part of the data, not all of the data.

17              There may be other ways

18   to -- you know, data extracts is

19   another possibility, data extracted

20   from the system through a report and

21   then shared, you know, amongst

22   individuals is another manner in which

23   data may be viewed or accessed.

24        Q     Under what circumstances is

25   data extracted from a sensitive system

Page 55

1      and shared with other people who don't

2      have access to that?

3          A      For special analysis purposes,

4      using tools that are directly available

5      in the system to, you know, to analyze

6      that data in different ways.

7          Q      And what does DOL do to ensure

8      the confidentiality of these data -- data

9      extract sensitive systems?

10              MR. HUMPHREYS:  Objection,

11          foundation.

12          A      So the data have to be

13      contained within the DOL secured network,

14      can't be transmitted outside of that

15      network, have to -- the individuals have

16      to be using DOL-provided equipment, which

17      have controls and monitoring on them,

18      such as the ability to detect any data

19      exfiltration outside the department's

20      network are a few examples.

21          Q      Anything else?

22          A      That covers it, at a high

23      level.

24          Q      So in a normal course of the

25      Department of Labor, how does an

b7697e3a-7f70-4490-af68-d89c44ceedd6

1    individual request access to a sensitive

2    system of records?

3        A    So they would make a request to

4    the system owner for that access.

5    Depending on the process for that system

6    it may or may not require supervisory

7    approval for that access request.  And

8    then usually there is a -- a final

9    signature, you know, by the system owner

10   or possibly a business-side owner for

11   that data.

12       Q    How did they -- how do you make

13   a request to access the system?

14       A    The request can start verbally

15   or via e-mail to start that process.

16       Q    Do you have to submit a request

17   in writing at any point?

18       A    The request in writing is

19   usually through a -- or -- or is -- is

20   through the access request form for that

21   system.

22       Q    And does every system have an

23   access request form?

24       A    Some systems have an -- a -- an

25   online system, so it's not necessarily a

Page 57

1    form, but it's an online access request

2    workflow where it has to go through an

3    approval process.

4         Q    And how -- let me -- let me ask

5    another question.

6              What information do you need

7    to typically provide in a system

8    access request?

9              MR. HUMPHREYS:  Objection,

10        vague.

11   BY MS. HINSON:

12        Q    You can answer.

13        A    Okay.  So obviously the

14   requester's -- requester's name, you

15   know, where they work, contact

16   information, the reason for request, you

17   know, maybe a field in there.  Sometimes

18   the reason for request is apparent based

19   on the type of system.

20             And -- and -- and some

21   systems may have multiple roles within

22   them, you know, that limits what the

23   individual can or cannot do.

24             And so the type of role

25   within the system being requested

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 58

1    would be typically another field on

2    that form.

3        Q    How are these requests

4    evaluated?

5        A    The request -- the primary

6    reason -- thing that's evaluated is the

7    need to know or reason for request.

8        Q    And what factors are you used

9    to determine if someone requesting access

10   has a need to access the system?

11       A    So again, what's the reason or

12   purpose for that access, what do they --

13   what are they going to do with that

14   access.

15       Q    Anything else?

16       A    I think, again, I think, at a

17   high level, that covers it.

18       Q    I mean, you're saying sort of

19   at a high level, is there another answer

20   at a more granular level?

21       A    I mean, there can be lots of

22   follow-up discussion about need to know

23   or, you know, purpose of access or what

24   the individual intends to do with that

25   access.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 59

1      Q      So is that -- would you say

2    that's a robust analysis of the need to

3    know?

4              MR. HUMPHREYS:  Objection,

5        form.

6    BY MS. HINSON:

7      Q      You can answer.

8      A      Yes.

9      Q      I wanted to ask about the

10   unemployment insurance data and related

11   records, what is this system?

12     A      This specifically refers to the

13   data that was transferred from the

14   department's office of the inspector

15   general, as was outlined in the executive

16   order on data silos, again, I don't

17   recall the executive order number, that

18   was transferred to the main Department of

19   Labor.

20     Q      And what information does it

21   contain?

22     A      Unemployment insurance claims

23   data from states' unemployment insurance

24   agencies.

25     Q      And what PII does it include?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 60

1        A     It would include things such as
2     name, address, I believe it has birth
3     date, bank account information, address,
4     person's address.  I believe that will --
5     if I recall correctly there's flags in
6     there for whether the -- it matched to
7     the Social Security death match file,
8     like is the individual deceased or not
9     deceased.
10       Q     Does it have Social Security
11    numbers for people?
12       A     It would, yes, it would have
13    Social Security numbers.
14       Q     Anything else?
15       A     I -- I -- that's all I can
16    remember, off the top of my head.
17       Q     So you said it was data
18    transferred from OIG, when did that
19    transfer take place?
20       A     I believe it was on the same
21    day or the day following the issuance of
22    the executive order.  I don't know that
23    we have that in here.  It's the executive
24    order on data silos.
25       Q     Is it March 20th, 2025?

Page 61

1        A     So your question was what,

2     again?

3        Q     I'm just -- when was the data

4     transferred from OIG?

5        A     Again, it was the -- it was the

6     same day or the day following the

7     executive order being -- and I don't have

8     that information.

9              MS. HINSON:  Okay.  I think

10        we might be able to clarify that.

11             Can you mark this as Exhibit

12        7.

13             (Exhibit No. 7 was marked

14        for identification.)

15             MS. HINSON:  Thank you,

16        Cassandra.

17     BY MS. HINSON:

18        Q     So you've been handed Exhibit

19     7, which is the executive order 14243,

20     stop waste, fraud and abuse by

21     eliminating information silos.

22             Is this the executive order you

23     were just referencing?

24        A     Yes.

25        Q     And you see that it's dated

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 62

1     March 20th, 2025?

2          A     I do see that.

3          Q     Okay.  So does that mean the

4     information -- the data was transferred

5     from OIG on or around March 20th of 2025?

6          A     On or around is correct.  I

7     don't recall if it was the same day or

8     the following day.

9          Q     Okay.  Thank you.

10               What procedures have been

11    established regarding access to the

12    unemployment insurance data and related

13    records?

14         A     So the data are -- are located

15    in a tightly controlled area of our IT

16    systems, with very, very limited access

17    to -- to very few individuals.

18         Q     Okay.  And how would you

19    request access to that information?

20         A     A request for access to that

21    particular data would have to go through

22    the department's chief information

23    officer.

24         Q     And would that be written down?

25         A     It -- it will be done in the

1    procedures identified by the chief

2    information officer.

3        Q    Do you know what those

4    procedures are?

5        A    I do not know what those

6    procedures are.

7        Q    Okay.  But it's the typical

8    course of the Department of Labor, when

9    you're requesting access to a sensitive

10   system, to make that request, at least in

11   part, in writing; correct?

12           MR. HUMPHREYS:  Objection,

13        mischaracterizes testimony.

14   BY MS. HINSON:

15       Q    You can answer.

16       A    Can you repeat that again?

17       Q    Okay.  It's the normal course

18   of the Department of Labor when someone

19   is requesting access to a sensitive

20   system that they need to fill out a form

21   as part of making that request; correct?

22       A    Yes.

23       Q    Okay.  And in that form they

24   would need to write down their need to

25   access that system of records; correct?

Page 64

1        A      Yes.

2        Q      Okay.  But you don't know if

3    that process is in place with respect to

4    the unemployment insurance data and

5    related records; correct?

6        A      I -- I don't believe that

7    process is in place, that data were just

8    transferred over to the main Department

9    of Labor.

10        Q      Do you know if any other

11    process is in place?

12              MR. HUMPHREYS:  Objection,

13        vague.

14    BY MS. HINSON:

15        Q      You can answer.

16        A      Again, the process I believe

17    that's in place is either a verbal or a

18    written request to the department's chief

19    information officer.

20              MR. HUMPHREYS:  We've been

21        going a little over an hour, do

22        you want to stop now?

23              MS. HINSON:  I would like to

24        go a little longer.

25    ///

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 65

BY MS. HINSON:

Q    And how are those requests for
access to the unemployment insurance data
and related records evaluated?

A    Those requests are solely at
the discretion of the department's chief
information officer.

Q    Do you have any idea of what
factors are used to evaluate those
requests?

A    Not specifically, but given the
role of the chief information officer
would be based on the same factors as any
other sensitive data and need to know
purpose and use of that data.

Q    And just so I'm clear, you
don't know -- I take it you don't know
for a fact that that's how they're being
evaluated, but you're basing that
reasoning on how other systems are
accessed; is that right?

A    I -- I --

MR. HUMPHREYS:  Objection to
form.  Objection to form.

A    I'm basing that reasoning based

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 66

1    on the role, the legal responsibilities

2    and role of the -- the office of the

3    chief information officer and

4    specifically the duties of the chief

5    information officer.

6         Q     Have you seen a written policy

7    regarding access to the unemployment

8    insurance data and related records?

9         A     No.

10        Q     And has anyone said to you, or

11   communicated to you, what the factors

12   regarding granting access to the

13   unemployment insurance data and related

14   records are?

15        A     So in the executive order it's

16   outlined with regard to, again, reviewing

17   the data for fraud, waste and abuse and

18   strategies for preventing that.

19        Q     Okay.  I guess I'm not

20   following.

21             How does that relate to

22   granting access to the unemployment

23   insurance data and related records?

24        A     So maybe you need to clarify

25   your question.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 67

1        Q      Mm-hmm.

2        A      Maybe I'm misunderstanding.

3        Q      Sure.  So I think with respect

4    to other sensitive systems, you testified

5    that, you know, you submit a written

6    request outlining the need for that

7    sensitive system; is that right?

8        A      Correct.

9        Q      But there's -- the thing is you

10   don't know if there's written request

11   with respect to the unemployment

12   insurance data and related records; is

13   that right?

14       A      I have not seen a written

15   request.

16       Q      Okay.  And I think you said

17   that you understood that a similar

18   process, in terms of evaluating the need

19   to know, would be applied to the

20   unemployment insurance data and related

21   records; correct?

22       A      Yes.

23       Q      Okay.  And I'm just trying to

24   understand, did someone communicate to

25   you, actually tell you, what the standard

Page 68

1    was or -- to -- to evaluate whether

2    someone should be granted access to the

3    unemployment insurance data and related

4    records?

5        A     Nobody communicated that to me.

6              MS. HINSON:  Okay.  Okay.  I

7         think we can take a break now.

8              MR. HUMPHREYS:  Okay.

9              (Recess.)

10   BY MS. HINSON:

11       Q     All right.  Mr. Kryger, I think

12   you mentioned earlier that it was

13   possible to -- for someone who did not

14   have access to a sensitive system to get

15   access to extracts from that system; is

16   that right?

17       A     Say that -- someone to get

18   extracts from that system?

19       Q     Let me phrase that better.

20             My understanding from your

21   testimony is that sometimes data

22   extracts are taken from sensitive

23   systems; correct?

24       A     Correct.

25       Q     And that they are sometimes

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 69

1    circulated to people who do not have

2    access to the system, itself; is that

3    right?

4        A    That's correct.

5        Q    And the purpose of that is to

6    run tools that can't be run in the native

7    environment; is that right?

8        A    To do analysis --

9        Q    To do --

10       A    -- of that data, right.

11       Q    Okay.

12       A    Yes.

13       Q    And under -- is there an

14   approval process for the people who do

15   not have access to the sensitive system,

16   itself, but are seeing or viewing the

17   data extract?

18            MR. HUMPHREYS:  Objection to

19       form.

20       A    So that -- so the answer to

21   that would be not in the same manner as

22   gaining access to the system, they would

23   have to, you know, still use the data in

24   the same -- in the manner in which the

25   person that provided to them, right?  And

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 70

1      the person that provides to them has to

2      abide by the, you know, the use and

3      protections from that data from which

4      they extracted it from the system.

5          Q     So you said not in the same

6      manner as gaining access to the system,

7      itself, is there any approval process at

8      all?

9          A     Not from the original system

10     owner.

11         Q     Okay.

12         A     If that's your question.

13         Q     Is there an approval process to

14     anybody?

15         A     The approval process would have

16     to come from the person who has the data.

17         Q     Okay.

18         A     Who's possessing the data.

19         Q     And is there any written record

20     of that decisionmaking process?

21              MR. HUMPHREYS:  Objection,

22         vague.

23     BY MS. HINSON:

24         Q     You can answer.

25         A     The -- the written may just be

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 71

1    an e-mail, but it would not be a --

2    necessarily be a form like you see for

3    the system access.

4        Q    Are there any written policies

5    at DOL governing the use of data extracts

6    by people who do not have access to the

7    underlying sensitive system?

8        A    There are department policies

9    governing the use and protection of data

10   that are universal, regardless of whether

11   you have access to the system that

12   contains the data or you're handling the

13   data outside the system.

14       Q    I think you also testified

15   earlier that sometimes the need for an

16   access to a sensitive system is apparent

17   based on the type of system; is that

18   right?

19       A    I would say based on the -- the

20   person's role or work responsibilities or

21   duties.

22       Q    How does a system owner make

23   the determination that someone needs

24   access to a system based on their role or

25   duties?

Page 72

1      A     It could be in the request form

2    itself or it could be based on the, you

3    know, the person's role within the

4    organization or within the department, it

5    could be apparent that they would need to

6    have access to that data.

7      Q     What do you mean it could be

8    apparent?

9      A     So in this example here, I

10   believe it's apparent from the executive

11   orders that the -- these individuals on

12   the -- the affiliates, I guess we're

13   calling them here, need access to data

14   within departmental systems, whether it's

15   the UI data or whether it's financial

16   records or grant information, that it

17   would be apparent that falls within that

18   roles and responsibilities as outlined in

19   the executive orders.

20     Q     So does that mean that the DOGE

21   team affiliates were granted access to

22   the sensitive systems, that I listed

23   before the break, based on that apparent

24   need from the -- the information silos

25   EO?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 73

1        A      I would say that it is

2     apparent, but that doesn't mean that they

3     may still not explain why they need it or

4     state why they need it, and you'll see

5     that in some of the access forms.

6        Q      How were DOGE team affiliates

7     request to -- let me take a step back.

8               How do DOGE team affiliates

9     request access to sensitive systems?

10       A      They -- they log into the

11    system, like a user, with that same type

12    of role, whatever role it is they're

13    granted within that system.

14       Q      Do -- do they use -- do they

15    submit a form requesting access?

16       A      Yes, they do submit forms.

17       Q      And what do those forms need to

18    show in order for them to gain access to

19    a system?

20       A      I feel like it's the same

21    question as earlier.

22               So the forms, again, would have

23    their name and contact information, the

24    organization they work for, and include

25    the type of role that's being requested.

Page 74

1         Q      I guess what I'm trying to ask

2    is -- is this:  You did outline this

3    process earlier, for how someone at the

4    Department of Labor requests access to a

5    sensitive system, but it sounded like,

6    from what you were just saying about the

7    information silos EO, that for the DOGE

8    team affiliates it was apparent based on

9    that EO that they would need access to

10   those systems; is that -- am I accurately

11   describing your testimony?

12              MR. HUMPHREYS:  Object to

13        form.

14   BY MS. HINSON:

15        Q     You can answer.

16        A     So -- so again, can you restate

17   that, please?

18        Q     Sure.

19              I understood your testimony a

20   few minutes ago to be saying it was

21   apparent, based on the information silos

22   EO, that the DOGE team affiliates needed

23   access to sensitive systems at DOL; is

24   that accurate?

25        A     Yes.

1        Q     Okay.  Does that -- does the

2    fact that their need for since

3    sensitive -- for access to sensitive

4    systems is apparent on the basis of the

5    EO change the process that they use to

6    request access?

7        A     No.

8        Q     Okay.  Does it change how that

9    need for access is evaluated?

10       A     Yes.

11       Q     And how does it change how the

12   need for access is evaluated?

13       A     Because the need is apparent by

14   their role and responsibilities outlined

15   in the EO.  You know, there's -- I would

16   say there's fewer additional follow-up

17   questions with regard to, you know, what

18   the need is about, because it's already

19   been publicly outlined.

20       Q     So what are some examples of

21   follow-up questions that would be asked

22   of another user that are not being asked

23   of a DOGE team affiliate?

24            MR. HUMPHREYS:  Objection,

25       form.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 76

1        A     So a normal question, like if

2    it's coming from another area of the

3    department, as an example, that's not --

4    that's not normally worked with that area

5    of sensitive data, is to ask, you know,

6    what's -- what -- what is the access --

7    why is the access needed, what will the

8    access be used for, maybe what -- yeah,

9    will there be any potential sharing of

10   that data?

11            So it's -- it's making sure

12   that the security of the data and the use

13   of the data conform with the, you know,

14   legal responsibilities and policies of

15   the department.

16       Q     And those are all questions

17   that don't get asked of the DOGE team

18   affiliates; correct?

19       A     Yes, I would say that's

20   correct.

21       Q     Okay.  Was the need for the

22   DOGE team to have access to sensitive

23   systems apparent based on the January

24   20th DOGE EO?

25       A     I would say the -- the need was

Page 77

1    apparent, yes.

2         Q    And did the January 20th DOGE

3    EO also alter how DOGE team affiliates

4    request for access were evaluated at the

5    Department of Labor?

6              MR. HUMPHREYS:  Objection.

7    BY MS. HINSON:

8         Q    You can answer.

9         A    I would say it didn't alter,

10   because they didn't exist prior to

11   January 20th, if I'm understanding your

12   question -- your question correctly.

13        Q    It was a bad question.

14             There's -- you described

15   earlier today a process by which

16   employees -- the requested employees

17   of the Department of Labor are

18   evaluated in terms of access to

19   sensitive systems, is that right?

20        A    Yes.

21        Q    Did the January 20th DOGE EO

22   cause the Department of Labor to use a

23   different standard when evaluating the

24   requests of the DOGE team affiliates?

25        A    No, I don't think so.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 78

1        Q      Okay.  Did the fact that the --

2      there was an apparent need, based on the

3      DOGE team -- sorry -- based on the DOGE

4      EO, from January 20th, for the DOGE team

5      affiliates to access the systems, play a

6      role in evaluating their requests for

7      access?

8                MR. HUMPHREYS:  Objection to

9        form.

10               THE WITNESS:  Yeah, I'm --

11       can you restate?

12               MS. HINSON:  That was also a

13       bad question.

14   BY MS. HINSON:

15       Q      So you -- you testified that

16     the -- the need for the DOGE team

17     affiliates to have access to sensitive

18     systems was apparent based on the January

19     20th DOGE EO; correct?

20       A      Yes.

21       Q      Did that play a role when --

22     when DOL evaluated whether DOGE team

23     affiliates could access sensitive

24     systems?

25               MR. HUMPHREYS:  Object to

b7697e3a-7f70-4490-af68-d89c44ceedd6

1        the form.

2   BY MS. HINSON:

3        Q    You can answer.

4        A    Yes.

5        Q    How did it play a role?

6        A    It -- it played a role in that

7   it made the role and responsibility of

8   the individuals performing that work,

9   that there was a -- a clear and apparent

10  need for accessing those systems and that

11  data.

12       Q    Did the individuals evaluating

13  the requests for access need any other

14  information about the DOGE team

15  affiliates' need to access the sensitive

16  systems?

17       A    The answer to that is no, if

18  I'm understanding the correct question.

19       Q    All right.  Have any DOGE team

20  affiliates viewed data extracts from

21  sensitive systems that they do not

22  otherwise have access to?

23            MR. HUMPHREYS:  Objection as

24       to scope, but you can answer if

25       you know.

Page 80

1        A     So the question is, have they

2    reviewed data extracts but not had system

3    access?

4        Q     Correct.

5              MR. HUMPHREYS:  Same

6        objection.

7        A     I think the answer to that is

8    no.

9        Q     Okay.  Do DOGE team affiliates

10   need to fill out a written request to

11   access the sensitive system?

12       A     Do DOGE team affiliates --

13       Q     Yeah.

14       A     -- need to fill out a request

15   to access the system?  Yes.

16       Q     Okay.  Can you look at it's

17   Exhibit 6, I believe, the interrogatory

18   responses.

19       A     Exhibit 6?

20       Q     And if you'll look at page 17,

21   it says that Mr. Elez has been granted

22   access -- sorry -- granted permission to

23   access core sensitive systems, including

24   the unemployment insurance data and

25   related records; do you see that?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 81

1          A     Yes.

2          Q     All right.  And then on page 18

3     it says that Mr. Moghaddassi has been

4     granted permission to access five

5     sensitive systems, including the

6     unemployment insurance data and related

7     records; do you see that?

8          A     Yes.

9          Q     Has Mr. Elez submitted a

10    written request to access the

11    unemployment insurance data and related

12    records?

13         A     I -- I don't have -- I don't

14    know for sure if it was a written request

15    via e-mail.  There is no form, if that's

16    your question.

17         Q     Do you know if they submitted a

18    written request of any kind?

19         A     I don't know how that request

20    was made.

21         Q     And do you know if

22    Mr. Moghaddassi submitted a written

23    request for the unemployment insurance

24    data and related records?

25         A     Same response.

Page 82

1        Q      Are you aware that the

2     Department of Labor has produced

3     documents in this case?

4        A      Yes.

5        Q      Okay.  Those documents did not

6     include written requests by Mr. Elez or

7     Mr. Moghaddassi for access to the

8     unemployment insurance data and related

9     records, does that mean that they don't

10    exist?

11            MR. HUMPHREYS:  Objection to

12        form and to scope.

13    BY MS. HINSON:

14        Q      You can answer.

15        A      Does that mean they don't

16    exist?  I don't believe that's a hundred

17    percent the case.

18        Q      So what is -- what does that

19    mean, you don't believe it's 100 percent

20    the case?

21        A      So if a request was made via

22    e-mail, and I guess if that e-mail was

23    not part of the documents provided, it

24    may exist, there's that potential.

25        Q      I'll come -- I'll come back to

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 83

1    that, I'll clarify probably through

2    counsel.

3              To your knowledge, did

4    either Mr. Elez or Mr. Moghaddassi

5    verbally request access to the

6    unemployment insurance data and

7    related records?

8    A      I don't know specifically how

9    they made their request.

10   Q      Do you know what need they had

11   to access those records?

12   A      I believe their need clearly

13   falls within the scope of the executive

14   order and it -- it's specifically the

15   data silo executive order specifically

16   called out the Department of Labor and

17   the unemployment insurance dataset to be

18   examined and used to determine the

19   possible fraud, waste and abuse.

20   Q      And when you say that the need

21   was based on the executive order, are you

22   talking about just the information silos

23   EO or the DOGE EO or both?

24   A      I -- I think it's related to

25   both, but the information silos EO

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 84

1    specifically called out the Department of

2    Labor and that dataset.

3         Q    Do you know how their -- I'll

4    rephrase this.

5              Do you know what factors

6    were used to assess whether they could

7    have access to the unemployment

8    insurance data related records?

9              MR. HUMPHREYS:  Objection,

10        foundation.

11        A    I -- I was not directly

12    involved in that, but I believe it

13    clearly falls within the scope of fraud,

14    waste and abuse of the unemployment

15    insurance program.

16        Q    But you -- just so I'm clear,

17    you don't know that, you're reasoning

18    that now; is that right?

19        A    I believe it clearly falls

20    within the scope of the -- of examining

21    fraud, waste and abuse of the

22    unemployment insurance program.

23        Q    Did someone tell you that they

24    were granted access to the unemployment

25    insurance data and related records

Page 85

1      because of the information silos EO?

2           A      No.

3                  MR. HUMPHREYS:  Objection.

4                  THE WITNESS:  Observation,

5           sorry.

6                  MR. HUMPHREYS:  Objection as

7           to scope.

8                  You may answer.

9           A      No.

10          Q      And what's your basis for

11     concluding that it's with -- that they

12     were granted access because of the

13     information silos EO?

14          A      Their role is to examine DOL's

15     systems, information programs for fraud,

16     waste and abuse, that data was

17     specifically called out in the

18     information silos executive order.

19                 So it's pretty clear to me that

20     the two connect on a related -- their

21     work and their access to that data.

22          Q      And would that apply to any

23     DOGE team affiliate who requested access

24     to the unemployment insurance data and

25     related records?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 86

1           MR. HUMPHREYS:  Objection,

2       vague.

3           THE WITNESS:  Can you

4       clarify?

5           MS. HINSON:  Sure.

6   BY MS. HINSON:

7       Q    So if there were any other DOGE

8   team affiliate who requested access to

9   the unemployment insurance data and

10  related records would they be granted

11  access to that because of the information

12  silos EO?

13          MR. HUMPHREYS:  Objection,

14      speculative.

15  BY MS. HINSON:

16      Q    You can answer.

17      A    So again, I'm not one.  The

18  chief information officer is the one

19  specifically controlling access to that,

20  so that would be within his determination

21  or decision.

22          But I believe any of the three

23  individuals it falls within their role

24  and responsibility in -- in accessing

25  that data.

Page 87

1        Q     If you look at the
2    interrogatory responses at pages 18 to
3    20, they indicate that Mr. Elez and
4    Mr. Moghaddassi and Mr. Collins were all
5    denied access to ASAP.gov and Adobe
6    licensing portal.
7              So what's ASAP.gov?
8        A     ASAP.gov is a treasury system
9    that tracks payments for the Department
10   of Labor, specifically payments related
11   to grants.
12             And the Adobe licensing portal
13   is to -- to view the Department of
14   Labor's -- how many licenses we own and
15   what's the utilization of that licensing,
16   how many licenses were in use.
17       Q     Why were they denied access to
18   ASAP.gov.
19       A     ASAP.gov was denied due to
20   ongoing litigation involving Treasury and
21   access to that system.  Yeah.
22       Q     And why were they denied access
23   to Adobe Licensing Portal?
24       A     Adobe Licensing Portal was
25   denied because it did not have a

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 88

1      read-only view of the data.

2               Access could only be granted

3      that would allow an individual to change

4      to provision and de-provision licenses,

5      not just view usage.

6      Q      Were these denials documented?

7      A      They weren't documented, but

8      the access request process was halted, it

9      was not completed, so there's not, like,

10     a form that says denied on it, if that's

11     what you're referring to.

12     Q      And for ASAP.gov, is it fair to

13     say that the denial was unrelated to

14     whether or not they had a need to access

15     the system?

16              MR. HUMPHREYS:  Objection as

17          to scope, but you can answer.

18     A      The denial was related to the

19     litigation so, yes, it was unrelated to

20     the need in this case.

21              MS. HINSON:  All right.  Can

22          we go back to your declaration

23          from February 13th.

24              And I will be honest, I have

25          lost track of what the exhibit

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 89

1        number is.

2              MR. HUMPHREYS:  2 or 3.

3              MS. MILTON:  3.

4              MS. HINSON:  3?  Great.

5        It's Exhibit 3.  Thank you, guys.

6   BY MS. HINSON:

7        Q     So if you look at paragraph

8    nine, it says:  Relevant employees will

9    provide 24 hours notice before seeking

10   access to each DOL IT system to allow DOL

11   an opportunity to meet its obligations to

12   ascertain and mitigate any conflicts of

13   interest, establish confidentiality

14   protocols, and identify and account for

15   any system that may contain legally

16   protected information; do you see that?

17       A     Yes.

18       Q     Okay.  Was this policy in place

19   as of January 19th, 2025?

20       A     I would say no.

21       Q     When did this policy come into

22   place?

23       A     The -- this is specifically

24   about the DOGE affiliates, so it came

25   into place with the -- with the, I guess,

Page 90

1      executive order and individuals when

2      individuals were on-boarding to DOL to do

3      their work.

4          Q    How does this differ from the

5      policy that applies to other DOL

6      employees?

7          A    I would say the policy is --

8      it's the same.  The main difference here

9      is just treat it with more urgency I

10     would say is the main difference.

11         Q    When you say treating it with

12     more urgency, are you talking about the

13     request for access?

14         A    Yeah, the request for access,

15     yes.

16         Q    Okay.  How long does it

17     typically take for someone requesting

18     access to a sensitive system at DOL to

19     receive that access?

20         A    It depends, it could take -- I

21     think, as you've seen, it could take

22     awhile.  Even here, it takes awhile to

23     get all the signatures on the form.

24              So it could take, you know,

25     two to three days, you know, just

Page 91

1    depending on how long it takes to get

2    it through that process.  The actual

3    provisioning of the access is pretty

4    fast.

5        Q    In general, are DOGE team

6    affiliates granted access to sensitive

7    systems more quickly than other DOL

8    employees?

9        A    I would say yes.

10       Q    How much more quickly?

11       A    We try to turn around within a

12   day, but it still can take two to three

13   days to get through the process.

14       Q    And why is there a different

15   standard for the DOGE team affiliates

16   than other DOL employees?

17           MR. HUMPHREYS:  Objection to

18       form.

19           Go ahead.

20       A    I would say it's a different

21   standard because of the importance

22   outlined by the President, who's the head

23   of the executive branch, and by the fact

24   that these individuals report, you know,

25   certainly, now, to the -- to the

Page 92

1      secretary's office and report to the

2      secretary's chief of staff.

3              Anything in IT, you know, where

4      individuals are working at that level, is

5      treated with more urgency.

6          Q    Do you -- DOL employees seeking

7      access to sensitive systems typically

8      have to provide more than 24 hours notice

9      before seeking access?

10         A    I -- I would say no, that's

11     probably poorly worded here.  We try to

12     grant access as quickly as we can.  I

13     think the main difference here, and the

14     intent is to, you know, get through that

15     review process and approval process, you

16     know, as quickly as possible while still

17     doing our due diligence.

18         Q    This also says that DOL will

19     establish confidentiality protocols.  Are

20     those confidentiality protocols specific

21     to the DOGE team affiliates?

22         A    The one thing we created,

23     that's specific to the DOGE team

24     affiliates, is that request for access

25     form, just so make sure -- that did not

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 93

1      exist prior to January 20th, and it was

2      to ensure, you know, that the -- that,

3      you know, the individuals understood the

4      data that they were handling and any laws

5      or other training or other requirements

6      related to that data.

7                  MS. HINSON:  Can you -- I

8           think we're at Exhibit 8.

9                  (Exhibit No. 8 was marked

10          for identification.)

11                 MS. HINSON:  Thank you.

12     BY MS. HINSON:

13          Q     So you've just been handed

14     Exhibit 8, which begins at DOL 22.

15                 Is this the request for access

16     form you were just referencing?

17          A     Yes.

18          Q     And just so I'm clear, this was

19     created specifically for the DOGE team

20     affiliates?

21          A     Yes.

22          Q     Why was a special form created

23     for them?

24          A     So we just wanted to make sure

25     that we were, you know, fully understand

Page 94

1    the data contained within the system, the

2    laws pertaining to the protection of that

3    data, and that the individuals requesting

4    and receiving access also had that same

5    understanding.

6        Q    Do -- is that information

7    contained in the forms to request access

8    used by other DOL employees?

9            MR. HUMPHREYS:  Objection,

10       vague.

11       A    Yes, I think in various forms,

12   you know, but I think the -- so in terms

13   of rules of behavior, a lot of the same

14   information is in there, whether it's

15   Privacy Act protected data, for example,

16   so similar or same information is in the

17   normal forms or other artifacts that

18   other DOL employees would encounter or

19   have to complete.

20       Q    So if that's the case why did

21   DOL feel the need to create a separate

22   form for the DOGE team affiliates?

23       A    So I think it was -- so I was

24   involved in that process, along with the

25   office of the solicitor, and it was just

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 95

 1    extra due diligence with new individuals

 2    coming into the department that they

 3    fully understood the data they were

 4    encountering and using and accessing, and

 5    that, you know, it included a full legal

 6    review, as well, right?

 7              So the office of the solicitor

 8    would complete section B in here to

 9    reference any laws pertaining to the

10    data.  They would -- office of the

11    solicitor also would conduct a legal

12    review to determine if there was other

13    litigation that may prevent access to the

14    data, which was the case with ASAP.gov,

15    as we were completing this forms process,

16    that could stop the access from being

17    processed.

18        Q    Thanks.

19              Going back to your declaration,

20    I think -- I was asking about the

21    confidentiality protocols.

22              What confidentiality protocols

23    existed before the DOGE team affiliates

24    began seeking access to sensitive

25    systems?

Page 96

```
 1        A     So there's -- there's -- I
 2   mean, there's routine training that the
 3   affiliates also had to complete, like
 4   Privacy Act training.  There's, you know,
 5   account reviews, which is a normal
 6   process that people who have access
 7   should continue to have access to -- to
 8   systems and data.  There's, as I
 9   mentioned earlier, data exfiltration
10   monitoring, if data's leaving the
11   department's network that's continuous
12   monitoring.
13              Yeah, I think training and
14   review of system access are probably the
15   key things there.
16        Q     So what confidentiality
17   protocols did DOL need to establish for
18   the DOGE team affiliates?
19              MR. HUMPHREYS:  Objection,
20        foundation.
21              I withdraw my objection.
22        A     So I think the main -- the main
23   one is the creation of this form and
24   ensuring that the requests are
25   understood, the data contained in the
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 97

1      system, the laws related to the data is

2      probably the key one that was created for

3      the affiliates.

4          Q     Were there any others?

5          A     No.

6          Q     Then I think it also says that

7      the DOGE team affiliates need to provide

8      24 hours notice to allow DOL an

9      opportunity, quote, to meet its

10     obligations to ascertain and mitigate any

11     conflicts of interests, unquote.

12             What does DOL do to

13     ascertain conflicts of interest?

14         A     So -- so all of the -- the

15     affiliates also had to take ethics

16     training, so whether they could -- to

17     make sure they have no conflicts.

18             And then, in the course of

19     completing this access request, you know,

20     they would need to apply that ethics

21     training against the access that they're

22     gaining to make sure that there's no

23     conflicts of interest.

24             And then I guess other types of

25     conflicts of interest could be related to

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 98

1    other litigation related to access to

2    systems and data, like I referenced

3    earlier.

4        Q    Just so I'm clear, are -- did

5    you just testify that the DOGE team

6    affiliates are the ones who are assessing

7    whether they have a conflict of interest?

8            MR. HUMPHREYS:  Objection to

9        scope.

10            Go ahead.

11       A    Just like any government

12   employee, they have to apply the ethics

13   training and, you know, what they're

14   doing in their job against things they

15   may be doing in their private life,

16   whether it may pose a conflict and have

17   to -- and then you're required to

18   disclose that, so the same thing would

19   apply to these affiliates.

20       Q    Is anyone else evaluating

21   whether they have a conflict of interest?

22            MR. HUMPHREYS:  Objection to

23       scope.

24       A    No.

25       Q    What would constitute a

Page 99

1    conflict of interest under this policy?

2              MR. HUMPHREYS:  Can I have a

3         standing objection on this line --

4              MS. HINSON:  Sure.

5              MR. HUMPHREYS:  -- as to

6         scope.

7              THE WITNESS:  Sorry, could

8         you repeat that, please?

9              MS. HINSON:  Sure.

10   BY MS. HINSON:

11        Q    Under this policy, as included

12   in your declaration, what constitutes a

13   conflict of interest?

14        A    So -- so just like any

15   government employee, it could be other

16   employment, you know, that -- that the

17   individual may have, that may be related

18   to the work they're doing at the

19   department.

20              You have to apply whether that

21   other work or that other stream of income

22   is related to your work and you may have

23   to disqualify yourself.

24              So it's -- unless -- unless

25   there is something that raises concern

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 100

1      through other channels, public reports,

2      then it's -- it's up to the -- to the

3      individual to disclose potential

4      conflicts of interest and raise that to

5      the solicitor's office for review.

6          Q     Are Mr. Elez, Mr. Moghaddassi

7      and Mr. Collins paid by the Department of

8      Labor?

9          A     They are full-time employees in

10     our HR system, and I have not reviewed

11     payroll records, but from everything that

12     I see they're in the system as a normal

13     employee and should be receiving pay.

14         Q     And as we discussed earlier,

15     Mr. Elez and Mr. Moghaddassi, at least,

16     are also concurrently employed or

17     detailed to other agencies; correct?

18              MR. HUMPHREYS:  Objection to

19         form.

20     BY MS. HINSON:

21         Q     You can answer.

22         A     So who -- who was concurrent?

23     Sorry.

24         Q     Mr. Elez is also detailed to

25     other agencies; correct?

1       A     Yes.

2       Q     And as Mr. Moghaddassi is also

3    employed at other agencies; correct?

4       A     No.

5       Q     Is he detailed to other

6    agencies?

7       A     Mr. Moghaddassi, my

8    understanding, is he is detailed to other

9    agencies.

10      Q     Okay.  Do you know if they're

11   being compensated by these other

12   agencies?

13            MR. HUMPHREYS:  Objection as

14        to scope.

15      A     Under a detail, they would not

16   be compensated by the other agencies.

17      Q     Would the -- would their work

18   for other agencies fall within the scope

19   of conflicts of interest that they would

20   need to evaluate?

21      A     Yes.

22      Q     Do you know what they've done

23   to evaluate those conflicts of interest?

24            MR. HUMPHREYS:  Objection as

25        to scope.

b7697e3a-7f70-4490-af68-d89c44ceedd6

1        A     I cannot, you know, speak to

2    their personal thinking of what they've

3    done to assess conflicts of interest.

4        Q     Okay.  And this conflict of

5    interest -- these conflicts of interest

6    that they need to evaluate would include

7    any other employment; correct?

8        A     Yes.

9        Q     Okay.  Would it include any

10   other unpaid work they're doing for

11   another organization?

12            MR. HUMPHREYS:  Objection as

13        to scope.

14        A     Not an ethics expert, but I

15   expect it could, yes.

16        Q     Would it include any work that

17   they're doing for DOGE?

18            MR. HUMPHREYS:  Same

19        objection.

20        A     So would it include any work

21   they're doing for DOGE?  I would think

22   the answer to that is no.

23        Q     Why not?

24            MR. HUMPHREYS:  Objection to

25        scope.

b7697e3a-7f70-4490-af68-d89c44ceedd6

1       A     So DOGE is, as defined at the

2    beginning of the deposition, is all

3    related to the President's executive

4    order.  And carrying out the work of that

5    executive order, whether it's directly at

6    the US DOGE Service or through the -- the

7    individuals hired at agencies, such as

8    Department of Labor, to carry out

9    internal review work.

10      Q     So do you understand Mr. Elez,

11   Mr. Moghaddassi and Mr. Collins to be

12   working for DOGE?

13            MR. HUMPHREYS:  Objection as

14       to scope.

15      A     No, I don't understand that to

16   be the case.

17      Q     I -- I guess -- all right.  All

18   right.

19            Is there training

20   established for a new user of the

21   unemployment insurance data related

22   records?

23      A     No, not specific training for

24   that, but the Privacy Act training

25   that -- that was completed would

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 104

1    certainly apply.

2        Q    And so I take it that

3    Mr. Moghaddassi and Mr. Elez did not

4    receive training specific to the

5    unemployment insurance and data and

6    related records; is that right?

7            MR. HUMPHREYS:  Objection,

8        vague and form.

9        A    I -- again, I believe that the

10   Privacy Act training is directly

11   applicable.  There is no training that

12   exists for that data, currently, specific

13   to that data.

14       Q    Okay.  If you look at the --

15   that same paragraph nine of your

16   declaration?

17       A    Okay.

18       Q    It says, last sentence:  Each

19   employee requiring access to a process or

20   a system with a valid need to know will

21   review and sign all required access

22   agreements for each process or system and

23   complete a required -- complete a

24   required request form to access DOL

25   information systems; do you see that?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 105

1        A      Yes.

2        Q      Is there -- I'll take it back.

3               Is there an access agreement

4    for the unemployment insurance data

5    and related records?

6        A      Is -- is there an access

7    request form?

8        Q      Is there an access agreement.

9        A      There is no access request form

10   for that, completed access request form,

11   that's your question?

12       Q      I guess -- I think I'm asking

13   something different.

14              This refers to --

15       A      Oh, okay.  I see.

16       Q      -- an access agreement?

17       A      Right.

18       Q      What's an access agreement,

19   just generally?

20       A      So here it's an access

21   agreement, as it applies to the

22   affiliates is that access request form

23   that we discussed earlier, as well as any

24   access request forms that already exist

25   specific to that system.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 106

1      Q     Okay.  And how does that differ

2    from the access agreements when we're

3    referring to other DOL employees?

4            MR. HUMPHREYS:  Objection,

5      form.

6      A     So it's -- it's the same,

7    except the access -- request for access

8    form is in addition to that of normal

9    employees that the affiliates must

10   complete.

11     Q     Okay.  Is there an access

12   agreement for the unemployment insurance

13   data-related records?

14     A     So there is -- there is no

15   exist -- because the data were just

16   transferred from the OIG, there is no

17   existing normal user access request

18   agreement for that data, if that's the

19   question you have.

20     Q     I think so, yes.

21     A     Okay.

22     Q     Can you look back at the

23   interrogatory responses, again, so

24   Exhibit 6.

25     A     Exhibit 6?

b7697e3a-7f70-4490-af68-d89c44ceedd6

1        Q      At 19 -- 18 to 19.

2        A      Mm-hmm.

3        Q      Okay.  At the -- in the first

4    paragraph, on the top of 18, second

5    sentence, it says:  To gain access to the

6    systems Mr. Elez signed rules of behavior

7    for each system; do you see that?

8               MR. HUMPHREYS:  Top of 19?

9               MS. HINSON:  Top of 18.

10              THE WITNESS:  Okay.  Yes.

11   BY MS. HINSON:

12       Q      And then, at the top of 19, the

13   second sentence of that first paragraph,

14   it says:  Mr. Moghaddassi signed rules of

15   behavior for each system; do you see

16   that?

17       A      Yes.

18       Q      Okay.  Are there rules of

19   behavior for the unemployment insurance

20   data and related records?

21       A      So not specifically for that

22   data, but the rules of behavior certainly

23   for our general network would apply,

24   which kind of covers all system access.

25              But in some cases there's also

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 108

1    an additional rules of behavior that may

2    be produced specific to a system, which

3    did -- does not exist for the UI data.

4        Q    What portion of DOL systems

5    have a system specific rules of behavior?

6            MR. HUMPHREYS:  Objection to

7        form.

8        A    I -- I don't know,

9    specifically.  I will say that we have

10   been trying to move everything to that

11   one single rules of behavior that -- that

12   individuals must agree to that -- that's

13   a part of our general network access.

14           So we're trying to reduce

15   individual specific rules of behavior

16   documents per system.

17           MS. HINSON:  Mark this as 9.

18           MR. HUMPHREYS:  Thank you.

19           (Exhibit No 9 was marked for

20       identification.)

21           MS. HINSON:  And, actually,

22       we've got a 10, too.

23           (Exhibit No. 10 was marked

24       for identification.)

25   ///

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 109

 1   BY MS. HINSON:

 2       Q    Okay.  All right.  You've been

 3   handed Exhibit 9 and 10.

 4            Exhibit 9 is DOL 194 and

 5   Exhibit 10 is DOL 104.

 6            And I believe they're the same

 7   user agreement form, one with

 8   Mr. Moghaddassi's information and one

 9   with Mr. Elez's information; is that

10   right?

11       A    Yes, that's the same form.

12       Q    What is this form?

13       A    Oh, so this is the form

14   confirming that the individual has

15   completed the standard computer security

16   training for DOL.

17       Q    Is this form used for non-DOGE

18   team affiliates?

19       A    This form is used for

20   everybody, including Department of Labor

21   employees and contractors.

22       Q    Okay.  Are DOL employees and

23   contractors supposed -- well, when are

24   DOL employees and contractors supposed to

25   complete this form?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 110

```
 1              MR. HUMPHREYS:  Objection,

 2         foundation.

 3         A     So this form should be

 4    completed at the beginning of their work,

 5    either beginning of their employment or,

 6    for a contractor, when they begin -- when

 7    they on-board at DOL to begin on

 8    Department of Labor systems.

 9         Q     Should an employee or

10    contractor be given access to sensitive

11    systems without filling out this form?

12         A     The answer to that would be no.

13         Q     Okay.  So you can see that

14    Mr. Moghaddassi's Exhibit 9,

15    Mr. Moghaddassi's form, it's been filled

16    out with his name and address but hasn't

17    been signed; do you see that?

18         A     I do see that.

19         Q     So the form is incomplete;

20    correct?

21         A     It appears so, yes.

22         Q     Okay.  So because this form is

23    incomplete, Mr. Moghaddassi should not

24    have been given access to sensitive

25    systems; correct?
```

1          MR. HUMPHREYS:  Objection,

2      form.

3   BY MS. HINSON:

4      Q    You can answer.

5      A    I believe that's accurate to

6   say.

7      Q    And if you look at Exhibit 10,

8   Mr. Elez did digitally sign and date this

9   form, and it's dated March 25th, 2025; do

10  you see that?

11     A    Yes.

12     Q    Am I correct that Mr. Elez was

13  given access to sensitive systems as

14  early as February 25th, 2025?

15          And if you want to reference I

16  believe it's on page 17 of the

17  interrogatory responses.

18     A    That appears correct, yes.

19     Q    Okay.  And so between February

20  25th, 2025 and March 2020 -- March 25th,

21  2025, Mr. Elez should not have been

22  granted access to sensitive systems;

23  correct?

24          MR. HUMPHREYS:  Objection to

25      form.

1  BY MS. HINSON:

2      Q     You can answer.

3      A     I would say the answer to that

4  is yes.  I -- I do want to add a little

5  bit of context, here, in that as part of

6  the normal on-boarding of employees, the

7  department's office of human resources

8  works with the individuals that are

9  on-boarding to review and -- and

10  acknowledge completion of the computer

11  security training.

12            So I do, you know, want the

13  opportunity to go back and see if that

14  was just completed through a different

15  process, at the beginning of their

16  employment, to see if that exists.

17      Q     I think you can set that aside.

18            Have any DOGE team affiliates

19  made any changes to sensitive systems?

20      A     No.

21      Q     Have any DOGE team affiliates

22  installed any software on any DOL

23  systems?

24      A     Yes.

25      Q     Okay.  Who -- who installed

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 113

1    software on DOL systems?

2        A    So Marko Elez did install some

3    software.

4        Q    And is that Visual Studio Code

5    and PYTHON?

6        A    Yes.

7        Q    Why did he install those on DOL

8    systems?

9        A    To analyze data in the course

10   of his work.

11       Q    Okay.  Did he receive

12   permission to install those programs

13   before he installed them?

14       A    No, he did not.

15       Q    Was -- has he removed those

16   programs from DOL systems?

17       A    Those are approved software

18   packages, and so the software has not

19   been removed.

20       Q    Okay.  When you say they're

21   approved software packages, what does

22   that mean?

23       A    They've -- they've been

24   previously approved for use at the

25   Department of Labor, and so there was no

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 114

1      need to remove them.

2          Q      Just so I'm clear what

3      happened, is it -- is it the case that

4      because they are pre-approved packages it

5      was okay that he installed them in the

6      first instance or was it that he

7      installed them and then somebody at DOL

8      decided it was okay because the packages

9      had been pre-approved or something else?

10         A      So, I'm sorry, can you restate

11     your question?

12         Q      Sure.

13                When Mr. Elez installed

14     these -- actually, let me ask a different

15     question.

16         A      Mm-hmm.

17         Q      For a normal DOL employee is it

18     okay, from the DOL's perspective, for

19     them to install Visual Studio Code on DOL

20     systems?

21                MR. HUMPHREYS:  Objection,

22         vague.

23     BY MS. HINSON:

24         Q      You can answer.

25         A      So for -- so for a normal

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 115

1     standard user, I would say it -- the

2     answer to that is no.

3          Q    Okay.  And for a normal DOL

4     employee, are they permitted to install

5     PYTHON on DOL systems?

6          A    Again, the answer to that is

7     no.

8          Q    Here, did anyone know Mr. Elez

9     was installing these systems, these

10    programs, on DOL systems when he did it?

11              MR. HUMPHREYS:  Objection as

12        to scope.

13              You can answer.

14        A    No.

15        Q    How was that information

16    learned by DOL?

17        A    That information was learned

18    by -- through a discussion with Mr. Elez

19    and where it was determined that he had

20    installed those two software packages.

21        Q    And when did that happen?

22        A    When did the --

23        Q    When did the discussion happen?

24        A    When did the discussion happen?

25    Roughly, two weeks ago.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 116

1       Q      And when had he installed the

2   systems?

3       A      I -- I don't know specifically

4   when he installed them.

5       Q      Okay.  For a normal DOL

6   employee, what would have happened if DOL

7   had learned that they had installed

8   Visual Studio Code and PYTHON on DOL

9   systems without permission?

10           MR. HUMPHREYS:  Objection to

11       scope.

12       A      So for -- I think for any DOL

13   employee we would have evaluated -- first

14   evaluated, you know, what -- what the

15   need was.  We would still evaluate the

16   need for doing that, but ultimately we

17   may or may not have de-installed that

18   software, but we'd always just evaluate

19   the need.

20           It's up to the individual

21   supervisor to determine any actions

22   beyond that.

23       Q      What was the response when DOL

24   learned that Mr. Elez had installed these

25   programs without permission?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 117

1              MR. HUMPHREYS:  Objection to

2         scope.

3         A     The response was we just -- we

4    evaluated whether those packages were, in

5    fact, or validated those packages were,

6    in fact, on our approved software list,

7    which they were, at which point we did

8    not have any, you know, further concerns

9    with that software being installed.

10        Q     Did it concern DOL that

11   Mr. Elez was installing software without

12   permission from the agency?

13        A     There's always concern when

14   that happens, it's not -- you know, this

15   is not a unique instance of that

16   occurring within the department.

17              So there's always concern, but

18   then, you know, we apply logic to any

19   evaluation as to the level of risk

20   that -- that actually exists in that

21   having been done.

22        Q     Have any other DOGE team

23   affiliates installed any other software

24   on DOL systems?

25        A     No.

Page 118

1        Q     Have any DOGE team affiliates

2     requested to install any software on DOL

3     system?

4        A     No.

5        Q     Are you familiar with a program

6     called PuTTY?

7        A     Yes.

8        Q     What is it?

9        A     So PuTTY is used for terminal

10     emulation.  So if you -- you think of

11     a -- well, I don't know how many people

12     have used a mainframe for a long time,

13     but it's basically an application you can

14     use from a Windows-based PC, for example,

15     to connect into a UNIX or Linux-based

16     system or mainframe system to get a

17     terminal command line view into that

18     system.

19        Q     Since January 19th have there

20     been -- has any DOGE team affiliate been

21     granted permission to install or use

22     PuTTY at DOL, even if it wasn't

23     ultimately done?

24        A     So any DOGE team affiliate

25     to -- to install or use, you're saying?

Page 119

1          Q      Well, let me break that down.

2                 Has any DOGE team affiliate

3     been granted permission to install

4     PuTTY at DOL?

5          A      They have not been granted

6     permission to install.

7          Q      Have they been granted

8     permission to use PuTTY at DOL?

9                 MR. HUMPHREYS:  Objection as

10        to scope.

11         A      Possibly, we did have to

12    install some software for access to the

13    acquisition system or the financial

14    management system data.  I don't recall

15    whether it was specifically PuTTY or a

16    similar type of program.

17         Q      So what -- you said the

18    financial acquisition systems?

19         A      Financial management system.

20         Q      Financial management system?

21         A      The department's accounting

22    system, effectively.

23         Q      And why did you need to install

24    that software?

25                MR. HUMPHREYS:  Objection as

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 120

1          to scope and I'll instruct the

2          witness not to answer.

3                    Are you talking about labor

4          broadly or --

5                    (Instruction)

6                    MS. HINSON:  Well, maybe I

7          can ask it a different way.

8     BY MS. HINSON:

9          Q     Was the installation of this

10    software related to the DOGE team

11    affiliates?

12                   MR. HUMPHREYS:  Still,

13         objection as to scope, instruct

14         not to answer.

15                   The topic is whether DOGE

16         employees have installed directly

17         or indirectly.

18                   (Instruction)

19                   MS. HINSON:  So the argument

20         is that request to install is

21         outside the scope?

22                   MR. HUMPHREYS:  I mean, I --

23         well, yeah, I think it is.  Have

24         they installed is the question.

25                   MS. HINSON:  Doesn't it fall

1          within actual use of sensitive

2          systems, more broadly, which that

3          has an including term and then a

4          list?

5                MR. HUMPHREYS:  I didn't

6          read your question to be limited

7          to -- I think you're using DOGE

8          affiliates in the -- in the

9          question, but if that's your

10         question that's fine.  I thought

11         it was broader.

12               MS. HINSON:  I think I

13         actually did ask it broader, but

14         then I narrowed it.

15               MR. HUMPHREYS:  Okay.  So if

16         that's the question in there

17         that's fine.

18               THE WITNESS:  What's the

19         question?

20    BY MS. HINSON:

21         Q     Did -- were the DOGE team

22    affiliates involved in installing the

23    financial management systems data

24    software you just mentioned?

25         A     So just to be clear, the -- the

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 122

1      affiliates did not request any specific

2      software.  They simply needed access to

3      the system and the data to do their work.

4                And the office of the chief

5      information officer staff made the

6      determination as to which software was,

7      you know, best used for that purpose and

8      within departmental standards.

9         Q    Okay.  Just so I'm clear, so

10     they -- did the DOGE team affiliates

11     request access to the financial

12     management systems data?

13        A    Yes.

14        Q    Okay.  And in order to

15     facilitate that, some type of software

16     was installed to allow them access;

17     correct?

18        A    Yes.

19        Q    And that software could have

20     been PuTTY but you're not sure?

21        A    PuTTY or a similar type of

22     product.

23        Q    Okay.

24        A    Yes.

25        Q    Would that product allow them

Page 123

1     access to any -- scratch that.

2              Would that product be used

3     to access any other sensitive system

4     at DOL?

5         A     It -- it could be used, but it

6     was not configured or set up to be used

7     in that manner for any other system.

8         Q     Does PuTTY allow someone to

9     gain remote access to the financial

10    management systems data?

11             MR. HUMPHREYS:  Objection as

12        to scope.

13        A     So that's exactly what terminal

14    emulation is.

15        Q     Mm-hmm.

16        A     So it's you're remoting into

17    the -- into that server base system

18    that's -- that is the exact purpose for

19    it.

20        Q     And so the DOGE team affiliates

21    are able to remotely access the financial

22    management systems data; correct?

23             MR. HUMPHREYS:  Objection to

24        form.

25        A     So I -- I want to clarify

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 124

1    remote.  Remote still means using

2    Department of Labor equipment, with the

3    Department of Labor's network, it's just

4    the -- the nature of how the technology

5    works and how this business system is

6    built where you're using this terminal

7    emulation to get into the system to work

8    with that data.

9       Q    Does installing PuTTY or a

10   similar program create security concerns

11   regarding unauthorized access to data?

12      A    No.

13      Q    Is it possible to use PuTTY to

14   copy or remove data from a system?

15           MR. HUMPHREYS:  Objection as

16      to scope.

17      A    Only if that permission is

18   granted to use those types of features.

19      Q    Do the DOGE team affiliates

20   have permission to use those types of

21   features at DOL?

22      A    I believe they do, again, to --

23   to retrieve data from that system for,

24   you know, analysis through other tools on

25   the Department of Labor's network.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 125

1       Q      Have the DOGE team affiliates

2    copied any records from sensitive systems

3    at DOL?

4       A      Have they copied from the

5    systems?  So can you clarify, what do you

6    mean?

7       Q      Have they -- well, have they

8    made copies of any records from sensitive

9    systems at DOL?

10           MR. HUMPHREYS:  Objection,

11      vague.

12      A      Yeah, I -- I don't quite

13    understand what you mean.

14      Q      Well, I guess I was just trying

15    to follow up on sort of your last answer,

16    that PuTTY or similar system could be

17    used to remove or copy records; correct?

18      A      Yeah, I -- I think -- so if

19    you're asking, like, in the question that

20    you asked awhile ago, where data may be

21    kind of moved out of a system for

22    external analysis, then the answer to

23    that would be yes.

24      Q      Okay.  And where have -- well,

25    what -- what records have they copied?

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 126

1          A      So certainly for the

2     financial -- financial management or

3     accounting system it would be records in

4     terms -- that relate to the department's

5     expenditures, you know, could -- it has

6     payroll records in there, it has grant

7     expenditure records in there, it has

8     obligations invoicing related to

9     contracts, you know, full range of that

10    type of data.

11         Q      Does it have any PII?

12         A      It does have PII, yes.

13         Q      What kind of PII does it have?

14         A      So the PII there would be -- it

15    could be Social Security numbers for

16    employees, it's part of payroll

17    processing.  It may have -- have EIN

18    information in there, you know, related

19    to contracts or payments made to external

20    entities, so it would have that type of

21    data.

22         Q      Anything else that you can

23    remember right now?

24         A      No.  I think it's mainly

25    employee-type payroll information for

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 127

1    normal payroll processing, payments made,

2    contract information, that type of --

3    type of data.

4        Q    And then what did they do with

5    that data?

6            MR. HUMPHREYS:  Objection as

7        to scope.

8        A    So they would -- again, they

9    would analyze that data to examine it for

10    fraud, waste, and the broad categories of

11    fraud, waste and abuse.

12            They would -- they would review

13    that data, potentially for compliance

14    with other -- you know, executive orders,

15    could be related to, like, the hiring

16    freeze, for example, shouldn't be any new

17    employees on-boarding, so they would use

18    it for those purposes.

19        Q    Have they intermingled those

20    records with any other records?

21            MR. HUMPHREYS:  Objection,

22        vague as to scope.

23    BY MS. HINSON:

24        Q    You can answer.

25        A    I -- I don't believe so.  I've

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 128

1    not seen that.

2        Q    Do you know where they saved --

3    let me try again.

4            Where did they copy these

5    records to?

6            MR. HUMPHREYS:  Objection as

7        to form.

8        A    So they're -- so for those

9    records, as -- as far as I know, they are

10   using them locally on their government

11   issued and encrypted devices.

12       Q    Have they -- have the DOGE team

13   affiliates shared any records from any

14   DOL sensitive system outside of the DOL?

15       A    I am not aware of that

16   occurring.

17       Q    Okay.

18       A    No.

19       Q    Have they shared any records

20   from a DOL sensitive system with someone

21   who's not authorized to view those

22   records?

23       A    Again, I would have to answer,

24   no, not -- not that I have seen.

25       Q    And have they removed any

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 129

1    records from any DOL sensitive system?

2              MR. HUMPHREYS:  Objection,

3         vague.

4         A    Yeah, can you clarify that in

5    relation to your other questions, just so

6    I'm clear.

7         Q    Sure.

8              I guess I'm trying to get at,

9    is there any other way that -- I'll try

10   again.

11             Has any DOGE team affiliate,

12   in any way -- let me try -- has any

13   DOGE team affiliate allowed someone

14   outside the Department of Labor to --

15   to view the records, any records from

16   a DOL sensitive system?

17             MR. HUMPHREYS:  Objection as

18        to scope.

19        A    Again, not that I have observed

20   or seen or that I'm aware of.

21             MS. HINSON:  Do you want to

22        take a break.

23             MR. HUMPHREYS:  Can we get a

24        time check, too?

25             (Recess.)

Page 130

1   BY MS. HINSON:

2        Q    Mr. Kryger, I just wanted to

3   follow up on a couple of your responses

4   from earlier.

5             We talked about Mr. Elez's

6   installing Video Studio Code and

7   PYTHON, did Mr. Elez install any other

8   programs on DOL systems?

9        A    No.

10       Q    Have you asked the DOGE team

11  affiliates if they have installed any

12  software on DOL systems?

13       A    I did ask Mr. Elez that, and I

14  know -- I believe -- my understanding is

15  also the Office of the Solicitor and

16  Department of Labor also asked the

17  individuals if they had installed any

18  software, and the answer to that is no.

19       Q    And do you know when they asked

20  that?

21       A    This, again, would have been

22  done a couple of weeks ago,

23  approximately.

24       Q    So since they asked, no one has

25  asked the DOGE team affiliates if they

1    have installed software on the Department

2    of Labor systems; correct?

3        A    Yes, that's correct.

4        Q    Does the Department of Labor

5    monitor for the installation of software

6    on its systems?

7        A    I guess I'll start by saying

8    that in most cases you -- users do not

9    have permissions to install software.

10           Now, for some software, like

11   these two products, it can be installed

12   and used and -- so, sorry, I lost track,

13   what was your question again?

14       Q    Does the Department of Labor

15   monitor its system for the installation

16   of software?

17       A    Do we monitor?

18           So we periodically run scans,

19   just as part of making sure we're

20   properly licensed for software, that the

21   software has been installed, whether it

22   was installed somehow by a user or

23   whether it's installed by one of our

24   staff.

25           So we do run periodic scans,

Page 132

1    but it's not, you know, frequent, I'll

2    just say that.

3         Q     Okay.  Do you have an estimate

4    for how frequent it is?

5         A     You know, probably three to

6    four times a year --

7         Q     Okay.

8         A     -- I would say.

9         Q     Were Visual Studio Code and

10   PYTHON on the approved software list as

11   of January 19th, 2025?

12        A     Yes.

13        Q     Have you asked the DOGE team

14   members if they have exfiltrated

15   information or files from DOL systems?

16        A     I did ask Marko Elez whether

17   any data had been sent outside the

18   department, the answer to that was no.  I

19   did not ask the other two individuals

20   that question, specifically.

21        Q     Okay.  Is the Department of

22   Labor monitoring the DOGE team affiliates

23   to determine if they are exfiltrating

24   data out of the Department of Labor

25   systems?

1       A    Yes, but they're being

2    monitored in the same manner as any other

3    Department of Labor employee.

4       Q    And what is that manner?

5       A    So we have automated systems

6    that look for data leaving the department

7    based on patterns, like the Social

8    Security number has a pattern or length,

9    for example, for volume, and -- and then

10    alerts are generated off that.

11          Those alerts are sent to our

12    security operations center.

13          And then I also, every day,

14    receive a volume based report where data

15    exfiltration is detected.

16       Q    Since January 19th of 2025, has

17    the Department of Labor altered its

18    practices about providing access to

19    sensitive systems?

20       A    No.

21       Q    Has it altered its practices

22    regarding sharing information between

23    systems at the Department of Labor?

24       A    No.

25       Q    Has it altered its practices in

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 134

1    response to the information silos EO?

2        A    I would say that that's -- I

3    would say no, but it's something that's

4    obviously under examination to make sure

5    we, you know, we are in alignment with

6    the executive order.

7        Q    Does that mean that the

8    Department of Labor is considering

9    altering its practices going forward in

10   response to the information silos EO?

11           MR. HUMPHREYS:  Objection as

12       to scope.

13       A    I would say that only to the

14   extent of alternating -- altering

15   practices internal to the Department of

16   Labor and reducing the siloing of data

17   within Department of Labor programs.

18       Q    And what changes is the

19   Department of Labor considering making?

20           MR. HUMPHREYS:  Objection as

21       to scope.  I'll instruct the

22       witness not to answer.

23           (Instruction)

24           MS. HINSON:  I mean, this is

25       going directly to their practices.

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 135

 1              MR. HUMPHREYS:  No, it's

 2         going to future practices.

 3    BY MS. HINSON:

 4         Q    Has anyone at the Department of

 5    Labor raised concerns about the DOGE team

 6    affiliates' actions potentially violating

 7    the law?

 8              MR. HUMPHREYS:  Objection as

 9         to scope.

10              You may answer, unless it

11         would call for disclosing

12         confidential attorney-client

13         privilege.

14              THE WITNESS:  I don't know

15         what the last guidance meant

16         there.

17              MR. HUMPHREYS:  I don't want

18         you to disclose anything you

19         discussed with attorneys.

20              THE WITNESS:  Oh, disclose?

21         Okay.

22         A    All right.  I think that the

23    answer to that is, yes, but it's the same

24    as anything else that happens in the

25    normal course of departmental business

Page 136

1    and use of data.

2        Q    What concerns have been raised?

3            MR. HUMPHREYS:  Objection as

4        to scope.

5            I don't see how that's in

6        the topics, so I'll instruct

7        the -- whether or not they're

8        legal concerns.

9            MS. HINSON:  I mean, I think

10       it has to do with the use of

11       sensitive systems.

12           MR. HUMPHREYS:  Disagree.

13           We can talk offline, if you

14       want, but I instruct the witness

15       not to answer.

16               (Instruction)

17           MS. HINSON:  All right.  I

18       think I'm done.

19           MR. HUMPHREYS:  Thank you.

20           Thank you.

21           (Signature having not been

22       waived, the deposition of 30(b)(6)

23       Deposition of Department of Labor

24       through RICKY KRYGER concluded at

25       12:14 p.m.)

Page 137

1            ACKNOWLEDGMENT OF DEPONENT

2

3           I, RICKY KRYGER, do hereby

4    acknowledge that I have read and examined

5    the foregoing testimony, and the same is a

6    true, correct and complete transcription of

7    the testimony given by me and any

8    corrections appear on the attached Errata

9    sheet signed by me.

10

11    _____    _____

12        (DATE)                (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 138

1           CERTIFICATE OF SHORTHAND REPORTER

2        I, Cassandra E. Ellis, Registered

3    Professional Reporter, Registered Merit

4    Reporter, Registered Diplomate Reporter,

5    California Certified Shorthand Reporter, the

6    officer before whom the foregoing

7    proceedings were taken, do hereby certify

8    that the foregoing transcript is a true and

9    correct record of the proceedings; that said

10   proceedings were taken by me

11   stenographically and thereafter reduced to

12   typewriting under my supervision; and that I

13   am neither counsel for, related to, nor

14   employed by any of the parties to this case

15   and have no interest, financial or

16   otherwise, in its outcome.

17              IN WITNESS WHEREOF, I have

18   hereunto set my hand this 10th day of April

19   2025.

20

21

22   _____

23   Cassandra E. Ellis, CA, HI-CSR, WA-CCR, RMR,

24   RDR, CRR, Realtime Systems Administrator

25

```
1            E R R A T A   S H E E T

2        IN RE:  AFL-CIO, et al., v. DEPARTMENT

3    OF LABOR, et al.

4    RETURN BY: _____

5    PAGE    LINE    CORRECTION AND REASON

6    _____   _____   _____

7    _____   _____   _____

8    _____   _____   _____

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23

24   _____   _____

25      (DATE)                   (SIGNATURE)
```

b7697e3a-7f70-4490-af68-d89c44ceedd6

Page 140

1    E R R A T A   S H E E T   C O N T I N U E D

2       IN RE:  AFL-CIO, et al., v. DEPARTMENT

3    OF LABOR, et al.

4    RETURN BY:  _____

5    PAGE      LINE      CORRECTION AND REASON

6    _____     _____     _____

7    _____     _____     _____

8    _____     _____     _____

9    _____     _____     _____

10   _____     _____     _____

11   _____     _____     _____

12   _____     _____     _____

13   _____     _____     _____

14   _____     _____     _____

15   _____     _____     _____

16   _____     _____     _____

17   _____     _____     _____

18   _____     _____     _____

19   _____     _____     _____

20   _____     _____     _____

21   _____     _____     _____

22   _____     _____     _____

23

24   _____    _____

25       (DATE)                   (SIGNATURE)

**A**

**a.m** 1:17 2:12
**abide** 70:2
**ability** 55:18
**able** 48:18 53:13
  61:10 123:21
**abuse** 18:4 21:22
  21:25 22:19 23:2
  23:9 34:20 41:20
  42:1,18 43:1,6
  45:6 61:20 66:17
  83:19 84:14,21
  85:16 127:11
**access** 6:5 22:6
  30:16 33:24 49:25
  50:8,9,12 51:6,21
  51:25 52:1,1,4,7
  52:21 53:8,13,23
  54:9,10,13,14
  55:2 56:1,4,7,13
  56:20,23 57:1,8
  58:9,10,12,14,23
  58:25 62:11,16,19
  62:20 63:9,19,25
  65:3 66:7,12,22
  68:2,14,15 69:2
  69:15,22 70:6
  71:3,6,11,16,24
  72:6,13,21 73:5,9
  73:15,18 74:4,9
  74:23 75:3,6,9,12
  76:6,7,8,22 77:4
  77:18 78:5,7,17
  78:23 79:13,15,22
  80:3,11,15,22,23
  81:4,10 82:7 83:5
  83:11 84:7,24
  85:12,21,23 86:8
  86:11,19 87:5,17
  87:21,22 88:2,8
  88:14 89:10 90:13
  90:14,18,19 91:3
  91:6 92:7,9,12,24
  93:15 94:4,7
  95:13,16,24 96:6
  96:7,14 97:19,21

98:1 104:19,21,24
  105:3,6,8,9,10,16
  105:18,20,22,24
  106:2,7,7,11,17
  107:5,24 108:13
  110:10,24 111:13
  111:22 119:12
  122:2,11,16 123:1
  123:3,9,21 124:11
  133:18
**accessed** 54:23
  65:21
**accessing** 79:10
  86:24 95:4
**account** 5:11 31:11
  33:25 34:1 53:4
  60:3 89:14 96:5
**accounting** 21:14
  119:21 126:3
**accuracy** 49:18
**accurate** 36:22
  74:24 111:5
**accurately** 51:3
  74:10
**acknowledge**
  112:10 137:4
**ACKNOWLED...**
  137:1
**acquisition** 21:10
  119:13,18
**act** 11:16 94:15
  96:4 103:24
  104:10
**acted** 23:25
**acting** 32:25 33:1
**action** 27:16 46:5,8
**actions** 24:7 116:21
  135:6
**activities** 17:9,23
  22:6 29:25 43:3
  44:10,11,22
**activity** 32:19
**actual** 91:2 121:1
**Adam** 5:8 16:9
**add** 112:4
**addition** 106:8
**additional** 75:16

108:1
**address** 60:2,3,4
  110:16
**administration**
  25:3,21 32:1,15
  33:16,22 36:11
**administrations**
  36:12
**administrative**
  33:12,20 34:7
**administrator** 2:7
  5:15 31:19 50:13
  53:21 138:24
**Adobe** 87:5,12,23
  87:24
**advisor** 24:2,4
**affiliate** 43:5 75:23
  85:23 86:8 118:20
  118:24 119:2
  129:11,13
**affiliates** 12:17
  14:18 36:5 37:23
  38:3,16 39:8,16
  39:25 40:22 41:7
  41:8,18 42:10
  44:7 72:12,21
  73:6,8 74:8,22
  76:18 77:3,24
  78:5,17,23 79:20
  80:9,12 89:24
  91:6,15 92:21,24
  93:20 94:22 95:23
  96:3,18 97:3,7,15
  98:6,19 105:22
  106:9 109:18
  112:18,21 117:23
  118:1 120:11
  121:8,22 122:1,10
  123:20 124:19
  125:1 128:13
  130:11,25 132:22
**affiliates'** 79:15
  135:6
**AFL-CIO** 1:4
  139:2 140:2
**agencies** 24:20,25
  25:5 27:13,20

28:8 29:8,13
  35:15,17,20 36:1
  36:21 37:8 41:17
  42:4 59:24 100:17
  100:25 101:3,6,9
  101:12,16,18
  103:7
**agency** 12:18 15:11
  15:17 25:7 28:19
  32:13 34:8 41:19
  43:9 45:13 117:12
**Ageorge@democ...**
  3:11
**ago** 14:1 30:4 74:20
  115:25 125:20
  130:22
**agree** 108:12
**agreement** 6:9,12
  105:3,8,16,18,21
  106:12,18 109:7
**agreements** 104:22
  106:2
**ahead** 9:7 17:2
  39:13 40:18 91:19
  98:10
**al** 1:4,8 139:2,3
  140:2,3
**alerts** 133:10,11
**ALEXA** 3:3
**align** 21:19,25 23:7
**alignment** 24:8
  134:5
**alleviate** 33:20
**allow** 88:3 89:10
  97:8 122:16,25
  123:8
**allowed** 129:13
**alter** 77:3,9
**altered** 133:17,21
  133:25
**altering** 134:9,14
**alternating** 134:14
**AMAN** 3:8
**Amilton@relma...**
  3:6
**analysis** 55:3 59:2
  69:8 124:24

125:22
**analyze** 55:5 113:9
  127:9
**ANDREW** 3:16
**answer** 4:19 9:6,7
  9:14 10:3 18:10
  22:4 25:14 26:6,8
  28:3,20 29:21
  35:11,24 36:8
  37:2,15 42:13
  45:2,9 57:12
  58:19 59:7 63:15
  64:15 69:20 70:24
  74:15 77:8 79:3
  79:17,24 80:7
  82:14 85:8 86:16
  88:17 100:21
  102:22 110:12
  111:4 112:2,3
  114:24 115:2,6,13
  120:2,14 125:15
  125:22 127:24
  128:23 130:18
  132:18 134:22
  135:10,23 136:15
**answers** 47:23
**anybody** 70:14
**apologies** 22:12
**apparent** 57:18
  71:16 72:5,8,10
  72:17,23 73:2
  74:8,21 75:4,13
  76:23 77:1 78:2
  78:18 79:9
**appear** 137:8
**appears** 31:10
  110:21 111:18
**applicable** 104:11
**application** 47:22
  118:13
**applied** 67:19
**applies** 90:5 105:21
**apply** 85:22 97:20
  98:12,19 99:20
  104:1 107:23
  117:18
**appointees** 27:3

**appointment** 27:8
**appropriate** 42:21
**approval** 52:3 56:7
57:3 69:14 70:7
70:13,15 92:15
**approved** 113:17
113:21,24 117:6
132:10
**approximately**
130:23
**April** 1:16 2:11 5:3
6:3 47:8,10,24
49:15 138:18
**Aram** 14:19
**area** 28:3 33:11,19
62:15 76:2,4
**areas** 23:19
**argument** 120:19
**arrangement** 29:17
**artifacts** 94:17
**ASAP.gov** 87:5,7,8
87:18,19 88:12
95:14
**ascertain** 89:12
97:10,13
**aside** 10:22 14:14
19:15 112:17
**asked** 9:15 75:21
75:22 76:17
125:20 130:10,16
130:19,24,25
132:13
**asking** 45:18 48:4
51:1 95:20 105:12
125:19
**assess** 84:6 102:3
**assessing** 98:6
**assist** 41:25
**assistant** 31:25,25
32:14 33:15,21
**assume** 9:22
**attached** 137:8
**attempt** 50:1
**attorney-client**
135:12
**attorneys** 135:19
**authority** 32:19

34:4,6 37:22 38:2
38:8 40:15,21
42:3 44:5,9,11,12
45:23
**authorized** 128:21
**automated** 133:5
**available** 55:4
**aware** 26:13 27:14
28:6,15 29:15
34:24 35:19 37:9
40:19 82:1 128:15
129:20
**awhile** 90:22,22
125:20

**— B —**
**B** 3:9 95:8
**B-e-y-d-a** 18:21
**back** 15:13 19:6
36:16 46:12 73:7
82:25 88:22 95:19
105:2 106:22
112:13
**bad** 77:13 78:13
**bank** 60:3
**base** 123:17
**based** 57:18 65:13
65:25 71:17,19,24
72:2,23 74:8,21
76:23 78:2,3,18
83:21 133:7,14
**basically** 49:21
118:13
**basing** 65:19,25
**basis** 22:3 75:4
85:10
**Bates** 5:12,15 6:6,9
6:12
**began** 95:24
**beginning** 39:20
103:2 110:4,5
112:15
**begins** 51:24 93:14
**behalf** 3:2,8,14 8:4
14:5
**behavior** 94:13
107:6,15,19,22

108:1,5,11,15
**believe** 17:7,21
18:23 21:6 23:11
23:16 25:21 26:7
33:9 36:17 47:8
47:12 48:12 50:4
51:13 60:2,4,20
64:6,16 72:10
80:17 82:16,19
83:12 84:12,19
86:22 104:9 109:6
111:5,16 124:22
127:25 130:14
**bell** 19:13
**BENJAMIN** 3:15
**BERNIE** 3:16
**best** 8:18,19 9:20
32:11,21 122:7
**better** 68:19
**Beyda** 18:21
**beyond** 25:11 26:5
45:22 46:9 51:10
51:11 116:22
**binder** 11:6 33:14
**birth** 60:2
**bit** 46:14,16 112:5
**board** 53:1
**Box** 3:10
**BRADLEY** 3:15
**Bradley.humphr...**
3:18
**branch** 91:23
**break** 9:11,12,14
9:16 68:7 72:23
119:1 129:22
**broad** 127:10
**broader** 121:11,13
**broadly** 120:4
121:2
**budget** 20:21
**built** 124:6
**burden** 33:20 34:7
**business** 124:5
135:25
**business-side** 56:10

**— C —**

**C** 3:1 7:1 27:4 30:1
36:10 37:18,19
140:1
**CA** 138:23
**CA-CSR** 1:22
**California** 2:7
138:5
**call** 17:20 135:11
**called** 83:16 84:1
85:17 118:6
**calling** 72:13
**carry** 103:8
**carrying** 103:4
**case** 1:6 11:5 16:10
17:10,23 20:14
26:14 34:6 37:12
82:3,17,20 88:20
94:20 95:14
103:16 114:3
138:14
**cases** 107:25 131:8
**Cassandra** 1:21 2:3
61:16 138:2,23
**categories** 127:10
**cause** 77:22
**center** 133:12
**certainly** 44:8
52:23 91:25 104:1
107:22 126:1
**CERTIFICATE**
4:11 138:1
**Certified** 2:6,7,9,9
138:5
**certify** 138:7
**change** 75:5,8,11
88:3
**changed** 13:18,23
35:4
**changes** 112:19
134:18
**channels** 38:21,24
39:1 43:13 100:1
**check** 129:24
**chief** 23:14 30:5
39:16 40:1 42:22
44:2,8,14,20
62:22 63:1 64:18

65:6,12 66:3,4
86:18 92:2 122:4
**circulated** 69:1
**circumstances**
52:20 54:24
**claims** 59:22
**clarify** 38:12 52:13
54:4 61:10 66:24
83:1 86:4 123:25
125:5 129:4
**clear** 28:5 41:15
48:18 50:25 65:16
79:9 84:16 85:19
93:18 98:4 114:2
121:25 122:9
129:6
**clearly** 83:12 84:13
84:19
**Code** 113:4 114:19
116:8 130:6 132:9
**Cole** 19:3
**COLFAX** 3:3
**colleague** 19:21
**collectively** 12:6
50:7
**Collins** 14:20 30:18
49:24 87:4 100:7
103:11
**COLUMBIA** 1:2
**come** 26:20 29:18
46:12 70:16 82:25
82:25 89:21
**comes** 27:5
**coming** 27:3 76:2
95:2
**command** 118:17
**commencing** 2:12
**common** 27:2,4
**communicate**
67:24
**communicated**
66:11 68:5
**communications**
11:13
**compensated**
101:11,16
**compiled** 48:22

complete 10:3,13
25:17 94:19 95:8
96:3 104:23,23
106:10 109:25
137:6
completed 52:3,12
88:9 103:25
105:10 109:15
110:4 112:14
completing 95:15
97:19
completion 112:10
compliance 34:18
127:13
computer 109:15
112:10
concern 99:25
117:10,13,17
concerns 11:16
117:8 124:10
135:5 136:2,8
concert 18:2
concluded 136:24
concluding 2:12
85:11
concurrent 27:19
28:7,25 29:7,12
29:14,18 100:22
concurrently 27:12
100:16
conduct 95:11
confidential 135:12
confidentiality
55:8 89:13 92:19
92:20 95:21,22
96:16
configured 123:6
confirming 109:14
conflict 38:18 98:7
98:16,21 99:1,13
102:4
conflicts 89:12
97:11,13,17,23,25
100:4 101:19,23
102:3,5
conform 76:13
connect 50:15

85:20 118:15
considered 21:21
43:21,23
considering 134:8
134:19
constitute 23:9
98:25
constitutes 99:12
consultation 23:17
contact 57:15 73:23
contain 59:21
89:15
contained 54:15
55:13 94:1,7
96:25
contains 71:12
context 112:5
continue 8:9 96:7
CONTINUED 6:1
continuous 96:11
contract 127:2
contractor 110:6
110:10
contractors 109:21
109:23,24
contracts 126:9,19
control 45:22 50:12
controlled 62:15
controlling 86:19
controls 55:17
coordinate 39:9
coordination 39:18
39:21,24
copied 125:2,4,25
copies 13:9 125:8
copy 124:14 125:17
128:4
core 50:15,17 80:23
correct 14:20,21
18:23 30:8 62:6
63:11,21,25 64:5
67:8,21 68:23,24
69:4 76:18,20
78:19 79:18 80:4
100:17,25 101:3
102:7 110:20,25
111:12,18,23

122:17 123:22
125:17 131:2,3
137:6 138:9
CORRECTION
139:5 140:5
corrections 137:8
correctly 60:5
77:12
counsel 8:23 9:3
10:21,22 11:14
83:2 138:13
couple 20:3 130:3
130:22
course 44:19 51:19
55:24 63:8,17
97:18 113:9
135:25
court 1:1 2:9 8:12
17:23
cover 50:4
covered 33:17
covers 55:22 58:17
107:24
create 94:21 124:10
created 92:22
93:19,22 97:2
creation 96:23
CRR 1:21 138:24
currently 16:16
104:12
Customs 25:22

D

D 7:1 140:1
D.C 2:11 3:5,10,17
data 11:17 21:14
22:7 24:6 34:19
41:25,25 42:19
50:14 54:16,16,18
54:19,23,25 55:6
55:8,8,12,18
56:11 59:10,13,16
59:23 60:17,24
61:3 62:4,12,14
62:21 64:4,7 65:3
65:14,15 66:8,13
66:17,23 67:12,20

68:3,21 69:10,17
69:23 70:3,16,18
71:5,9,12,13 72:6
72:13,15 76:5,10
76:12,13 79:11,20
80:2,24 81:6,11
81:24 82:8 83:6
83:15 84:8,25
85:16,21,24 86:9
86:25 88:1 93:4,6
94:1,3,15 95:3,10
95:14 96:8,9,25
97:1 98:2 103:21
104:5,12,13 105:4
106:15,18 107:20
107:22 108:3
113:9 119:14
121:23 122:3,12
123:10,22 124:8
124:11,14,23
125:20 126:10,21
127:3,5,9,13
132:17,24 133:6
133:14 134:16
136:1
data's 96:10
data-related
106:13
dataset 83:17 84:2
date 13:19,20 20:19
60:3 111:8 137:12
139:25 140:25
dated 61:25 111:9
day 60:21,21 61:6,6
62:7,8 91:12
133:13 138:18
days 90:25 91:13
de-installed 116:17
de-provision 88:4
death 60:7
deceased 60:8,9
decide 37:11
decided 114:8
decision 17:13,15
17:20 18:5 23:5
32:22 36:3 43:10
43:15,17 44:3

86:21
decisionmaker
33:2
decisionmaking
70:20
decisions 23:11
36:13 37:17,20
declaration 4:13
5:8,9 16:9 20:13
88:22 95:19 99:12
104:16
Defendant 1:9 3:14
defendant's 47:4
defendants 7:3
Defendants' 5:17
defined 39:19
51:14 103:1
DEMOCRACY
3:9
denial 88:13,18
denials 88:6
denied 87:5,17,19
87:22,25 88:10
department 1:7,14
2:2 3:16 4:3 5:6
6:8,11 7:7 8:5 9:1
9:2 10:20,21
11:17,23 12:2,13
14:7 16:17,20
18:3 21:12,18
26:12,13,15,22
27:10,17,22 29:6
29:11 35:5 36:10
40:11,14 41:2
42:24 43:7 44:5
48:10 49:1,12,14
51:20 55:25 59:18
63:8,18 64:8 71:8
72:4 74:4 76:3,15
77:5,17,22 82:2
83:16 84:1 87:9
87:13 95:2 99:19
100:7 103:8
109:20 110:8
113:25 117:16
124:2,3,25 129:14
130:16 131:1,4,14

132:18,21,24
133:3,6,17,23
134:8,15,17,19
135:4 136:23
139:2 140:2
**department's** 34:17
55:19 59:14 62:22
64:18 65:6 96:11
112:7 119:21
126:4
**department-wide**
32:18
**departmental** 24:9
72:14 122:8
135:25
**departments'** 23:18
**depending** 43:24
56:5 91:1
**depends** 90:20
**DEPONENT** 137:1
**deposition** 1:13 2:1
4:2 5:6 7:7 8:6
10:19 11:1 13:13
13:14 39:20 103:2
136:22,23
**deputy** 40:2 44:2
44:10,16,21
**Derek** 18:24
**described** 43:14
77:14
**describing** 74:11
**DESCRIPTION**
5:4 6:4
**detail** 16:24 17:7,8
17:12,13,15,18
18:1,16 28:4
101:15
**detailed** 12:18 15:3
15:5 16:16,20
18:6,12,19 24:15
24:24 26:2 27:12
35:7,14,17,20
36:2,20 100:17,24
101:5,8
**detailee** 14:24 15:9
21:1,2
**detailees** 37:6

**detailing** 25:13
29:12
**details** 18:9 28:12
29:23
**detect** 55:18
**detected** 133:15
**determination**
21:23 23:6 71:23
86:20 122:6
**determine** 24:7
58:9 83:18 95:12
116:21 132:23
**determined** 115:19
**devices** 128:11
**differ** 90:4 106:1
**difference** 34:22,25
43:22 90:8,10
92:13
**different** 23:19
29:13 55:6 77:23
91:14,20 105:13
112:14 114:14
120:7
**Digital** 12:6,7
**digitally** 111:8
**diligence** 92:17
95:1
**Diplomate** 2:5
138:4
**direct** 37:23 40:15
40:22,22 44:6,9
44:11,13
**directed** 44:22 45:4
45:20 46:6
**direction** 38:3,8
40:5,10,14 45:25
**directions** 42:7
**Directive** 50:11
**directly** 34:11 40:6
55:4 84:11 103:5
104:10 120:16
134:25
**directory** 50:12
**disagree** 45:17
136:12
**disagreement**
38:15

**disappointed** 20:9
**disclose** 98:18
100:3 135:18,20
**disclosing** 135:11
**discovery** 5:19 47:6
**discretion** 65:6
**discuss** 39:3
**discussed** 100:14
105:23 135:19
**discussion** 32:24
58:22 115:18,23
115:24
**discussions** 19:8
29:25 39:24 42:20
**dispute** 39:2
**disqualify** 99:23
**DISTRICT** 1:1,2
**document** 16:8
30:14 48:6,16,20
48:23 49:13 53:4
**documented** 18:6
88:6,7
**documenting** 40:21
**documents** 5:21
25:6 31:5 82:3,5
82:23 108:16
**DOGE** 12:5,10,16
12:20,23,24,24
14:18,25 15:3,9
15:16,21 22:21
24:23 36:4 37:23
38:3,15,18 39:8,9
39:15,19,25 40:6
40:12,15,21 41:7
41:7,17,18 42:9
43:4 44:6 45:21
51:5 72:20 73:6,8
74:7,22 75:23
76:17,22,24 77:2
77:3,21,24 78:3,3
78:4,16,19,22
79:14,19 80:9,12
83:23 85:23 86:7
89:24 91:5,15
92:21,23 93:19
94:22 95:23 96:18
97:7 98:5 102:17

102:21 103:1,6,12
112:18,21 117:22
118:1,20,24 119:2
120:10,15 121:7
121:21 122:10
123:20 124:19
125:1 128:12
129:11,13 130:10
130:25 132:13,22
135:5
**doing** 8:9 21:15
92:17 98:14,15
99:18 102:10,17
102:21 116:16
**DOL** 3:20 6:5
11:22 14:5,18,23
15:5,15,20 18:6
18:13 20:20 21:2
21:5,8 22:10,21
24:1,12 26:20
27:18 30:16 31:6
31:9 33:24 34:5
34:11,15 36:19
37:5,11,23 38:4
38:10,16 39:22
40:23 41:6 42:6
44:22 50:9,12
55:7,13 71:5
74:23 78:22 89:10
89:10 90:2,5,18
91:7,16 92:6,18
93:14 94:8,18,21
96:17 97:8,12
104:24 106:3
108:4 109:4,5,16
109:22,24 110:7
112:22 113:1,7,16
114:7,17,19 115:3
115:5,10,16 116:5
116:6,8,12,23
117:10,24 118:2
118:22 119:4,8
123:4 124:21
125:3,9 128:14,14
128:20 129:1,16
130:8,12 132:15
**DOL's** 14:17 85:14

114:18
**DOL-provided**
55:16
**DOL00028** 5:16
**dual** 27:25
**due** 17:9 87:19
92:17 95:1
**duties** 35:1 66:4
71:21,25

---
**E**

**E** 1:21 2:3 3:1,1,2
7:1,1 138:2,23
139:1,1,1 140:1,1
140:1,1
**e-mail** 56:15 71:1
81:15 82:22,22
**earlier** 10:2 15:24
36:18 37:4 43:14
68:12 71:15 73:21
74:3 77:15 96:9
98:3 100:14
105:23 130:4
**early** 111:14
**ease** 33:12 34:6
**effectively** 119:22
**Efficiency** 12:14
**EIN** 126:17
**either** 64:17 83:4
110:5
**electronic** 50:17
**Elez** 14:19 20:24
24:15,19 30:5
31:13,20 32:3
33:4 49:23 80:21
81:9 82:6 83:4
87:3 100:6,15,24
103:10 104:3
107:6 111:8,12,21
113:2 114:13
115:8,18 116:24
117:11 130:7,13
132:16
**Elez's** 22:17 26:19
34:23 109:9 130:5
**eliminating** 61:21
**Ellis** 1:21 2:3 138:2

138:23
employed 14:25
    15:4,5,10,17
    24:19,22 26:3,12
    26:21 27:12 34:11
    36:20 37:7 100:16
    101:3 138:14
employee 14:23
    15:8 20:20 30:1
    38:16 43:7 45:21
    46:7 98:12 99:15
    100:13 104:19
    110:9 114:17
    115:4 116:6,13
    133:3
employee-type
    126:25
employees 16:16
    18:12 27:11 36:19
    37:6,19,20,24
    38:4,11 40:23
    41:2,6 44:6 77:16
    77:16 89:8 90:6
    91:8,16 92:6 94:8
    94:18 100:9 106:3
    106:9 109:21,22
    109:24 112:6
    120:16 126:16
    127:17
employment 26:16
    26:20 27:20,25
    28:7 29:1,7,14,18
    30:3 37:17 45:16
    99:16 102:7 110:5
    112:16
employments 28:3
emulation 118:10
    123:14 124:7
encounter 94:18
encountering 95:4
encrypted 128:11
Enforcement 25:23
ensure 55:7 93:2
ensuring 96:24
enterprise 50:11
entire 54:9,13
entities 126:20

environment 69:7
EO 12:10 72:25
    74:7,9,22 75:5,15
    76:24 77:3,21
    78:4,19 83:23,23
    83:25 85:1,13
    86:12 134:1,10
EPACS 5:11 31:12
equipment 55:16
    124:2
Errata 4:14 137:8
escalate 43:25
escalated 38:20
    44:1
escalation 43:12,13
ESQUIRE 3:8,9,15
    3:15,16
essentially 50:3
establish 89:13
    92:19 96:17
established 62:11
    103:20
establishing 12:12
establishment
    41:16
estimate 132:3
et 1:4,8 139:2,3
    140:2,3
ethics 97:15,20
    98:12 102:14
evaluate 65:9 68:1
    101:20,23 102:6
    116:15,18
evaluated 58:4,6
    65:4,19 75:9,12
    77:4,18 78:22
    116:13,14 117:4
evaluating 67:18
    77:23 78:6 79:12
    98:20
evaluation 117:19
everybody 109:20
exact 32:5 41:24
    123:18
exactly 123:13
examination 4:1,5
    7:10 134:4

examine 18:3 45:5
    85:14 127:9
examined 83:18
    137:4
examines 24:6
examining 84:20
example 72:9 76:3
    94:15 118:14
    127:16 133:9
examples 55:20
    75:20
exceptions 28:2,12
    28:13
excuse 46:7
executive 5:22
    12:11,11 18:3
    21:20 22:1,23,25
    23:8 24:6 34:18
    40:24 41:14,22
    42:4,7,17 59:15
    59:17 60:22,23
    61:7,19,22 66:15
    72:10,19 83:13,15
    83:21 85:18 90:1
    91:23 103:3,5
    127:14 134:6
executives 23:18
    42:24
exercised 40:16
exfiltrated 132:14
exfiltrating 132:23
exfiltration 55:19
    96:9 133:15
exhibit 5:5,8,9,11
    5:14,17,21 6:5,8
    6:11 13:3,7 16:3,4
    16:8 19:17,18
    20:12 31:1,5,9,10
    31:18 33:7 46:18
    46:21 47:3,6
    61:11,13,18 80:17
    80:19 88:25 89:5
    93:8,9,14 106:24
    106:25 108:19,23
    109:3,4,5 110:14
    111:7
EXHIBITS 5:1 6:1

exist 28:16 77:10
    82:10,16,24 93:1
    105:24 106:15
    108:3
existed 24:12 95:23
existing 106:17
exists 104:12
    112:16 117:20
expect 102:15
Expedited 5:19
expenditure 126:7
expenditures 21:11
    21:18,24 22:19
    23:7 126:5
expert 28:2,10 29:4
    102:14
explain 73:3
extent 29:13 51:11
    134:14
external 125:22
    126:19
extra 95:1
extract 55:9 69:17
extracted 54:19,25
    70:4
extracts 54:18
    68:15,18,22 71:5
    79:20 80:2
_____
                    F
facilitate 122:15
fact 44:22 65:18
    75:2 78:1 91:23
    117:5,6
factors 58:8 65:9
    65:13 66:11 84:5
fair 22:12 26:18
    88:12
fairly 27:2
fall 101:18 120:25
falls 72:17 83:13
    84:13,19 86:23
familiar 11:9 18:22
    19:1 20:1 118:5
far 8:10 16:23
    40:19 43:25 128:9
fast 91:4

FDL 53:7
features 124:18,21
February 16:10
    17:3,5,24 19:7
    20:14 21:6,8
    88:23 111:14,19
federal 15:11,17
    24:20,25 27:13,23
    28:6,24 31:20
    36:21 37:8
feel 20:9 73:20
    94:21
felt 32:10,16
fewer 75:16
field 57:17 58:1
file 60:7
filed 16:10 20:14
files 132:15
fill 63:20 80:10,14
filled 110:15
filling 110:11
final 43:15,17 44:3
    56:8
financial 21:10
    50:15 72:15
    119:13,18,19,20
    121:23 122:11
    123:9,21 126:2,2
    138:15
finding 42:1
findings 41:21
fine 121:10,17
finish 8:18,19
Finnegan 31:21,23
    31:24 32:23 33:10
    33:14
first 11:21 31:5,22
    107:3,13 114:6
    116:13
five 16:14 81:4
fix 52:25
flags 60:5
follow 27:23
    125:15 130:3
follow-up 58:22
    75:16,21
followed 23:21

**following** 60:21
61:6 62:8 66:20
**follows** 7:9
**foregoing** 137:5
138:6,8
**forgot** 10:2
**form** 33:13,18,24
36:24 52:1,12
56:20,23 57:1
58:2 59:5 63:20
63:23 65:24,24
69:19 71:2 72:1
73:15 74:13 75:25
78:9 79:1 81:15
82:12 88:10 90:23
91:18 92:25 93:16
93:22 94:22 96:23
100:19 104:8,24
105:7,9,10,22
106:5,8 108:7
109:7,11,12,13,17
109:19,25 110:3
110:11,15,19,22
111:2,9,25 123:24
128:7
**former** 31:24
**forms** 73:5,16,17
73:22 94:7,11,17
95:15 105:24
**forth** 39:4
**forward** 3:9 134:9
**foundation** 3:9
38:6 39:12 55:11
84:10 96:20 110:2
**four** 132:6
**fraud** 18:4 21:21
21:24 22:19 23:2
23:9 34:20 41:19
42:1,17,25 43:1,6
45:6 61:20 66:17
83:19 84:13,21
85:15 127:10,11
**freeze** 127:16
**frequent** 132:1,4
**front** 11:7
**full** 10:13 53:4 95:5
126:9

**full-time** 100:9
**fully** 93:25 95:3
**function** 43:9,11
45:5
**functional** 34:21,24
**further** 19:7 117:8
**future** 135:2

──────────
**G**
──────────
**G** 7:1
**gain** 51:21 52:7,21
53:7,13,22 54:10
73:18 107:5 123:9
**gaining** 69:22 70:6
97:22
**gears** 34:9 46:14
**general** 59:15 91:5
107:23 108:13
**generally** 105:19
**generated** 133:10
**GEORGE** 3:8
**getting** 53:7 54:9
**give** 10:13 38:3,8
46:15
**given** 10:3 36:15
65:11 110:10,24
111:13 137:7
**giving** 8:10 31:4
**go** 7:22 8:2 9:7
11:19 17:2 23:13
39:13 40:18 53:3
57:2 62:21 64:24
88:22 91:19 98:10
112:13
**goes** 23:16 25:11
45:11,22 46:3
51:11 52:3
**going** 7:24,25 8:17
9:12 11:18 18:12
18:17 50:3 53:2
58:13 64:21 95:19
134:9,25 135:2
**Good** 7:12,13,17
**govern** 28:25
**governing** 27:19
28:7 29:7,11 71:5
71:9

**government** 12:13
98:11 99:15
128:10
**government-wide**
27:23 28:6,24
**grant** 21:12 72:16
92:12 126:6
**granted** 49:25 51:6
68:2 72:21 73:13
80:21,22 81:4
84:24 85:12 86:10
88:2 91:6 111:22
118:21 119:3,5,7
124:18
**granting** 66:12,22
**grants** 87:11
**granular** 58:20
**great** 8:9,20 13:11
14:10 16:1 89:4
**ground** 7:25 8:8
**Guatier** 19:3
**guess** 17:9 28:14
39:19 41:12 52:11
54:7 66:19 72:12
74:1 82:22 89:25
97:24 103:17
105:12 125:14
129:8 131:7
**guidance** 135:15
**guide** 41:2
**guys** 13:10 89:5
**Guysler** 18:24

──────────
**H**
──────────
**H** 139:1 140:1
**H-a-n** 30:12
**HAC** 3:2,3
**halted** 88:8
**Han** 30:10,11,12
32:7
**hand** 138:18
**handed** 61:18
93:13 109:3
**handing** 13:6 16:7
20:11 47:2
**handling** 71:12
93:4

**happen** 30:17
115:21,23,24
**happened** 39:6,7
114:3 116:6
**happening** 27:14
52:25
**happens** 27:16
43:10 117:14
135:24
**Hawaii** 2:9
**head** 8:11 35:14
36:2 60:16 91:22
**health** 12:3 49:9
**heard** 40:9
**held** 2:10
**hereunto** 138:18
**HHS** 12:1 24:15
25:4,20 35:8
**HI-CSR** 1:22
138:23
**high** 55:22 58:17
58:19
**Hinson** 3:2 4:6 7:5
7:11 13:5,9,12
16:2,6 19:14,20
20:8,10 22:8,15
22:16 25:15 28:22
30:21,24 31:3
35:23 37:1 45:1
45:11,24 46:11,20
47:1 49:4 51:13
51:18 54:5,6
57:11 59:6 61:9
61:15,17 63:14
64:14,23 65:1
68:6,10 70:23
74:14 77:7 78:12
78:14 79:2 82:13
86:5,6,15 88:21
89:4,6 93:7,11,12
99:4,9,10 100:20
107:9,11 108:17
108:21 109:1
111:3 112:1
114:23 120:6,8,19
120:25 121:12,20
127:23 129:21

130:1 134:24
135:3 136:9,17
**hire** 36:4,13
**hired** 12:18 15:20
103:7
**hires** 36:10
**hiring** 37:20 127:15
**Homeland** 50:10
**honest** 88:24
**hour** 64:21
**hours** 89:9 92:8
97:8
**HR** 50:14 100:10
**human** 12:3 49:9
112:7
**HUMPHREYS**
3:15 7:2,6 13:8,11
20:6 22:2,11
25:10 26:4 28:17
29:19 30:20 35:9
35:21 36:6,23
37:13 38:5 39:11
40:7,17 42:11
43:18 44:23 45:7
45:17 46:2,23
48:17 49:7 51:9
54:1 55:10 57:9
59:4 63:12 64:12
64:20 65:23 68:8
69:18 70:21 74:12
75:24 77:6 78:8
78:25 79:23 80:5
82:11 84:9 85:3,6
86:1,13 88:16
89:2 91:17 94:9
96:19 98:8,22
99:2,5 100:18
101:13,24 102:12
102:18,24 103:13
104:7 106:4 107:8
108:6,18 110:1
111:1,24 114:21
115:11 116:10
117:1 119:9,25
120:12,22 121:5
121:15 123:11,23
124:15 125:10

127:6,21 128:6
129:2,17,23
134:11,20 135:1,8
135:17 136:3,12
136:19
hundred 82:16

**I**
ICE 25:4,22
idea 65:8
identification 13:4
16:5 19:19 31:2
46:19 61:14 93:10
108:20,24
identified 15:24
43:2 63:1
identifies 48:25
identify 41:19
42:17 89:14
Immigration 25:22
impact 43:24
implementing
12:12
importance 91:21
important 8:16
include 59:25 60:1
73:24 82:6 102:6
102:9,16,20
included 22:18
95:5 99:11
including 5:20
16:15 47:6 80:23
81:5 109:20 121:3
income 99:21
incomplete 110:19
110:23
INDEX 4:1 5:1 6:1
INDEXED 4:8
indicate 87:3
indirectly 120:17
individual 27:6
39:2 51:21 53:23
53:24 54:11 56:1
57:23 58:24 60:8
88:3 99:17 100:3
108:15 109:14
116:20

individuals 19:9
36:14 54:22 55:15
62:17 72:11 79:8
79:12 86:23 90:1
90:2 91:24 92:4
93:3 94:3 95:1
103:7 108:12
112:8 130:17
132:19
information 4:16
6:6 14:6 18:9,14
21:11,12,13,16
24:7 26:16 27:6
30:2,16 34:19
42:19 43:20 50:18
50:22 57:6,16
59:20 60:3 61:8
61:21 62:4,19,22
63:2 64:19 65:7
65:12 66:3,5
72:16,24 73:23
74:7,21 79:14
83:22,25 85:1,13
85:15,18 86:11,18
89:16 94:6,14,16
104:25 109:8,9
115:15,17 122:5
126:18,25 127:2
132:15 133:22
134:1,10
inspector 59:14
install 113:2,7,12
114:19 115:4
118:2,21,25 119:3
119:6,12,23
120:20 130:7
131:9
installation 120:9
131:5,15
installed 112:22,25
113:13 114:5,7,13
115:20 116:1,4,7
116:24 117:9,23
120:16,24 122:16
130:11,17 131:1
131:11,21,22,23
installing 115:9

117:11 121:22
124:9 130:6
instance 45:19
114:6 117:15
instruct 22:3 45:8
120:1,13 134:21
136:6,14
INSTRUCTED
4:19
instruction 41:1
45:10 120:5,18
134:23 136:16
instructions 4:12
40:1 41:6,11
instructs 9:6
insurance 50:14
59:10,22,23 62:12
64:4 65:3 66:8,13
66:23 67:12,20
68:3 80:24 81:6
81:11,23 82:8
83:6,17 84:8,15
84:22,25 85:24
86:9 103:21 104:5
105:4 106:12
107:19
intends 58:24
intent 92:14
interactions 19:8
interest 89:13
97:13,23,25 98:7
98:21 99:1,13
100:4 101:19,23
102:3,5,5 138:15
interests 97:11
intermingled
127:19
internal 41:16
42:19 103:9
134:15
interpret 42:6
interprets 24:5
interrogatories
48:11
interrogatory
14:17 25:18 47:23
50:20 51:4 80:17

87:2 106:23
111:17
invoicing 126:8
involve 54:12
involved 27:15
29:24 32:24 43:16
84:12 94:24
121:22
involving 87:20
issuance 60:21
issued 21:20 41:23
128:11
issues 52:25

**J**
J 5:9
J-i-h-u-n 30:12
January 12:19
14:22 15:2,7,19
24:12,20,25 26:2
26:8,14 27:9
34:15 51:7 76:23
77:2,11,21 78:4
78:18 89:19 93:1
118:19 132:11
133:16
Jihun 30:10,10,11
job 1:25 8:10 50:17
98:14
Joe 3:20
John 19:11,22
joining 7:14
Jordan 19:22,24
judge's 51:16
Justice 3:16 9:1
10:21

**K**
K-r-y-g-e-r 7:22
key 96:15 97:2
Killian 19:3
kind 32:19 33:17
81:18 107:24
125:21 126:13
know 9:11,19 10:4
11:3,14 13:18
16:23 17:14 18:10

18:20 21:13 23:25
25:5,8 26:6 28:12
30:19 32:9,16,23
33:6 34:17 35:11
35:17 36:1,3,8,12
37:17 38:14 39:18
39:21,23 41:15,15
43:2 45:14,20
52:10,23,25 53:4
54:18,21 55:5
56:9 57:15,17,22
58:7,22,23 59:3
60:22 63:3,5 64:2
64:10 65:14,17,17
67:5,10,19 69:23
70:2 72:3 75:15
75:17 76:5,13
79:25 81:14,17,19
81:21 83:8,10
84:3,5,17 90:24
90:25 91:24 92:3
92:14,16 93:2,3
93:25 94:12 95:5
96:4 97:19 98:13
99:16 101:10,22
102:1 104:20
108:8 112:12
115:8 116:3,14
117:8,14,18
118:11 122:7
124:24 126:5,9,18
127:14 128:2,9
130:14,19 132:1,5
134:5 135:14
knowledge 24:18
28:23 29:5 83:3
known 14:6
knows 28:20
Kryger 1:15 2:2 4:4
4:10 5:2,10 6:2
7:3,8,21 20:13
68:11 130:2
136:24 137:3
KURLAND 3:15

**L**
L 3:17

**labor** 1:7,14 2:2 4:3
  5:7 6:8,11 7:7 8:5
  9:2 10:21 11:17
  11:24 16:17,21
  21:12 26:12,13,15
  26:22 27:10,17,22
  29:7,11 35:5
  36:10 40:11,14
  41:2 42:25 43:7
  44:6,18 48:10
  49:2,15 51:20
  55:25 59:19 63:8
  63:18 64:9 74:4
  77:5,17,22 82:2
  83:16 84:2 87:10
  100:8 103:8
  109:20 110:8
  113:25 120:3
  124:2 129:14
  130:16 131:2,4,14
  132:22,24 133:3
  133:17,23 134:8
  134:16,17,19
  135:5 136:23
  139:3 140:3
**Labor's** 49:12
  87:14 124:3,25
**latest** 13:17
**law** 135:7
**laws** 93:4 94:2 95:9
  97:1
**lawsuit** 11:10
**learned** 115:16,17
  116:7,24
**leaving** 96:10 133:6
**legal** 7:20 66:1
  76:14 95:5,11
  136:8
**legally** 89:15
**length** 133:8
**let's** 43:4
**level** 55:23 58:17
  58:19,20 92:4
  117:19
**licensed** 131:20
**licenses** 87:14,16
  88:4

**licensing** 87:6,12
  87:15,23,24
**life** 98:15
**limited** 62:16 121:6
**limits** 57:22
**line** 22:20 99:3
  118:17 139:5
  140:5
**lines** 9:25
**Linux-based**
  118:15
**list** 25:17 35:18,25
  49:24 117:6 121:4
  132:10
**listed** 8:6 50:20
  51:2 72:22
**literally** 51:1
**litigation** 87:20
  88:19 95:13 98:1
**little** 20:5 46:14,16
  64:21,24 112:4
**locally** 128:10
**located** 62:14
**log** 73:10
**logic** 117:18
**long** 90:16 91:1
  118:12
**longer** 64:24
**look** 16:13,14 20:17
  31:12,17 47:14
  49:2,20 80:16,20
  87:1 89:7 104:14
  106:22 111:7
  133:6
**looked** 48:19
**looking** 30:14,15
  30:17
**lost** 88:25 131:12
**lot** 94:13
**lots** 58:21
**loud** 51:2

      **M**
**main** 59:18 64:8
  90:8,10 92:13
  96:22,22
**mainframe** 118:12

  118:16
**maintaining** 53:2
**making** 9:5 43:16
  63:21 76:11
  131:19 134:19
**management** 32:1
  32:15 33:16,22
  34:8 38:21,24
  43:13 50:15,16
  119:14,19,20
  121:23 122:12
  123:10,22 126:2
**manner** 32:21
  54:22 69:21,24
  70:6 123:7 133:2
  133:4
**March** 5:23 60:25
  62:1,5 111:9,20
  111:20
**mark** 3:9 16:2
  19:16 30:22 46:21
  61:11 108:17
**marked** 5:4 6:4
  13:3,7 16:4,8
  19:18 20:12 31:2
  31:5,8 46:18 47:3
  61:13 93:9 108:19
  108:23
**Marko** 14:19 20:24
  31:13,19 113:2
  132:16
**match** 60:7
**matched** 60:6
**mean** 11:23 12:2
  24:3 41:9 42:8,15
  45:24 51:15 52:9
  58:18,21 62:3
  72:7,20 73:2 82:9
  82:15,19 96:2
  113:22 120:22
  125:6,13 134:7,24
  136:9
**means** 54:4 124:1
**meant** 135:15
**meet** 89:11 97:9
**meets** 32:19
**members** 132:14

**mentioned** 68:12
  96:9 121:24
**Merit** 2:4 138:3
**Micone** 33:1
**Miles** 14:19 30:18
**MILTON** 3:3 89:3
**minutes** 74:20
**mischaracterizes**
  63:13
**missing** 50:23
**misunderstanding**
  67:2
**mitigate** 89:12
  97:10
**Mm-hmm** 17:16
  26:10 31:7 52:18
  67:1 107:2 114:16
  123:15
**Moghaddassi**
  14:19 34:10 49:23
  81:3,22 82:7 83:4
  87:4 100:6,15
  101:2,7 103:11
  104:3 107:14
  110:23
**Moghaddassi's**
  109:8 110:14,15
**moment** 30:4
**monitor** 131:5,15
  131:17
**monitored** 133:2
**monitoring** 55:17
  96:10,12 132:22
**months** 19:10 20:3
**morning** 7:12,13
  7:15 9:13
**move** 108:10
**moved** 125:21
**movie** 20:7,9
**Msamburg@de...**
  3:12
**multiple** 22:25
  27:20 29:8,12
  36:21 37:7 57:21

      **N**
**N** 3:1 7:1 140:1,1

**name** 7:19,20,21
  18:22 19:1,5,12
  19:23 30:12 31:21
  57:14 60:2 73:23
  110:16
**names** 18:18
**narrowed** 121:14
**native** 69:6
**nature** 124:4
**necessarily** 21:19
  56:25 71:2
**necessary** 43:9
**need** 9:10 20:5 57:6
  58:7,10,22 59:2
  63:20,24,24 65:14
  66:24 67:6,18
  71:15 72:5,13,24
  73:3,4,17 74:9
  75:2,9,12,13,18
  76:21,25 78:2,16
  79:10,13,15 80:10
  80:14 83:10,12,20
  88:14,20 94:21
  96:17 97:7,20
  101:20 102:6
  104:20 114:1
  116:15,16,19
  119:23
**needed** 74:22 76:7
  122:2
**needs** 71:23
**neither** 138:13
**network** 55:13,15
  55:20 96:11
  107:23 108:13
  124:3,25
**never** 16:24 17:8
  17:17,21 18:15
  20:8 33:5
**new** 50:15 95:1
  103:20 127:16
**nine** 89:8 104:15
**No's** 31:1
**nod** 8:11
**Nodding** 31:16
**non-DOGE** 109:17
**normal** 33:23 34:3

36:18 37:5,10
38:21,23 43:12
51:19 53:16,18,18
55:24 63:17 76:1
94:17 96:5 100:12
106:8,17 112:6
114:17,25 115:3
116:5 127:1
135:25
**normally** 76:4
**Northwest** 3:4,17
**Notary** 2:10
**notice** 5:5 8:6 13:13
14:8 89:9 92:8
97:8
**number** 23:23
30:13 41:24 47:15
59:17 89:1 133:8
**numbers** 60:11,13
126:15

**O**

**O** 7:1 140:1
**object** 9:3 22:2
25:10 28:17 74:12
78:25
**objection** 9:5 26:4
29:19 35:9,22
36:6,23 37:13
38:5 39:11 40:7
40:17 42:11 43:18
44:23 45:7 51:9
54:1 55:10 57:9
59:4 63:12 64:12
65:23,24 69:18
70:21 75:24 77:6
78:8 79:23 80:6
82:11 84:9 85:3,6
86:1,13 88:16
91:17 94:9 96:19
96:21 98:8,22
99:3 100:18
101:13,24 102:12
102:19,24 103:13
104:7 106:4 108:6
110:1 111:1,24
114:21 115:11

116:10 117:1
119:9,25 120:13
123:11,23 124:15
125:10 127:6,21
128:6 129:2,17
134:11,20 135:8
136:3
**objections** 5:17
47:4
**obligations** 89:11
97:10 126:8
**Observation** 85:4
**observed** 129:19
**obvious** 11:22
**obviously** 20:4 41:1
57:13 134:4
**occur** 52:24
**occurred** 19:9
**occurring** 117:16
128:16
**office** 23:15 26:25
30:6 32:8,12,14
32:20 38:22 39:5
39:17 40:2,4
42:23 44:1 50:17
59:14 66:2 92:1
94:25 95:7,10
100:5 112:7 122:4
130:15
**officer** 62:23 63:2
64:19 65:7,12
66:3,5 86:18
122:5 138:6
**offline** 136:13
**Oh** 13:22 48:13
105:15 109:13
135:20
**OIG** 60:18 61:4
62:5 106:16
**okay** 9:4 10:5 11:9
12:5 13:2 14:3,13
14:15 15:23 16:13
16:19 17:19 18:24
19:3,14,14 20:18
21:4,7 22:24 23:3
23:12 24:3,4,18
25:19,25 29:10,22

30:9,24 34:14
37:11 38:9 39:14
41:11 44:20 47:14
47:21 48:7 49:6,7
50:25 51:19 52:6
57:13 61:9 62:3,9
62:18 63:7,17,23
64:2 66:19 67:16
67:23 68:6,6,8
69:11 70:11,17
75:1,8 76:21 78:1
80:9,16 82:5
89:18 90:16
101:10 102:4,9
104:14,17 105:15
106:1,11,21 107:3
107:10,18 109:2
109:22 110:13,22
111:19 112:25
113:11,20 114:5,8
114:18 115:3
116:5 121:15
122:9,14,23
125:24 128:17
132:3,7,21 135:21
**on-board** 110:7
**on-boarding** 27:1
90:2 112:6,9
127:17
**ones** 49:2 98:6
**ongoing** 87:20
**online** 56:25 57:1
**operate** 32:21
**operated** 32:12
**operations** 52:24
53:9 133:12
**operator** 5:11
31:11,13 33:25
**opinion** 43:22
**opportunity** 89:11
97:9 112:13
**order** 5:22 12:11
18:3 22:1 51:16
59:16,17 60:22,24
61:7,19,22 66:15
73:18 83:14,15,21
85:18 90:1 103:4

103:5 122:14
134:6
**orders** 21:20 22:23
23:1,8 24:6,10
34:18 40:24 41:14
41:23 42:5,7,17
72:11,19 127:14
**organization** 12:8
12:25 72:4 73:24
102:11
**original** 13:24
17:25 70:9
**outcome** 138:16
**outline** 74:2
**outlined** 59:15
66:16 72:18 75:14
75:19 91:22
**outlining** 67:6
**outside** 39:22 40:10
55:14,19 71:13
120:21 128:14
129:14 132:17
**overall** 34:5
**owner** 56:4,9,10
70:10 71:22

**P**

**P** 3:1,1,15 7:1
**p.m** 2:13 136:25
**P.O** 3:10
**packages** 113:18,21
114:4,8 115:20
117:4,5
**page** 4:5,9 5:4 6:4
8:1 30:13 47:15
50:6 80:20 81:2
111:16 139:5
140:5
**pages** 4:8,20 49:21
87:2
**paid** 100:7
**paper** 47:17,19
**paperwork** 11:4
**paragraph** 16:14
20:17,23 89:7
104:15 107:4,13
**part** 11:4 12:19

42:4 48:14,25
49:12 54:16 63:11
63:21 82:23
108:13 112:5
126:16 131:19
**particular** 30:2
43:11 45:5 62:21
**parties** 138:14
**pattern** 133:8
**patterns** 133:7
**pay** 100:13
**payment** 50:16
**payments** 87:9,10
126:19 127:1
**payroll** 100:11
126:6,16,25 127:1
**PC** 118:14
**penalty** 4:13 10:9
**people** 12:17 15:24
18:19 55:1 60:11
69:1,14 71:6 96:6
118:11
**people's** 48:15
**percent** 82:17,19
**perform** 35:1
**performing** 79:8
**period** 32:4 33:9
**periodic** 131:25
**periodically** 131:18
**perjury** 4:13 10:10
**permission** 80:22
81:4 113:12 116:9
116:25 117:12
118:21 119:3,6,8
124:17,20
**permissions** 131:9
**permitted** 115:4
**person** 69:25 70:1
70:16
**person's** 60:4 71:20
72:3
**personal** 102:2
**personnel** 27:16
42:21
**perspective** 114:18
**pertained** 48:20
**pertaining** 25:13

pertains 51:7
PHI 51:7,15
phonetic 18:25
   19:4
phrase 68:19
physical 50:11
piece 47:16,18
PII 51:7,15 53:23
   59:25 126:11,12
   126:13,14
place 41:4 60:19
   64:3,7,11,17
   89:18,22,25
plaintiff's 47:5
plaintiffs 1:5 3:2,8
   5:1 6:1
Plaintiffs' 5:5,18
planned 17:7,12
play 78:5,21 79:5
played 79:6
please 9:19 10:4
   22:14 37:3 46:22
   74:17 99:8
Plick 3:20
PLLC 3:3
point 10:1 20:25
   21:2 26:1 27:7
   32:2,6 56:17
   117:7
pointed 19:21
policies 22:23 23:2
   24:5,9 25:12
   27:18,24 28:6,15
   28:21,25 29:3,6
   29:10,16 40:20
   41:4 45:14 71:4,8
   76:14
policy 24:2,4 28:19
   66:6 89:18,21
   90:5,7 99:11,11
political 27:3
poorly 92:11
portal 87:6,12,23
   87:24
portion 108:4
pose 98:16

possessing 70:18
possibility 54:19
possible 52:9 53:22
   54:8 68:13 83:19
   92:16 124:13
possibly 38:21
   56:10 119:11
potential 43:1,23
   76:9 82:24 100:3
potentially 39:4
   40:3 127:13 135:6
practice 27:4 33:23
   34:4 36:19 37:5
   37:10 41:9
practices 34:17
   133:18,21,25
   134:9,15,25 135:2
pre-approved
   114:4,9
pre-employment
   29:24
preparation 10:19
prepare 11:1
prepared 14:10
PRESENT 3:20
President 21:20
   22:1 91:22
President's 12:13
   18:2 22:22 23:1,8
   42:3 103:3
presidential 5:21
   24:9 42:2 50:10
pretty 11:22 85:19
   91:3
prevent 95:13
preventing 66:18
previous 11:2
previously 27:11
   113:24
primarily 11:17
primary 58:5
prior 26:15 52:4
   77:10 93:1
privacy 11:16
   94:15 96:4 103:24
   104:10
private 98:15

privilege 31:18
   135:13
Privileged 5:14
PRO 3:2,3
probably 25:6 83:1
   92:11 96:14 97:2
   132:5
problem 7:5
procedures 25:12
   27:24 45:15 62:10
   63:1,4,6
proceedings 138:7
   138:9,10
process 33:12
   51:23 52:4 53:5
   56:5,15 57:3 64:3
   64:7,11,16 67:18
   69:14 70:7,13,15
   70:20 74:3 75:5
   77:15 88:8 91:2
   91:13 92:15,15
   94:24 95:15 96:6
   104:19,22 112:15
processed 95:17
processing 126:17
   127:1
procurement-type
   21:13
produced 82:2
   108:2
product 122:22,25
   123:2
products 131:11
Professional 2:4
   138:3
program 23:19
   84:15,22 118:5
   119:16 124:10
programs 85:15
   113:12,16 115:10
   116:25 130:8
   134:17
properly 131:20
protected 89:16
   94:15
protection 71:9
   94:2

protections 70:3
protocols 25:12
   45:14 89:14 92:19
   92:20 95:21,22
   96:17
provide 14:6 57:7
   89:9 92:8 97:7
provided 11:4
   69:25 82:23
provides 70:1
providing 133:18
provision 88:4
provisioned 52:5
provisioning 91:3
public 2:10 100:1
publicly 75:19
purpose 17:25
   58:12,23 65:15
   69:5 122:7 123:18
purposes 55:3
   127:18
put 10:4 19:15
PuTTY 118:6,9,22
   119:4,8,15 122:20
   122:21 123:8
   124:9,13 125:16
PYTHON 113:5
   115:5 116:8 130:7
   132:10

## Q

question 9:4,7,15
   9:15,19 22:14
   28:18 52:11,13,14
   57:5 61:1 66:25
   70:12 73:21 76:1
   77:12,12,13 78:13
   79:18 80:1 81:16
   105:11 106:19
   114:11,15 120:24
   121:6,9,10,16,19
   125:19 131:13
   132:20
questions 75:17,21
   76:16 129:5
quickly 91:7,10
   92:12,16

quite 125:12
quote 97:9

## R

R 3:1 7:1 139:1,1
   140:1,1
R-i-c-k-y 7:21
raise 100:4
raised 135:5 136:2
raises 99:25
Ramada 5:8 16:9
   16:14 17:6,11
range 126:9
RDR 1:21 138:24
reach 36:13 43:14
reached 27:7
read 7:4 15:13
   18:17 28:9 50:3
   51:2 121:6 137:4
read-only 88:1
realize 10:2
really 43:8
Realtime 2:6,6
   138:24
reason 10:12,17
   57:16,18 58:6,7
   58:11 139:5 140:5
reasoning 65:20,25
   84:17
reasons 53:12
recall 17:24 19:5
   41:24 59:17 60:5
   62:7 119:14
receive 90:19 104:4
   113:11 133:14
receiving 94:4
   100:13
Recess 68:9 129:25
recognize 18:18
   19:23 20:15
recognizing 40:12
recollection 48:2
recommendations
   23:10,13,20,23
   41:21 42:9,20
record 7:19 9:5
   10:5 33:19 70:19

138:9
**records** 21:10
46:17 50:14 51:6
51:22 53:23,25
54:11 56:2 59:11
62:13 63:25 64:5
65:4 66:8,14,23
67:12,21 68:4
72:16 80:25 81:7
81:12,24 82:9
83:7,11 84:8,25
85:25 86:10
100:11 103:22
104:6 105:5
106:13 107:20
125:2,8,17,25
126:3,6,7 127:20
127:20 128:5,9,13
128:19,22 129:1
129:15,15
**reduce** 108:14
**reduced** 138:11
**reducing** 134:16
**refer** 12:5,6
**reference** 95:9
111:15
**referenced** 98:2
**referencing** 61:23
93:16
**referred** 41:17
**referring** 20:22
88:11 106:3
**refers** 59:12 105:14
**refresh** 48:1
**regard** 11:16 27:24
50:24 66:16 75:17
**regarding** 19:8
62:11 66:7,12
124:11 133:22
**regardless** 71:10
**Registered** 2:3,4,5
138:2,3,4
**regulations** 29:3
**relate** 23:1 38:10
66:21 126:4
**related** 17:9,23
29:3 41:22 48:14

50:14 59:10 62:12
64:5 65:4 66:8,13
66:23 67:12,20
68:3 80:25 81:6
81:11,24 82:8
83:7,24 84:8,25
85:20,25 86:10
87:10 88:18 93:6
97:1,25 98:1
99:17,22 103:3,21
104:6 105:5
107:20 120:10
126:8,18 127:15
138:13
**relates** 49:12
**relation** 129:5
**relevant** 20:19 89:8
**RELMAN** 3:3
**remember** 10:1
21:4 32:5 60:16
126:23
**remote** 123:9 124:1
124:1
**remotely** 123:21
**remoting** 123:16
**remove** 114:1
124:14 125:17
**removed** 113:15,19
128:25
**repeat** 22:13 37:25
63:16 99:8
**rephrase** 9:20,21
48:8 84:4
**report** 39:16 54:20
91:24 92:1 133:14
**reported** 30:5
**reporter** 2:4,5,5,6,8
2:9,10 4:11 8:12
138:1,3,4,4,5
**reports** 100:1
**represent** 48:24
51:3
**represented** 8:22
**request** 5:12,15 6:5
30:15 31:11,19
34:1 51:25 52:8
52:10,12,17,22

53:9,15,25 56:1,3
56:7,13,14,16,18
56:20,23 57:1,8
57:16,18 58:5,7
62:19,20 63:10,21
64:18 67:6,10,15
72:1 73:7,9 75:6
77:4 80:10,14
81:10,14,18,19,23
82:21 83:5,9 88:8
90:13,14 92:24
93:15 94:7 97:19
104:24 105:7,9,10
105:22,24 106:7
106:17 120:20
122:1,11
**requested** 4:16
57:25 73:25 77:16
85:23 86:8 118:2
**requester's** 57:14
57:14
**requesting** 58:9
63:9,19 73:15
90:17 94:3
**requests** 5:19 47:6
58:3 65:2,5,10
74:4 77:24 78:6
79:13 82:6 96:24
**require** 56:6
**required** 98:17
104:21,23,24
**requirement** 33:17
**requirements** 93:5
**requiring** 104:19
**resides** 39:2
**resolve** 52:25
**resolved** 38:19
**resource** 50:13
**resources** 112:7
**respect** 45:25 49:22
64:3 67:3,11
**response** 48:15
81:25 116:23
117:3 134:1,10
**responses** 5:18,20
8:10 14:17 25:18
47:5,5,7 48:10,16

49:1,15,18,22
50:21 51:4 80:18
87:2 106:23
111:17 130:3
**responsibilities**
22:9,18 35:3,3
45:13,23 46:1,4
46:10 66:1 71:20
72:18 75:14 76:14
**responsibility** 79:7
86:24
**responsible** 23:19
**restate** 37:3 74:16
78:11 114:10
**retired** 21:5
**retrieve** 124:23
**RETURN** 139:4
140:4
**revealing** 11:12
**review** 10:25 20:21
23:4 34:17,19
49:8,14 92:15
95:6,12 96:14
100:5 103:9
104:21 112:9
127:12
**reviewed** 11:2 48:9
48:21 80:2 100:10
**reviewing** 14:17
21:9,17 22:18
41:25 66:16
**reviews** 96:5
**Rick** 7:22
**Ricky** 1:15 2:2 4:4
4:10 5:2,9 6:2 7:8
7:20 20:13 136:24
137:3
**right** 9:8 10:7
11:18 12:14,16,22
13:2,6 16:1,7,25
22:21 24:16 30:7
31:15 33:6 34:12
35:7 44:17 46:11
46:13 47:2,24
49:10 50:9 53:7
53:10 54:15 65:21
67:7,13 68:11,16

69:3,7,10,25
71:18 77:19 79:19
81:2 84:18 88:21
95:6 103:17,18
104:6 105:17
109:2,10 126:23
135:22 136:17
**ringing** 19:12
**risk** 117:19
**risks** 43:24
**RMR** 1:21 138:23
**robust** 59:2
**role** 21:7 22:9
34:14,16,22,23
45:12 46:1,3,9
57:24 65:12 66:1
66:2 71:20,24
72:3 73:12,12,25
75:14 78:6,21
79:5,6,7 85:14
86:23
**roles** 57:21 72:18
**Roughly** 115:25
**routine** 96:2
**RSA** 1:22
**Rule** 5:5
**rules** 7:25 8:8
94:13 107:6,14,18
107:22 108:1,5,11
108:15
**run** 69:6,6 131:18
131:25

---

**S**

**S** 3:1,15 7:1 139:1
140:1
**Sam** 18:21
**SAMBURG** 3:9
**save** 11:19
**saved** 128:2
**saying** 8:13 26:9
41:5 58:18 74:6
74:20 118:25
131:7
**says** 20:18 31:12,20
43:5 47:22 80:21
81:3 88:10 89:8

92:18 97:6 104:18
107:5,14
**scans** 131:18,25
**schedule** 27:4 30:1
36:9 37:18,18,19
**scope** 22:3 25:11
26:5 28:18 29:20
35:10 36:7 37:14
38:17 40:8,18
42:12 43:19 44:24
45:8 51:10 79:24
82:12 83:13 84:13
84:20 85:7 88:17
98:9,23 99:6
101:14,18,25
102:13,25 103:14
115:12 116:11
117:2 119:10
120:1,13,21
123:12 124:16
127:7,22 129:18
134:12,21 135:9
136:4
**scratch** 123:1
**second** 31:8 47:16
47:18 107:4,13
**secretary** 23:15
27:1 30:6 31:25
32:14,25 33:1,15
33:21 39:5,17
40:3 42:23 44:1,3
44:10,16,18,21,21
45:19 46:5
**secretary's** 32:8,12
32:20 38:22 40:2
40:4 92:1,2
**section** 95:8
**secured** 55:13
**security** 25:3,21
50:10 60:7,10,13
76:12 109:15
112:11 124:10
126:15 133:8,12
**see** 13:20 16:17
46:2 61:25 62:2
71:2 73:4 80:25
81:7 89:16 100:12

104:25 105:15
107:7,15 110:13
110:17,18 111:10
112:13,16 136:5
**seeing** 69:16
**seeking** 89:9 92:6,9
95:24
**seen** 13:14,16 14:3
16:11,12 20:8
47:9,12 48:2,5,13
66:6 67:14 90:21
128:1,24 129:20
**sense** 8:14 9:16
**sensitive** 46:16
50:23 51:11,14,21
53:8,14 54:25
55:9 56:1 63:9,19
65:14 67:4,7
68:14,22 69:15
71:7,16 72:22
73:9 74:5,23 75:3
75:3 76:5,22
77:19 78:17,23
79:15,21 80:11,23
81:5 90:18 91:6
92:7 95:24 110:10
110:24 111:13,22
112:19 121:1
123:3 125:2,8
128:14,20 129:1
129:16 133:19
136:11
**sent** 51:4 132:17
133:11
**sentence** 104:18
107:5,13
**separate** 94:21
**served** 47:8
**server** 123:17
**serves** 41:1
**Service** 12:7,7,24
12:24 24:23 103:6
**Services** 12:3 49:9
**set** 14:14 112:17
123:6 138:18
**shake** 8:11
**shared** 54:21 55:1

128:13,19
**sharing** 54:11 76:9
133:22
**sheet** 4:14 137:9
**shifted** 32:7,9
**short** 32:4
**Shorthand** 2:8,10
138:1,5
**show** 73:18
**sides** 43:20,23
**sign** 7:4 33:15,24
49:17 104:21
111:8
**signature** 31:13,14
48:14 56:9 136:21
137:12 139:25
140:25
**signatures** 90:23
**signed** 33:7,8,11,16
33:19 47:23 107:6
107:14 110:17
137:9
**signing** 49:11
**silo** 83:15
**siloing** 134:16
**silos** 41:25 59:16
60:24 61:21 72:24
74:7,21 83:22,25
85:1,13,18 86:12
134:1,10
**similar** 67:17 94:16
119:16 122:21
124:10 125:16
**simply** 122:2
**simultaneously**
14:24 15:4,10,12
15:16 37:7
**single** 108:11
**slash** 31:18
**sleep** 20:5
**slightly** 34:10
**smoothly** 8:2
**Social** 25:2,20 60:7
60:10,13 126:15
133:7
**software** 112:22
113:1,3,17,18,21

115:20 116:18
117:6,9,11,23
118:2 119:12,24
120:10 121:24
122:2,6,15,19
130:12,18 131:1,5
131:9,10,16,20,21
132:10
**solely** 20:20 65:5
**solicitor** 94:25 95:7
95:11 130:15
**solicitor's** 100:5
**somebody** 114:7
**sorry** 12:23 17:2
21:1 30:13,21
37:3,25 39:13
44:14 78:3 80:22
85:5 99:7 100:23
114:10 131:12
**sort** 50:1 58:18
125:15
**sounded** 74:5
**sounding** 19:25
**sounds** 18:22
**speak** 8:17 10:18
10:23 23:22 37:16
102:1
**speaks** 40:25
**special** 52:1 55:3
93:22
**specific** 45:18 46:8
92:20,23 103:23
104:4,12 105:25
108:2,5,15 122:1
**specifically** 59:12
65:11 66:4 83:8
83:14,15 84:1
85:17 86:19 87:10
89:23 93:19
107:21 108:9
116:3 119:15
132:20
**specifics** 26:24
**speculative** 86:14
**spell** 7:18
**spoke** 10:20
**staff** 23:15 30:6

39:16 40:2 41:3
42:22 44:2,8,15
44:21 53:1 92:2
122:5 131:24
**Stamped** 5:12,16
6:7,9,12
**standard** 67:25
77:23 91:15,21
109:15 115:1
**standards** 122:8
**standing** 99:3
**start** 7:24 17:7,12
17:13,15 56:14,15
131:7
**started** 16:24 17:8
17:17,22 18:16
35:4
**starts** 31:6,9
**state** 2:8 7:18 73:4
**stated** 16:15
**STATES** 1:1
**states'** 59:23
**stenographically**
138:11
**step** 36:16 73:7
**stop** 43:3 61:20
64:22 95:16
**strategies** 66:18
**stream** 99:21
**Street** 3:4,17
**Studio** 113:4
114:19 116:8
130:6 132:9
**submission** 48:5
**submissions** 11:3
**submit** 52:10,17
56:16 67:5 73:15
73:16
**submitted** 35:13
81:9,17,22
**submitting** 52:8,21
53:9,14,25
**subordinate** 32:13
**Suite** 3:4
**supervise** 32:3
**supervised** 32:11
33:4,5

**supervising** 34:2
**supervision** 32:7
  138:12
**supervisor** 30:19
  31:14 33:7,10
  39:3 116:21
**supervisor's** 31:20
**supervisors** 23:14
**supervisory** 39:1
  56:6
**supplemental** 5:20
  47:7
**supposed** 109:23
  109:24
**sure** 8:1 15:14
  22:15 37:4 38:13
  50:5 52:15 67:3
  74:18 76:11 81:14
  86:5 92:25 93:24
  97:17,22 99:4,9
  114:12 122:20
  129:7 131:19
  134:4
**switch** 34:9 46:14
**sworn** 4:10 7:9
**system** 21:14 31:19
  50:12,16,16,18
  51:22,24,24 52:2
  52:7 53:8,14,21
  53:24 54:10,13,14
  54:20,25 55:5
  56:2,4,5,9,13,21
  56:22,25 57:7,19
  57:25 58:10 59:11
  63:10,20,25 67:7
  68:14,15,18 69:2
  69:15,22 70:4,6,9
  71:3,7,11,13,16
  71:17,22,24 73:11
  73:13,19 74:5
  80:2,11,15 87:8
  87:21 88:15 89:10
  89:15 90:18 94:1
  96:14 97:1 100:10
  100:12 104:20,22
  105:25 107:7,15
  107:24 108:2,5,16

  118:3,16,16,18
  119:13,14,19,20
  119:22 122:3
  123:3,7,17 124:5
  124:7,14,23
  125:16,21 126:3
  128:14,20 129:1
  129:16 131:15
**systems** 2:7 6:6
  30:16 34:5 46:17
  46:17 49:24 50:7
  50:23 51:12,14,15
  53:1,3 55:9 56:24
  57:21 62:16 65:20
  67:4 68:23 72:14
  72:22 73:9 74:10
  74:23 75:4 76:23
  77:19 78:5,18,24
  79:10,16,21 80:23
  81:5 85:15 91:7
  92:7 95:25 96:8
  98:2 104:25 107:6
  108:4 110:8,11,25
  111:13,22 112:19
  112:23 113:1,8,16
  114:20 115:5,9,10
  116:2,9 117:24
  119:18 121:2,23
  122:12 123:10,22
  125:2,5,9 130:8
  130:12 131:2,6
  132:15,25 133:5
  133:19,23 136:11
  138:24

---
**T**

**T** 3:8 139:1,1 140:1
  140:1,1
**take** 9:12,14,16
  36:16 40:1,5 42:8
  42:15 46:8 60:19
  65:17 68:7 73:7
  90:17,20,21,24
  91:12 97:15 104:2
  105:2 129:22
**taken** 2:3 40:10,13
  68:22 138:7,10

**takes** 42:16 90:22
  91:1
**talk** 34:10 46:15
  50:2 136:13
**talked** 130:5
**talking** 83:22 90:12
  120:3
**team** 12:17,20
  14:18 15:9,16,21
  36:4 37:23 38:3
  38:16 39:8,15,25
  40:22 41:7 42:9
  43:5 44:7 51:5
  72:21 73:6,8 74:8
  74:22 75:23 76:17
  76:22 77:3,24
  78:3,4,16,22
  79:14,19 80:9,12
  85:23 86:8 91:5
  91:15 92:21,23
  93:19 94:22 95:23
  96:18 97:7 98:5
  109:18 112:18,21
  117:22 118:1,20
  118:24 119:2
  120:10 121:21
  122:10 123:20
  124:19 125:1
  128:12 129:11,13
  130:10,25 132:13
  132:22 135:5
**team's** 38:18
**teams** 41:17
**technology** 124:4
**tell** 53:6 67:25
  84:23
**Temporary** 12:8,25
**term** 121:3
**terminal** 118:9,17
  123:13 124:6
**terms** 8:8 11:19
  67:18 77:18 94:12
  126:4
**testified** 7:9 36:17
  67:4 71:14 78:15
**testify** 14:11 37:4
  98:5

**testifying** 8:4 10:9
  14:5
**testimony** 10:13,16
  63:13 68:21 74:11
  74:19 137:5,7
**Thank** 7:6,14,23
  10:7 13:8 23:3
  30:24 46:25 61:15
  62:9 89:5 93:11
  108:18 136:19,20
**Thanks** 19:15 20:2
  95:18
**thing** 58:6 67:9
  92:22 98:18
**things** 8:2 60:1
  96:15 98:14
**think** 11:21 25:2,4
  25:17,19,20 28:18
  30:4 38:9 41:22
  43:5 45:11 48:15
  48:19 52:16 58:16
  58:16 61:9 67:3
  67:16 68:7,11
  71:14 77:25 80:7
  83:24 90:21 92:13
  93:8 94:11,12,23
  95:20 96:13,22
  97:6 102:21
  105:12 106:20
  112:17 116:12
  118:10 120:23
  121:7,12 125:18
  126:24 135:22
  136:9,18
**thinking** 102:2
**thinks** 43:8
**thought** 41:12
  121:10
**three** 15:23 16:15
  18:11 86:22 90:25
  91:12 132:5
**Thursday** 5:3 6:3
**tightly** 62:15
**time** 9:10 11:20
  27:21 32:5 33:2,9
  50:3 118:12
  129:24

**timeline** 32:6
**times** 132:6
**title** 24:1,11
**today** 7:25 8:3,23
  10:14,16,19 11:20
  77:15
**tools** 55:4 69:6
  124:24
**top** 35:13 36:1
  60:16 107:4,8,9
  107:12
**topic** 22:10 45:21
  120:15
**topics** 8:5 13:23
  14:7,11 136:6
**track** 88:25 131:12
**tracks** 87:9
**training** 93:5 96:2
  96:4,13 97:16,21
  98:13 103:19,23
  103:24 104:4,10
  104:11 109:16
  112:11
**transcript** 138:8
**transcription** 137:6
**transfer** 60:19
**transferred** 59:13
  59:18 60:18 61:4
  62:4 64:8 106:16
**transmitted** 55:14
**treasury** 26:3,7
  87:8,20
**treat** 90:9
**treated** 92:5
**treating** 90:11
**Troy** 31:21,22,24
**true** 137:6 138:8
**truthful** 10:16
**try** 11:19 43:2
  91:11 92:11 128:3
  129:9,12
**trying** 28:14 51:3
  52:19 54:7 67:23
  74:1 108:10,14
  125:14 129:8
**Tuesday** 1:16 2:11
**turn** 91:11

**two** 13:9 14:1 19:9
19:16 22:10 31:4
34:25 85:20 90:25
91:12 115:20,25
131:11 132:19
**type** 27:7,19 57:19
57:24 71:17 73:11
73:25 119:16
122:15,21 126:10
126:20 127:2,3
**types** 35:1 97:24
124:18,20
**typewriting** 138:12
**typical** 63:7
**typically** 23:21
57:7 58:1 90:17
92:7

**U**

**U** 140:1
**U.S** 6:8,11
**UI** 72:15 108:3
**ultimate** 33:2
**ultimately** 116:16
118:23
**unauthorized**
124:11
**underlying** 71:7
**understand** 8:3
9:18 10:8,11
11:23,25 12:2,20
13:1 14:4,9 28:15
52:20 54:8 67:24
93:25 103:10,15
125:13
**understanding**
11:15 14:16 16:19
24:14 25:8 28:1
28:11 29:2 35:16
68:20 77:11 79:18
94:5 101:8 130:14
**understood** 9:22
67:17 74:19 93:3
95:3 96:25
**unemployment**
50:13 59:10,22,23
62:12 64:4 65:3

66:7,13,22 67:11
67:20 68:3 80:24
81:6,11,23 82:8
83:6,17 84:7,14
84:22,24 85:24
86:9 103:21 104:5
105:4 106:12
107:19
**unique** 117:15
**UNITED** 1:1
**universal** 71:10
**UNIX** 118:15
**unpaid** 102:10
**unquote** 97:11
**unrelated** 88:13,19
**unusual** 29:23
**upper-level** 34:7
**urgency** 90:9,12
92:5

**usage** 88:5
**USCS** 18:11
**USDS** 16:15
**use** 65:15 69:23
70:2 71:5,9 73:14
75:5 76:12 77:22
87:16 113:24
118:14,21,25
119:8 121:1
124:13,18,20
127:17 136:1,10
**user** 6:9,12 31:18
53:16,18,20 73:11
75:22 103:20
106:17 109:7
115:1 131:22
**User/System** 5:14
**users** 53:18 131:8
**usually** 52:1,6,17
56:8,19
**utilization** 87:15

**V**

**v** 1:6 139:2 140:2
**vague** 54:2 57:10
64:13 70:22 86:2
94:10 104:8
114:22 125:11

127:22 129:3
**valid** 104:20
**validated** 117:5
**various** 94:11
**vary** 51:23
**verbal** 8:10 64:17
**verbally** 56:14 83:5
**verification** 48:22
**versus** 53:19,20
**VICE** 3:2,3
**Video** 130:6
**view** 54:15 87:13
88:1,5 118:17
128:21 129:15
**viewed** 54:23 79:20
**viewing** 69:16
**Vince** 33:1
**violating** 135:6
**Visual** 113:4
114:19 116:8
132:9
**volume** 133:9,14

**W**

**WA-CCR** 1:22
138:23
**wait** 48:13
**waived** 136:22
**want** 9:14 13:17
50:5 64:22 111:15
112:4,12 123:25
129:21 135:17
136:14
**wanted** 59:9 93:24
130:2
**Washington** 2:8,11
3:5,10,17
**wasn't** 118:22
**waste** 18:4 21:21
21:25 22:19 23:2
23:9 34:20 41:20
42:1,18,25 43:1,6
45:6 61:20 66:17
83:19 84:14,21
85:16 127:10,11
**way** 32:17 38:22
54:12 120:7 129:9

129:12
**ways** 54:17 55:6
**we'll** 10:4 50:4
**we're** 8:1,13 9:11
29:24 50:6 72:12
93:8 106:2 108:14
131:19
**we've** 11:7 64:20
108:22
**week** 14:1
**weekend** 13:21,22
**weeks** 14:1 115:25
130:22
**weren't** 16:22 88:7
**WHEREOF**
138:17
**whilst** 15:4
**Wick** 19:11,22,22
19:24
**Windows-based**
118:14
**withdraw** 96:21
**witness** 4:12,19
22:4,13 28:21
39:14 45:9 51:17
54:3 78:10 85:4
86:3 99:7 107:10
120:2 121:18
134:22 135:14,20
136:14 138:17
**Wonderful** 8:22
14:13
**word** 41:10
**worded** 92:11
**work** 9:23 12:8,19
15:20 32:11 38:18
39:9 40:3,25 41:3
41:6,18 44:13
57:15 71:20 73:24
79:8 85:21 90:3
99:18,21,22
101:17 102:10,16
102:20 103:4,9
110:4 113:10
122:3 124:7
**worked** 14:23 15:8
15:15 76:4

**worker** 20:19
**workflow** 57:2
**working** 20:20
22:10 42:2,3 92:4
103:12
**works** 112:8 124:5
**write** 63:24
**writing** 56:17,18
63:11
**written** 40:20 62:24
64:18 66:6 67:5
67:10,14 70:19,25
71:4 80:10 81:10
81:14,18,22 82:6
**wrong** 25:16

**X**

**x** 1:3,10 43:5

**Y**

**yeah** 25:24 26:23
34:3 47:8,20,20
49:5 54:5 76:8
78:10 80:13 87:21
90:14 96:13
120:23 125:12,18
129:4
**year** 16:11 27:10
132:6

**Z**

**Zhinson@relma...**
3:6
**ZOILA** 3:2

**0**

**1**

**1** 5:5 13:3,7 31:6
**1:25-cv-00339-J...**
1:7
**10** 6:11 108:22,23
109:3,5 111:7
**100** 82:19
**104** 109:5
**10519** 1:25
**108** 6:8,11
**10th** 138:18

**1100** 3:17
**12** 46:15 50:11
**12:14** 2:13 136:25
**120** 4:21
**1225** 3:4
**12th** 21:6,8
**13** 5:5 20:17
**134** 4:21
**136** 4:21
**137** 4:13
**138** 4:11
**139** 4:14
**13th** 20:14 88:23
**14158** 12:11
**14243** 5:22 61:19
**14448** 1:22
**16** 5:8
**17** 49:21 80:20
    111:16
**18** 81:2 87:2 107:1
    107:4,9
**19** 5:9 49:21 107:1
    107:1,8,12
**194** 109:4
**19th** 3:4 12:19
    14:22 15:2,7,19
    24:12,20 25:1
    26:2 34:15 51:8
    89:19 118:19
    132:11 133:16

**2**

**2** 5:8 16:3,4,8 89:2
**20** 5:23 87:3
**20005** 3:17
**20036** 3:5
**20043** 3:10
**202** 3:5,11,18
**2020** 111:20
**2025** 1:16 2:11 5:3
    5:23 6:3 12:19
    14:22 15:2,7,19
    24:12,21 25:1
    26:2 34:15 49:15
    51:8 60:25 62:1,5
    89:19 111:9,14,20
    111:21 132:11

133:16 138:19
**20th** 26:8,14 27:9
    60:25 62:1,5
    76:24 77:2,11,21
    78:4,19 93:1
**22** 93:14
**24** 89:9 92:8 97:8
**25CV339** 5:16
**25CV339_DOL0...**
    5:13
**25CV339_DOL0...**
    6:7
**25CV339_DOL0...**
    6:13
**25CV339_DOL0...**
    6:10
**25th** 111:9,14,20,20
**28** 31:9
**282** 30:23

**3**

**3** 5:9 19:17,18
    20:12 89:2,3,4,5
**30(b)(6)** 1:13 2:1
    4:2 5:6 7:7
    136:22
**305-0878** 3:18
**31** 5:11,14
**34553** 3:10

**4**

**4** 4:21 5:11 30:22
    31:1,6,10 33:7
**448-9090** 3:11
**46** 5:17
**4th** 47:8,10,24
    49:15

**5**

**5** 4:21 5:14 30:22
    31:1,9,18
**5th** 17:3,24 19:7

**6**

**6** 5:17 46:18,21
    47:3 80:17,19
    106:24,25

**600** 3:4
**61** 5:21
**6th** 16:10 17:5

**7**

**7** 4:6,10 5:21 61:12
    61:13,19
**728-1888** 3:5

**8**

**8** 1:16 2:11 5:3 6:3
    6:5 93:8,9,14

**9**

**9** 6:8 108:17,19
    109:3,4 110:14
**9:26** 1:17 2:12
**93** 6:5