# EXHIBIT D

# Bernie, Andrew (CIV)

| | |
|---|---|
| **From:** | Kurland, Benjamin S (CIV) |
| **Sent:** | Wednesday, April 9, 2025 4:24 PM |
| **To:** | Zoila Hinson; Alexa Milton; Aman George; Mark Samburg |
| **Cc:** | Bernie, Andrew (CIV); Humphreys, Bradley (CIV); Berman, Marcia (CIV) |
| **Subject:** | AFL-CIO v. DOL - Supplemental Production |
| **Attachments:** | AFL-CIO DOL Document Production 4.9.2025.zip |

| Tracking: | Recipient | Read |
|---|---|---|
| | Zoila Hinson | |
| | Alexa Milton | |
| | Aman George | |
| | Mark Samburg | |
| | Bernie, Andrew (CIV) | Read: 4/9/2025 4:53 PM |
| | Humphreys, Bradley (CIV) | Read: 4/9/2025 4:41 PM |
| | Berman, Marcia (CIV) | Read: 4/9/2025 4:54 PM |

Dear Counsel,

Attached please find additional responsive documents to Plaintiffs' request for production. These documents are being provided pursuant Defendants' previously stated objections. The new documents begin at Bates number 25CV339_DOL00285.

One note of explanation: Bates number 25CV339_DOL00339 corresponds to the previously produced document 25CV339_DOL00194, which is a User Agreement signed by Aram Moghaddassi. It appears the digital signature was inadvertently stripped from 25CV339_DOL00194. Bates number 25CV339_DOL00339 provides the missing digital signature.

Thank you,
Ben

**Benjamin S. Kurland**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
O 202.353.0533 | M 202.598.7755
ben.kurland@usdoj.gov