# EXHIBIT G

# U.S. Department of Labor
## Office of the Assistant Secretary for Administration and Management
## Office of the Chief Information Officer

## User Agreement

Last Name: **Collins**     First Name: **Miles**     Middle Initial: **B**

Office Address: **200 Constitution Ave NW 20210**

City: **Washington**     State: **DC**     Zip Code: **20210**

As a user of the U.S. Department of Labor's (DOL) information systems, I understand that I am personally responsible for my use and any misuse associated with my user account and passwords.

I have read the Computer Security Training for New DOL Users and understand and acknowledge that I must comply with the requirements set forth therein.

I further understand and agree that by accessing a U.S. Government information system and signing this form, I must comply with the requirements set forth in the DOL User Rules of Behavior and other pertinent policies for information systems.

Please check the boxes below:

☒ I have read and understand that I must comply with the requirements set forth in the *Computer Security Training for New DOL Users*.

☒ I understand and agree that by accessing a U.S. Government information system that I must comply with the requirements set forth in the *DOL User Rules of Behavior*.

Signature: _[signature]_     Date: **2/18/2025**

Printed Name: **Miles Collins**     Phone: _____

**Important:** Please provide the signed User Agreement to your supervisor or Contracting Officer's Representative (COR).

Version: January 2023

I understand that Federal law provides for punishment under Title 18, U.S. Code, including a fine and up to ten (10) years in jail for the first offense for anyone who commits any of the following violations:

a. Knowingly accesses an information system without authorization, or exceeds authorized access, and obtains information that requires protection against unauthorized disclosure.
b. Intentionally, without authorization, accesses a government information system and impacts the government's operation, including availability of that system.
c. Intentionally accesses a government information system without authorization, and alters, damages or destroys information therein.
d. Prevents authorized use of the system or accesses a government information system without authorization, or exceeds authorized access, and obtains anything of value.

Acknowledgement

This is an acknowledgement that I received and reviewed the *Rules of Behavior* for mobile devices.

Name of Agency:

User's Printed Name: Miles B Collins

Signature: [signature]

# U.S. Department of Labor
## Office of the Assistant Secretary for Administration and Management
## Office of the Chief Information Officer

### User Agreement

Last Name: __Elez__   First Name: __Marko__   Middle Initial: _____

Office Address: __700 Constitution Ave NW__

City: __Washington__   State: __DC__   Zip Code: __20210__

As a user of the U.S. Department of Labor's (DOL) information systems, I understand that I am personally responsible for my use and any misuse associated with my user account and passwords.

I have read the Computer Security Training for New DOL Users and understand and acknowledge that I must comply with the requirements set forth therein.

I further understand and agree that by accessing a U.S. Government information system and signing this form, I must comply with the requirements set forth in the DOL User Rules of Behavior and other pertinent policies for information systems.

Please check the boxes below:

☒ I have read and understand that I must comply with the requirements set forth in the *Computer Security Training for New DOL Users*.

☒ I understand and agree that by accessing a U.S. Government information system that I must comply with the requirements set forth in the *DOL User Rules of Behavior*.

Signature: _____   Date: __2/13/25__

Printed Name: __Marko Elez__   Phone: ████

**Important:** Please provide the signed User Agreement to your supervisor or Contracting Officer's Representative (COR).

Version: January 2023

I understand that Federal law provides for punishment under Title 18, U.S. Code, including a fine and up to ten (10) years in jail for the first offense for anyone who commits any of the following violations:

a. Knowingly accesses an information system without authorization, or exceeds authorized access, and obtains information that requires protection against unauthorized disclosure.
b. Intentionally, without authorization, accesses a government information system and impacts the government's operation, including availability of that system.
c. Intentionally accesses a government information system without authorization, and alters, damages or destroys information therein.
d. Prevents authorized use of the system or accesses a government information system without authorization, or exceeds authorized access, and obtains anything of value.

Acknowledgement

This is an acknowledgement that I received and reviewed the ***Rules of Behavior*** for mobile devices.

Name of Agency:

User's Printed Name: Marko Elez

Signature: *[signature]*

# U.S. Department of Labor
## Office of the Assistant Secretary for Administration and Management
## Office of the Chief Information Officer

## User Agreement

Last Name: Moghaddassi    First Name: Aram    Middle Initial: M

Office Address: 200 Constitution Ave NW

City: Washington    State: DC    Zip Code: 20210

As a user of the U.S. Department of Labor's (DOL) information systems, I understand that I am personally responsible for my use and any misuse associated with my user account and passwords.

I have read the Computer Security Training for New DOL Users and understand and acknowledge that I must comply with the requirements set forth therein.

I further understand and agree that by accessing a U.S. Government information system and signing this form, I must comply with the requirements set forth in the DOL User Rules of Behavior and other pertinent policies for information systems.

Please check the boxes below:

☒ I have read and understand that I must comply with the requirements set forth in the *Computer Security Training for New DOL Users*.

☒ I understand and agree that by accessing a U.S. Government information system that I must comply with the requirements set forth in the *DOL User Rules of Behavior*.

Signature: *[signed]*    Date: 2/18/2025

Printed Name: ARAM MOGHADDASST    Phone: [redacted]

**Important:** Please provide the signed User Agreement to your supervisor or Contracting Officer's Representative (COR).

Version: January 2023

50

25CV339_DOL00289

I understand that Federal law provides for punishment under Title 18, U.S. Code, including a fine and up to ten (10) years in jail for the first offense for anyone who commits any of the following violations:

a. Knowingly accesses an information system without authorization, or exceeds authorized access, and obtains information that requires protection against unauthorized disclosure.
b. Intentionally, without authorization, accesses a government information system and impacts the government's operation, including availability of that system.
c. Intentionally accesses a government information system without authorization, and alters, damages or destroys information therein.
d. Prevents authorized use of the system or accesses a government information system without authorization, or exceeds authorized access, and obtains anything of value.

Acknowledgement

This is an acknowledgement that I received and reviewed the *Rules of Behavior* for mobile devices.

Name of Agency:

User's Printed Name: Aram Moghaddassi

Signature: *[signed] A. Moghaddassi*