UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, et al.,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>U.S. Department of Labor, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-339-JDB |

## DECLARATION OF ZOILA E. HINSON

I, Zoila E. Hinson, hereby declare as follows:

A. I am over the age of eighteen and am competent to make this Declaration. I have personal knowledge of the matters set forth herein.

B. I am counsel for Plaintiffs in the above-captioned case. I am admitted to the bar of the District of Columbia (Bar No. 1766625) and admitted *pro hac vice* for this matter.

C. I submit this Declaration in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction.

1. Exhibit 41 is a true and correct copy of an e-mail exchange between Defense counsel and Plaintiffs' counsel on March 27 and 28, 2025.

2. Exhibit 42 is a true and correct copy of the errata sheet signed by Jennifer Wendel, 30(b)(6) Representative of HHS, whose deposition was taken on April 8, 2025.

3. Exhibit 43 is a true and correct copy of a declaration prepared and signed by John Doe, a former Digital Services Expert at the United States Digital Service, dated May 1, 2025.

4. Exhibit 44 is a true and correct copy of a declaration prepared and signed by Jeffrey Grant, the former Deputy Director for Operations in the Center for Consumer Information and Insurance Oversight within the Centers for Medicare and Medicaid Services at HHS, dated May 2, 2025.

5. Exhibit 45 is a true and correct copy of Plaintiffs' First Requests for Production of Documents, dated February 28, 2025.

D. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED WITHIN THE UNITED STATES ON:

May 2, 2025                                          Respectfully submitted,

*/s/ Zoila E. Hinson*
Zoila E. Hinson (D.C. Bar No. 1766625)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
zhinson@relmanlaw.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*