# EXHIBIT 42

Page 53

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, JENNIFER WENDEL, do hereby

 4     acknowledge that I have read and examined

 5     the foregoing testimony, and the same is a

 6     true, correct and complete transcription of

 7     the testimony given by me and any

 8     corrections appear on the attached Errata

 9     sheet signed by me.

10
                                    Jennifer C. Wendel -S
11     _____    _____
                                   Digitally signed by Jennifer C. Wendel -S
                                   Date: 2025.04.23 10:28:51 -04'00'
12          (DATE)                       (SIGNATURE)
```

```
                                                              Page 55
 1              E R R A T A   S H E E T
 2        IN RE: AFL-CIO, et al., v. DEPARTMENT
 3   OF LABOR, et al.
 4   RETURN BY: _____
 5   PAGE      LINE      CORRECTION AND REASON
                         See attachment for corrections.
 6   ____      ____      _____
 7   ____      ____      _____
 8   ____      ____      _____
 9   ____      ____      _____
10   ____      ____      _____
11   ____      ____      _____
12   ____      ____      _____
13   ____      ____      _____
14   ____      ____      _____
15   ____      ____      _____
16   ____      ____      _____
17   ____      ____      _____
18   ____      ____      _____
19   ____      ____      _____
20   ____      ____      _____
21   ____      ____      _____
22   ____      ____      _____
23
24   _____            _____
                               Jennifer C. Wendel -S
                               Digitally signed by
                               Jennifer C. Wendel -S
                               Date: 2025.04.23 10:29:41
                               -04'00'
25      (DATE)                    (SIGNATURE)
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

ff7269eb-5b0a-4f92-aa1f-47e3b28ef4dc

**ERRATA SHEET FOR WENDEL DEPOSITION**

PAGE 12			LINE(S) 5
CHANGE:  Change "They go through the briefing." to "They can go through the optional briefing, but it is not required."
Reason for Change:  Clarification.

PAGE 13			LINE(S) 16-17
CHANGE:  Change "He should have received the training." to "He should have received the training for IDR, but the security briefing is optional for HIGLAS."
Reason for Change:  Clarification.

PAGE 24			LINE(S) 19-20
CHANGE:  Change "system owners who reviewed the records" to "system owners who reviewed the records for the systems that had granted administrative privileges"
Reason for Change:  Clarification.

PAGE 25			LINE(S) 4-5
CHANGE:  Change "system owners" to "system owners who reviewed the records for the systems that had granted administrative privileges"
Reason for Change:  Clarification.

PAGE 25			LINE(S) 20
CHANGE:  Change "system owners" to "system owners who reviewed the records for the systems that had granted administrative privileges"
Reason for Change:  Clarification.

PAGE 51			LINE(S) 5
CHANGE:  Change "PIF" to "PIV"
Reason for Change:  Transcription error.