IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DEPARTMENT OF LABOR et al.,<br><br>    Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants in the above-captioned matter respectfully submit this notice to alert the Court to the Supreme Court's recent opinion staying the preliminary injunction issued by the District Court for the District of Maryland in *Social Security Administration, et al. v. American Federation Of State, County, And Municipal Employees, et al.*, No. 24A1063 (2025). The Order is attached hereto. *See also Soc. Sec. Admin. v. Am. Fed'n of State, Cnty., & Mun. Emps.*, No. 24A1063, 2025 WL 1602349 (U.S. June 6, 2025) (the "Order").

*Social Security Administration* involves essentially identical claims to those asserted by Plaintiffs in this case—*i.e.*, that agency DOGE Team employees should not have access to agency data systems. *See id.* at 1. The district court granted a preliminary injunction on April 17, 2025, *see Am. Fed'n of State, Cnty. & Mun. Emps., AFL-CIO v. Soc. Sec. Admin.*, No. 25-CV-0596, --- F. Supp. 3d --- , 2025 WL 1206246 (D. Md. Apr. 17, 2025), and the Fourth Circuit denied the Government's motion for a stay pending an appeal, *see Am. Fed'n of State, Cnty. &*

*Mun. Emps., AFL-CIO v. Soc. Sec. Admin.*, No. 25-1411, 2025 WL 1249608 (4th Cir. Apr. 30, 2025).

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Branch Director
        Civil Division, Federal Programs Branch

        /s/ Benjamin S. Kurland
        Benjamin S. Kurland (D.C. Bar No. 1617521)
        Andrew M. Bernie (D.C. Bar No. 995376)
        Trial Attorneys
        Bradley P. Humphreys (D.C. Bar No. 988057)
        Senior Trial Counsel
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Telephone: (202) 598-7755
        Ben.Kurland@usdoj.gov

        *Counsel for Defendants*