UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 25-339 (JDB) |

### ORDER

Upon consideration of [80] plaintiffs' motion for preliminary injunction, and the entire record herein, for the reasons set forth in the memorandum opinion issued on this day, it is hereby **ORDERED** that the motion is **DENIED**. It is further **ORDERED** that the parties shall file a proposed summary-judgment motion briefing schedule (or other schedule) by not later than July 10, 2025.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 27, 2025