UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF COLUMBIA

AFL-CIO, et al.,

    *Plaintiffs*,

    *vs.*

U.S. DEPARTMENT OF LABOR, et al.,

    *Defendants*.

Case No. 1:25-cv-339-JDB

**JOINT SCHEDULING PROPOSAL**

Per this Court's June 27 Order that the parties file a proposed summary-judgment motion briefing schedule, ECF No. 88, the parties have conferred and propose the following briefing schedule for their anticipated cross-motions for summary judgment in this case:

- Plaintiffs will file their opening motion for summary judgment no later than August 27, 2025.

- Defendants will file their response to Plaintiffs' motion, and a cross-motion for summary judgment, no later than September 17, 2025.

- Plaintiffs will file their reply in support of their motion for summary judgment and response to Defendants' cross-motion, no later than October 8, 2025.

- Defendants will file their reply in support of their cross-motion for summary judgment, no later than October 22, 2025.

Dated: July 10, 2025                                                  Respectfully submitted,

*/s/ Aman T. George*                                                   /s/Andrew M. Bernie

| | |
|---|---|
| Mark B. Samburg (D.C. Bar No. 1018533) | Bradley P. Humphreys (D.C. Bar No. 988057) |
| Aman T. George (D.C. Bar No. 1028446) | Senior Trial Counsel |
| Rachel F. Homer (D.C. Bar No. 1045077) | Andrew M. Bernie (D.C. Bar No. 995376) |
| Robin F. Thurston (D.C. Bar No. 462679) | Trial Attorney |
| Somil B. Trivedi (D.C. Bar No. 1617967) | Benjamin S. Kurland (D.C. Bar No. 1617521) |
| Skye L. Perryman (D.C. Bar No. 984573) | Trial Attorney |
| DEMOCRACY FORWARD FOUNDATION | United States Department of Justice |
| P.O. Box 34553 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20043 | 1100 L Street, NW |
| Telephone: (202) 448-9090 | Washington, DC 20005 |
| Fax: (202) 796-4426 | Telephone: (202) 353-7203 |
| msamburg@democracyforward.org | andrew.m.bernie@usdoj.gov |
| ageorge@democracyforward.org | |
| rhomer@democracyforward.org | *Counsel for Defendants* |
| rthurston@democracyforward.org | |
| strivedi@democracyforward.org | |
| sperryman@democracyforward.org | |

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*
Alexa Milton (D.C. Bar No. 155380)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*