UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    Defendants. | Civil Action No. 25-339 (JDB) |

## SCHEDULING ORDER

Upon consideration of [89] parties' joint scheduling proposal, and the entire record herein, it is hereby **ORDERED** that:

- Plaintiffs shall file their motion for summary judgment by no later than August 27, 2025;

- Defendants shall file their response to Plaintiffs' motion and a cross-motion for summary judgment by no later than September 17, 2025;

- Plaintiffs shall file their reply in support of their motion for summary judgment and response to Defendants' cross-motion by no later than October 8, 2025; and

- Defendants shall file their reply in support of their cross-motion for summary judgment by no later than October 22, 2025.

**SO ORDERED.**

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated: July 11, 2025

1