# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*, | Case No. 1:25-cv-00339-JDB |
| Plaintiffs, | |
| v. | Judge John D. Bates |
| DEPARTMENT OF COMMERCE, *et al.*, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS AS COUNSEL FOR DEFENDANTS

Pursuant to D.C. Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Humphreys is leaving the Department of Justice on August 29, 2025. Mr. Humphreys will no longer be associated with this case. Andrew M. Bernie, Benjamin S. Kurland, and Michael J. Gerardi have previously entered appearances and remain as counsel for Defendants.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SCHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

                                           /s/ Bradley P. Humphreys  
                                         BRADLEY P. HUMPHREYS  
                                         Senior Trial Counsel (DC Bar No. 988057)  
                                         United States Department of Justice  
                                         Civil Division, Federal Programs Branch  
                                         1100 L St. NW  
                                         Washington, DC 20005  
                                         Tel: (202) 305-0878  
                                         E-mail: Bradley.Humphreys@usdoj.gov  

                                         *Counsel for Defendants*