UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*AFL-CIO*, et al.,

    *Plaintiffs*,

    *vs.*

*United States Department of Labor,* et al.*,*

    *Defendants*.

Case No. 1:25-cv-339-JDB

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs in this matter (American Federation of Labor and Congress of Industrial Organizations, American Federation of Government Employees, American Federation of State, County & Municipal Employees, Service Employees International Union, AFL-CIO, Communications Workers of America, AFL-CIO, Economic Policy Institute, American Federation of Teachers, Economic Action Fund Maryland, and Virginia Poverty Law Center), and Defendant Consumer Financial Protection Bureau, by and through undersigned counsel, stipulate to voluntary dismissal of all claims in this case against CFPB, without prejudice, with each side to bear its own fees and costs.

1

| | |
|---|---|
| Dated: August 27, 2025 | Respectfully submitted, |
| /s/ Aman T. George | /s/ BENJAMIN S. KURLAND |
| | Benjamin S. Kurland (D.C. Bar No. 1617521) |
| Mark B. Samburg (D.C. Bar No. 1018533) | Trial Attorney |
| Aman T. George (D.C. Bar No. 1028446) | Andrew M. Bernie (D.C. Bar No. 995376) |
| Rachel F. Homer (D.C. Bar No. 1045077) | Trial Attorney |
| Robin F. Thurston (D.C. Bar No. 462679) | United States Department of Justice |
| Somil B. Trivedi (D.C. Bar No. 1617967) | Civil Division, Federal Programs Branch |
| Skye L. Perryman (D.C. Bar No. 984573) | 1100 L Street, NW |
| DEMOCRACY FORWARD FOUNDATION | Washington, DC 20005 |
| P.O. Box 34553 | Telephone: (202) 353-7203 |
| Washington, D.C. 20043 | Ben.Kurland@usdoj.gov |
| Telephone: (202) 448-9090 | |
| Fax: (202) 796-4426 | *Counsel for Defendants* |
| msamburg@democracyforward.org | |
| ageorge@democracyforward.org | |
| rhomer@democracyforward.org | |
| rthurston@democracyforward.org | |
| strivedi@democracyforward.org | |
| sperryman@democracyforward.org | |

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*
Alexa Milton (D.C. Bar No. 155380)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*