IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFL-CIO, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>U.S. Department of Labor, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-339 (JDB) |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Defendants respectfully move for an extension of 9 days, until September 26, 2025, to file their response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment. This is the first request for extension of the summary judgment briefing schedule, ECF No. 90. The parties have conferred and Plaintiffs consent to the requested extension.

Good cause exists to support the requested extension. Defendants' undersigned counsel newly joined the case on September 8, 2025, and requires the additional time requested to adequately prepare the response and cross-motion for summary judgment.

Proposed Modified Schedule:

| Filing | Original Deadline (ECF No. 90) | Proposed New Deadline |
|---|---|---|
| Plaintiffs' motion for summary judgment | August 27, 2025 | --- |
| Defendants' response and cross-motion for summary judgment | September 17, 2025 | September 26, 2025 |
| Plaintiffs' reply and response to Defendants' cross-motion | October 8, 2025 | October 17, 2025 |
| Defendants' reply | October 22, 2025 | October 31, 2025 |

1

For the forgoing reason, Defendants respectfully request that the Court grant the consent extension. A proposed order is attached for the Court's convenience.

Dated: September 11, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Keri L. Berman*
Andrew M. Bernie (D.C. Bar No. 995376)
Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-7538
keri.l.berman@usdoj.gov

*Counsel for Defendants*