IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF COMMERCE et al.,<br><br>Defendants. | Case No. 1:25-cv-00339-JDB<br><br>Judge John D. Bates |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants, the Department of Labor, Secretary Lori Chavez-DeRemer,[1] the Department of Health and Human Service, Secretary Robert F. Kennedy, Jr.,[2] the U.S. Digital Service (U.S. DOGE Service), and U.S. DOGE Service Temporary Organization (collectively, the "Defendants"), hereby move for summary judgment on all pending claims for the reasons stated in the memorandum of points and authorities being filed concurrently with this motion.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d) Secretary Chavez-DeRemer is automatically substituted for Acting Secretary Vince Micone.
[2] Pursuant to Federal Rule of Civil Procedure 25(d) Secretary Kennedy is automatically substituted for Acting Secretary Dorothy A. Fink.

Dated: September 26, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/Keri L. Berman*
Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
E-mail: Keri.l.berman@usdoj.gov

*Counsel for Defendants*