**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br> DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 25-339 (JDB) |

## ORDER

Upon consideration of [93] plaintiffs' motion for summary judgment as to Counts I, II, and IV of [21] the Amended Complaint; [95] defendants' cross-motion for summary judgment on those same counts; [92] the parties' stipulated notice of dismissal as to Count III of the Amended Complaint; and the entire record herein, for the reasons set forth in the Memorandum Opinion issued on this day, it is hereby **ORDERED** that plaintiffs' motion for summary judgment is **DENIED**, and defendants' cross-motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**.  It is further **ORDERED** that:

- Plaintiffs' and defendants' motions for summary judgment as to Counts II and IV of the Amended Complaint are **DENIED**;

- Defendants' motion for summary judgment as to Count I of the Amended Complaint is **GRANTED**; and

- Count III of the Amended Complaint is **DISMISSED**.

1

It is further **ORDERED** that HHS shall respond to Plaintiffs' Interrogatory No. 1(h), and the parties shall file a joint status report with the Court by not later than April 21, 2026, setting forth a proposed plan for further proceedings in this case.

       **SO ORDERED.**

/s/

JOHN D. BATES
United States District Judge

Dated: <u>March 31, 2026</u>