# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *AFL-CIO, et al.,* | |
| *Plaintiffs*, | |
| vs. | Case No. 1:25-cv-339-JDB |
| *U.S. Department of Labor, et al.,* | |
| *Defendants*. | |

## STATUS REPORT

The parties in this matter have met and conferred about additional proceedings in this case to resolve the outstanding factual issues identified in the Court's summary judgment opinion, ECF 100, and report their positions as follows:

*Plaintiffs' position*: Plaintiffs intend to file a motion no later than Friday, April 24, seeking leave from this Court to conduct targeted, supplemental discovery to fully develop the record concerning the remaining factual disputes. Plaintiffs will not seek expedited briefing of that motion, and believe the standard briefing schedule contemplated by L.R. 47(b) and 47(d) would be appropriate (offering Defendants fourteen days to file their opposition, and seven days for Plaintiffs to file a reply). Plaintiffs suggest that the parties meet and confer again after this Court has decided that motion to discuss a schedule for further proceedings.

*Defendants' Position*: Defendants oppose additional discovery as neither the Court's memorandum opinion or order contemplates additional discovery and because discovery in this matter has long been completed on the relevant topics. In any case challenging administrative action under the APA, discovery is ordinarily limited to the record, which was created in this case through prior discovery. Instead, Defendants propose that each remaining agency—the Departments of Labor ("DOL") and Health and Human Services ("HHS")—submit additional

declarations, as requested by the Court, addressing the topics outlined in its order, including (1) Interrogatory No. 1(h) by HHS, (2) the scope and supervision of the DOGE affiliates' work, and (3) the statuses of DOGE affiliates (if any) at each agency. DOL specifically notes that no DOGE affiliates are currently employed at the agency or have access to any of its informational systems. Both agencies believe they could complete such declarations within forty-five (45) days of an order by the Court.

The most expeditious and judicially efficient way to resolve this case is for Defendants to directly address the questions posed by the Court in declarations so that the Court may finish ruling on summary judgment. Further discovery is unwarranted under the governing law, would only delay a resolution of this matter, and would distract from the core remaining questions highlighted by the Court.

Dated: April 21, 2026

Respectfully submitted,

/s/ *Aman T. George*

Aman T. George (D.C. Bar No. 1028446)
Mark B. Samburg (D.C. Bar No. 1018533)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Somil B. Trivedi (D.C. Bar No. 1617967)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
strivedi@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*
Alexa Milton (D.C. Bar No. 155380)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Benjamin S. Kurland*

Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
Email: ben.kurland@usdoj.gov

*Counsel for Defendants*

3

mblumin@afscme.org
*Counsel for American Federation of State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Steven K. Ury (D.C. Bar 1643947)
SERVICE EMPLOYEES INTERNATIONAL
UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees
International Union*

Matthew Holder*
COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org
*Counsel for Plaintiff Communication Workers
of America, AFL-CIO*

* Admitted *pro hac vice*

4