**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL
ORGANIZATIONS, et al.,

    **Plaintiffs,**

       **v.**

DEPARTMENT OF LABOR, et al.,

    **Defendants.**

                      **Civil Action No. 25-339 (JDB)**

---

### ORDER

Upon consideration of [102] the parties' joint status report, and the entire record herein, it is hereby **ORDERED** that plaintiffs may file a motion for additional discovery in this case by not later than April 24, 2026. The Court advises plaintiffs, however, that it will only consider permitting discovery requests narrowly tailored to the specific factual issues identified by the Court in its March 31, 2026, Memorandum Opinion.

It is further **ORDERED** that defendants shall respond to plaintiffs' discovery motion by not later than May 8, 2026. As defendants acknowledge in their position statement, the record in this case was created through prior discovery. Joint Status Report [ECF No. 102] at 1. Hence, defendants are advised that their opposition to plaintiffs' discovery motion, if any, should address why denying plaintiffs' motion for additional limited, focused discovery to supplement that record—while nonetheless permitting defendants to supplement that record with additional declarations—would not prejudice plaintiffs.

It is further **ORDERED** that plaintiffs shall reply in support of their motion for additional discovery by not later than May 15, 2026.

1

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: <u>April 22, 2026</u>