**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AFL-CIO et al.,<br><br>                    *Plaintiffs*,<br><br>vs.<br><br>U.S. Department of Labor et al.,<br><br>                    *Defendants*. | Case No. 25-cv-339-JDB |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to Conduct Supplemental Discovery. After consideration of the reasoning and points of authority contained therein, the Court will **GRANT** Plaintiffs' Motion.

It is **SO ORDERED.**

DATED this __ day of ____, 2026.

_____
Hon. John D. Bates
United States District Judge

1