**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, et al.,**<br><br>    **Plaintiffs,**<br><br>        **v.**<br><br>**DEPARTMENT OF LABOR, et al.,**<br><br>    **Defendants.** | **Civil Action No. 25-339 (JDB)** |

## ORDER

Upon consideration of [105] plaintiffs' motion for leave to conduct supplemental discovery, [105-1] plaintiffs' proposed discovery requests, [106] defendants' opposition to plaintiffs' motion, [108] plaintiffs' reply, and the entire record herein, for the reasons set forth in the Memorandum Opinion issued on this day, it is hereby **ORDERED** that plaintiffs' motion [105] is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiffs may conduct supplemental written discovery—in accordance with the limitations outlined in the Memorandum Opinion issued on this day—but may not depose additional witnesses.

It is further **ORDERED** that the supplemental discovery period shall close and defendants shall submit their declarations, if any, by not later than July 13, 2026, and the parties shall submit a joint status report advising the Court of their proposed next steps in this case by not later than July 20, 2026.

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 26, 2026