**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, *et al.*,<br><br>      Plaintiffs,<br><br>            v.<br><br>DEPARTMENT OF LABOR *et al.*,<br><br>      Defendants. | Case No. 1:25-cv-00339-JDB<br><br><br><br>Judge John D. Bates |

**STIPULATED MOTION TO EXTEND SUPPLEMENTAL DISCOVERY DEADLINES**

Defendants respectfully move for an extension of the July 13, 2026, supplemental discovery and agency declaration deadline and the July 20, 2026, joint status report deadline to accommodate the parties' negotiations on Plaintiffs' supplemental discovery requests.

On May 26, 2026, the Court granted Plaintiffs' motion for supplemented discovery on the limited subjects of agency DOGE team employees' need to access agency sensitive systems and the supervision of those employees. *See generally* Mem. Op., ECF No. 109. The Court set a deadline of July 13, 2026, for the supplemental discovery period to close and for Defendants to produce agency declarations. Order at 1, ECF No. 110. The Court also set a deadline of July 20, 2026, for the parties to submit a joint status report advising the Court on their proposed next steps in this case. *Id.*

Good cause exists to extend the current deadlines. Since the Court's order, the parties have been working together to tailor Plaintiffs' supplemental discovery requests to target information

relevant to the Court's inquiries.  Still, initial estimates based on preliminary data pulls from both agencies have produced tens-of-thousands of potentially relevant documents which must be gathered, reviewed for relevance and privilege, and produced.  Both the Department of Labor ("DOL") and the Department of Health and Human Services ("HHS") have limited resources to review the large number of documents which initial efforts have identified.  Further, since negotiations are ongoing, neither DOL nor HHS have been able to finalize their data pulls for document review.

Accordingly, Defendants respectfully request an extension of the current deadlines so that the parties will submit a joint status report on August 12, 2026, updating the Court on the status of discovery and how long DOL and HHS need to complete review and production.  Based on the status of negotiations at that time, the parties will propose a deadline for the supplemental discovery period, agency declarations, and any further appropriate dates.  Counsel for Defendants contacted counsel for Plaintiffs regarding this motion, and Plaintiffs stipulated to the extension requested.

Dated: July 8, 2026.                                    Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General
                                                        Civil Division

                                                        ELIZABETH J. SHAPIRO
                                                        Deputy Branch Director
                                                        Civil Division, Federal Programs Branch

                                                        _____
                                                        Benjamin S. Kurland
                                                        Keri L. Berman
                                                        Trial Attorneys
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch

2

1100 L St. NW
Washington, DC 20005
Tel: 202.598.7755
Fax: 202.616.8460
E-mail: ben.kurland@usdoj.gov

*Counsel for Defendants*