**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| *AFL-CIO, et al.,*<br><br>                    *Plaintiffs*,<br><br>vs.<br><br>*U.S. Department of Labor, et al.,*<br><br>                    *Defendants*. | Case No. 1:25-cv-339-JDB |

**JOINT STATUS REPORT**

Pursuant to the Court's July 8, 2026, Minute order, the Parties have met and conferred and provide the Court with the following updates regarding the status of discovery.

Both the Departments of Labor and Health and Human Services ("DOL" and "HHS," respectively) have been working diligently to identify, collect, and review discovery responsive to the Court's order granting in part and denying in part Plaintiffs' motion for supplemental discovery. *See* ECF Nos. 109, 110. As reported in the Parties' Stipulated Motion to Extend Supplemental Discovery Deadlines, since the Court's order, the parties have been working together to tailor Plaintiffs' supplemental discovery requests to target information relevant to the Court's inquiries. ECF No. 111.

After the Court granted the Parties' Motion, the Parties continued to work collaboratively and have agreed on a plan that will allow them to proceed with discovery. The Parties have not reached agreement on all issues but are continuing to negotiate outstanding disputes in hopes of avoiding the need for Court intervention.

At present, both DOL and HHS are working on collecting relevant communications, according to agreed-upon custodians, relevant timeframe, and search terms. After the agencies' data collections are complete, they will begin reviewing documents for relevance and privilege.

Based on the number of documents identified to date—with more still being identified—DOL tentatively estimates that it can complete review and production by late-October.  HHS tentatively estimates it will take between 4 and 5 months to review and produce relevant discovery.

Plaintiffs have requested that Defendants provide rolling discovery productions. Defendants are currently exploring whether segmenting discovery to facilitate a rolling production is feasible without delaying overall review and production.  The Parties continue to meet and confer to potentially identify reasonable and efficient means to conduct rolling discovery productions.

The Parties agree that the best course of action given the present circumstances is for Defendants to keep Plaintiffs apprised of their efforts and for the Parties to submit a joint status report in a month updating the Court on the progress of discovery, including when full production can be achieved.  Based on the foregoing, the Parties request that the Court sent a deadline of Friday, September 11, 2026, for the parties to submit an additional joint status report.

Dated: August 12, 2026.

  /S/ Aman T. George_____

Aman T. George (D.C. Bar No. 1028446)
Mark B. Samburg (D.C. Bar No. 1018533)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
Email: ben.kurland@usdoj.gov

2

Alexa Milton (D.C. Bar No. 155380)*          *Counsel for Defendants*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State,*
*County, and Municipal Employees, AFL-CIO*
*(AFSCME)*

3

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Steven K. Ury (D.C. Bar 1643947)
SERVICE EMPLOYEES INTERNATIONAL
UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees
International Union*

Matthew Holder*
COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org
*Counsel for Plaintiff Communication Workers
of America, AFL-CIO*

* Admitted *pro hac vice*

4