**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *AFL-CIO, et al.,*<br>*Plaintiffs*,<br>vs.<br>*U.S. Department of Labor, et al.,*<br>*Defendants*. | Case No. 1:25-cv-339-JDB |

**JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2026, Minute Order, the Parties have met and conferred and provide the Court with the following updates regarding the status of discovery.

Both the Departments of Labor and Health and Human Services ("DOL" and "HHS," respectively) have continued to work to identify, collect, and review discovery responsive to the Court's order granting in part and denying in part Plaintiffs' motion for supplemental discovery. *See* ECF Nos. 109, 110. Since the parties' last Joint Status Report, ECF No. 112, the parties have agreed to custodians, search terms, and parameters to conduct initial review of potentially responsive material. The parties are also discussing whether rolling productions can be accomplished without significantly delaying production or creating additional burdens on the agencies.

**Defendants' Position**: Both the DOL and HHS have completed initial document collection, transfer to a document review platform, and have begun reviewing collected material for relevance and privilege. They individually report as follows:

HHS: HHS's initial efforts identified over 46,000 potentially relevant documents. After applying agreed upon conditions such as search terms and a date range, that number was reduced to 16,069 documents to review. After applying additional methods to identify documents in need

of review, such as threading, HHS was able to reduce the number of documents in need of review to 12,247 documents.

HHS has already begun its review. Based on prior estimates and the rate of review to date, HHS estimates that it requires 3 to 4 months to complete first-level review of these documents. After first-level review, HHS estimates that second-level review, and actual production may take a month or more, bringing the final estimate to 5 to 6 months to complete discovery. Production of a privilege log would take an additional month.

So far, HHS reports that its initial review has produced a low responsiveness rate. Thus, the numbers discussed above do not represent the size of any potential final production to Plaintiffs, merely the number of documents that must be reviewed. Further, review has been relatively burdensome, as, due to resource constraints, HHS can only devote two personnel to conducting document review. HHS reports that it is willing to conduct rolling productions, and can begin rolling production in approximately two months, but that doing so may further delay the timelines mentioned above.

DOL: DOL identified thousands of potentially responsive documents based on the pulls conducted during the negotiations of potential custodians and relevant terms. After DOL applied the final-agreed upon terms, that number was reduced to around 1,300 potentially relevant documents in need of review based on agreed upon custodians, terms, date range, and additional document identification methods. Due to resource constraints, DOL has very limited resources to conduct document review but is making one FTE's time available as much as possible to complete the review. So far, similar to HHS, DOL's review has produced a low responsive rate for relevant materials. As such, DOL estimates that the review will be completed by the end of October. DOL is willing to conduct rolling productions but that may delay the timelines mentioned above.

These are initial, good faith estimates and will be updated as document review progresses. Defendants do not believe setting an arbitrary deadline of December 1, 2026, would be productive at this time. Plaintiffs have not demonstrated urgency requiring expedition, nor that a December 1 deadline is appropriate based on HHS's good faith efforts to date, the task at hand, or the

resources available. Defendants propose that the parties continue to confer as the review progresses and provide the Court with a status report in two months, on November 10, 2026, regarding progress.

**Plaintiffs' Position:** While Plaintiffs are encouraged that Defendants' review of responsive documents has now begun, Plaintiffs do not believe that HHS's proposal, to take roughly six months to review 12,000 documents, is reasonable. Plaintiffs have engaged in good faith to substantially narrow the universe of potentially-responsive documents in order to enable efficient discovery by Defendants, and do not believe it is reasonable for review and production of that limited universe to stretch well into 2027. Plaintiffs respectfully request that this Court require Defendants to respond to interrogatories and complete production of responsive documents by December 1, 2026.

Dated: September 11, 2026.

*/s/ Aman T. George*
Aman T. George (D.C. Bar No. 1028446)
Mark B. Samburg (D.C. Bar No. 1018533)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*
Alexa Milton (D.C. Bar No. 155380)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
Email: ben.kurland@usdoj.gov

*Counsel for Defendants*

Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State,*
*County, and Municipal Employees, AFL-CIO*
*(AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Steven K. Ury (D.C. Bar 1643947)
SERVICE EMPLOYEES INTERNATIONAL UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees International Union*

Matthew Holder*
COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org
*Counsel for Plaintiff Communication Workers of America, AFL-CIO*

* Admitted *pro hac vice*