**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *AFL-CIO, et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>*U.S. Department of Labor, et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-339-JDB |

**JOINT STATUS REPORT**

Pursuant to the Court's September 14, 2026, Minute order, the Parties have met and conferred and provide the Court with the following update regarding the status of discovery. Both the Departments of Labor and Health and Human Services ("DOL" and "HHS," respectively) have been working diligently to review previously identified documents and are making steady progress. The agencies report as follows.

As HHS previously reported, the agency identified 12,247 documents in need of review and estimated that it would take 5 to 6 months from the Parties' previous September 11 Joint Status report to complete review and an additional month to prepare a privilege log. *See* Joint Status Report at 1–2, ECF No. 114 ("Sept. 11 JSR"). Still, HHS is working expeditiously to meet the Court's December 31, 2026, discovery and January 29, 2027, privilege log deadlines.

HHS reports that it has reviewed approximately 3,000 documents but still has an additional approximately 9,000 left in its initial review. After completing its initial review, HHS must conduct quality checks, generate productions, and prepare a privilege log. HHS is still working under the constrained resources previously reported, *see Id.* at 2.

DOL has made significant progress in its initial review and reports that it has completed approximately 90% of its review of previously identified documents. *See id.* at 2. After completing initial review, DOL must also conduct quality control checks, generate productions, and compose a privilege log. DOL too faces constrained resources, having only one full-time attorney available to conduct all review and production.

Both agencies will continue to work strenuously to timely complete discovery.

Dated: October 16, 2026.

Respectfully submitted,

*/S/ Aman T. George*
Aman T. George (D.C. Bar No. 1028446)
Mark B. Samburg (D.C. Bar No. 1018533)
Rachel F. Homer (D.C. Bar No. 1045077)
Robin F. Thurston (D.C. Bar No. 462679)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
rhomer@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Glenn Schlactus (D.C. Bar No. 475950)
Zoila E. Hinson (D.C. Bar No. 1766625)*
Alexa Milton (D.C. Bar No. 155380)*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-1888
gschlactus@relmanlaw.com
zhinson@relmanlaw.com
amilton@relmanlaw.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

Benjamin S. Kurland (D.C. Bar No. 1617521)
Keri L. Berman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
Email: ben.kurland@usdoj.gov

*Counsel for Defendants*

Teague P. Paterson (D.C. Bar No. 144528)
Matthew S. Blumin (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street N.W.
Washington, DC 20036
Telephone: (202) 775-5900
Facsimile: (202) 452-0556
tpaterson@afscme.org
mblumin@afscme.org
*Counsel for American Federation of State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Rushab B. Sanghvi (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street N.W.
Washington, DC 20001
Telephone: (202) 639-6426
Facsimile: (202) 329-2928
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Steven K. Ury (D.C. Bar 1643947)
SERVICE EMPLOYEES INTERNATIONAL
UNION
1800 Massachusetts Avenue, NW,
Legal Department, 6th Floor,
Washington, DC 20036
Telephone: (202) 730-7428
steven.ury@seiu.org
*Counsel for Plaintiff Service Employees
International Union*

Matthew Holder*
COMMUNICATION WORKERS OF
AMERICA, AFL-CIO
501 Third Street N.W.
Washington, D.C. 20001
Telephone: (202) 215-6788
mholder@cwa-union.org

*Counsel for Plaintiff Communication Workers of America, AFL-CIO*

* Admitted *pro hac vice*